UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NOALA FRITZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.:15-456 (RDM) |
| v. | ) ) ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

# PRAECIPE

Plaintiffs hereby provide notice that the Islamic Republic of Iran and the Iranian Ministry of Information and Security rejected Plaintiffs' attempt to serve them under 28 U.S.C. § 1608(a)(3), *see* Exhibit 1, and that Plaintiffs will now proceed to initiate service under 28 U.S.C. § 1608(a)(4).

February 9, 2016                          Respectfully submitted,

/s/ Edward MacAllister_____
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
PERLES LAW FIRM, PC
1146 19th Street, NW
5th Floor
Washington, DC 20036
Telephone: (202) 955-9055
Telefax: (202) 955-3806