**PERLES LAW FIRM PC**
1050 CONNECTICUT AVENUE, NW
FIFTH FLOOR
WASHINGTON, DC  20036
202.955.9055
FAX: 202.955.3806
www.perleslaw.com
_____

September 12, 2017

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:    Request for Service of Process on Defendant Islamic Revolutionary
               Guard Corps in <u>Fritz v. Islamic Republic of Iran</u>, CA 15-456

Dear Ms. Caesar:

      As counsel to Plaintiffs in the above-captioned case, I respectfully request your assistance in serving Plaintiffs' complaint, amended complaint, summons, notice of suit and related papers upon the Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. § 1608(a)(4), which prescribes the method of service in this section to be used for service upon the Defendants, which shall be accomplished "by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services."

      This Court previously initiated service on January 2, 2015 pursuant to 28 U.S.C. § 1608(a)(4). On March 24, 2017, the State Department submitted to this Court the diplomatic notes confirming delivery of the service materials to the Iranian Foreign Ministry. On August 14, 2017 default was entered against one of the two Defendants, the Islamic Republic of Iran. Unfortunately, the diplomatic note pertaining to the second Defendant, the Islamic Revolutionary Guard Corps, contained a potential defect. Out of an abundance of caution, and after discussion with the State Department, Plaintiffs have decided to reinitiate service as to *only* Defendant Islamic Revolutionary Guard Corps.

      Pursuant to 28 U.S.C. § 1608(a)(4), I have enclosed: (1) two copies of the Complaint; (2) two copies of the summons; (3) two copies of the Notice of Suit (attached to each of which is a copy of the Foreign Sovereign Immunities Act); and (4) two copies of each document translated in Farsi, the official language of the Islamic Republic of Iran.

      Please take the necessary steps to dispatch these materials to effect service on Defendant Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. § 1608(a)(4). Per the State Department's website, please use the following address when dispatching the above documents to the director of Special Consular Services at:

    U.S. Department of State
    C/O Jared Hess
    CA/OCS/L, SA-17
    10th Floor
    Washington, DC 20522-1710.

Accordingly, please find enclosed a USPS package containing two copies of the complaint, summons, notice of suit and related papers with a translated copy of each, as well as a check for $2,275 made out to the U.S. Embassy Bern, which is the fee required by the Department of State, for each Defendant. Please call if there is anything further our office can provide or should you have any questions about our request. Thank you for your assistance in this matter.

Sincerely

Steven R. Perles