NOALA FRITZ et al., Plaintiffs

VS.

ISLAMIC REPUBLIC OF IRAN et al., Defendants.

Civil No. 15-456 (RDM)

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

Dated: April 10, 2018  Revised

· REDACTED Exh. List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Transcript of General Kevin Bergner's July 2, 2007 Press Conference | 4-11-18 | 4-11-18 | General Kevin Bergner | N/A |
| 2 | Presentation Slides from General Kevin Bergner's July 2, 2007 Press Conference | 4-11-18 | 4-11-18 | General Kevin Bergner | |
| 3 | U.S. Department of Defense Reports concerning the detention of Qais Khazali, Laith Khazali, and Ali Musa Daqduq (May 2007-May 2009) | 4-10-18 | 4-10-18 | | |
| 4 | | 4-10-18 | 4-10-18 | Military Witness #1 | |
| 5 | | 4-10-18 | 4-10-18 | | |
| 6 | | 4-12-18 | 4-12-18 | Dr. Craig Mallak | |

※※ Conditionally admitted - Plaintiffs' to address inquiry of the Court in post-trial brief.

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7 | | | | | |
| 8 | | 4-12-18 | 4-12-18 | Dr. Craig Mallak | N/A |
| 9 | | ← | ← | ← | |
| 10 | U.S. State Department's 2007 Country Report on Terrorism, Chapter 3, dated April 30, 2008 | ← | ← | ← | |
| 11 | Transcript of April 26, 2007 U.S. Department of Defense Press Briefing by General David Petraeus | 4-10-18 | 4-10-18 | | |
| 12 | "Iraq: The Crocker-Petraeus Report," Hearing Before the Committee on Foreign Relations, United States Senate, dated September 11, 2007 | | | | |
| 13 | Presentation Slides from "Iraq: The Crocker-Petraeus Report," Hearing Before the Committee on Foreign Relations, United States Senate, dated September 11, 2007 | | | | |
| 14 | Press Conference with General David Petraeus and Ryan Crocker, U.S. Ambassador to Iraq, September 12, 2007 | ← | ← | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 15 | Report to Congress on the Situation in Iraq, General David H. Petraeus Commander, Multi-National Force-Iraq, April 8, 2008 | 4-10-18 | 4-10-18 | | N/A |
| 16 | U.S. Department of the Treasury Public Announcement of Terrorism Designation of Daqduq, "Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq," dated November 19, 2012 | 4-10-18 | 4-10-18 | | |
| 17 | July 23, 2010 Report from U.S. Central Command Entitled "Possible Safe House" | 4-10-18 | 4-10-18 | Dr. Gartenstein-Ross | |
| 18 | U.S. Office of Military Commissions Charge Sheet initiating charges against Ali Musa Daqduq for January 2007 Karbala attack, dated January 3, 2012 | 4-10-18 | 4-10-18 | | |
| 19 | Public Announcement, Defense POW/MIA Accounting Agency, "DOD Identifies Army Casualty (Altaie)," dated February 27, 2012 | 4-10-18 | 4-10-18 | | |
| 20 | Video entitled "5.20.2015 - Leauge [sic] of the Righteous (Asai'b Ahl Alhaq) - Generals Downfall" obtained from Shiite website containing video recording of PJCC and photographs of victims of January 20, 2007 (3:54 - 4:27) | 4-12-18 | 4-12-18 | Dr. Daveed Gartenstein-Ross | |
| 21 | February 2007 "Proof of Life" Video of Ahmed Al-Taie obtained from Shiite militia website | 4-12-18 | 4-12-18 | Dr. Daveed Gartenstein-Ross | |
| 22 | Video and Transcript of Frontline Interview | 4-12-18 | 4-12-18 | (see next pg.) | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 23 | with Qais Khazali, "Bitter Rivals: Iran and Saudi Arabia," February 21, 2018 detailing Iran's support of Special Groups in Iraq | (see previous page) | (see previous page) | Dr. Daveed Gartenstein-Ross | N/A |
| 24 | Aerial Maps of Provincial Joint Coordination Center in Karbala, Iraq | 4-10-18 | 4-10-18 | ↑ Military Witness #1 | |
| 25 | Aerial Map Reflecting Location of Five Victims at the Provincial Joint Coordination Center | 4-10-18 | 4-10-18 | ↓ | |
| 26 | Satellite Map of Recovery Area near Karbala, Iraq | 4-11-18 | 4-11-18 | " " | |
| 27 | Summary Presentation of Interview Statements by Daqduq, Army Terrorism and Criminal Investigation Unit | 4-10-18 | 4-10-18 | | |
| 28 | Photos of Nine Recovered Military Pants (SUVs) | 4-11-18 | 4-11-18 | ↑ Military Witness #1 | |
| 29 | January 20, 2007 Photographs of Recovered Flak Jackets | 4-11-18 | 4-11-18 | ↓ | |
| 30 | January 20, 2007 Photographs of Recovered Masks | 4-13-18 | 4-13-18 | | |
| 31 | January 20, 2007 Photographs of Recovered Helmets | | | | |
| 32 | January 20, 2007 Photographs of Twelve Recovered Military Shirts | 4-11-18 | 4-11-18 | ↑ Military Witness #1 | |
| | January 20, 2007 Photographs of Recovered Military Boots | 4-11-18 | 4-11-18 | ↓ #1 | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 33 | January 20, 2007 Photographs of Registration, Data Plate and VINs of SUVs | 4-11-18 | 4-11-18 | Military Witness #1 | N/A |
| 34 | January 20, 2007 Photographs of Recovered M-16 Magazines | 4-11-18 | 4-11-18 | Military Witness #1 | |
| 35 | U.S. Army Criminal Investigation Command (CID) Report of Investigation, dated July 6, 2009 regarding the abduction and murder of U.S. Service Members in Karbala, Iraq | 4-10-18 | 4-10-18 | | |
| 36 | Detention Motion for Detainee 200243/Qais Khazali Provided by U.S. Central Command (USCENTCOM FOIA #18-0134) | | | | |
| 37 | U.S. Central Command Case Summary regarding SSG Ahmed Al-Taie dated February 28, 2010 (0676 - 0680) | | | | |
| 38 | Law Enforcement Interview Reports of Kidnappers of SSG Ahmed Al-Taie (USCENTCOM FOIA #18-0134) | ← | ← | | |
| 39 | Photograph - Jacob Fritz | 4-13-18 | 4-13-18 | Noala Fritz | |
| 40 | Photograph - Johnathan Chism | 4-12-18 | 4-12-18 | Julie Chism | |
| 41 | Photograph - Shawn Falter | 4-13-18 | 4-13-18 | Linda Falter | |
| 42 | Photograph - Ahmed Al-Taie | 4-13-18 | 4-13-18 | Hathal Al Taie | |
| 43 | Estate Documents - Jacob Fritz and Lyle Fritz | 4-13-18 | 4-13-18 | Noala Fritz | |
| 44 | Estate Documents - Johnathan Bryan Chism | 4-12-18 | 4-12-18 | Julie Chism | |
| 45 | Estate Documents - Shawn Falter | 4-13-18 | 4-13-18 | Linda Falter | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 46 | Estate Documents - Ahmed Al-Taie | 4-13-18 | 4-13-18 | Hathal Al Taie | N/A |
| 47 | Photographs - Jacob Fritz and Family | 4-13-18 | 4-13-18 | Noala Fritz | |
| 48 | Photographs - Johnathan Bryan Chism and Family | 4-12-18 | 4-12-18 | Julie Chism | |
| 49 | Photographs - Shawn Falter and Family | 4-13-18 | 4-13-18 | Linda Falter | |
| 50 | Photographs - Ahmed Al-Taie and Family | 4-13-18 | 4-13-18 | Hathal Al Taie | |
| 51 | U.S. Department of the Treasury Public Announcement, "Treasury Sanctions Five Individuals Tied to Iranian Plot to Assassinate the Saudi Arabian Ambassador to the United States," dated October 11, 2011 | 4-10-18 | 4-10-18 | | |
| 52 | 79TH Ordnance Battalion (Explosive Ordnance Disposal), 705th Explosive Ordnance Disposal/Team 5, Recovery Team Briefing, Diagrams and Photos | | | | |
| 53 | "Background Information: SSG Ahmed al Taie, Qays al Khazali, and Sami al Askari," U.S. Central Command, dated February 3, 2012 (USCENTCOM FOIA #18-0134) | 4-10-18 | 4-10-18 | | |
| 54 | MNF-I Combined Intelligence Operations Center Reports - April 8, 2017 regarding Summary of Debriefings of Qays Khazali and Associates - Part One; August 5, 2007 regarding Overview of Jaysh al-Mahdi Financial Flow (U) | 4-13-18 (part of declaration at exh #79) | 4-13-18 | | |
| 55 | Weekly Reports by General Petraeus (Commander MNF-Iraq) to Secretary of Defense Robert Gates (Week of March 17, March 24, June 3, June 10, 2007) | 4-10-18 | 4-10-18 | | |
| 56 | Dr. Craig Mallak Curriculum Vitae | 4-12-18 | 4-12-18 | Dr. Craig Mallak | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 57 | | 4-12-18 | 4-12-18 | Dr. Craig Mallak | N/A |
| 58 | | | | | |
| 59 | | | | | |
| 60 | | | ← | | |
| 61 | U.S. Department of State, Bureau of Near Eastern Affairs, "Iraq Weekly Status Report," July 4, 2007 | 4-10-18 | 4-10-18 | | |
| 62 | U.S. Department of the Treasury Public Announcement, "Treasury Designates Individuals and Entities Fueling Violence in Iraq," dated September 16, 2008 | 4-10-18 | 4-10-18 | | |
| 63 | Curriculum Vitae of Dr. Matthew Levitt | 4-11-18 | 4-11-18 | Dr. Matthew Levitt | |
| 64 | Curriculum Vitae of Dr. Daveed Gartenstein-Ross | 4-12-18 | 4-12-18 | Dr. Daveed Gartenstein-Ross | |
| 65 | Expert Report of Dr. Matthew Levitt | 4-12-18 | 4-12-18 | Dr. Matthew Levitt | |
| 66 | Expert Report of Dr. Daveed Gartenstein-Ross | 4-12-18 | 4-12-18 | Dr. Daveed Gartenstein-Ross | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 67 | U.S. Treasury Department Public Announcement, "Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," designation of IRGC, IRGC-Qods Force, and IRGC Leaders (October 25, 2007) | 4-10-18 | 4-10-18 | | N/A |
| 68 | List of Claimant Family Members of Shawn Falter | 4-13-18 | 4-13-18 | Linda Falter | |
| 69 | | 4-13-18 | 4-13-18 | Noala Fritz | |
| 70 | | 4-13-18 | 4-13-18 | Hathal Al Taie | |
| 71 | | 4-12-18 | 4-12-18 | Julie Chism | |
| 72 | | 4-13-18 | 4-13-18 | Linda Falter | |
| 73 | Ahmed Al-Taie Transcript of Military Record | 4-13-18 | 4-13-18 | Hathal Al Taie | |
| 74 | June 22, 2006 U.S. Department of Defense News Briefing by Secretary Donald Rumsfeld and General George Casey | 4-10-18 | 4-10-18 | | |
| 75 | DoD Army Briefing for Families (map) | 4-11-18 | 4-11-18 | Mil. Witness #1 | |
| 76 | | 4-12-18 | 4-13-18 | Dr. Garteinstein-Ross | |
| 77 | Photographs of all four soldiers, Jacob Fritz, Johnathan Bryan Chism, Shawn Falter and Ahmed Al-Taie | 4-13-18 | 4-13-18 | Military Witness #2 | |
| 78 | Map of Iraq/ Middle East | 4-11-18 | 4-13-18 | General George Casey | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 79 | Declaration of Michael J. O'Leary in relation to Certification of records for the U.S. Army, U.S. Central Command and other government reports and records | 4-10-18 | 4-10-18 | | N/A |
| 80 | September 11, 2007 General Petraeus Briefing Chart- "Major Threats to Iraq" | | | | |
| 81 | Presentation Slides from General Kevin Bergner's July 2, 2007 Press Conference - Slide 4 | 4-11-18 | 4-11-18 | General Kevin Bergner | |
| 82 | Presentation Slides from General Kevin Bergner's July 2, 2007 Press Conference - Slide 6 | | | | |
| 83 | Presentation Slides from General Kevin Bergner's July 2, 2007 Press Conference - Slide 8 | 4-11-18 | 4-11-18 | General Kevin Bergner | |
| 84 | Presentation Slides from General Kevin Bergner's July 2, 2007 Press Conference - Slide 16 | | | | |
| 85 | Curriculum Vitae of Kevin Bergner | | | | |
| 86 | * | 4-11-18 | 4-11-18 | Military Witness #1 | |
| 87 | Reserved | | | | |
| 88 | Reserved | | | | |
| 89 | Reserved | | | | |
| 90 | Reserved | | | | |
| 1A | Copy of video recording related to Exh. 1 | 4-12-18 | 4-12-18 | Dr. Burtenstein-Ross | |

*Conditionally admitted — Plaintiffs to address in writing of the court in post-trial brief.