# Appendix A10

THE CENTER FOR
FORENSIC ECONOMIC STUDIES
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM
EXPERT ANALYSIS AND TESTIMONY SINCE 1980

Chad L. Staller, J.D., MBA, MAC, CVA
*President*
James Markham, Ph.D., J.D., CPCU
*Senior Economist*
Bernard F. Lentz, Ph.D.
*Senior Economist*
David R. Adams
*Senior Economist*
Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*
Brian Conley
*Senior Economist*
Adam Gilham
*Economist*

**Reply to Philadelphia Office**

May 23, 2018

Edward MacAllister, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Re: *Estate of Jacob Fritz, et al. v. Islamic Republic of Iran*

Dear Mr. MacAllister:

At your request, we assess the economic loss as a result of the death of Jacob Fritz on January 20, 2007. We reserve the right to amend this report upon receipt of any additional relevant information.

## I. Documents Reviewed

- Complaint
- Relevant Military Documents of Jacob Fritz
- March 2, 2018 Deposition of Noala Fritz
- March 2, 2018 Deposition of Daniel Fritz

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

## II. Background

Jacob Fritz was born on [redacted] At the time of his death, he was 25.3 years of age and a First Lieutenant (O-3) in the United States Army. Lieutenant Fritz joined the Army on May 28, 2005 after finishing his Bachelor's degree from the United States Military Academy West Point.[1] Lieutenant Fritz intended to make a career out of his military service and reach the

[1] Standard Form 180 (Request Pertaining to Military Records)

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

rank of Colonel.[2] Lieutenant Fritz resided in Falls City, Nebraska, when away from duty. Lieutenant Fritz is survived by his mother, Noala, and his brothers, Daniel and Ethan.

## III. Earning History

As mentioned above in Section II, Lieutenant Fritz was a First Lieutenant, pay grade O-3 at the time of his passing in 2007. The basic pay for an O-3 officer in 2007 was equal to $2,884.30 per month, or $34,612 annually.[3] In addition to basic pay, Lieutenant Fritz also received a monthly housing allowance of $625.20, or $7,502.40 annually, and a monthly subsistence allowance of $192.74, or $2,312.88 annually.[4]

## IV. Army Duration, Worklife and Life Expectancy

### 1. Army Duration

We assume Lieutenant Fritz would have served until he vested in the military pension plan, given his desire to make a career of military service and considering the pension would provide him with an additional source of income in his post-military years. In order for Lieutenant Fritz to vest in the military pension plan, he would be required to have 20 years of active duty service.[5] As such, we assume that Lieutenant Fritz would serve 20 years active duty through May 31, 2025.

### 2. Worklife Expectancy

We offer two worklife estimates. In our first estimate we adjust earnings to account for statistical worklife data. Lieutenant Fritz's statistical worklife expectancy was 36.3 additional years, equivalent to continuous worklife to age 61.6, based on his age and level of education on the date of his passing.[6] In our second estimate, we assume continuous worklife of 41.7 additional years to age 67.0, Lieutenant Fritz's Social Security retirement age.[7]

### 3. Statistical Life Expectancy

Lieutenant Fritz's statistical life expectancy, calculated from his age on the date of his passing, was to age 77.7 in the year 2059.[8]

---

[2] March 2, 2018 Deposition of Daniel Fritz, p. 21
[3] United States Department of Defense, Defense Finance and Accounting Service, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[4] Id.
[5] http://militarypay.defense.gov/Pay/Retirement.aspx
[6] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*. Journal of Forensic Economics 22(2), 2011, pp. 165-229.
[7] http://www.ssa.gov/pubs/ageincrease.htm.
[8] Arias E. *United States Life Tables, 2011. National vital statistics reports; vol 64 no 11*. Hyattsville, MD: National Center for Health Statistics, 2015.

# V. LOST EARNING CAPACITY

## 1. Military Service

To estimate Lieutenant Fritz's active duty military earning capacity, we are guided by the Military Pay Charts from 2007 through 2018. We assume that Lieutenant Fritz would make a career out of his military service and serve 20 years in order to vest in the United States Military Retirement Plan.

At this time, we value Basic Pay for Lieutenant Fritz,[9] and as such, our analysis may understate his total earning capacity by excluding additional allowances he may have received while on active duty. We assume Lieutenant Fritz would be promoted to Major (O-4) by January 1, 2017 and again promoted to Lieutenant Colonel by January 1, 2022.[10] Lieutenant Fritz's active duty military earnings schedule, in future dollars,[11] is set forth below in Table A:

**Table A: Fritz Active Duty Military Pay Schedule**

| Year | Age | Grade | Service (rounded) | Basic Pay |
|---|---|---|---|---|
| 2007 | 26 | O3 | 2.0 | 34,612 |
| 2008 | 27 | O3 | 3.0 | 40,237 |
| 2009 | 28 | O3 | 4.0 | 51,984 |
| 2010 | 29 | O3 | 5.0 | 58,601 |
| 2011 | 30 | O3 | 6.0 | 59,422 |
| 2012 | 31 | O3 | 7.0 | 63,263 |
| 2013 | 32 | O3 | 8.0 | 64,339 |
| 2014 | 33 | O3 | 9.0 | 68,245 |
| 2015 | 34 | O3 | 10.0 | 68,929 |
| 2016 | 35 | O3 | 11.0 | 71,978 |
| 2017 | 36 | O4 | 12.0 | 82,649 |
| 2018 | 37 | O4 | 13.0 | 88,844 |
| 2019 | 38 | O4 | 14.0 | 90,600 |
| 2020 | 39 | O4 | 15.0 | 95,433 |
| 2021 | 40 | O4 | 16.0 | 97,318 |
| 2022 | 41 | O4 | 17.0 | 101,063 |
| 2023 | 42 | O5 | 18.0 | 112,873 |
| 2024 | 43 | O5 | 19.0 | 118,354 |
| 2025 | 44 | O5 | 20.0 | 49,484 |

[9] Lieutenant Fritz's housing and subsistence pay is assumed to be entirely consumed for his personal maintenance and is discussed in more detail in Section VIII below.
[10] These promotions are consistent with the Military's Time in Service and Time in Grade requirements (https://www.thebalance.com/military-commissioned-officer-promotions-4055887).
[11] See Section VII.1 below regarding future growth of salary.

### 2. Civilian Employment Post-Military Service

Upon Lieutenant Fritz's completion of 20 years of active duty service, we assume he would transition to employment in the private sector as he would have between 18 (statistical) and 23 (Social Security retirement age) years of worklife remaining. We further assume that Lieutenant Fritz would have an earning capacity in the private sector equal to his estimated earnings in his final year of service in the Army, $120,692 in 2025 dollars. We assume that Lieutenant Fritz would secure employment with earnings equal to the above figure by July 1, 2025 and value this estimate through his statistical worklife, age 61.6 in the year 2043 and his Social Security retirement age, age 67.0 in the year 2048.

## VI. Past Earnings Growth

### 1. Military Service

To estimate military earnings growth from 2007 to 2018, we rely on the Military Pay Tables for each respective year.[12]

## VII. Future Earnings Growth

### 1. Military Service

Future earnings growth is estimated to be 1.98%. This rate represents the average annual rate of change in military pay from 2008 through 2018.[13]

### 2. Civilian Employment

Future earnings growth is estimated to be 2.87% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 1997 to 2017.[14]

## VIII. Taxes

Federal and state taxes are calculated and deducted using Federal and Nebraska state tax rates. In calculating Lieutenant Fritz's income taxes, we assume that he would file with zero exemptions through 2043. The tax rates applied to Lieutenant Fritz's earnings range from 10.2% to 20.9%.[15]

---

[12] U.S. Department of Defense, Defense Finance and Accounting Services, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[13] Id.
[14] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
[15] http://www.taxformcalculator.com/

## IX. PERSONAL MAINTENANCE EXPENDITURES

In our analysis, we reduce our estimate of lost earnings in order to reflect the expenditures which Lieutenant Fritz would have incurred for his personal maintenance. Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level.

During the period that Lieutenant Fritz would have been serving in the military, we do not consider housing and food expenses as part of his personal maintenance, as he would have received housing and food allowances. Following his military service, we include these elements in our estimate of personal maintenance expenditures. Using data from the *2014-15 Consumer Expenditure Survey* (CEX), we deduct between 19.8% and 49.5% from annual earnings and military pension benefits to account for these expenditures (between 19.8% to 37.6% during military service and between 41.0% to 49.5% during civilian time periods).[16]

## X. FRINGE BENEFITS

### 1. Military Retirement Pay

In order to calculate Lieutenant Fritz's military retirement pay, we utilize the calculation for the High-36 retirement plan, which is as follows:

**Average of highest 36 months of basic pay X 2.5% per year of service**[17]

In our scenario, Lieutenant Fritz would retire from the military with 20 years of service and a high-36 salary of $107,492. This results in an annual benefit equal to $53,746[18] and is valued from July 1, 2025 (approximately one month post-retirement) to Lieutenant Fritz's age 77.7.

The cost of living adjustment ("COLA") associated with this benefit is based on the Consumer Price Index.[19] Accordingly, we utilize a growth rate of 1.69% per year. This rate represents the annual rate of change in the Consumer Price Index from 1998 through 2017.[20]

### 2. Civilian Employment

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive retirement benefits equal, on average, to 5.5% of annual earnings.[21] We employ this rate in projecting lost fringe benefits from 2025 through 2048.

---

[16] U.S. Department of Labor, Bureau of Labor Statistics. http://www.bls.gov/cex/
[17] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[18] $107,492 X (2.5% X 20) = $53,746
[19] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[20] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CUUR0000SA0
[21] *Employer Costs for Employee Compensation*, September 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm

### 3. Health Benefits

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive health benefits equal, on average, to 10.9% of annual earnings.[22] We employ this rate in projecting lost health benefits.

## XI. PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of April 7, 2018, 3.51%, was used to estimate the return on the principal investment.[23] The average yield on these bonds from 1998 to 2017, 4.39% per year, was used to estimate the return on the reinvested interest.[24]

## XII. TABLES

Table 1 shows the total economic loss to age 77.7 assuming civilian worklife to age 61.6.

Table 2 shows the total economic loss to age 77.7 assuming civilian worklife to age 67.0.

[22] *Employer Costs for Employee Compensation*, December 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm
[23] *Economic Indicators*, March 2018; http://www.gpo.gov/economicindicators
[24] *Economic Report of the President*, January 2017, Table B-25: https://www.gpo.gov/fdsys/pkg/ERP-2017/pdf/ERP-2017.pdf

## XIII. SUMMARY

As outlined in Tables 1 and 2, the total economic loss ranges from $2,310,239 to $2,594,660. It should be noted that our estimates of economic loss do not include the value of past medical expenses, Lieutenant Fritz's pain and suffering, or any other elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

James Markham, Ph.D., JD, CPCU

| Table 1: Fritz Economic Loss to Age 77.7 Assuming Civilian Worklife to Age 61.6 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Age | Basic Pay | Civilian Earnings | Civilian Retirement Benefits | Health Benefits | Military Pension | Personal Maintenance | Taxes | Net Annual Loss |
| 2007 | 26 | 32,881 | - | - | 3,584 | - | (12,373) | (3,359) | 20,733 |
| 2008 | 27 | 40,237 | - | - | 4,386 | - | (13,798) | (4,110) | 26,715 |
| 2009 | 28 | 51,984 | - | - | 5,666 | - | (15,192) | (6,661) | 35,797 |
| 2010 | 29 | 58,601 | - | - | 6,387 | - | (16,148) | (7,509) | 41,331 |
| 2011 | 30 | 59,422 | - | - | 6,477 | - | (16,606) | (7,615) | 41,678 |
| 2012 | 31 | 63,263 | - | - | 6,896 | - | (17,069) | (8,107) | 44,982 |
| 2013 | 32 | 64,339 | - | - | 7,013 | - | (17,347) | (8,245) | 45,760 |
| 2014 | 33 | 68,245 | - | - | 7,439 | - | (17,851) | (8,745) | 49,088 |
| 2015 | 34 | 68,929 | - | - | 7,513 | - | (17,900) | (8,833) | 49,709 |
| 2016 | 35 | 71,978 | - | - | 7,846 | - | (18,287) | (9,224) | 52,313 |
| 2017 | 36 | 82,649 | - | - | 9,009 | - | (19,293) | (10,591) | 61,773 |
| 2018 | 37 | 88,844 | - | - | 9,684 | - | (19,885) | (11,385) | 67,259 |
| 2019 | 38 | 87,527 | - | - | 9,540 | - | (19,590) | (11,216) | 66,262 |
| 2020 | 39 | 89,045 | - | - | 9,706 | - | (19,469) | (18,581) | 60,700 |
| 2021 | 40 | 87,675 | - | - | 9,557 | - | (19,170) | (18,295) | 59,767 |
| 2022 | 41 | 87,887 | - | - | 9,580 | - | (18,965) | (18,340) | 60,161 |
| 2023 | 42 | 86,488 | - | - | 9,427 | - | (18,664) | (18,048) | 59,204 |
| 2024 | 43 | 95,824 | - | - | 10,445 | - | (18,981) | (19,996) | 67,293 |
| 2025 | 44 | 38,643 | 47,126 | 2,592 | 9,349 | 20,986 | (34,521) | (17,898) | 66,276 |
| 2026 | 45 | - | 93,494 | 5,142 | 10,191 | 41,157 | (55,267) | (19,510) | 75,208 |
| 2027 | 46 | - | 92,722 | 5,100 | 10,107 | 40,349 | (54,618) | (19,348) | 74,310 |
| 2028 | 47 | - | 91,934 | 5,056 | 10,021 | 39,547 | (53,965) | (19,184) | 73,409 |
| 2029 | 48 | - | 91,133 | 5,012 | 9,933 | 38,753 | (53,311) | (19,017) | 72,504 |
| 2030 | 49 | - | 90,319 | 4,968 | 9,845 | 37,966 | (52,654) | (18,847) | 71,597 |
| 2031 | 50 | - | 89,494 | 4,922 | 9,755 | 37,188 | (51,996) | (18,675) | 70,689 |
| 2032 | 51 | - | 88,659 | 4,876 | 9,664 | 36,418 | (51,337) | (18,501) | 69,780 |
| 2033 | 52 | - | 87,814 | 4,830 | 9,572 | 35,657 | (50,678) | (18,324) | 68,871 |
| 2034 | 53 | - | 86,961 | 4,783 | 9,479 | 34,906 | (50,019) | (18,146) | 67,963 |
| 2035 | 54 | - | 86,100 | 4,735 | 9,385 | 34,164 | (49,361) | (17,967) | 67,056 |
| 2036 | 55 | - | 85,233 | 4,688 | 9,290 | 33,432 | (48,705) | (17,786) | 66,152 |
| 2037 | 56 | - | 84,359 | 4,640 | 9,195 | 32,710 | (48,050) | (17,603) | 65,250 |
| 2038 | 57 | - | 83,481 | 4,591 | 9,099 | 31,998 | (47,398) | (17,420) | 64,352 |
| 2039 | 58 | - | 82,599 | 4,543 | 9,003 | 31,297 | (46,748) | (17,236) | 63,458 |
| 2040 | 59 | - | 81,714 | 4,494 | 8,907 | 30,606 | (46,101) | (17,051) | 62,569 |
| 2041 | 60 | - | 80,826 | 4,445 | 8,810 | 29,926 | (45,457) | (16,866) | 61,684 |
| 2042 | 61 | - | 79,936 | 4,396 | 8,713 | 29,257 | (44,817) | (16,680) | 60,805 |
| 2043 | 62 | - | 23,713 | 1,304 | 2,585 | 28,599 | (21,471) | (4,948) | 29,782 |
| 2044 | 63 | - | - | - | - | 27,952 | (13,823) | (2,855) | 11,274 |
| 2045 | 64 | - | - | - | - | 27,316 | (13,509) | (2,790) | 11,017 |
| 2046 | 65 | - | - | - | - | 26,691 | (13,200) | (2,727) | 10,765 |
| 2047 | 66 | - | - | - | - | 26,078 | (12,896) | (2,664) | 10,518 |
| 2048 | 67 | - | - | - | - | 25,475 | (12,598) | (2,602) | 10,275 |
| 2049 | 68 | - | - | - | - | 24,884 | (12,306) | (2,542) | 10,036 |
| 2050 | 69 | - | - | - | - | 24,304 | (12,019) | (2,483) | 9,802 |
| 2051 | 70 | - | - | - | - | 23,735 | (11,738) | (2,425) | 9,573 |
| 2052 | 71 | - | - | - | - | 23,177 | (11,462) | (2,368) | 9,348 |
| 2053 | 72 | - | - | - | - | 22,630 | (11,191) | (2,312) | 9,127 |
| 2054 | 73 | - | - | - | - | 22,093 | (10,926) | (2,257) | 8,911 |
| 2055 | 74 | - | - | - | - | 21,568 | (10,666) | (2,203) | 8,699 |
| 2056 | 75 | - | - | - | - | 21,053 | (10,411) | (2,151) | 8,491 |
| 2057 | 76 | - | - | - | - | 20,549 | (10,162) | (2,099) | 8,288 |
| 2058 | 77 | - | - | - | - | 20,055 | (9,918) | (2,049) | 8,089 |
| 2059 | 78 | - | - | - | - | 9,395 | (4,646) | (960) | 3,789 |

| Summary - Table 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Past Loss (2007-2018)** | 751,373 | - | - | 81,900 | - | (201,750) | (94,384) | 537,138 |
| **Future Loss (2019-2059)** | 573,089 | 1,547,617 | 85,119 | 231,157 | 1,011,870 | (1,202,781) | (472,970) | 1,773,101 |
| **Total Loss** | 1,324,462 | 1,547,617 | 85,119 | 313,057 | 1,011,870 | (1,404,531) | (567,354) | **2,310,239** |

| Table 2: Fritz Economic Loss to Age 77.7 Assuming Civilian Worklife to Age 67.0 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Age | Basic Pay | Civilian Earnings | Civilian Retirement Benefits | Health Benefits | Military Pension | Personal Maintenance | Taxes | Net Annual Loss |
| 2007 | 26 | 32,881 | - | - | 3,584 | - | (12,373) | (3,359) | 20,733 |
| 2008 | 27 | 40,237 | - | - | 4,386 | - | (13,798) | (4,110) | 26,715 |
| 2009 | 28 | 51,984 | - | - | 5,666 | - | (15,192) | (6,661) | 35,797 |
| 2010 | 29 | 58,601 | - | - | 6,387 | - | (16,148) | (7,509) | 41,331 |
| 2011 | 30 | 59,422 | - | - | 6,477 | - | (16,606) | (7,615) | 41,678 |
| 2012 | 31 | 63,263 | - | - | 6,896 | - | (17,069) | (8,107) | 44,982 |
| 2013 | 32 | 64,339 | - | - | 7,013 | - | (17,347) | (8,245) | 45,760 |
| 2014 | 33 | 68,245 | - | - | 7,439 | - | (17,851) | (8,745) | 49,088 |
| 2015 | 34 | 68,929 | - | - | 7,513 | - | (17,900) | (8,833) | 49,709 |
| 2016 | 35 | 71,978 | - | - | 7,846 | - | (18,287) | (9,224) | 52,313 |
| 2017 | 36 | 82,649 | - | - | 9,009 | - | (19,293) | (10,591) | 61,773 |
| 2018 | 37 | 88,844 | - | - | 9,684 | - | (19,885) | (11,385) | 67,259 |
| 2019 | 38 | 87,527 | - | - | 9,540 | - | (19,590) | (11,216) | 66,262 |
| 2020 | 39 | 89,045 | - | - | 9,706 | - | (19,469) | (18,581) | 60,700 |
| 2021 | 40 | 87,675 | - | - | 9,557 | - | (19,170) | (18,295) | 59,767 |
| 2022 | 41 | 87,887 | - | - | 9,580 | - | (18,965) | (18,340) | 60,161 |
| 2023 | 42 | 94,724 | - | - | 10,325 | - | (19,143) | (19,766) | 66,139 |
| 2024 | 43 | 95,824 | - | - | 10,445 | - | (18,981) | (19,996) | 67,293 |
| 2025 | 44 | 38,643 | 47,126 | 2,592 | 9,349 | 20,986 | (34,521) | (17,898) | 66,276 |
| 2026 | 45 | - | 93,494 | 5,142 | 10,191 | 41,157 | (55,267) | (19,510) | 75,208 |
| 2027 | 46 | - | 92,722 | 5,100 | 10,107 | 40,349 | (54,618) | (19,348) | 74,310 |
| 2028 | 47 | - | 91,934 | 5,056 | 10,021 | 39,547 | (53,965) | (19,184) | 73,409 |
| 2029 | 48 | - | 91,133 | 5,012 | 9,933 | 38,753 | (53,311) | (19,017) | 72,504 |
| 2030 | 49 | - | 90,319 | 4,968 | 9,845 | 37,966 | (52,654) | (18,847) | 71,597 |
| 2031 | 50 | - | 89,494 | 4,922 | 9,755 | 37,188 | (51,996) | (18,675) | 70,689 |
| 2032 | 51 | - | 88,659 | 4,876 | 9,664 | 36,418 | (51,337) | (18,501) | 69,780 |
| 2033 | 52 | - | 87,814 | 4,830 | 9,572 | 35,657 | (50,678) | (18,324) | 68,871 |
| 2034 | 53 | - | 86,961 | 4,783 | 9,479 | 34,906 | (50,019) | (18,146) | 67,963 |
| 2035 | 54 | - | 86,100 | 4,735 | 9,385 | 34,164 | (49,361) | (17,967) | 67,056 |
| 2036 | 55 | - | 85,233 | 4,688 | 9,290 | 33,432 | (48,705) | (17,786) | 66,152 |
| 2037 | 56 | - | 84,359 | 4,640 | 9,195 | 32,710 | (48,050) | (17,603) | 65,250 |
| 2038 | 57 | - | 83,481 | 4,591 | 9,099 | 31,998 | (47,398) | (17,420) | 64,352 |
| 2039 | 58 | - | 82,599 | 4,543 | 9,003 | 31,297 | (46,748) | (17,236) | 63,458 |
| 2040 | 59 | - | 81,714 | 4,494 | 8,907 | 30,606 | (46,101) | (17,051) | 62,569 |
| 2041 | 60 | - | 80,826 | 4,445 | 8,810 | 29,926 | (45,457) | (16,866) | 61,684 |
| 2042 | 61 | - | 79,936 | 4,396 | 8,713 | 29,257 | (44,817) | (16,680) | 60,805 |
| 2043 | 62 | - | 79,045 | 4,347 | 8,616 | 28,599 | (44,181) | (16,494) | 59,931 |
| 2044 | 63 | - | 78,153 | 4,298 | 8,519 | 27,952 | (43,550) | (10,839) | 64,533 |
| 2045 | 64 | - | 77,261 | 4,249 | 8,421 | 27,316 | (42,923) | (10,683) | 63,642 |
| 2046 | 65 | - | 76,370 | 4,200 | 8,324 | 26,691 | (42,301) | (10,528) | 62,757 |
| 2047 | 66 | - | 75,481 | 4,151 | 8,227 | 26,078 | (41,684) | (10,375) | 61,879 |
| 2048 | 67 | - | 55,198 | 3,036 | 6,017 | 25,475 | (33,112) | (8,241) | 48,373 |
| 2049 | 68 | - | - | - | - | 24,884 | (12,306) | (2,542) | 10,036 |
| 2050 | 69 | - | - | - | - | 24,304 | (12,019) | (2,483) | 9,802 |
| 2051 | 70 | - | - | - | - | 23,735 | (11,738) | (2,425) | 9,573 |
| 2052 | 71 | - | - | - | - | 23,177 | (11,462) | (2,368) | 9,348 |
| 2053 | 72 | - | - | - | - | 22,630 | (11,191) | (2,312) | 9,127 |
| 2054 | 73 | - | - | - | - | 22,093 | (10,926) | (2,257) | 8,911 |
| 2055 | 74 | - | - | - | - | 21,568 | (10,666) | (2,203) | 8,699 |
| 2056 | 75 | - | - | - | - | 21,053 | (10,411) | (2,151) | 8,491 |
| 2057 | 76 | - | - | - | - | 20,549 | (10,162) | (2,099) | 8,288 |
| 2058 | 77 | - | - | - | - | 20,055 | (9,918) | (2,049) | 8,089 |
| 2059 | 78 | - | - | - | - | 9,395 | (4,646) | (960) | 3,789 |
| **Summary - Table 2** | | | | | | | | | |
| **Past Loss (2007-2018)** | | 751,373 | - | - | 81,900 | - | (201,750) | (94,384) | 537,138 |
| **Future Loss (2019-2059)** | | 581,325 | 1,965,411 | 108,098 | 277,594 | 1,011,870 | (1,363,515) | (523,261) | 2,057,522 |
| **Total Loss** | | 1,332,698 | 1,965,411 | 108,098 | 359,494 | 1,011,870 | (1,565,265) | (617,645) | **2,594,660** |