# Appendix B9

THE CENTER FOR
FORENSIC ECONOMIC STUDIES
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM
EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

May 23, 2018

Edward MacAllister, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Re: *Estate of Johnathan Chism, et al. v. Islamic Republic of Iran*

Dear Mr. MacAllister:

At your request, we assess the economic loss as a result of the death of Johnathan Chism on January 20, 2007. We reserve the right to amend this report upon receipt of any additional relevant information.

## I. Documents Reviewed

- Complaint
- Relevant Military Documents of Johnathan Chism
- March 16, 2018 Deposition of Danny Chism

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

## II. Background

Johnathan Chism was born on [redacted] At the time of his passing he was 22.1 years of age and a Specialist (E-4) in the United States Army. Johnathan entered the Army on March 10, 2005. Johnathan's highest form of educational attainment is the completion of some college courses at Louisiana Technical College.[1] It has been expressed to us that Johnathan intended to make a career out of his military service. Johnathan was single and resided in New Orleans,

[1] March 16, 2018 Deposition of Danny Chism, pp. 14-15

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

Louisiana, when home from service. Johnathan is survived by his parents, Elizabeth and Danny, Vanessa, as well as his sister Julie.

## III. Earning History

As mentioned above in Section II, Johnathan was an Army Specialist, pay grade E-4 at the time of his passing in 2007. The basic pay for an E-4 soldier in 2007 was equal to $1,699.50 per month, or $20,394 annually.[2] In addition to basic pay, Johnathan also received a monthly housing allowance of $414.90, or $4,978.80 annually, and a monthly subsistence allowance of $279.88, or $3,358.56 annually.[3]

## IV. Army Duration, Worklife and Life Expectancy

### 1. Army Duration

We assume Johnathan would have served until he vested in the military pension plan, given his desire to make a career of military service and considering the pension would provide him with an additional source of income in his post-military years. In order for Johnathan to vest in the military pension plan, he would be required to have 20 years of active duty service.[4] As such, we assume that Johnathan would serve 20 years active duty through March 10, 2025.

### 2. Worklife Expectancy

We offer two worklife estimates. In our first estimate we adjust earnings to account for statistical worklife data. Johnathan's statistical worklife expectancy was 36.2 additional years, equivalent to continuous worklife to age 58.3, based on his age and level of education on the date of his passing.[5] In our second estimate, we assume continuous worklife of 44.9 additional years to age 67.0, Johnathan's Social Security retirement age.[6]

### 3. Statistical Life Expectancy

Johnathan's statistical life expectancy, calculated from his age on the date of his passing, was to age 77.5 in the year 2062.[7]

---

[2] United States Department of Defense, Defense Finance and Accounting Service, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[3] Id.
[4] http://militarypay.defense.gov/Pay/Retirement.aspx
[5] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*. Journal of Forensic Economics 22(2), 2011, pp. 165-229.
[6] http://www.ssa.gov/pubs/ageincrease.htm.
[7] Arias E. *United States Life Tables, 2011. National vital statistics reports; vol 64 no 11*. Hyattsville, MD: National Center for Health Statistics, 2015.

## V. LOST EARNING CAPACITY

### 1. Army Service

To estimate Johnathan's earning capacity with the Army, we are guided by the Military Pay Charts from 2007 through 2018 as well as Army enlisted promotions data. At this time, we only value Basic Pay for Johnathan, and as such, our analysis may understate his total earning capacity by excluding additional allowances he may have received. Johnathan's Army earnings schedule, in future dollars,[8] is set forth below in Table A:

**Table A: Chism Army Pay Schedule**

| Year | Age | Years of Service (Rounded) | Grade | Basic Pay |
|---|---|---|---|---|
| 2007 | 23 | 2 | E4 | 20,394 |
| 2008 | 24 | 3 | E4 | 22,187 |
| 2009 | 25 | 4 | E5 | 26,755 |
| 2010 | 26 | 5 | E5 | 28,973 |
| 2011 | 27 | 6 | E5 | 29,380 |
| 2012 | 28 | 7 | E5 | 31,946 |
| 2013 | 29 | 8 | E5 | 32,490 |
| 2014 | 30 | 9 | E6 | 38,743 |
| 2015 | 31 | 10 | E6 | 39,132 |
| 2016 | 32 | 11 | E6 | 40,903 |
| 2017 | 33 | 12 | E6 | 41,764 |
| 2018 | 34 | 13 | E6 | 45,320 |
| 2019 | 35 | 14 | E6 | 46,216 |
| 2020 | 36 | 15 | E6 | 47,938 |
| 2021 | 37 | 16 | E6 | 48,885 |
| 2022 | 38 | 17 | E6 | 50,467 |
| 2023 | 39 | 18 | E6 | 51,464 |
| 2024 | 40 | 19 | E6 | 53,226 |
| 2025 | 41 | 20 | E6 | 10,313 |

### 2. Civilian Employment Post-Military Service

Upon Johnathan's completion of 20 years of active duty service, we assume he would transition to employment in the private sector as he would have between 12 (statistical) and 26 (Social Security retirement age) years of worklife remaining. We further assume that Johnathan would have an earning capacity in the private sector equal to his estimated earnings in his final year of service in the Army, $55,350 in 2025 dollars. We assume that Johnathan would secure employment with earnings equal to the above figure by July 1, 2025 and value this estimate through his statistical worklife, age 58.3 in the year 2043 and his Social Security retirement age, age 67.0 in the year 2051.

[8] See Section VII.1 below regarding future growth of salary.

## VI. Past Earnings Growth

To estimate military earnings growth from 2007 to 2018, we rely on the Military Pay Tables for each respective year.[9]

## VII. Future Earnings Growth

### 1. Military Service

Future earnings growth is estimated to be 1.98%. This rate represents the average annual rate of change in military pay from 2008 through 2018.[10]

### 2. Civilian Employment

Future earnings growth is estimated to be 2.87% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 1997 to 2017.[11]

## VIII. Taxes

Federal and state taxes are calculated and deducted using Federal and Louisiana state tax rates. In calculating Johnathan's income taxes, we assume that he would file with zero exemptions through 2062. Tax rates applied to Johnathan's earnings range from 7.5% to 16.9%.[12]

## IX. Personal Maintenance Expenditures

In our analysis, we reduce our estimate of lost earnings in order to reflect the expenditures which Johnathan would have incurred for his personal maintenance. Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level.

During the period that Johnathan would have been serving in the military, we do not consider housing and food expenses as part of his personal maintenance, as he would have received housing and food allowances. Following his military service, we include these elements in our estimate of personal maintenance expenditures. Using data from the *2014-15 Consumer Expenditure Survey* (CEX), we deduct between 35.2% and 79.1% from annual earnings and military pension benefits to account for these expenditures (between 35.2% to 55.1% during military service and between 57.3% to 79.1% during civilian time periods).[13]

---

[9] U.S. Department of Defense, Defense Finance and Accounting Services, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[10] Id.
[11] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
[12] http://www.taxformcalculator.com/
[13] U.S. Department of Labor, Bureau of Labor Statistics. http://www.bls.gov/cex/

## X. FRINGE BENEFITS

### 1. Military Retirement Pay

In order to calculate Johnathan's military retirement pay, we utilize the calculation for the High-36 retirement plan, which is as follows:

**Average of highest 36 months of basic pay X 2.5% per year of service**[14]

In our scenario, Johnathan would retire from the military with 20 years of service and a high-36 salary of $51,719. This results in an annual benefit equal to $25,859[15] and is valued from April 1, 2025 (approximately one month post-retirement) to Johnathan's age 77.5.

The cost of living adjustment ("COLA") associated with this benefit is based on the Consumer Price Index.[16] Accordingly, we utilize a growth rate of 1.69% per year. This rate represents the annual rate of change in the Consumer Price Index from 1998 through 2017.[17]

### 2. Civilian Employment

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive retirement benefits equal, on average, to 5.5% of annual earnings.[18] We employ this rate in projecting lost fringe benefits from 2025 through 2051.

### 3. Health Benefits

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive health benefits equal, on average, to 10.9% of annual earnings.[19] We employ this rate in projecting lost health benefits.

---

[14] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[15] $51,719 X (2.5% X 20) = $25,859
[16] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[17] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CUUR0000SA0
[18] *Employer Costs for Employee Compensation,* September 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm
[19] *Employer Costs for Employee Compensation,* December 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm

## XI. PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of April 7, 2018, 3.51%, was used to estimate the return on the principal investment.[20] The average yield on these bonds from 1998 to 2017, 4.39% per year, was used to estimate the return on the reinvested interest.[21]

## XII. TABLES

Table 1 shows total economic loss to age 77.5 assuming civilian worklife to age 58.3.

Table 2 shows total economic loss to age 77.5 assuming civilian worklife to age 67.0.

[20] *Economic Indicators,* March 2018; http://www.gpo.gov/economicindicators
[21] *Economic Report of the President,* March 2017, Table B-25: https://www.gpo.gov/fdsys/pkg/ERP-2017/pdf/ERP-2017.pdf

## XIII. Summary

As outlined in Tables 1 and 2, the total economic loss ranges from $885,465 to $1,059,404. It should be noted that our estimates of economic loss do not include the value of past medical expenses, Johnathan's pain and suffering, or any additional elements of non-economic loss.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

James Markham, Ph.D., JD, CPCU

| Table 1: Chism Value of Economic Loss to Age 77.5 Assuming Civilian Worklife to Age 58.3 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Age | Basic Pay | Military Pension | Civilian Earnings | Civilian Benefits | Health Benefits | Personal Maintenance | Taxes | Net Annual Loss |
| 2007 | 23 | 19,374 | - | - | - | 2,112 | (10,676) | (1,461) | 9,350 |
| 2008 | 24 | 22,187 | - | - | - | 2,418 | (11,687) | (1,673) | 11,246 |
| 2009 | 25 | 26,755 | - | - | - | 2,916 | (12,623) | (2,017) | 15,032 |
| 2010 | 26 | 28,973 | - | - | - | 3,158 | (13,267) | (2,184) | 16,679 |
| 2011 | 27 | 29,380 | - | - | - | 3,202 | (13,644) | (2,215) | 16,723 |
| 2012 | 28 | 31,946 | - | - | - | 3,482 | (14,107) | (2,408) | 18,913 |
| 2013 | 29 | 32,490 | - | - | - | 3,541 | (14,337) | (2,449) | 19,245 |
| 2014 | 30 | 38,743 | - | - | - | 4,223 | (15,243) | (4,467) | 23,257 |
| 2015 | 31 | 39,132 | - | - | - | 4,265 | (15,285) | (4,512) | 23,601 |
| 2016 | 32 | 40,903 | - | - | - | 4,458 | (15,620) | (4,716) | 25,026 |
| 2017 | 33 | 41,764 | - | - | - | 4,552 | (15,948) | (4,815) | 25,553 |
| 2018 | 34 | 45,320 | - | - | - | 4,940 | (16,480) | (5,225) | 28,555 |
| 2019 | 35 | 44,649 | - | - | - | 4,867 | (16,236) | (5,148) | 28,132 |
| 2020 | 36 | 44,729 | - | - | - | 4,875 | (16,067) | (5,157) | 28,381 |
| 2021 | 37 | 44,041 | - | - | - | 4,800 | (15,820) | (5,078) | 27,944 |
| 2022 | 38 | 43,887 | - | - | - | 4,784 | (15,626) | (5,060) | 27,985 |
| 2023 | 39 | 43,189 | - | - | - | 4,708 | (15,377) | (4,979) | 27,540 |
| 2024 | 40 | 43,094 | - | - | - | 4,697 | (15,188) | (4,968) | 27,635 |
| 2025 | 41 | 8,053 | 15,402 | 24,305 | 1,337 | 3,527 | (27,374) | (5,506) | 19,744 |
| 2026 | 42 | - | 20,137 | 48,745 | 2,681 | 5,313 | (39,480) | (7,942) | 29,455 |
| 2027 | 43 | - | 19,741 | 47,922 | 2,636 | 5,224 | (38,782) | (7,801) | 28,940 |
| 2028 | 44 | - | 19,349 | 47,102 | 2,591 | 5,134 | (38,087) | (7,661) | 28,428 |
| 2029 | 45 | - | 18,961 | 46,286 | 2,546 | 5,045 | (37,396) | (7,523) | 27,919 |
| 2030 | 46 | - | 18,576 | 45,474 | 2,501 | 4,957 | (36,711) | (7,385) | 27,413 |
| 2031 | 47 | - | 18,195 | 44,668 | 2,457 | 4,869 | (36,030) | (7,248) | 26,910 |
| 2032 | 48 | - | 17,818 | 43,866 | 2,413 | 4,781 | (35,355) | (7,112) | 26,412 |
| 2033 | 49 | - | 17,446 | 43,071 | 2,369 | 4,695 | (34,685) | (6,977) | 25,918 |
| 2034 | 50 | - | 17,078 | 42,281 | 2,325 | 4,609 | (34,022) | (6,844) | 25,428 |
| 2035 | 51 | - | 16,715 | 41,499 | 2,282 | 4,523 | (33,366) | (6,712) | 24,943 |
| 2036 | 52 | - | 16,357 | 40,724 | 2,240 | 4,439 | (32,716) | (6,581) | 24,463 |
| 2037 | 53 | - | 16,004 | 39,957 | 2,198 | 4,355 | (32,074) | (6,452) | 23,988 |
| 2038 | 54 | - | 15,656 | 39,197 | 2,156 | 4,273 | (31,439) | (6,324) | 23,518 |
| 2039 | 55 | - | 15,313 | 38,446 | 2,115 | 4,191 | (30,812) | (6,198) | 23,054 |
| 2040 | 56 | - | 14,975 | 37,704 | 2,074 | 4,110 | (30,193) | (6,073) | 22,595 |
| 2041 | 57 | - | 14,642 | 36,970 | 2,033 | 4,030 | (29,581) | (5,951) | 22,143 |
| 2042 | 58 | - | 14,315 | 36,245 | 1,993 | 3,951 | (28,978) | (5,829) | 21,696 |
| 2043 | 59 | - | 13,993 | 9,238 | 508 | 1,007 | (18,091) | (2,678) | 3,976 |
| 2044 | 60 | - | 13,676 | - | - | - | (10,812) | (1,031) | 1,834 |
| 2045 | 61 | - | 13,365 | - | - | - | (10,566) | (1,008) | 1,792 |
| 2046 | 62 | - | 13,059 | - | - | - | (10,324) | (985) | 1,751 |
| 2047 | 63 | - | 12,759 | - | - | - | (10,087) | (962) | 1,711 |
| 2048 | 64 | - | 12,464 | - | - | - | (9,854) | (940) | 1,671 |
| 2049 | 65 | - | 12,175 | - | - | - | (9,625) | (918) | 1,632 |
| 2050 | 66 | - | 11,891 | - | - | - | (9,401) | (896) | 1,594 |
| 2051 | 67 | - | 11,613 | - | - | - | (9,180) | (875) | 1,557 |
| 2052 | 68 | - | 11,340 | - | - | - | (8,965) | (855) | 1,520 |
| 2053 | 69 | - | 11,072 | - | - | - | (8,753) | (835) | 1,484 |
| 2054 | 70 | - | 10,810 | - | - | - | (8,546) | (815) | 1,449 |
| 2055 | 71 | - | 10,553 | - | - | - | (8,342) | (796) | 1,415 |
| 2056 | 72 | - | 10,301 | - | - | - | (8,143) | (777) | 1,381 |
| 2057 | 73 | - | 10,054 | - | - | - | (7,948) | (758) | 1,348 |
| 2058 | 74 | - | 9,813 | - | - | - | (7,757) | (740) | 1,316 |
| 2059 | 75 | - | 9,576 | - | - | - | (7,570) | (722) | 1,284 |
| 2060 | 76 | - | 9,345 | - | - | - | (7,387) | (704) | 1,253 |
| 2061 | 77 | - | 9,118 | - | - | - | (7,208) | (687) | 1,222 |
| 2062 | 78 | - | 3,825 | - | - | - | (3,024) | (288) | 513 |
| **Summary - Table 1** | | | | | | | | | |
| **Past Loss (2007-2018)** | | 396,968 | - | - | - | 43,269 | (168,915) | (38,142) | 233,180 |
| **Future Loss (2019-2062)** | | 271,643 | 527,482 | 753,700 | 41,454 | 111,762 | (882,976) | (170,779) | 652,285 |
| **Total Loss** | | 668,610 | 527,482 | 753,700 | 41,454 | 155,032 | (1,051,892) | (208,921) | **885,465** |

| Table 2: Chism Value of Economic Loss to Age 77.5 Assuming Civilian Worklife to Age 67.0 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Age | Basic Pay | Military Pension | Civilian Earnings | Civilian Benefits | Health Benefits | Personal Maintenance | Taxes | Net Annual Loss |
| 2007 | 23 | 19,374 | - | - | - | 2,112 | (10,676) | (1,461) | 9,350 |
| 2008 | 24 | 22,187 | - | - | - | 2,418 | (11,687) | (1,673) | 11,246 |
| 2009 | 25 | 26,755 | - | - | - | 2,916 | (12,623) | (2,017) | 15,032 |
| 2010 | 26 | 28,973 | - | - | - | 3,158 | (13,267) | (2,184) | 16,679 |
| 2011 | 27 | 29,380 | - | - | - | 3,202 | (13,644) | (2,215) | 16,723 |
| 2012 | 28 | 31,946 | - | - | - | 3,482 | (14,107) | (2,408) | 18,913 |
| 2013 | 29 | 32,490 | - | - | - | 3,541 | (14,337) | (2,449) | 19,245 |
| 2014 | 30 | 38,743 | - | - | - | 4,223 | (15,243) | (4,467) | 23,257 |
| 2015 | 31 | 39,132 | - | - | - | 4,265 | (15,285) | (4,512) | 23,601 |
| 2016 | 32 | 40,903 | - | - | - | 4,458 | (15,620) | (4,716) | 25,026 |
| 2017 | 33 | 41,764 | - | - | - | 4,552 | (15,948) | (4,815) | 25,553 |
| 2018 | 34 | 45,320 | - | - | - | 4,940 | (16,480) | (5,225) | 28,555 |
| 2019 | 35 | 44,649 | - | - | - | 4,867 | (16,236) | (5,148) | 28,132 |
| 2020 | 36 | 44,729 | - | - | - | 4,875 | (16,067) | (5,157) | 28,381 |
| 2021 | 37 | 44,041 | - | - | - | 4,800 | (15,820) | (5,078) | 27,944 |
| 2022 | 38 | 43,887 | - | - | - | 4,784 | (15,626) | (5,060) | 27,985 |
| 2023 | 39 | 43,189 | - | - | - | 4,708 | (15,377) | (4,979) | 27,540 |
| 2024 | 40 | 43,094 | - | - | - | 4,697 | (15,188) | (4,968) | 27,635 |
| 2025 | 41 | 8,053 | 15,402 | 24,305 | 1,337 | 3,527 | (15,002) | (929) | 36,694 |
| 2026 | 42 | - | 20,137 | 48,745 | 2,681 | 5,313 | (39,480) | (7,942) | 29,455 |
| 2027 | 43 | - | 19,741 | 47,922 | 2,636 | 5,224 | (38,782) | (7,801) | 28,940 |
| 2028 | 44 | - | 19,349 | 47,102 | 2,591 | 5,134 | (38,087) | (7,661) | 28,428 |
| 2029 | 45 | - | 18,961 | 46,286 | 2,546 | 5,045 | (37,396) | (7,523) | 27,919 |
| 2030 | 46 | - | 18,576 | 45,474 | 2,501 | 4,957 | (36,711) | (7,385) | 27,413 |
| 2031 | 47 | - | 18,195 | 44,668 | 2,457 | 4,869 | (36,030) | (7,248) | 26,910 |
| 2032 | 48 | - | 17,818 | 43,866 | 2,413 | 4,781 | (35,355) | (7,112) | 26,412 |
| 2033 | 49 | - | 17,446 | 43,071 | 2,369 | 4,695 | (34,685) | (6,977) | 25,918 |
| 2034 | 50 | - | 17,078 | 42,281 | 2,325 | 4,609 | (34,022) | (6,844) | 25,428 |
| 2035 | 51 | - | 16,715 | 41,499 | 2,282 | 4,523 | (33,366) | (6,712) | 24,943 |
| 2036 | 52 | - | 16,357 | 40,724 | 2,240 | 4,439 | (32,716) | (6,581) | 24,463 |
| 2037 | 53 | - | 16,004 | 39,957 | 2,198 | 4,355 | (32,074) | (6,452) | 23,988 |
| 2038 | 54 | - | 15,656 | 39,197 | 2,156 | 4,273 | (31,439) | (6,324) | 23,518 |
| 2039 | 55 | - | 15,313 | 38,446 | 2,115 | 4,191 | (30,812) | (6,198) | 23,054 |
| 2040 | 56 | - | 14,975 | 37,704 | 2,074 | 4,110 | (30,193) | (6,073) | 22,595 |
| 2041 | 57 | - | 14,642 | 36,970 | 2,033 | 4,030 | (29,581) | (5,951) | 22,143 |
| 2042 | 58 | - | 14,315 | 36,245 | 1,993 | 3,951 | (28,978) | (5,829) | 21,696 |
| 2043 | 59 | - | 13,993 | 35,530 | 1,954 | 3,873 | (28,384) | (5,710) | 21,256 |
| 2044 | 60 | - | 13,676 | 34,824 | 1,915 | 3,796 | (27,798) | (5,592) | 20,821 |
| 2045 | 61 | - | 13,365 | 34,127 | 1,877 | 3,720 | (27,220) | (5,476) | 20,393 |
| 2046 | 62 | - | 13,059 | 33,441 | 1,839 | 3,645 | (26,652) | (5,361) | 19,971 |
| 2047 | 63 | - | 12,759 | 32,764 | 1,802 | 3,571 | (26,092) | (5,249) | 19,556 |
| 2048 | 64 | - | 12,464 | 32,097 | 1,765 | 3,499 | (25,541) | (5,138) | 19,147 |
| 2049 | 65 | - | 12,175 | 31,440 | 1,729 | 3,427 | (24,998) | (5,029) | 18,745 |
| 2050 | 66 | - | 11,891 | 30,794 | 1,694 | 3,357 | (24,465) | (4,921) | 18,349 |
| 2051 | 67 | - | 11,613 | 27,443 | 1,509 | 2,991 | (23,013) | (4,503) | 16,041 |
| 2052 | 68 | - | 11,340 | - | - | - | (8,965) | (1,307) | 1,068 |
| 2053 | 69 | - | 11,072 | - | - | - | (8,753) | (835) | 1,484 |
| 2054 | 70 | - | 10,810 | - | - | - | (8,546) | (815) | 1,449 |
| 2055 | 71 | - | 10,553 | - | - | - | (8,342) | (796) | 1,415 |
| 2056 | 72 | - | 10,301 | - | - | - | (8,143) | (777) | 1,381 |
| 2057 | 73 | - | 10,054 | - | - | - | (7,948) | (758) | 1,348 |
| 2058 | 74 | - | 9,813 | - | - | - | (7,757) | (740) | 1,316 |
| 2059 | 75 | - | 9,576 | - | - | - | (7,570) | (722) | 1,284 |
| 2060 | 76 | - | 9,345 | - | - | - | (7,387) | (704) | 1,253 |
| 2061 | 77 | - | 9,118 | - | - | - | (7,208) | (687) | 1,222 |
| 2062 | 78 | - | 8,896 | - | - | - | (7,033) | (671) | 1,193 |
| Summary - Table 2 | | | | | | | | | |
| **Past Loss (2007-2018)** | | 396,968 | - | - | - | 43,269 | (168,915) | (38,142) | 233,180 |
| **Future Loss (2019-2062)** | | 271,643 | 532,552 | 1,036,921 | 57,031 | 142,633 | (1,010,836) | (203,720) | 826,224 |
| **Total Loss** | | 668,610 | 532,552 | 1,036,921 | 57,031 | 185,903 | (1,179,751) | (241,862) | **1,059,404** |