**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NOALA FRITZ *et al.*,

         Plaintiffs,

   v.

ISLAMIC REPUBLIC OF IRAN *et al*.,

        Defendants.

Civil Action No.: 15-456 (RDM)

## Appendix C – Memorandum in Support of Claims for Compensatory Damages for the Estate of Shawn Falter and the Family of Shawn Falter

The Family of Shawn Falter respectfully submits this memorandum and evidence in support of their claims for compensatory damages on behalf of the Estate of Shawn Falter, Shawn's mother and father Linda and Russell J. Falter, and Shawn's sisters and brothers Russell C. and Marjorie Falter, John and Jason Sackett, Marsha Novak, and David, Timothy, and Andrew Lucas.[1]

---

[1] *See* Appendix C6.

# <u>TABLE OF CONTENTS</u>

<u>Page</u>:

I.    Personal Background and Family ...................................................................4

    A.    Shawn's Life and Career ...........................................................4

    B.    Shawn's Abduction and Death ..................................................5

    C.    Awards and Decorations ..........................................................6

II.    The Estate of Shawn Falter is Entitled to Economic Damages ...................7

III.    The Estate of Shawn Falter is Entitled to Damages for Pain and Suffering ......................8

    A.    Parents of Shawn Falter are Entitled to Solatium Damages ................................12

        1.    Russell J. Falter ........................................................12

            a.    Russell Sr.'s Relationship with Shawn ....................................12

            b.    Impact of Shawn's Death on Russell Sr. .................................12

            c.    Russell Sr. is Entitled to Solatium Damages ...................................14

        2.    Linda Falter .............................................................14

            a.    Linda's Relationship with Shawn ..........................................14

            b.    Impact of Shawn's Death on Linda ................................................15

            c.    Linda is Entitled to Solatium Damages ...........................................17

    B.    Half-Siblings of Shawn Falter are Entitled to Solatium Damages .........................18

        1.    Marjorie Falter ........................................................19

            a.    Marjorie 's Relationship with Shawn ....................................19

            b.    Impact of Shawn's Death on Marjorie ...........................................20

            c.    Marjorie is Entitled to Solatium Damages ......................................21

        2.    Russell C. Falter .......................................................21

            a.    Russ Jr.'s Relationship with Shawn ...............................................21

            b.    Impact of Shawn's Death on Russ Jr. ..........................................22

            c.    Russ Jr. is Entitled to Solatium Damages ......................................23

        3.    John Sackett ............................................................23

            a.    John's Relationship with Shawn .......................................23

            b.    Impact of Shawn's Death on John ................................................24

            c.    John is Entitled to Solatium Damages .............................................26

        4.    Jason Sackett ..........................................................26

            a.    Jason's Relationship with Shawn ....................................26

|  |  | b. | Impact of Shawn's Death on Jason ...............................................28 |
|  |  | c. | Jason is Entitled to Solatium Damages ...........................................29 |

C.   Nonbiological Siblings of Shawn Falter are Entitled to Solatium Damages .........29

1.   Marsha Novak .............................................................................................30

a.   Marsha's Relationship with Shawn................................................30

b.   Impact of Shawn's Death on Marsha .............................................31

c.   Marsha is Entitled to Solatium Damages .......................................33

2.   David Lucas .................................................................................................33

a.   David's Relationship with Shawn ..................................................34

b.   Impact of Shawn's Death on David ...............................................35

c.   David is Entitled to Solatium Damages .........................................36

3.   Timothy Lucas .............................................................................................36

a.   Timothy's Relationship with Shawn ..............................................37

b.   Impact of Shawn's Death on Timothy ...........................................38

c.   Timothy is Entitled to Solatium Damages .....................................39

4.   Andrew Lucas ..............................................................................................39

a.   Andrew's Relationship with Shawn ...............................................40

b.   Impact of Shawn's Death on Andrew ............................................41

c.   Andrew is Entitled to Solatium Damages ......................................43

IV.   Conclusion ...................................................................................................................44

## I.      Personal Background and Family

### A.      Shawn's Life and Career

Shawn Falter was born on XX XX, 1981, in Cortland, NY.  Shawn was just 25 years old when he was abducted, tortured, and murdered near Karbala, Iraq on January 20, 2007.[2]  He was a U.S. Citizen and a Private First Class in the U.S. Army at the time of his death.[3]

Shawn Falter's short life had a great impact on his large family and bore witness to his ability to overcome great adversity.  He grew up with a large extended but loving family composed of thirteen brothers and sisters from three marriages.[4]  There were no "step-brothers" in Shawn's family, only "brothers."[5]  While Shawn was an only child from the union of his biological mother and father, his mother had children from an earlier marriage before Shawn was born.[6]  His father assumed full custody of Shawn when he was very young.[7]  Shawn had little contact with his biological mother when he was growing up.[8]  Linda Falter married Shawn's father and moved in with him in 1988 when Shawn was very young.[9]

Linda immediately became his mother and her children from a previous marriage followed her example and became very close to Shawn.  Shawn had the "brightest blue eyes and a biggest smile."[10]  Great with children, Shawn was "the kid that had kids swinging around his neck all of the time.  Just like a tree with kids on him, loved kids, loved children."[11]  He was "happy-go-lucky, always had a smile on his face, easy going kid."[12]  Shawn enjoyed an idyllic childhood of video games, movies, sleepovers, and playing with his brothers in the yard and river

---

[2] Mallak T-4-23-24; Rabena T-1-74-75; Rabena T-2-58-59, 85-87; Trial Ex. 4 at 1128.
[3] Falter T-4-62; Ex. 41.
[4] Falter (Linda) Depo. T-8, 11.
[5] Falter (Linda) Depo. T-18.
[6] Falter (Linda) Depo. T-8, 11.
[7] Falter (Linda) Depo. T-13.
[8] Falter (Linda) Depo. T-11, 12-13.
[9] Falter (Linda) Depo. T-7, 10.
[10] Falter (Linda) Depo. T-26
[11] Falter (Linda) Depo. T-22.
[12] Falter (Linda) Depo. T-22.

at "Grandma Heath's."[13]  Holidays were jam-packed affairs, with "everybody would come home; we'd have people falling all over each other."[14]

Shawn did not let a small matter like physical hardship keep him from doing what he wanted to do.  Shawn was born with club feet[15] but after treatment, he played football, basketball, and baseball as a high school athlete despite continuing problems with his ankles.[16] Shawn loved sports and won a "foot locker full of trophies" that Linda keeps to this day.[17]  The foot and ankle trouble also initially disqualified him from qualifying as a paratrooper when he joined the military, but he refused to take no for an answer and became a paratrooper.[18]

Shawn joined the military without telling Linda first, because he believed "I need to make a difference for myself and everybody else in the world" and that she would have talked him out of it.[19]  He also joined to receive money for college to pursue a degree, as had other members of his family.[20]

"An unselfish and warm-hearted individual, Shawn Falter called his family from Iraq toward the end of the year 2006; he expressed his desire to give up his own leave time in order to allow a fellow soldier return home to his wife and children."[21]

B.    Shawn's Abduction and Death

On January 20, 2007, Iranian-supported militants posing as American troops infiltrated the Karbala Provincial Joint Coordination Center ("PJCC") using highly sophisticated techniques and took captive Shawn Falter and his fellow U.S. service members Jacob Fritz, Johnathan

---

[13] Sackett (Jason) Depo. T-7-8; Falter (Russell J.) Depo. T-19.
[14] Falter (Linda) Depo. T-20.
[15] Falter (Linda) Depo. T-31; Falter (Russell J.) Depo. T-10-11
[16] Falter (Russell J.) Depo. T-10-11.
[17] Falter (Linda) Depo. T-32.
[18] Falter (Russell J.) Depo. T-11-12; Falter (Linda) Depo. T-44-45.
[19] Falter (Linda) Depo. T-39.
[20] Falter (Linda) Depo. T-40.
[21] N.Y. Legis. Assemb. Res. No. 81. Reg. Sess. 2007-2008 (2007) at Appendix C5.

Bryan Chism, and Captain Brian Freeman.[22]  The victims, all of whom were still alive after their abduction, were handcuffed together in the back of SUVs and driven toward the Iranian border by following a circuitous route used to transport Iranian weapons and supplies through the area.[23] When the kidnappers were unable to get past an Iraqi checkpoint at al Mahawil and proceed further toward Iran, they executed Shawn Falter, Jacob Fritz, Johnathan Bryan Chism, and Brian Freeman.[24] Based upon donations Russell and Linda received after Shawn's death, they established a scholarship in Shawn's name at his high school.[25]  The father of one girl he had protected from bullies still donates flowers to Shawn's gravesite.[26]

Shawn is survived by his father Russell and his mother Linda, his siblings John and Jason Sackett, Russell C. Falter, Marjorie Falter, Marsha Novak, and Andrew, Tim, and David Lucas.[27]  Shawn's death had a devastating impact on his father and Linda and caused searing grief and depression in his siblings.  They all miss him greatly and grieve for the future that was robbed from him.

### C.    Awards and Decorations

Shawn's awards and decorations include the Army Achievement Medal, the National Defense Service Medal, the Army Service Ribbon, the Iraqi Campaign Medal, the Overseas Service Ribbon, and the Parachutist Badge.[28]  He earned and was posthumously awarded the

---

[22] Rabena T-1-50-53, 59-63, 76-83; T-2-38-64, 77-114; Tr. Ex. 4 at 1127-1140. Tr. Ex. 4 at 1127-1140.  Citations to Plaintiff exhibits admitted at trial are identified as Tr. Ex.
[23] Rabena T-1-50-53, 59-63, 76-83; T-2-38-64, 77-114; Tr. Ex. 4 at 1127-1140
[24] Rabena T-2-77-79, 94-97; Tr. Ex. 4 at 1128-1129.
[25] Falter (Linda) Depo. T-22-23.
[26] Falter (Russell J.) Depo. T-17-18.
[27] Falter T-4-62-63; Ex. 49; Tr. Ex. 68.
[28]    "Together     We     Served"     Website     Entry     for     Shawn     Falter,     available     at https://army.togetherweserved.com/army/servlet/tws.webapp.WebApp?cmd=ShadowBoxProfile&type=Person&ID= 88767

Bronze Star Medal, the Purple Heart, the Prisoner of War Medal, and the Combat Action Badge.[29]

## II.     The Estate of Shawn Falter is Entitled to Economic Damages

As to economic damages to the Estate of Shawn Falter, resulting from the tortious conduct of Defendants, Plaintiffs have provided evidence of the estate's economic losses by submitting the expert reports of Dr. James Markham, a senior economist at the Center for Forensic Economic Studies ("CFES") and Chad Staller, President and senior economist at the CFES.[30]  Both Dr. Markham and Mr. Staller are well-qualified experts in the field of forensic economics.  Dr. Markham's and Mr. Staller's experience and expertise in the field of forensic economics is detailed in their respective curricula vitae.[31]  Mr. Staller has testified in over 130 state and federal cases nationwide.[32]  Dr. Markham has testified in dozens of state and federal cases nationwide.[33]

In their report for the Estate of Shawn Falter, Dr. Markham and Mr. Staller review the methodology of calculation of economic loss.  Dr. Markham and Mr. Staller conclude that assuming Shawn Falter lived and was employed to the Social Security retirement age of 67 (a standard assumption), the total economic loss for lost wages and benefits, net of personal consumption, is $951,882 as reflected in the Table 2 attached to CFES Report – Falter at Appendix C17 at 9.

---

[29]   Alkire   T-4-118;   "Together   We   Served"   Website   Entry   for   Shawn   Falter,   available   at https://army.togetherweserved.com/army/servlet/tws.webapp.WebApp?cmd=ShadowBoxProfile&type=Person&ID= 88767

[30] *See* Expert Report of CFES for the Estate of Shawn Falter attached hereto as Appendix C17 and incorporated herein by reference.

[31] *See* Curriculum Vitae of Chad L. Staller attached hereto as Appendix C18 at 1-5 and incorporated herein by reference; Curriculum Vitae of Dr. James Markham attached hereto as Appendix C18 at 11-13 and incorporated herein by reference.

[32] *See* Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C. attached hereto as Appendix C18 at 6-10 and incorporated herein by reference.

[33] *See* Testimony List for James Markham, Ph.D., J.D., CPCU attached hereto as Appendix C18 at 14 and incorporated herein by reference.

### III.     The Estate of Shawn Falter is Entitled to Damages for Pain and Suffering

The evidence in this case demonstrates that Shawn Falter suffered an extraordinarily painful death.  Shawn's claim for the conscious pain and suffering is actionable through his estate.  The Court heard extensive testimony at the evidentiary hearing on the pain and suffering of Shawn Falter at the hands of his attackers.  The Court received Tr. Ex. 58 as evidence depicting Shawn Falter's brutalized body, as well as Tr. Ex. 8.[34]

Shawn Falter was captured at the PJCC on January 20, 2007.[35]  Shawn was the victim of a hostage-taking and was still alive after his capture at the PJCC and before his subsequent execution at the hands of his attackers.[36]  The U.S. Army's investigation determined that Shawn and his fellow soldiers were abducted at the PJCC shortly after 6:00pm local time and were murdered between 7:30pm local time when they were unable to get past a checkpoint near Mahawil and 8:45pm local time when the handcuffed bodies of Jacob, Shawn Falter and Bryan Chism were discovered by the rescue team near Abu Alwan.[37]  One of their fellow soldiers, Brian Freeman was discovered badly wounded but still alive at the scene.[38]  Shawn experienced intense psychological and physical pain and suffering for the duration of his kidnapping, torture and execution.  His initial capture occurred in the midst of an orchestrated terrorist raid, he was then forced into a vehicle, handcuffed to Jacob Fritz, beaten, and shot multiple times in a manner that resulted in intense pain and suffering before his eventual death.

Dr. Craig Thomas Mallak[39], who supervised Shawn's autopsy during his tenure as Armed Forces Medical Examiner, testified in great detail about the extreme torture Shawn experienced

---

[34] Tr. Ex. 8 is attached at Appendix C21.  *See also* Tr. Ex. 72 at Appendix C20.
[35] Rabena T-1-74-75; Rabena T-2-47-49, 58-59; Tr. Ex. 4 at 1128.
[36] Rabena T-1-74-79; Rabena T-2-58-59, 62-63, 83-87; Tr. Ex. 4 at 1128, 1132.
[37] Tr. Ex. 4 at 1130-1135; Rabena T-2-77-88
[38] Tr. Ex. 4 at 1130-1136; Rabena T-2-77-88.
[39] Dr. Mallak is currently the chief medical examiner and chief trauma officer for Broward County, Florida.  Mallak T-3-177.  Dr. Mallak performed his medical internship at the Naval Hospital in Oakland, California and was

prior to his death by execution.  Before his death, Shawn Falter was (i) beaten with sufficient force to cause bruising and bleeding along the top of his skull;  (ii) beaten with sufficient force to cause bruising and abrasions all over his body including on his lower back, knuckles and fingers; (iii) injured by shattered glass; and (iv) shot twice, once in the neck and once in the face.[40] Shawn experienced conscious pain and suffering with knowledge of his impending death and was alive for all injuries including the two gun shots that eventually killed him.

Shawn was beaten badly between his abduction and eventual execution.  On the right side of his temple, Shawn was beaten with such force that he had a hemorrhage.[41]  Under his scalp, he had contusions that are the result of blunt force trauma while he was alive.[42]  Dr. Mallak testified that he identified numerous other contusions and abrasions on Shawn's body that were the result of injuries that occurred while he was alive.[43]

Shawn's body was recovered with cubes of tinted, tempered glass.[44]  As with Jacob, before his death Shawn experienced a "dicing injury" on his forehead as a result of striking cubes of broken, tempered glass.[45]  Evidence of a bruise starting to form around the injury caused by the glass shows that those injuries occurred while Shawn was alive.[46]

After being brutally beaten, Shawn was shot once in the neck from behind and once in the face.  The gunshot wound to his neck came in from behind and fractured Shawn's first and second cervical vertebrae, then lacerated his spinal cord, and went towards his jaw and exited out

---

deployed  as a general medical officer with the U.S. Marine Corps before completing his fellowship at  Walter Reed Hospital.  Mallak T-3-174-175.  Dr. Mallak served as the Chief of the Armed Forces Medical  Examiner System from 2002 to 2012.  Mallak T-3-178.  The system investigates all military deaths and  is the medical examiner for the Federal Government.  Mallak T-3-178.

[40] Mallak T-4-28-29; Appendix C21 at 2-4; Tr. Ex. 58 at Image Nos. 51, 54-55, 75, 79, 83-84, 113.

[41] Mallak T-4-28; Appendix C21 at 3-4.

[42] Mallak T-4-29.

[43] *Id*.

[44] Mallak T-4-23-24; Appendix C21 at 3 ("Black-green fragments of glass recovered from the body bag and left pocket of the pants"); Tr. Ex. 58 at Image No. 96, 141.

[45] Mallak T-4-23-24; Tr. Ex. 58 at Image No. 64.

[46] Mallak T-4-24.

the other side of his neck.[47]   The gunshot to Shawn's face was fired from a few inches away.[48] This went through his sinus, cheekbone, throat, then went through the carotid artery and the jugular vein, finally exiting through the muscles in his neck.[49]   Both gunshot wounds occurred while Shawn was still alive, damaging his spine, carotid artery and jugular vein.[50]

Dr. Mallak, concluded that these injuries definitely occurred at the location where Shawn's body was found and that had these injuries been inflicted at the PJCC, they would have left evidence of "profuse" bleeding.[51]

For purposes of this case, after reviewing the Armed Forces Medical Examiner Autopsy Report and images for Shawn, as well as preliminary intelligence which was provided to him at the time of the autopsy in his capacity as Armed Forces Medical Examiner, it is Dr. Craig Thomas Mallak's expert opinion that Shawn's  death was an execution[52], that Shawn was killed in captivity[53], that he was killed after he was removed from the PJCC[54], and that the treatment of Shawn at the hands of his captors amounted to torture.[55]

In *Gates v. Syrian Arab Republic*, two American civilians working in Iraq were brutally decapitated and their deaths videotaped to be broadcast around the world.  580 F. Supp. 2d 53 (D.D.C. 2008).  When determining the pain and suffering endured by the two men, the Court in *Gates* went beyond the physical pain experienced by the two men.  The Court noted that "[e]ach man was alive throughout a significant portion of the beheading and knew his death was upon him, with pain and blood and indescribable suffering."  *Gates*, 580 F. Supp. 2d at 74.  Other

---

[47] Mallak T-4-25.
[48] Mallak T-4-25-28; Appendix C21 at 1-3.
[49] Mallak T-4-26-27.
[50] Mallak T-4-25-28; Appendix C21 at 1-3; Tr. Ex. 58 at Image No. 59, 67.
[51] Mallak T-4-28.
[52] Mallak T-4-33-34
[53] Mallak T-4-44
[54] Mallak T-4-44-45
[55] Mallak T-4-208-209.

courts have compensated people for pre-death mental anguish caused by the fear and knowledge that their death was impending, independent of physical injury and pain.[56]  In these cases the decedents were alive for a few minutes before their death, e.g. as their plane crashed towards the ground.

Due to many instances of well-publicized cases of horrendous torture and beheadings in Iraq, such as in *Gates*, Shawn surely knew moments before his death that he was going to be executed.  "It was widely known throughout the ranks, both in civilian and military, that if you were captured you weren't coming home alive."[57]  "All of us knew whenever we went over there that if we were captured, the most likely outcome was going to be that we were going to be decapitated."[58]  This means that, from the moment he was abducted, Shawn more likely than not feared his impending, brutal death, as did Jacob Fritz and Bryan Chism.

Thus, as set forth in the accompanying damages brief at Section IV, Shawn's pain and suffering damages should be $5,000,000—the baseline amount for victims who are kidnapped and released, and which is well within the range of pain and suffering awarded to other recent plaintiffs who were brutally tortured prior to their murder.  The Parents and Siblings of Shawn Falter Have Suffered Severe Emotional Distress and are Entitled to Solatium Damages

---

[56] *See Haley v. Pan American World Airways, Inc.*, 746 F.2d 311, 318 (5th Cir. La. 1984) (finding that damages are allowed for decedent's fear of impending death); *Shu-Tao Lin v. McDonnell Douglas Corp. and American Airlines, Inc.*, 742 F.2d 45, 53 (2d Cir. 1984) (New York law permits recovery for a decedent's pre-impact fear as there is "no intrinsic or logical barrier to recovery for the fear experienced during a period in which the decedent is uninjured but aware of impending death."); *United States v. Furumizo*, 245 F. Supp. 981, 990 (D. Haw. 1965) (awarding damages for the "decedent's pain and suffering during the descent of the Piper plane, its crash to the ground, and the burning of decedent to death . . . ."), *aff'd*, 381 F.2d 965 (9th Cir. 1967); *Polm v. Dep't of Human Servs.*, 2014 Haw. App. LEXIS 578, 2014 WL 7390879, at *20-21 (Haw. Appt. Ct. Dec. 30, 2014) (recognizing that damages for conscious pre-death pain and suffering are recoverable when there is evidence of fright, pain, suffering, emotional duress or distress).
[57] Mallak T-4-33.
[58] *Id.*

A.      **Parents of Shawn Falter are Entitled to Solatium Damages**

1.      **Russell J. Falter**

In the present case, Russell J. Falter ("Russell Sr."), father of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of his son's heinous murder and tragic death.  Russell Sr. is a U.S. citizen.  Russell Sr. is the personal representative of the Estate of Shawn Falter.[59]

a.      **Russell Sr.'s Relationship with Shawn**

Russell Sr. gained full custody of Shawn when Shawn was approximately 2 or 3 years old.[60]  The exceptionally close bond between Russell Sr. and Shawn "was obvious."  Russell C. Falter ("Russ Jr."), Russell Sr.'s oldest son explains, "[I]t's almost like [Russell Sr. and Shawn] were fighting a war together, you know, trudging through life.  You always thought of the two of them."[61]

b.      **Impact of Shawn's Death on Russell Sr.**

Russell Sr. was very close to Shawn and was devastated by his son's murder.[62]  Russell Sr. "just didn't want to live" and "didn't care about nothing."[63]  Learning that Shawn was not only killed but was "shot and dragged off and held hostage" before being killed was especially hard on  Russell Sr.[64]  Russ Jr., says that his father, "had a hard, hard time with it as we all did."[65]

---

[59] Falter (Russell J.) Depo. T-6; Falter T-4-78.
[60] Falter (Russell J.) Depo. T-7; Falter (Linda) Depo. T-13.
[61] Falter (Russell C.) Depo. T-22.
[62] Russell C. Falter 22, 26.
[63] Falter (Russell J.) Depo. T-38.
[64] Falter (Russell J.) Depo. T-38-39.
[65] Falter (Russell C.) Depo. T-22.

Russell Sr. turned to alcohol in attempt to dull his emotional pain and anguish.[66] Russell Sr.'s excessive drinking following Shawn's death nearly destroyed his marriage to Linda Falter and endangered his health.[67]  As soon as Russell Sr. started drinking, he would begin to cry.[68] Linda would come home at times to find Russell Sr. incoherent.[69]  Things "didn't seem to get any better."[70]  Russell Sr. "would always revert back to, 'My boy.  My boy is gone.  They took my boy.  My boy died.'"[71]

All of the family members, including Russ Jr., witnessed the toll Shawn's death had on his father.  "I personally believe[d] that he tried to, in a sense, kill himself with the booze after Shawn's death, and that's how he -- I thought that he was navigating and getting through the situation that had happened."[72]  Marjorie Falter says her father was "lost" during that first year following Shawn's death.[73]

Russell Sr. self-destructive behavior came to a head in December 2007 when Linda came home to find Russell Sr. badly injured after running his golf cart into the wall while intoxicated.[74]  Russell Sr.'s legs "were literally black from the knees down."[75]  Russell Sr. was in intensive care for 10 days.[76]  Realizing this was not what Shawn would want for him, Russell Sr. never took another drink of alcohol after the accident.[77]

Russell Sr. continues to feel a tremendous sense of loss and often thinks of the life moments he will not get to experience with Shawn.

[66] Falter (Russell C.) Depo. T-35; Falter (Linda) Depo. T-73-74.
[67] Falter (Linda) Depo. T-74-75, 77, 79.
[68] Falter (Linda) Depo. T-74.
[69] Falter (Linda) Depo. T-78.
[70] Falter (Linda) Depo. T-78.
[71] Falter (Linda) Depo. T-78.
[72] Falter (Russell C.) Depo. T-26.
[73] Falter (Marjorie) Depo. T-29.
[74] Falter (Linda) Depo. T-74-75.
[75] Falter (Linda) Depo. T-75.
[76] Falter (Linda) Depo. T-75.
[77] Falter (Linda) Depo. T-75; Falter (Russell J.) Depo. T-29.

13

"[T]hings that I won't have is Shawn going to his wedding, for him to have grandkids and to have kids so I can have grandkids and -- which I won't be able to have, and I miss that.  I think of -- think about it all the time where I always thought he's going to have a nice -- nice -- nice wife and lot of kids.  And -- and -- and I miss that really."[78]

### c.     Russell Sr. is Entitled to Solatium Damages

For the reasons set forth herein and in Section V of the accompanying damages brief, Russell J. Falter should receive a solatium damages award of $6.25 million for the unbearable loss which Russell J. Falter suffered as a result of her son Shawn's murder.

### 2.     Linda Falter

In the present case, Linda Falter, stepmother of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of her son's heinous murder and tragic death.  Linda Falter is a U.S. citizen.[79]

### a.     Linda's Relationship with Shawn

Linda Falter entered Shawn Falter's life when he was still a small child, at the age of four and a half years old.[80]  Linda married Shawn Falter's father, Russell Sr., in June 1988 when Shawn Falter was 6 years old.[81]

Shawn's biological mother, Patricia Greenwood, was largely absent from Shawn Falter's life beginning at the age of 2 or 3.[82]  When Linda entered Shawn's life, she immediately took on the role of mom in his life.  Linda testified, "I mean, I walked into his life and he walked into mine.  He was mine from then on,"[83] "[a]nd from the day I walked into that life, I was mom."[84]

[78] Falter (Russell J.) Depo. T-35.
[79] Falter T-4-61.
[80] Falter (Linda) Depo. T-10; Falter T-4-62.
[81] Falter (Linda) Depo. T-7; Falter T-4-62.
[82] Falter (Russell J.) Depo. T-7; Falter (Linda) Depo. T-13; Falter T-4-62.
[83] Falter T-4-65
[84] Falter T-4-62.

Shawn was an "easy kid" as a child with the "brightest blue eyes and the biggest smile."[85] Linda treated and raised Shawn Falter as her own son and he fully embraced her as his mother.[86] Linda attended every peewee football game, baseball game, and school conference.[87]   When Shawn had appendicitis, she was by his side at the hospital.[88]   Linda says, "When he would talk about Mom, it was me; it wasn't his mother, natural mother."[89]   During the funeral visitation for Shawn, his biological mother Patricia Greenwood thanked Linda for raising Shawn and stated that Linda "did all of the work."[90]

Linda has five children from a previous marriage—Marsha Novak and Andrew, Timothy, David, and Michael Lucas.  Following the example of their mother, Shawn instantly became their brother.[91]  They never viewed Shawn as their stepbrother; he was always simply their little brother.[92]

### b.    Impact of Shawn's Death on Linda

Linda described January 20, 2007 as "the most horrible day of our life."[93]  That morning, the family had the funeral for their grandson and Shawn's nephew Bud Leonard, who was killed in an automobile accident.[94]  Later that night, as Linda and Russell Sr. watched the news, the news quickly mentioned an incident in Karbala, which Linda knew was where Shawn was located.[95]  About 20 minutes later, she and her husband heard a knock at the door.[96]  When she opened the door, she saw two Army service members.  Linda testified, "I remember just standing

---

[85] Falter (Linda) Depo. T-26.
[86] Falter (Linda) Depo. T-25, 26-27.
[87] Falter T-4-65.
[88] Falter (Linda) Depo. T-26; Falter T-4-65.
[89] Falter (Linda) Depo. T-25.
[90] Falter (Linda) Depo. T-25.
[91] Falter T-4-65.
[92] Falter (Linda) Depo. T-18.
[93] Falter T-4-72.
[94] Falter T-4-72.
[95] Falter T-4-72.
[96] Falter T-4-72.

there screaming, 'No.' And he nodded his head yes.  And of course you open the door and receive the worst news of your entire life."[97]  Linda was crying and hysterical, but knew she had to call their kids to tell them the devastating news.[98]

Initially, the family did not know the full details surrounding Shawn's death.  About two days after learning of Shawn's death, the Army Casualty Officer assigned to the family informed Marsha and Andrew about the circumstances surrounding Shawn's death.  Marsha and Andrew broke the news to their parents.

> "So then they came in and said, 'It's not exactly the story you heard.  Apparently Shawn was shot in the back of the head; he was abducted; handcuffed; and taken in an SUV; and they weren't real sure where they were.  They found him 25 miles away, handcuffed to another guy in the car, and had been shot again.' And it was like you just lost him all over again.  It was bad enough to lose him, but to find out that he had been abducted, drugged through this, shot in the head shot and shot in the back and handcuffed and left in a vehicle."[99]

Hearing this news was especially hard on Linda and Russell Sr.  "When they told us that, we were like -- again, I don't know what world I was in.  I felt like I was floating.  His poor father. It took him a year to come back to normal."[100]

In the days following Shawn's death, Shawn's dog named Abby fell down the stairs and subsequently had to be put to sleep.[101]  Since she could not be with Shawn when he died, Linda made it a point to be with Abby when she passed away.  Amid her grief for Shawn, Linda sat on the floor with Abby in her lap as the vet put the dog to sleep.  Linda stated, "He died alone; she's . . . not going to."[102]

---

[97] Falter T-4-72.
[98] Falter (Linda) Depo. T-53.
[99] Falter (Linda) Depo. T-57.
[100] Falter (Linda) Depo. T-60.
[101] Falter (Linda) Depo. T-69-72.
[102] Falter (Linda) Depo. T-72.

The year following Shawn's death "was a rough, rough year."[103]   Russell Sr.'s drinking "extremely escalated" as he tried to cope with their son's death.[104]   This caused turmoil in Russell Sr. and Linda's marriage.   Russell Sr.'s drinking became too much for Linda.[105]   Linda stated, "[H]e was really drinking very badly for that that whole year . . . I couldn't deal with it."[106]   Linda tried to help Russell Sr. with his grief and to see that Shawn would not want to see his father this way.[107]   In the midst of his grief and drinking, Russell Sr. lost focus that he was not the only one dealing with their son's loss, as Linda also lost Shawn.[108]

Linda tries to keep Shawn close by talking about him frequently.   "Shawn is everywhere in the house, and I pushed that, because for me, it keeps him close.   It keeps him close to us.   It keeps him alive."[109]   As Linda states, "We don't want him forgotten."[110]

### c.      Linda is Entitled to Solatium Damages

The D.C. Circuit has expanded the strict definition of "immediate family" (limited to one's spouse, parents, siblings and children) to include relatives who are the "functional equivalent" of immediate family members.   *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 79 (D.D.C. 2010).   The D.C. Circuit has recognized that where plaintiffs "were members of the victim's household" and were "viewed as the functional equivalents of family members . . . non-adoptive stepparents, non-adopted stepchildren, and stepsiblings" are all potentially entitled to damages.   *Valore*, 700 F. Supp. 2d at 79 (quoting *Bettis v. Islamic Republic of Iran*, 315 F.3d 325, 337 (D.C. Cir. 2003)).   For example, in holding that a non-adoptive stepfather was entitled to damages, the court observed "that Mr. Kirkwood, Sr., considered [the victim] to be his son

---

[103] Falter (Linda) Depo. T-79.
[104] Falter (Linda) Depo. T-77.
[105] Falter (Linda) Depo. T-74, 78.
[106] Falter (Linda) Depo. T-74.
[107] Falter (Linda) Depo. T-78.
[108] Falter (Linda) Depo. T-80.
[109] Falter (Linda) Depo. T-76.
[110] Falter (Linda) Depo. T-77.

and vice versa . . . [and] would hunt and fish with [the victim], who he treated as his own son. Because [the victim] grew up with Mr. Kirkwood, Sr., as though they constituted a natural family, the Court concludes that Mr. Kirkwood, Sr., if non-adoptive, was the functional equivalent of a father." *Valore*, 700 F. Supp. 2d at 79.   A similar reasoning was applied in the district court's decision in *Heiser*:

> "[T]his Court finds that James Wetmore, the non-adoptive stepfather of Brian McVeigh, and George Beekman, the non-adoptive stepfather of Joshua Woody, had been the functional equivalents of fathers and thus satisfy the immediate-family test.  As the plaintiffs noted in their brief the record in this case establishes that Messrs. Wetmore and Beekman both "lived in the same household" as their stepsons while the stepsons were still minors and 'treated' them as their own sons 'in every sense (e.g., financially, emotionally, socially).'"

*Heiser*, 659 F. Supp. 2d at 29.

When Linda entered Shawn's life, she immediately became his mom and treated Shawn in all regards as her son.[111]   The relationship between Linda and Shawn was a loving, mother-and-son relationship.  Linda experienced extreme grief from the loss of her son.  For the reasons set forth herein and in Section V of the accompanying damages brief, Linda Falter should receive a solatium damages award of $6.25 million for the unbearable loss which Linda suffered as a result of her son Shawn's murder.

**B.      Half-Siblings of Shawn Falter are Entitled to Solatium Damages**

The D.C. Circuit has generally treated half-siblings as full-blood siblings.  "[I]mmediate family members of the half blood, as '[s]iblings of halfblood to the servicemen in this case are presumed to recover as a full-blood sibling would.'"  *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 79 (D.D.C. 2010) (quoting *Peterson v. Islamic Republic of Iran,* 515 F. Supp.2 d 25, 52 (D.D.C. 2007)).  For instance, the *Valore* court observed that "[i]f a half-brother, he is treated as though a full-blood relative."  *Valore*, 700 F. Supp. 2d at 80.  Similarly, the court in

---

[111] Falter (Linda) Depo. T-10; Falter T-4-62.

*Spencer v. Islamic Republic of Iran* recognized, "Half-blood siblings are presumed to recover at the same level as fullblood siblings would, unless the evidence indicates that such individuals did not have a close relationship with the victim."  71 F. Supp. 3d 23, 27 (D.D.C. 2014) (internal citations omitted).  While Marjorie and Russell C. Falter and Jason and John Sackett were half-siblings of Shawn, they should each recover as a full-sibling because of their close relationship to Shawn.

### 1.    Marjorie Falter

In the present case, Marjorie Falter, paternal half-sister of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of her brother's heinous murder and tragic death.  Marjorie Falter is a U.S. citizen.[112]

#### a.    Marjorie 's Relationship with Shawn

Marjorie lived with Shawn for a few months when he was first born and saw Shawn almost every day during this period.[113]  When Marjorie moved out, she only moved a short distance away and regularly saw Shawn "[a]t least once a month, if not more."[114]

The family regularly spent time together at the Forest Lake Campgrounds in Truxton, New York.[115]  Shawn and their dad would go to the Forest Lake Campgrounds every weekend.[116]  Marjorie would go to the camp at least once a month to spend time with Shawn and the family.[117]  At the campgrounds, the family would go fishing, swimming, play horseshoes and hang out.[118]  Marjorie also spent holidays with Shawn, including Christmas and Easter.[119]

---

[112] Falter T-4-62-63, 70; Falter (Marjorie) Depo. T-6.
[113] Falter (Marjorie) Depo. T-8.
[114] Falter (Marjorie) Depo. T-10, 11.
[115] Falter (Marjorie) Depo. T-15.
[116] Falter (Marjorie) Depo. T-15.
[117] Falter (Marjorie) Depo. T-15.
[118] Falter (Marjorie) Depo. T-15.

Marjorie's son Benjamin was especially close to Shawn.[120] "They were practically brothers."[121] They played basketball, baseball and golf.[122] As they got older, Shawn and Benjamin always kept in contact.[123]

### b. Impact of Shawn's Death on Marjorie

As with everyone in her family, learning the circumstances of how Shawn was tortured and killed in captivity was hard for his sister. Marjorie wondered what was going through her little brother's head during the attack.[124] She thought not only about what Shawn was feeling when he was captured, but also how her father was doing and how Shawn's death affected the whole family.[125] Everyone in the family was in "disbelief" and "heartbroken."[126]

Shawn was killed the day before her son Benjamin's birthday, and breaking the news of Shawn's death to Benjamin was particularly traumatic. Marjorie stated, "to have to tell your son that his little buddy got killed, it was hard."[127]

Marjorie had trouble sleeping in the weeks after his death and the emotional scar from the traumatic loss of her brother continues to this day.[128] Events such as Veterans Day and her son Benjamin's birthday trigger thoughts of Shawn and make it difficult for Marjorie to sleep.[129] Sometimes simply traveling to Courtland would cause Marjorie to become anxious and stressed.[130] Holidays such as Christmas are "empty" and sometimes hurtful for Marjorie without

---

[119] Falter (Marjorie) Depo. T-16.
[120] Falter (Marjorie) Depo. T-29.
[121] Falter (Marjorie) Depo. T-11.
[122] Falter (Marjorie) Depo. T-11.
[123] Falter (Marjorie) Depo. T-11.
[124] Falter (Marjorie) Depo. T-24.
[125] Falter (Marjorie) Depo. T-26.
[126] Falter (Marjorie) Depo. T-30.
[127] Falter (Marjorie) Depo. T-29.
[128] Falter (Marjorie) Depo. T-37.
[129] Falter (Marjorie) Depo. T-36.
[130] Falter (Marjorie) Depo. T-36.

Shawn.[131]  Shawn's passing caused a great loss and void in Marjorie's life that she continues to live with to this day.[132]

### c.        Marjorie is Entitled to Solatium Damages

For the reasons set forth herein and in Section V of the accompanying damages brief, Marjorie Falter should receive a solatium damages award of $3.125 million for the unbearable loss which Marjorie suffered as a result of her brother Shawn's murder.

### 2.        Russell C. Falter

In the present case, Russell C. Falter ("Russ Jr."), paternal half-brother of Shawn Falter,[133] experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of his brother's heinous murder and tragic death. Russ Jr. is a U.S. citizen.[134]

### a.        Russ Jr.'s Relationship with Shawn

When Shawn was an infant, Russ Jr. babysat and took care of him.[135]  After graduating high school, Russ Jr. lived with Shawn and his father for about a year.[136]  When Shawn was growing up, Russ Jr. spent every summer with Shawn and the family at their summer camp at Forest Lake Campgrounds in Truxton, New York.[137]  The family would barbeque, have campfires, have meals together and travel between their respective campsites.[138]  Those summers with Shawn and the family were "very enjoyable times" for Russ Jr.[139]

---

[131] Falter (Marjorie) Depo. T-46.
[132] Falter (Marjorie) Depo. T-47.
[133] Falter (Russell C.) Depo. T-5-6.
[134] Falter T-4-62-63, 70; Falter (Russell C.) Depo. T-5.
[135] Falter (Russell C.) Depo. T-6, 9.
[136] Falter (Russell C.) Depo. T-9.
[137] Falter (Russell C.) Depo. T-8-12.
[138] *Id.*
[139] *Id.*

b.        **Impact of Shawn's Death on Russ Jr.**

Shawn wrote Russ Jr. shortly before his death.  In the letter, Shawn wrote that he "had grown scared" and "it was no longer . . . this military adventure."[140]  Russ Jr. first learned of Shawn's death from his father Russell Sr.  The main thing Russ Jr. remembers from that short call with his father "was the wailing of my stepmother in the background, almost a shrill of screaming, crying, sadness, just unbelievable that this had happened."[141]  Upon hearing the news, Russ Jr. was "very sad" and "emotional."[142]  He felt sadness for Shawn and for his father.[143]

Russ Jr. accompanied his family to pick up Shawn's body from the airport.  As they put Shawn's flag draped casket on the scissor lift, Russell Sr. placed his hand on Russ Jr.'s leg and said "Russell, Russell, like this is real."[144]  It was at that moment reality came crashing down for to Russ Jr. as he realized that "[h]ere's Shawn's body in a box and you'll never see him again."[145]

In the year following Shawn's death, Russ Jr. grew concerned about his father's health. He felt his father was drinking himself to death after Shawn died.[146]  As Russ Jr. worried about how his father was dealing with his grief, Linda believed Russ Jr. internalized his grief.  Linda testified, "'Russ Jr., again, another one that kind of internalizes things.  You really don't know. They suffer silently."[147]

---

[140] Falter (Russell C.) Depo. T-29-30.
[141] Falter (Russell C.) Depo. T-15.
[142] Falter (Russell C.) Depo. T-17.
[143] *Id*.
[144] Falter (Russell C.) Depo. T-20.
[145] Falter (Russell C.) Depo. T-20.
[146] Falter (Russell C.) Depo. T-26.
[147] Falter (Linda) Depo. T-82.

### c.      Russ Jr. is Entitled to Solatium Damages

For the reasons set forth herein and in Section V of the accompanying damages brief, Russell C. Falter should receive a solatium damages award of $3.125 million for the unbearable loss which Russell suffered as a result of his brother Shawn's murder.

### 3.      John Sackett

In the present case, John Sackett, maternal half-brother of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of his brother's heinous murder and tragic death.  John is a U.S. citizen.[148]

### a.      John's Relationship with Shawn

Shawn lived with his brothers John and Jason Sackett for the first three to four years of his life.[149]  When Russell Sr. gained custody of Shawn, Russell Sr. ensured Shawn did not lose contact with his brothers John and Jason Sackett and his maternal side of the family.[150]

Shawn always liked to spend time with John and Jason.[151]   Shawn's maternal grandmother Alice Heath would often pick up Shawn to spend time with Jason and John at her home.[152]  Russell Sr. and Linda would bring Shawn as well to his grandmother's home to spend time with his brothers.[153]  John described these moments as "[i]t was just good times."[154]

When John and Jason began living with their biological father, Shawn would often spend the night at their house and they at his house.[155]  Despite not living together, Shawn remained "real, real close" to John and Jason.[156]  John and Shawn spent quality time together doing things

---

[148] Sackett (John) Depo. T-6; Falter T-4-62-63, 70.
[149] Sackett (John) Depo. T-12.
[150] Falter (Russell J.) Depo. T-20.
[151] Falter (Russell J.) Depo. T-19.
[152] Sackett (John) Depo. T-13.
[153] Sackett (John) Depo. T-13.
[154] Sackett (John) Depo. T-13.
[155] Falter (Russell J.) Depo. T-19.
[156] Falter (Russell J.) Depo. T-19.

you would normally do with a little brother including playing video games, watching cartoons, building snow forts in the backyard and other kid stuff outside.[157]

John described Shawn growing up as "outgoing" and "always want[ing] to be in amongst everything that was going on."[158]  "He probably was one of the nicest kids you'd ever want to meet."[159]  John was proud of Shawn and was happy to call him his brother.[160]

Once John joined the Marines, John would visit home a few times a year on leave.[161]  John made it a point to see Shawn during these visits.[162]  The last time John saw Shawn was when Shawn drove down to visit John when he was the Guard Chief for President George W. Bush at Camp David.  John recalls Shawn being impressed at the opportunities John had in the Marines and getting to work for the President.[163]

### b.      Impact of Shawn's Death on John

When John first learned of his brother's death, he immediately got in his car and drove 12 hours from North Carolina to Courtland, New York to be with his family.[164]  Although John was mad and sad about losing Shawn, John felt he had to internalize his pain and show strength because his mother was a mess.[165]  When he brought his mother to the funeral home to view Shawn's body, he tried to be strong and hold in his emotions to support his mother, but had to sneak away to cry and get his thoughts back together before going back inside to comfort his mother.[166]  During Shawn's funeral services, John tried to maintain his composure as he read

---

[157] Sackett (John) Depo. T-14.
[158] Sackett (John) Depo. T-14.
[159] Sackett (John) Depo. T-17.
[160] Sackett (John) Depo. T-17.
[161] Sackett (John) Depo. T-18-19.
[162] Sackett (John) Depo. T-18.
[163] Sackett (John) Depo. T-22, 24.
[164] Sackett (John) Depo. T-25.
[165] Sackett (John) Depo. T-31- 32.
[166] Sackett (John) Depo. T-32.

Shawn's favorite poem "In the Event of My Demise" by Tupac Shakur, but could not hide the trembling and sadness in his voice as he read the poem's final lines.[167]

John carried the events of Shawn's death with him when he deployed for his second tour to Fallujah, Iraq approximately six to eight months following Shawn's death.[168]  John was mad and angry and did not want to interact with the Iraqi people.[169]  It became more difficult to put aside what happened to Shawn which caused John to keep his distance from the people of Iraq, including in meetings with the leadership of the Fallujah town council.[170]

In the years following Shawn's death, John began to indulge in reckless behavior and self-medication.[171]  At the urging of a friend, John sought counseling to discuss the problems he was having.[172]  John talked to the counselor once a week for about six to eight months to help him deal with, among other issues, his drinking, nightmares, and Shawn's death.[173]  There's not a day that goes by that John does not think about his younger brother Shawn.

> "I see Shawn every day.  I have a picture of him in my living room.  I have the box, his flag box that the Army gave in my living room.  I have a memorial for him.  I see him every day.  The hat that he wore when he was a kid is in my living room.  So, yeah, I get triggered about it every day.  Usually I go out and get the paper in the morning, I say 'Good morning,' I turn the light off on the front porch.  In the evening, I say 'Good night.'  So, yeah, I think about him often.  I go through my book, memorial book, cards and newspaper clippings and Time magazine articles, and I think about him all the time."[174]

---

[167] Funeral Service of Shawn Falter (20:25 - 21:37) at Appendix C4.
[168] Sackett (John) Depo. T-33, 34.
[169] Sackett (John) Depo. T-34.
[170] Sackett (John) Depo. T-34.
[171] Sackett (John) Depo. T-38.
[172] Sackett (John) Depo. T-38.
[173] Sackett (John) Depo. T-38, 39, 40, 42.
[174] Sackett (John) Depo. T-42-43.

### c.    John is Entitled to Solatium Damages

For the reasons set forth herein and in Section V of the accompanying damages brief, John Sackett should receive a solatium damages award of $3.125 million for the unbearable loss which John suffered as a result of his brother Shawn's murder.

### 4.    Jason Sackett

In the present case, Jason Sackett,[175] maternal half-brother of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of his brother's heinous murder and tragic death.

### a.    Jason's Relationship with Shawn

Jason is a U.S. citizen.[176]  Jason lived with Shawn for the first four or five years of Shawn's life before he moved to live with his father, although he continued to live close-by in the same town as Jason.[177]  Because Shawn had not moved far, he and Jason continued to spend a lot of time together, whether at Shawn's father's house or at Jason's grandmother's house, all located near each other in the same town.[178]  They lived very close to each for the next five years.[179]

Their geographical proximity and family relationships allowed Jason and Shawn to grow extremely close when they were very young:

> We played video games.  We watched movies.  We collected GI Joes together. Outdoor activities, throwing a football.  I mean, at my grandma's house she had a big yard.  The river was pretty close, so we could run down the backyard and jump in the river, you know.  All sorts of things.  The basketball court was right there in Homer.  So a lot of stuff that Shawn and I did together.  There was a lot of stuff.[180]

---

[175] Sackett (Jason) Depo. T-5-6.
[176] Sackett (Jason) Depo. T-5; Falter T-4-62-63, 70.
[177] Sackett (Jason) Depo. T-6.
[178] Sackett (Jason) Depo. T-7.
[179] Sackett (Jason) Depo. T-8.
[180] Sackett (Jason) Depo. T-8.

Russell Sr., Shawn's father, described Shawn and Jason as "brothers" and their relationship as "real, real close".[181]   Russell Sr. also spoke of many visits including overnight visits to "Grandma Heath", who was Jason and Shawn's maternal grandmother.[182]   As Russell Sr. put it, Shawn wanted to "go see his brothers."[183]   In this time period, the boys would see each other "all the time.  Daily almost."[184]

At age ten, Jason moved farther away but they would still spend time together at their grandmother's house, or she would bring Shawn to spend the entire day with him.[185]   Three years later, Jason moved back to the same town that Shawn lived in, and they resumed spending time together daily, including overnight visits at each other's houses.[186]   Jason went on family vacations with Shawn, including visiting Hershey Park when Shawn, David Lucas and Jason were younger.[187]   Jason and Shawn often spent the night at each other's house.[188]

Jason described Shawn as somewhat of a shy kid growing up, but once it came to play outside he would grow 110 percent.[189]   He and Shawn would play a game called Awesome Moves in which they would throw the ball for hours and motivate each other about "how good the catch was or how bad that throw was or you should have had that, should have had that one."[190]   This was one of Jason's favorite memories of Shawn.[191]

---

[181] Falter (Russell J.) Depo. T-19.
[182] Falter (Russell J.) Depo. T-19.
[183] Falter (Russell J.) Depo. T-19.
[184] Sackett (Jason) Depo. T-8.
[185] Sackett (Jason) Depo. T-9.
[186] Sackett (Jason) Depo. T-9-10.
[187] Falter (Russell J.) Depo. T-25-26.
[188] Sackett (Jason) Depo. T-10.
[189] Sackett (Jason) Depo. T-16.
[190] Sackett (Jason) Depo. T-17.
[191] Sackett (Jason) Depo. T-17.

**b.      Impact of Shawn's Death on Jason**

Both Jason and Shawn went into the same branch of the military, the U.S. Army.[192] When Jason first learned about Shawn's death, he was in "shock".[193]  Within a couple of days of Shawn's death, Jason learned the details surrounding Shawn's abduction and death from the newspapers.[194]  Jason stated, "I mean, I was very upset. . . . [H]e was on gate guard.  And to have something like that -- I mean, it's just very upsetting, I mean, to actually find out what happened."[195]

Jason broke down when the family retrieved Shawn's body from the airport.[196]    At Shawn's wake, Jason could not engage with anyone and had to leave after seeing Shawn for the last time.[197]  During the funeral services, Jason summoned the strength to read "A Soldier's Prayer" and lead Shawn's casket out of the church with his brother John and the Honor Guard.[198]

Jason fell into depression following Shawn's death.[199]  Jason, who was on active duty with the Army at the time, had to deploy to Iraq a couple of weeks following Shawn's death.  A second wave of depression hit Jason after his deployment to Iraq and Jason described that time as "rough" and "so much at one time."[200]  Jason volunteered for missions and exposed himself to further danger for the simple reason that he would not have to think about what happened to Shawn.[201]

---

[192] Sackett (Jason) Depo. T-10.
[193] Sackett (Jason) Depo. T-12.
[194] Sackett (Jason) Depo. T-13.
[195] Sackett (Jason) Depo. T-13-14.
[196] Sackett (Jason) Depo. T-13-15.
[197] Sackett (Jason) Depo. T-13-16.
[198] Funeral Service of Shawn Falter (1:05:00 – 1:06:50; 1:14:38 – 1:15:33) at Appendix C4.
[199] Sackett (Jason) Depo. T-14.
[200] Sackett (Jason) Depo. T-14.
[201] Sackett (Jason) Depo. T-14-15.

Even 11 years later, Jason finds it hard to talk about Shawn to this day.  "It's hard for me to talk about Shawn, which my wife says that I should do more of and it will be easier, but it hasn't gotten easier in 11 years."[202]

### c.        Jason is Entitled to Solatium Damages

For the reasons set forth herein and in Section V of the accompanying damages brief, Jason Sackett should receive a solatium damages award of $3.125 million for the unbearable loss which Jason suffered as a result of his brother Shawn's murder.

### C.        Nonbiological Siblings of Shawn Falter are Entitled to Solatium Damages

All of the plaintiffs in this case are either the parents or the siblings of the decedents.  Of the sibling plaintiffs, a few of the siblings—Marsha Novak, David Lucas, Timothy Lucas, and Andrew Lucas—are the nonbiological siblings of Shawn Falter.   Whether considered full-blood siblings or stepsiblings, the bond between siblings is unlike that of any other relationship. "Sibling relationships . . . outlast marriages, survive the death of parents, resurface after quarrels that would sink any friendship.  They flourish in a thousand incarnations of closeness and distance, warmth, loyalty and distrust."[203]  "Some families are created in different ways but are still, in every way a family."[204]  For Shawn's siblings, there are no stepbrothers or stepsisters, they are simply Shawn's brothers and sisters.

The D.C. Circuit has recognized that where plaintiffs "were members of the victim's household" and were "viewed as the functional equivalents of family members . . .  non-adoptive stepparents, non-adopted stepchildren, and stepsiblings" are all potentially entitled to damages. *Valore*, 700 F. Supp. 2d at 79 (quoting *Bettis v. Islamic Republic of Iran*, 315 F.3d 325, 337 (D.C. Cir. 2003)).   For example, with respect to a stepbrother, the *Valore* court observed that

---

[202] Sackett (Jason) Depo. T-17.
[203] Goode, Erica E. "The Secret World of Siblings," *U.S. News & World Report*, Jan 10. 1994, Vol.116(1), pp.44-50.
[204] Vardalos, Nia. *Instant Mom*.  New York: HarperCollins, 2013.

"[i]f a stepbrother, Mr. Kirkwood, Jr., who remembers fishing and swimming with and was treated like a brother by Mr. McDonough, is the functional equivalent of a brother."  *Valore*, 700 F. Supp. 2d at 79-80.  While Marsha Novak, David Lucas, Timothy Lucas, and Andrew Lucas were not biological siblings of Shawn Falter, each of the siblings had a very close relationship with Shawn and treated Shawn as a brother.  Plaintiffs' evidence and testimony show Marsha, David, Timothy, and Andrew were the functional equivalent of a biological sister and brothers to Shawn Falter and should each recover as a full-blood sibling.

### 1.   Marsha Novak

In the present case, Marsha Novak, stepsister of Shawn Falter,[205] experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of her stepbrother's heinous murder and tragic death.  Marsha is a U.S. citizen.[206] Marsha's mother, Linda Falter, married Shawn's father, Russell J. Falter, when Shawn was still a young child.[207]  Marsha resided in the same home as Shawn from January 1988 to early Fall 1991, excepting time spent away when she moved to college for a year in 1988-89, until she moved 20 minutes away to Ithaca, New York.[208]

### a.   Marsha's Relationship with Shawn

Marsha felt she was Shawn's "older sister", who made sure he did his homework and took care of him when their parents had to work, which they frequently had to do when Shawn was younger.[209]  Marsha treated Shawn as a brother, "[a]nd it wasn't something that I looked at, like, Dave [Marsha's full brother] differently than Shawn.  They were just my brothers and

---

[205] Novak Depo. T-6.
[206] Novak Depo. T-4.
[207] Novak Depo. T-6-7.
[208] Novak Depo. T-8.
[209] Novak Depo. T-8-9.

together."[210]   She felt attached to him because "of his age and his kind of cuteness and little boy just -- he just instantly became our family."[211]   Marsha and Shawn went on family vacation together,[212] spent Christmases and other holidays together,[213] went to summer camp together,[214] and would ferry him around in her car for hiking, sports and biking.[215]

**b.**       **Impact of Shawn's Death on Marsha**

Marsha learned of Shawn's murder at 11pm at night in California, then flew home to New York at 6am the next morning.[216]   Marsha subsequently endured many shocks, the jolt of which caused her to relive the pain of learning Shawn had died, "all over again."   She was shocked to learn that he was not killed instantly, and that it was "not quick and easy."[217]   This made her feel like "he was, you know, like killed again almost in our eyes."[218]   She thinks about how he "was probably scared and frightened in no knowing what was going to happen to him."[219]   "[I]t was hard to know his final moments were so scared…"[220]   She took on the responsibility of telling their parent that he had not died instantly.[221]   She started calling other family members and descended into a "hot panic" as it was "really hard to deliver the news . . . ."[222]   She said that telling other members of her family felt like "he died all over again."[223]   Then

---

[210] Novak Depo. T-28-29.
[211] Novak Depo. T-29.
[212] Novak Depo. T-29-30.
[213] Novak Depo. T-10, 14.
[214] Novak Depo. T-10,
[215] Novak Depo. T-11.
[216] Novak Depo. T-18-19.
[217] Novak Depo. T-18-37.
[218] Novak Depo. T-21.
[219] Novak Depo. T-18-37.
[220] Novak Depo. T-22.
[221] Novak Depo. T-22.
[222] Novak Depo. T-18-19, 37-38.
[223] Novak Depo. T-18, 38.

she joined the family to meet Shawn's body at the airport, which was "hard" and then helped the family make it through the viewing, which was "really hard . . . maybe harder."[224]

While Marsha kept herself busy as the fixer of the family" and the "helping hand",[225] whether fielding phone calls all day after landing in New York after an early morning flight from California,[226] coordinating the funeral home and the church service,[227] or escorting her brother David Lucas out of the viewing because he was "distraught",[228] the emotional trauma and shock eventually manifested itself in Marsha.  The first year following Shawn's death was particularly difficult for Marsha.  Marsha stated, "I did kind of go into a depression.  And I know that in that whole first year after he died was very stressful for me, and I got depressed and anxious."[229] "[P]art of m grief with Shawn is just knowing I couldn't fix him or fix the family and make it easier."[230]  Marsha took antidepressants for about 18 months to two years because of the pain and suffering from the trauma of losing Shawn.[231]

Marsha greatly misses the experience that Shawn would have had with his family,[232] as well as "the life he could have led."[233]  "When I see soldiers come home to their families, I think he's never going to have that, and we don't have that.  So that's the hardest part for me is that life that's not lived anymore."[234]  She also misses the opportunity to get to know the children Shawn would have had, and for them to get to know her children.[235]  Most glaringly, there is

---

[224] Novak Depo. T-24.
[225] Novak Depo. T-27.
[226] Novak Depo. T-19.
[227] Novak Depo. T-22.
[228] Novak Depo. T-24.
[229] Novak Depo. T-27.
[230] Novak Depo. T-27.
[231] Novak Depo. T-28.
[232] Novak Depo. T-24,
[233] Novak Depo. T-25.
[234] Novak Depo. T-24.
[235] Novak Depo. T-24-25.

always someone missing at family holidays and weddings, "[s]o there's always a little piece that's not there."[236]  Marsha summed up the loss she has felt and continues to feel:

> So I think that's what always bothers me. He's never coming home.  He's never going to have that next chapter or that next part of his life.  It's that life he never got to live with us or with his own family or share that.  It just brings it up that that's -- we're missing that and he's missing that.[237]

Every time she visits her family in New York, she always thinks of him because there is "one boy missing" and a "lack of future memories."[238]  Marsha also had to witness the physical and mental suffering of her father, which involved heavy drinking and a trip to the ICU,[239] and her mother, with whom she had many painful conversations.[240]  Her mother noticed her grief as well, "Marsha struggles a lot."[241]

### c.  Marsha is Entitled to Solatium Damages

For the reasons set forth herein and in Section V of the accompanying damages brief, Marsha Falter should receive a solatium damages award of $3.125 million for the unbearable loss which Marsha suffered as a result of her step-brother Shawn's murder.  While Marsha was a step-sister of Shawn, she should recover as a full-sister because of their close relationship.  "If a stepbrother, Mr. Kirkwood, Jr., who remembers fishing and swimming with and was treated like a brother by Mr. McDonough, is the functional equivalent of a brother."  *Valore*, 700 F. Supp. 2d at 80.

### 2.  David Lucas

In the present case, David Lucas, stepbrother of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a

---

[236] Novak Depo. T-25.
[237] Novak Depo. T-45.
[238] Novak Depo. T-43-44.
[239] Novak Depo. T-38-40,
[240] Novak Depo. T-40-41.
[241] Falter (Linda) Depo. T-82.

result of his stepbrother's heinous murder and tragic death.  David Lucas is a U.S. citizen.[242]

David's mother, Linda Falter, married Shawn Falter's father, Russell Sr., when Shawn was still a

young child.  David resided in the same home as Shawn for approximately 9 years.[243]

### a.    David's Relationship with Shawn

Although stepsiblings, David never saw Shawn as anything other than his brother and

treated him as such.[244]  Linda recalls one instance in which Shawn told David, "'Well, you know,

I'm only your step-brother.' And David said, 'If you say that one more time ever, I'm taking you

out.  You're my brother.  That's how it is.  That's how it's always been.  End of discussion.'"[245]

Shawn never made the comment again.[246]

David and Shawn were the closest of all the siblings.  Russell Sr. stated, "They were --

they were the closest of all the kids because of their age.  And Dave was still living at home, of

course, and -- and they did a lot of things together."[247]  David coached Shawn's soccer team for

two summers when Shawn was in the sixth grade.[248]  David and Shawn spent every holiday and

birthday together and went on annual family vacations, including to Disney World.[249]

Their close relationship continued even after David moved out of the house.  David lived

in the same town as Shawn and he would occasionally spend the night at David's house.[250]  As a

reflection of the brothers' closeness, Shawn stayed with David during his last weeks at home

before leaving for boot camp.[251]

---

[242] Falter T-4-62-63, 70; Lucas (David) Depo. T-5.
[243] Lucas (David) Depo. T-6.
[244] Lucas (David) Depo. T-6.
[245] Lucas (David) Depo. T-8.
[246] *Id*.
[247] Falter (Russell J.) Depo. T-25.
[248] Lucas (David) Depo. T-7.
[249] Lucas (David) Depo. T-8, 21.
[250] Lucas (David) Depo. T-9.
[251] Lucas (David) Depo. T-11.

b.        **Impact of Shawn's Death on David**

When David first learned of Shawn's death, he was in a state of "disbelief" and "couldn't believe it."[252]   At the private viewing of Shawn for the family, their sister Marsha "had to take Dave away, out of the room and -- because he was really distraught in the room."[253]   Despite his immense grief, David mustered up the strength to read a poem from the novel "The Smoke Jumper" by Nicholas Evans at Shawn's funeral, but he could not hold back his emotions as he finished the poem and returned to his seat.[254]

David sunk into a depression and had difficulty sleeping after Shawn's death.[255]   David still has difficulty sleeping to this day.[256]   David's suffering was made more acute by the horrific circumstances of Shawn's death.   He suffers from guilt knowing the pain and suffering Shawn endured.[257]   David says he could only imagine how scared Shawn must have been and feels a sense of guilt because he could not protect his little brother.[258]

His mother Linda believes Shawn's death affected David the most of all the siblings and still does to this day.   "Dave carries, I think, the biggest scar for some reason."[259]   "David, probably because they lived together, had the hardest time.   And he still does have the hardest time with it.   Very angry about the whole thing."[260]   Although David appreciated the public outpouring of support the community showed his family immediately after Shawn's death and in the years that followed, it was nonetheless hard for him to endure the attention.[261]

---

[252] Lucas (David) Depo. T-11.
[253] Novak Depo. T-24.
[254] Funeral Service of Shawn Falter (9:50 - 11:46) at Appendix C4.
[255] Lucas (David) Depo. T-15-16.
[256] Lucas (David) Depo. T-16.
[257] Lucas (David) Depo. T-14,16.
[258] Lucas (David) Depo. T-12,14, 16.
[259] Falter (Linda) Depo. T-82.
[260] Falter (Linda) Depo. T-81-82.
[261] Lucas (David) Depo. T-14, 17-18.

"It's nice to have him acknowledged . . . But it's also hard to acknowledge it every year because you have to keep reliving it. . . . [I]t opens the wound every time, and it just never goes away."[262]

Linda says, "[David] just has a hard time with it.  He doesn't want to share that with the world. That's his own personal grief, his own personal anger."[263]

David sought help to deal with Shawn's death, among other things, a few years ago in 2014 and 2015.[264]  He underwent Eye Movement Desensitization and Reprocessing ("EMDR") therapy for approximately two years.[265]  EMDR uses eye movements or other forms of bilateral stimulation to assist trauma victims in processing distressing memories and beliefs.

David's emotions about Shawn's death are still raw to this day.  He misses his friendship and misses just being his older brother.[266]  It is hard for David to see soldiers' homecomings or soldiers surprising family members on television because he knows he and his family will never experience that with Shawn.[267]

### c.    David is Entitled to Solatium Damages

David Lucas was the functional equivalent of a brother to Shawn.  Plaintiff's evidence and testimony show David treated Shawn as if he were his biological brother.  For the reasons set forth herein and in Section V of the accompanying damages brief, David should receive a solatium damages award of $3.125 million for the unbearable loss which David suffered as a result of his step-brother Shawn's murder.

### 3.    Timothy Lucas

In the present case, Timothy Lucas, stepbrother of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable

---

[262] Lucas (David) Depo. T-16-17.
[263] Falter (Linda) Depo. T-83.
[264] Lucas (David) Depo. T-15.
[265] Lucas (David) Depo. T-14-15.
[266] Lucas (David) Depo. T-22.
[267] Lucas (David) Depo. T-22-23.

grief as a result of his stepbrother's heinous murder and tragic death.   Timothy is a U.S. citizen.[268]

### a.      Timothy's Relationship with Shawn

Timothy's mother, Linda Falter, married Shawn Falter's father, Russell Sr., when Shawn was still a young child.[269]  After his mother married Shawn's father, Timothy and his biological siblings Marsha and David moved into Shawn's house in Homer, NY.[270]   Timothy's biological brother David shared a room with Shawn and Timothy shared an adjacent bedroom room with Shawn's brother Russ Jr.[271]   David and Shawn "had to walk through [his] room to get to their bedroom."[272]

Timothy Lucas treated Shawn as a brother and vice versa.[273]   Although Shawn was Timothy's stepbrother, Timothy and his biological siblings "took him in as [their] brother."[274]  Timothy recalls that "Shawn just took" to him and his siblings as well and called Timothy and David his "big brother."[275]   Timothy's biological family and Shawn all "meshed as a family" such that it "was like everybody was one family."[276]

Timothy resided in the same home as Shawn for approximately "2-3" years.[277]   During that time, Timothy, Shawn, and Timothy's siblings, "all ate supper every night together."[278]  When Timothy moved out of Shawn's house, he moved to another house approximately 15 houses away where he lived for a few more years.[279]   The house was just a five minute walk and

[268] Falter T-4-62-63, 70; Lucas (Timothy) Depo. T-6.
[269] Lucas (Timothy) Depo. T-8.
[270] Lucas (Timothy) Depo. T-10-11.
[271] Lucas (Timothy) Depo. T-12.
[272] Lucas (Timothy) Depo T-12.
[273] Lucas (Timothy Depo. T-13.
[274] Lucas (Timothy) Depo. T-8.
[275] Lucas (Tim) Depo. T-13-14.
[276] Lucas (Tim) Depo. T-8, 14-15.
[277] Lucas (Timothy) Depo. T-13.
[278] Lucas (Timothy) Depo. T-13.
[279] Lucas (Timothy) Depo. T-17.

continued to see Shawn frequently.[280]   Although Timothy later moved approximately fifteen minutes away, he briefly lived with Shawn again for a few months while Shawn was in high school.[281]

Timothy recalls spending many happy times with Shawn during regular events at the Elks club and during weekend camp outings and more routine events around the house such as family dinners and afternoons competing in video games.[282]   Some of Timothy's best memories of Shawn were when they worked together at a local commercial pipe company.[283]   Timothy helped Shawn get the job and they rode and back forth to work almost every day.[284]

### b.     Impact of Shawn's Death on Timothy

Timothy learned about Shawn's death during a 1am telephone call from his mother.[285] He recalls his mother was "hysterical" and he was "overwhelmed" and "in shock."[286]   He described the days immediately after Shawn's death as "a blur."[287]

Following Shawn's death, Timothy Lucas turned to alcohol to cope with his death. Timothy testified that, "Just drinking all day every day, seemed like that was the only way I could really cope."[288]   Timothy Lucas suffers from great emotional pain and anxiety to this day because of Shawn's death.   Timothy testified, "Oh, yeah.   I'm just -- anxiety's big.   I mean, it brings up just a bunch of emotions and just, I don't know, not feeling . . . like a sense of peace

---

[280] Lucas (Timothy) Depo. T-17-18.
[281] Lucas (Timothy) Depo. T-23-24.
[282] Lucas (Timothy) Depo. T-13, 16, 20-21, 25, 29, 49.
[283] Lucas (Timothy) Depo. T-30-32.
[284] Lucas (Timothy) Depo. T-30-31.
[285] Lucas (Timothy) Depo. T-36.
[286] Lucas (Timothy) Depo. T-36.
[287] Lucas (Timothy) Depo. T-36.
[288] Lucas (Timothy) Depo. T-44.

almost, you know.  . . .  It was like there was no end to it.  It's just always there.  I mean, it's, like, always in the top of your mind, day after day, you know.[289]

Timothy thinks of Shawn every day.  "Something will come up during the day and it will remind" him of Shawn or something Shawn used to do.[290]  The memories cause Timothy both "pain and happiness."[291]

Shawn was very close with Timothy's daughter, Nichole who viewed Shawn as her own "big brother."[292]  The intensity of his lingering anguish from Shawn's death  made it particularly painful to even attend his daughter Nichole's recent wedding because she and Shawn had been so close.[293]

### c.      Timothy is Entitled to Solatium Damages

Timothy Lucas was the functional equivalent of a brother to Shawn Falter.  Plaintiff's evidence and testimony show Timothy treated Shawn as if he were his biological brother.  For the reasons set forth herein and in Section V of the accompanying damages brief, Timothy should receive a solatium damages award of $3.125 million for the unbearable loss which Timothy suffered as a result of his step-brother Shawn's murder.

### 4.      Andrew Lucas

In the present case, Andrew Lucas, stepbrother of Shawn Falter, experienced and continues to experience severe and unconscionable mental anguish, bereavement, and unbearable grief as a result of his stepbrother's heinous murder and tragic death.  Andrew is a U.S. citizen.[294]

---

[289] Lucas (Timothy) Depo. T-47- 48.
[290] Lucas (Timothy) Depo. T-48.
[291] Lucas (Timothy) Depo. T-48.
[292] Lucas (Timothy) Depo. T-23.
[293] Lucas (Timothy) Depo. T-23.
[294] Falter T-4-62-63, 70; Lucas (Andrew) Depo. T-7.

### a.    Andrew's Relationship with Shawn

Andrew's mother, Linda Falter, married Shawn Falter's father, Russell Sr., when Shawn was still a young child.[295]   Andrew Lucas treated Shawn as a brother and vice versa; he considered Shawn just to be his "kid brother."[296]   When Andrew introduced Shawn to others, Andrew simply introduced Shawn as, "This is my brother Shawn."[297]

Andrew was an adult when Shawn joined his family, and he helped raise Shawn while home on leave from the Air Force:

> "If I was home on leave, during the school year, my parents would work, and I would walk down the street; pick him up from school; take him home; help him with his, you know, homework, stuff like that; go to his Little League games; you know, things like that, if he was playing sports.  Just, kind of, family, brother stuff."[298]

Though Andrew was frequently deployed away from home due to his military service, Andrew saw Shawn as frequently as he saw his parents or any of his biological siblings, approximately three times a year for 10-14 days.[299]   While on leave Andrew would stay in the room next to Shawn's.[300]   After Andrew got married and had a daughter, and while Andrew was stationed in Florida, he and his wife lived together in a house "off base."[301]

Shawn, Russell Sr. and Linda Falter occasionally visited Andrew, his wife and daughter at their home in Florida.[302]   During those visits Andrew would take Shawn camping and to visit Disney World:

> "We stayed in the Fort Wilderness Lodge camp area in a little cabin.  So we would get up in the morning; have breakfast; go to the park all day; do all of that,

---

[295] Lucas (Andrew) Depo. T-8-9.
[296] Lucas (Andrew) Depo. T-14-15.
[297] Lucas (Andrew) Depo. T-14-15.
[298] Lucas (Andrew) Depo. T-13-14.
[299] Lucas (Andrew) Depo. T-11-13.
[300] *Id.*
[301] Lucas (Andrew) Depo. T-16.
[302] Lucas (Andrew) Depo. T-14-16.

you know, Dumbo and all of that kind of-- the rides, and come back in the evening and hang out, make s'mores, you know, stuff like that.  Vacation."[303]

According to Linda Falter, Andrew Lucas would come home on leave and saw Shawn Falter as much as he saw Linda, Russ Sr, or any of his other siblings.[304]  This continued after Andrew was married and had a child.[305]  When asked to explain Andrew's relationship with Shawn, Linda quoted Andrew, "He's just my little brother."[306]

### b.   Impact of Shawn's Death on Andrew

Andrew's mother called him when she heard that four U.S. soldiers were killed in Iraq, and he told her that "Shawn is fine" and that she was "making herself crazy."[307]  His brother David later called from his mother's house to inform Andrew that an army chaplain had arrived.[308]  Andrew reacted with denial, asking first if Shawn was hurt, or missing.[309]  He remembers the moment vividly, down to the brand of beer he was drinking when his brother called.[310]  He recalls that his mother was hysterical and crying on the phone.[311]  A few days later, he learned about the circumstances of Shawn's death.[312]  He and two other siblings had to explain to their mother and father that Shawn had been abducted and executed.

Andrew Lucas initially reacted to the news of Shawn's death with anger:

"I was angry.  Very angry that, you know -- I was just trying to put myself in that position and say, 'Was he scared?  Was he terrified?  Was he brave?'

And then I got mad, because they left him to die in some filthy street in Iraq like an animal.  We treat animals better than we treat that.  You know, shooting him in the head and leaving him to die in the street someplace.

---

[303] *Id.*
[304] Falter (Linda) Depo. T-20-21.
[305] *Id.*
[306] *Id.*
[307] Lucas (Andrew) Depo. T-17-20.
[308] *Id.*
[309] *Id.*
[310] *Id.*
[311] *Id.*
[312] *Id.*

I was angry.  There was nothing -- there is nothing heroic about it or glorious or anything like that.  He was murdered, essentially."[313]

Andrew went with his family "in full service dress" to retrieve Shawn's remains from the military transport aircraft to "make sure, as his brother, I was there to pay him the proper customs and courtesies when we were receiving his remains."[314]  Shawn's death wasn't real to him until he finally saw the coffin come off the plane.[315]

Andrew helped arrange the funeral and ensure that Shawn received the proper military honors.[316]  When Andrew returned home following Shawn's funeral, depression set in:

> "There was some depression.  And I was probably self-medicating with alcohol more than I should have.  After about three or four months, I was like, "Oh, this is not a good road I'm traveling right now."  So I sought some help from one of our chaplains that we had at the Air Force Academy, and he gave me some grief counseling and helped me work through my depression and all of those kind of things."[317]

Andrew attended Shawn's funeral, where he gave a moving eulogy to honor his brother.[318]  Andrew's daughter was close to her "uncle Shawn," who was not much older than she was.  His death was "the first major loss she's ever experienced of someone she knew."[319]

Andrew Lucas notes that Russell Sr. was devastated by his son's death and plagued by guilt.  Andrew explains that Russell Sr. believed Shawn's death was his fault, for not talking Shawn out of joining the military.[320]  According to Andrew, Russell Sr. began drinking heavily and "just wasn't in a good place at all," and that "he went around the bend and it almost killed

---

[313] Lucas (Andrew) Depo. T-21.
[314] Lucas (Andrew) Depo. T-23.
[315] Lucas (Andrew) Depo. T-25.
[316] Lucas (Andrew) Depo. T-21-22.
[317] Lucas (Andrew) Depo. T-21-22.
[318] Lucas (Andrew) Depo. T-26; Funeral Service of Shawn Falter (14:45 - 20:20) at Appendix C4.
[319] Lucas (Andrew) Depo. T-28.
[320] Lucas (Andrew) Depo. T-34-37.

him."[321]   Andrew also believes that Linda Falter felt guilt for not being with Shawn when he died, "alone in some street."[322]

Though Andrew has come to terms with his grief to a certain extent, Shawn's death has indelibly marked his family:

> "[H]e's always going to be there in the back of our minds, whether -- we're never going to have births and grandchildren and him being able to, you know, fall in love and get married and our kids playing together and our grandkids playing together, that was all taken from him and our family"[323]

In 2014, Shawn's First Sergeant invited Andrew to give a ten-minute speech at a memorial service at Fort Richardson, Alaska for Army airborne troops killed in Iraq.  Shawn's First Sergeant introduced Andrew as Shawn's brother, and asked him to say a few words about Shawn before an audience of 1500 or so service members and family.[324]

### c.      Andrew is Entitled to Solatium Damages

While Andrew Lucas only lived in the same household as Shawn while on leave, he spent as much time with Shawn as he spent with his parents or biological siblings.  *See Estate of Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20, 29 (D.D.C. 2009) ("As the plaintiffs' noted in their brief the record in this case establishes that Messrs. Wetmore and Beekman both 'lived in the same household' as their stepsons while the stepsons were still minors and "treated" them as their own sons 'in every sense (e.g., financially, emotionally, socially).'")  Andrew was the functional equivalent of an adult older brother to a much younger biological brother.  Plaintiff's evidence and testimony show Andrew treated Shawn as if he were his own baby brother.

---

[321] *Id.*
[322] Lucas (Andrew) Depo. T-34-37.
[323] Lucas (Andrew) Depo. T-40.
[324] Lucas (Andrew) Depo. T-40-41.

For the reasons set forth herein and in Section V of the accompanying damages brief, Andrew should receive a solatium damages award of $3.125 million for the unbearable loss which Andrew suffered as a result of his brother Shawn's murder.

## IV.    Conclusion

Based on the foregoing, Plaintiffs request that this Court award compensatory damages (adjusted for prejudgment interest) to the estate of Shawn Falter and his immediate family members in the following amounts:

| Proposed Compensatory Damages Awards for the Estate and Immediate Family of Shawn Falter | | | | | |
|---|---|---|---|---|---|
| Plaintiff | Relationship to Shawn | Economic Damages | Pain and Suffering | Solatium/ IIED Damages | Total Compensatory Damages (With Prejudgment Interest) |
| Estate of Shawn Falter | | $951,882 | $5,000,000 | | $5,951,882 ($9,582,530.02) |
| Linda Falter | Parent | | | $6,250,000 | $6,250,000 ($10,062,500) |
| Marjorie Falter | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| Russell C. Falter | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| Russell J. Falter | Parent | | | $6,250,000 | $6,250,000 ($10,062,500) |
| Andrew Lucas | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| David Lucas | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| Timothy Lucas | Sibling | | | $3,125,000 | $3,125,000 |

| | | | | | ($5,031,250) |
|---|---|---|---|---|---|
| Marsha Novak | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| Jason Sackett | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| John Sackett | Sibling | | | $3,125,000 | $3,125,000 ($5,031,250) |
| **Falter Family Total** | | | | | $43,451,882 ($69,957,530.02) |

Plaintiffs further request that this Court award total punitive damages of at least two times the amount of base compensatory damages, $86,903,764, or such greater amount as it deems appropriate under the circumstances to the estate of Shawn Falter and his immediate family members to be split equally amongst each plaintiff.

DATED:  July 23, 2018

Respectfully Submitted,

/s/ Steven R. Perles
Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
Joshua K. Perles (No. 1031069)
Emily Amick (No. 242018)
PERLES LAW FIRM, PC
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Telephone: 202-955-9055

/s/ Steven W. Pelak
Steven W. Pelak (No. 408744)
Michael O'Leary (No. 1014610)
Gwen S. Green (No. 980495)
Holland & Hart LLP
975 F Street, N.W.
9th Floor
Washington, DC 20004

Telephone: 202-654-6929

*Attorneys for Plaintiffs*