# Appendix C17

THE CENTER FOR
FORENSIC ECONOMIC STUDIES
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM
EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

May 23, 2018

Edward MacAllister, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Re: *Estate of Shawn Patrick Falter, et al. v. Islamic Republic of Iran*

Dear Mr. MacAllister:

At your request, we assess the economic loss as a result of the death of Shawn Patrick Falter on January 20, 2007. We reserve the right to amend this report upon receipt of any additional relevant information.

## I. Documents Reviewed

- Complaint
- Relevant Military Documents of Shawn Patrick Falter
- February 28, 2018 Deposition of Linda Falter

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

## II. Background

Shawn Patrick Falter was born on August 27, 1981. At the time of his passing, he was 25.4 years of age and a Private First Class (E-3) in the United States Army.[1] Shawn joined the Army on August 9, 2005.[2] Shawn held a high school diploma. Shawn intended to make a career out of his military service as well as utilize the G.I. Bill to further his education.[3] Shawn was single

[1] February 28, 2007 Report of Casualty
[2] Id.
[3] February 28, 2018 Deposition of Linda Falter, pp. 40-41

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

1608 WALNUT STREET, SUITE 801, PHILADELPHIA, PENNSYLVANIA 19103 • (215) 546-5600 • FAX (215) 732-8158
1725 "I" STREET, NW, SUITE 300, WASHINGTON, DC 20006 • (202) 530-8808

and resided, when home from the military, in Cortland, New York. Shawn is survived by his father, Russell Falter, stepmother, Linda Falter, mother, Patricia Greenwood, and siblings.

## III. EARNING HISTORY

As mentioned above in Section II, Shawn was a Private First Class, pay grade E-3 at the time of his passing in 2007. The basic pay for an E-3 soldier in 2007 was equal to $1,534.20 per month, or $18,410.40 annually.[4] In addition to basic pay, Shawn also received a monthly housing allowance of $407.10, or $4,885.20 annually, and a monthly subsistence allowance of $279.88, or $3,358.56 annually.[5]

## IV. US ARMY DURATION, WORKLIFE AND LIFE EXPECTANCY

### 1. US Army Duration

We assume Shawn would have served until he vested in the military pension plan, given his desire to make a career of military service and considering the pension would provide him with an additional source of income in his post-military years. In order for Shawn to vest in the military pension plan, he would be required to have 20 years of active duty service.[6] As such, we assume that Shawn would serve 20 years active duty through August 9, 2025.

### 2. Worklife Expectancy

We offer two worklife estimates. In our first estimate we adjust earnings to account for statistical worklife data. Shawn's statistical worklife expectancy was 26.3 additional years, equivalent to continuous worklife to age 62.6, based on his age and assumed level of education on the date of his passing.[7] In our second estimate, we assume continuous worklife of 30.7 additional years to age 67.0, Shawn's Social Security retirement age.[8]

### 3. Statistical Life Expectancy

Shawn's statistical life expectancy, calculated from his age the date of his passing, was to age 77.8 in the year 2059.[9]

---

[4] United States Department of Defense, Defense Finance and Accounting Service, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[5] Id.
[6] http://militarypay.defense.gov/Pay/Retirement.aspx
[7] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors.* Journal of Forensic Economics 22(2), 2011, pp. 165-229.
[8] http://www.ssa.gov/pubs/ageincrease.htm.
[9] Arias E. *United States Life Tables, 2011. National vital statistics reports; vol 64 no 11.* Hyattsville, MD: National Center for Health Statistics, 2015.

## V. LOST EARNING CAPACITY

### 1. Military Service

To estimate Shawn's active duty military and reserve duty earning capacity, we are guided by the Military Pay Charts from 2007 through 2018. We assume that Shawn would make a career out of his military service and serve 20 years in order to vest in the United States Military Retirement Plan.

At this time, we only value Basic Pay for Shawn,[10] and as such, our analysis may understate his total earning capacity by excluding additional allowances he may have received while on active duty. Shawn's active duty military earnings schedule, in future dollars,[11] is set forth below in Table A:

| Table A: Falter Active Duty Military Pay Schedule | | | | |
|---|---|---|---|---|
| Year | Age | Grade | Service (rounded) | Basic Pay |
| 2007 | 26 | E3 | 2 | 18,410 |
| 2008 | 27 | E4 | 3 | 22,187 |
| 2009 | 28 | E5 | 4 | 26,755 |
| 2010 | 29 | E5 | 5 | 28,973 |
| 2011 | 30 | E5 | 6 | 29,380 |
| 2012 | 31 | E5 | 7 | 31,946 |
| 2013 | 32 | E5 | 8 | 32,490 |
| 2014 | 33 | E5 | 9 | 35,068 |
| 2015 | 34 | E5 | 10 | 35,417 |
| 2016 | 35 | E6 | 11 | 40,903 |
| 2017 | 36 | E6 | 12 | 41,764 |
| 2018 | 37 | E6 | 13 | 45,320 |
| 2019 | 38 | E6 | 14 | 46,217 |
| 2020 | 39 | E6 | 15 | 47,939 |
| 2021 | 40 | E6 | 16 | 48,887 |
| 2022 | 41 | E6 | 17 | 50,469 |
| 2023 | 42 | E6 | 18 | 51,468 |
| 2024 | 43 | E6 | 19 | 53,230 |
| 2025 | 44 | E6 | 20 | 33,113 |

### 2. Civilian Employment Post-Military Service

Upon the completion of Shawn's active duty military service, we assume he would transition to employment in the private sector as he would have between 19 (statistical) and 23 (Social Security retirement age) years of worklife remaining. We further assume that Shawn would have an earning capacity in the private sector equal to his estimated earnings in his final year of service in the Army, $54,283 in 2025 dollars. We assume that Shawn would secure employment with earnings equal to the above figure by September 1, 2025 and value this estimate through his

[10] Shawn's housing and subsistence pay is assumed to be entirely consumed for his personal maintenance and is discussed in more detail in Section IX below.
[11] See Section VII.1 below regarding future growth of salary.

statistical worklife, age 61.6 in the year 2043 and his Social Security retirement age, age 67.0 in the year 2048.

## VI. Past Earnings Growth

### 1. Military Service

To estimate military earnings growth from 2007 to 2018, we rely on the Military Pay Tables for each respective year.[12]

## VII. Future Earnings Growth

### 1. Military Service

Future earnings growth is estimated to be 1.98%. This rate represents the average annual rate of change in military pay from 2008 through 2018.[13]

### 2. Civilian Employment

Future earnings growth is estimated to be 2.87% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 1997 to 2017.[14]

## VIII. Taxes

Federal and state taxes are calculated and deducted using Federal and New York state tax rates. In calculating Shawn's income taxes, we assume that he would file with zero exemptions through 2048. Tax rates applied to Shawn's earnings range from 8.7% to 13.5%.[15]

## IX. Personal Maintenance Expenditures

In our analysis, we reduce our estimate of lost earnings in order to reflect the expenditures which Shawn would have incurred for his personal maintenance. Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level.

During the period that Shawn would have been serving in the military, we do not consider housing and food expenses as part of his personal maintenance, as he would have received housing and food allowances. Following his military service, we include these elements in our estimate of personal maintenance expenditures. Using data from the *2014-15 Consumer Expenditure Survey* (CEX), we deduct between 35.2% and 79.1% from annual

---

[12] U.S. Department of Defense, Defense Finance and Accounting Services, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[13] Id.
[14] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
[15] http://www.taxformcalculator.com/

earnings and military pension benefits to account for these expenditures (between 35.2% to 59.3% during military service and between 57.7% to 79.1% during civilian time periods).[16]

# X. Fringe Benefits

## 1. Military Retirement Pay

In order to calculate Shawn's military retirement pay, we utilize the calculation for the High-36 retirement plan, which is as follows:

**Average of highest 36 months of basic pay X 2.5% per year of service**[17]

In our scenario, Shawn would retire from the military with 20 years of service and a high-36 salary of $51,722. This results in an annual benefit equal to $25,861[18] and is valued from September 1, 2025 (approximately one month post-retirement) to Shawn's age 77.8.

The cost of living adjustment ("COLA") associated with this benefit is based on the Consumer Price Index.[19] Accordingly, we utilize a growth rate of 1.69% per year. This rate represents the annual rate of change in the Consumer Price Index from 1998 through 2017.[20]

## 2. Civilian Employment

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive retirement benefits equal, on average, to 5.5% of annual earnings.[21] We employ this rate in projecting lost fringe benefits from 2025 through 2048.

## 3. Health Benefits

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive health benefits equal, on average, to 10.9% of annual earnings.[22] We employ this rate in projecting lost health benefits.

---

16 U.S. Department of Labor, Bureau of Labor Statistics. http://www.bls.gov/cex/
17 U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
18 $51,722 X (2.5% X 20) = $25,861
19 U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
20 U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CUUR0000SA0
21 *Employer Costs for Employee Compensation,* September 2016, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm
22 *Employer Costs for Employee Compensation,* December 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm

## XI. Present Value

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of April 7, 2018, 3.51%, was used to estimate the return on the principal investment.[23] The average yield on these bonds from 1998 to 2017, 4.39% per year, was used to estimate the return on the reinvested interest.[24]

## XII. Tables

Table 1 shows the total economic loss to age 77.8 assuming civilian worklife to age 62.6.

Table 2 shows the total economic loss to age 77.8 assuming civilian worklife to age 67.0.

[23] *Economic Indicators,* March 2018; http://www.gpo.gov/economicindicators
[24] *Economic Report of the President,* January 2017, Table B-25: https://www.gpo.gov/fdsys/pkg/ERP-2017/pdf/ERP-2017.pdf

## XIII. Summary

As outlined in Tables 1 and 2, the total economic loss ranges from $825,465 to $951,882. It should be noted that our estimates of economic loss do not include the value of past medical expenses, Shawn's pain and suffering, or any additional elements of non-economic loss.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies



Chad L. Staller, JD, MBA, MAC, CVA



James Markham, Ph.D., JD, CPCU

**Table 1: Falter Economic Loss to Age 77.8 Assuming Civilian Worklife to Age 62.6**

| Year | Age | Basic Pay | Civilian Earnings | Civilian Retirement Benefits | Health Benefits | Military Pension | Personal Maintenance | Taxes | Net Annual Loss |
|---|---|---|---|---|---|---|---|---|---|
| 2007 | 26 | 17,490 | - | - | 1,906 | - | (10,375) | (1,523) | 7,498 |
| 2008 | 27 | 22,187 | - | - | 2,418 | - | (11,687) | (1,933) | 10,986 |
| 2009 | 28 | 26,755 | - | - | 2,916 | - | (12,623) | (2,331) | 14,718 |
| 2010 | 29 | 28,973 | - | - | 3,158 | - | (13,267) | (2,524) | 16,340 |
| 2011 | 30 | 29,380 | - | - | 3,202 | - | (13,644) | (2,559) | 16,379 |
| 2012 | 31 | 31,946 | - | - | 3,482 | - | (14,107) | (2,783) | 18,539 |
| 2013 | 32 | 32,490 | - | - | 3,541 | - | (14,337) | (2,830) | 18,865 |
| 2014 | 33 | 35,068 | - | - | 3,822 | - | (14,825) | (3,055) | 21,011 |
| 2015 | 34 | 35,417 | - | - | 3,860 | - | (14,866) | (3,085) | 21,327 |
| 2016 | 35 | 40,903 | - | - | 4,458 | - | (15,620) | (3,563) | 26,179 |
| 2017 | 36 | 41,764 | - | - | 4,552 | - | (15,948) | (3,638) | 26,730 |
| 2018 | 37 | 45,320 | - | - | 4,940 | - | (16,480) | (6,138) | 27,642 |
| 2019 | 38 | 43,784 | - | - | 4,772 | - | (15,921) | (5,930) | 26,704 |
| 2020 | 39 | 43,012 | - | - | 4,688 | - | (15,450) | (5,826) | 26,425 |
| 2021 | 40 | 41,530 | - | - | 4,527 | - | (14,918) | (5,625) | 25,514 |
| 2022 | 41 | 40,583 | - | - | 4,424 | - | (14,449) | (5,497) | 25,060 |
| 2023 | 42 | 39,163 | - | - | 4,269 | - | (13,944) | (5,304) | 24,184 |
| 2024 | 43 | 38,320 | - | - | 4,177 | - | (13,505) | (5,190) | 23,801 |
| 2025 | 44 | 13,753 | 13,989 | 769 | 3,024 | 6,665 | (15,132) | (4,660) | 18,407 |
| 2026 | 45 | - | 42,051 | 2,313 | 4,584 | 19,475 | (35,467) | (8,333) | 24,621 |
| 2027 | 46 | - | 41,703 | 2,294 | 4,546 | 19,092 | (35,046) | (8,234) | 24,354 |
| 2028 | 47 | - | 41,349 | 2,274 | 4,507 | 18,713 | (34,624) | (8,135) | 24,084 |
| 2029 | 48 | - | 40,989 | 2,254 | 4,468 | 18,337 | (34,199) | (8,035) | 23,813 |
| 2030 | 49 | - | 40,623 | 2,234 | 4,428 | 17,965 | (33,774) | (7,935) | 23,540 |
| 2031 | 50 | - | 40,252 | 2,214 | 4,387 | 17,597 | (33,348) | (7,835) | 23,266 |
| 2032 | 51 | - | 39,876 | 2,193 | 4,346 | 17,232 | (32,921) | (7,735) | 22,992 |
| 2033 | 52 | - | 39,496 | 2,172 | 4,305 | 16,872 | (32,494) | (7,635) | 22,716 |
| 2034 | 53 | - | 39,112 | 2,151 | 4,263 | 16,517 | (32,068) | (7,535) | 22,440 |
| 2035 | 54 | - | 38,725 | 2,130 | 4,221 | 16,166 | (31,643) | (7,435) | 22,164 |
| 2036 | 55 | - | 38,335 | 2,108 | 4,178 | 15,819 | (31,218) | (7,335) | 21,888 |
| 2037 | 56 | - | 37,942 | 2,087 | 4,136 | 15,477 | (30,795) | (7,235) | 21,612 |
| 2038 | 57 | - | 37,547 | 2,065 | 4,093 | 15,141 | (30,373) | (7,136) | 21,336 |
| 2039 | 58 | - | 37,150 | 2,043 | 4,049 | 14,809 | (29,953) | (7,038) | 21,061 |
| 2040 | 59 | - | 36,752 | 2,021 | 4,006 | 14,482 | (29,535) | (6,939) | 20,787 |
| 2041 | 60 | - | 36,353 | 1,999 | 3,962 | 14,160 | (29,119) | (6,842) | 20,514 |
| 2042 | 61 | - | 35,952 | 1,977 | 3,919 | 13,844 | (28,706) | (6,745) | 20,242 |
| 2043 | 62 | - | 35,552 | 1,955 | 3,875 | 13,532 | (28,295) | (6,648) | 19,971 |
| 2044 | 63 | - | 9,491 | 522 | 1,034 | 13,226 | (13,096) | (3,077) | 8,101 |
| 2045 | 64 | - | - | - | - | 12,925 | (10,218) | (1,126) | 1,582 |
| 2046 | 65 | - | - | - | - | 12,630 | (9,984) | (1,100) | 1,546 |
| 2047 | 66 | - | - | - | - | 12,339 | (9,754) | (1,075) | 1,510 |
| 2048 | 67 | - | - | - | - | 12,054 | (9,529) | (1,050) | 1,475 |
| 2049 | 68 | - | - | - | - | 11,775 | (9,308) | (1,026) | 1,441 |
| 2050 | 69 | - | - | - | - | 11,500 | (9,091) | (1,002) | 1,407 |
| 2051 | 70 | - | - | - | - | 11,231 | (8,878) | (978) | 1,375 |
| 2052 | 71 | - | - | - | - | 10,967 | (8,669) | (955) | 1,342 |
| 2053 | 72 | - | - | - | - | 10,708 | (8,465) | (933) | 1,311 |
| 2054 | 73 | - | - | - | - | 10,454 | (8,264) | (911) | 1,279 |
| 2055 | 74 | - | - | - | - | 10,205 | (8,067) | (889) | 1,249 |
| 2056 | 75 | - | - | - | - | 9,962 | (7,875) | (868) | 1,219 |
| 2057 | 76 | - | - | - | - | 9,723 | (7,686) | (847) | 1,190 |
| 2058 | 77 | - | - | - | - | 9,490 | (7,502) | (827) | 1,161 |
| 2059 | 78 | - | - | - | - | 4,631 | (3,660) | (403) | 567 |
| **Summary - Table 1** | | | | | | | | | |
| **Past Loss (2007-2018)** | | 387,692 | - | - | 42,258 | - | (167,777) | (35,962) | 226,212 |
| **Future Loss (2019-2059)** | | 260,145 | 723,237 | 39,778 | 107,189 | 475,715 | (816,944) | (189,866) | 599,253 |
| **Total Loss** | | 647,837 | 723,237 | 39,778 | 149,447 | 475,715 | (984,721) | (225,827) | **825,465** |

| Table 2: Falter Economic Loss to Age 77.8 Assuming Civilian Worklife to Age 67.0 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Age | Basic Pay | Civilian Earnings | Civilian Retirement Benefits | Health Benefits | Military Pension | Personal Maintenance | Taxes | Net Annual Loss |
| 2007 | 26 | 17,490 | - | - | 1,906 | - | (10,375) | (1,523) | 7,498 |
| 2008 | 27 | 22,187 | - | - | 2,418 | - | (11,687) | (1,933) | 10,986 |
| 2009 | 28 | 26,755 | - | - | 2,916 | - | (12,623) | (2,331) | 14,718 |
| 2010 | 29 | 28,973 | - | - | 3,158 | - | (13,267) | (2,524) | 16,340 |
| 2011 | 30 | 29,380 | - | - | 3,202 | - | (13,644) | (2,559) | 16,379 |
| 2012 | 31 | 31,946 | - | - | 3,482 | - | (14,107) | (2,783) | 18,539 |
| 2013 | 32 | 32,490 | - | - | 3,541 | - | (14,337) | (2,830) | 18,865 |
| 2014 | 33 | 35,068 | - | - | 3,822 | - | (14,825) | (3,055) | 21,011 |
| 2015 | 34 | 35,417 | - | - | 3,860 | - | (14,866) | (3,085) | 21,327 |
| 2016 | 35 | 40,903 | - | - | 4,458 | - | (15,620) | (3,563) | 26,179 |
| 2017 | 36 | 41,764 | - | - | 4,552 | - | (15,948) | (3,638) | 26,730 |
| 2018 | 37 | 45,320 | - | - | 4,940 | - | (16,480) | (6,138) | 27,642 |
| 2019 | 38 | 43,784 | - | - | 4,772 | - | (15,921) | (5,930) | 26,704 |
| 2020 | 39 | 43,012 | - | - | 4,688 | - | (15,450) | (5,826) | 26,425 |
| 2021 | 40 | 41,530 | - | - | 4,527 | - | (14,918) | (5,625) | 25,514 |
| 2022 | 41 | 40,583 | - | - | 4,424 | - | (14,449) | (5,497) | 25,060 |
| 2023 | 42 | 39,163 | - | - | 4,269 | - | (13,944) | (5,304) | 24,184 |
| 2024 | 43 | 38,320 | - | - | 4,177 | - | (13,505) | (5,190) | 23,801 |
| 2025 | 44 | 13,753 | 42,391 | 2,332 | 6,120 | 6,665 | (27,624) | (8,507) | 35,129 |
| 2026 | 45 | - | 42,051 | 2,313 | 4,584 | 19,475 | (35,467) | (8,333) | 24,621 |
| 2027 | 46 | - | 41,703 | 2,294 | 4,546 | 19,092 | (35,046) | (8,234) | 24,354 |
| 2028 | 47 | - | 41,349 | 2,274 | 4,507 | 18,713 | (34,624) | (8,135) | 24,084 |
| 2029 | 48 | - | 40,989 | 2,254 | 4,468 | 18,337 | (34,199) | (8,035) | 23,813 |
| 2030 | 49 | - | 40,623 | 2,234 | 4,428 | 17,965 | (33,774) | (7,935) | 23,540 |
| 2031 | 50 | - | 40,252 | 2,214 | 4,387 | 17,597 | (33,348) | (7,835) | 23,266 |
| 2032 | 51 | - | 39,876 | 2,193 | 4,346 | 17,232 | (32,921) | (7,735) | 22,992 |
| 2033 | 52 | - | 39,496 | 2,172 | 4,305 | 16,872 | (32,494) | (7,635) | 22,716 |
| 2034 | 53 | - | 39,112 | 2,151 | 4,263 | 16,517 | (32,068) | (7,535) | 22,440 |
| 2035 | 54 | - | 38,725 | 2,130 | 4,221 | 16,166 | (31,643) | (7,435) | 22,164 |
| 2036 | 55 | - | 38,335 | 2,108 | 4,178 | 15,819 | (31,218) | (7,335) | 21,888 |
| 2037 | 56 | - | 37,942 | 2,087 | 4,136 | 15,477 | (30,795) | (7,235) | 21,612 |
| 2038 | 57 | - | 37,547 | 2,065 | 4,093 | 15,141 | (30,373) | (7,136) | 21,336 |
| 2039 | 58 | - | 37,150 | 2,043 | 4,049 | 14,809 | (29,953) | (7,038) | 21,061 |
| 2040 | 59 | - | 36,752 | 2,021 | 4,006 | 14,482 | (29,535) | (6,939) | 20,787 |
| 2041 | 60 | - | 36,353 | 1,999 | 3,962 | 14,160 | (29,119) | (6,842) | 20,514 |
| 2042 | 61 | - | 35,952 | 1,977 | 3,919 | 13,844 | (28,706) | (6,745) | 20,242 |
| 2043 | 62 | - | 35,552 | 1,955 | 3,875 | 13,532 | (28,295) | (6,648) | 19,971 |
| 2044 | 63 | - | 35,151 | 1,933 | 3,831 | 13,226 | (27,888) | (6,552) | 19,701 |
| 2045 | 64 | - | 54,283 | 2,986 | 5,917 | 12,925 | (38,744) | (9,103) | 28,264 |
| 2046 | 65 | - | 54,283 | 2,986 | 5,917 | 12,630 | (38,573) | (9,063) | 28,179 |
| 2047 | 66 | - | 54,283 | 2,986 | 5,917 | 12,339 | (38,406) | (9,024) | 28,095 |
| 2048 | 67 | - | 35,827 | 1,970 | 3,905 | 12,054 | (27,602) | (6,485) | 19,670 |
| 2049 | 68 | - | - | - | - | 11,775 | (9,308) | (1,026) | 1,441 |
| 2050 | 69 | - | - | - | - | 11,500 | (9,091) | (1,002) | 1,407 |
| 2051 | 70 | - | - | - | - | 11,231 | (8,878) | (978) | 1,375 |
| 2052 | 71 | - | - | - | - | 10,967 | (8,669) | (955) | 1,342 |
| 2053 | 72 | - | - | - | - | 10,708 | (8,465) | (933) | 1,311 |
| 2054 | 73 | - | - | - | - | 10,454 | (8,264) | (911) | 1,279 |
| 2055 | 74 | - | - | - | - | 10,205 | (8,067) | (889) | 1,249 |
| 2056 | 75 | - | - | - | - | 9,962 | (7,875) | (868) | 1,219 |
| 2057 | 76 | - | - | - | - | 9,723 | (7,686) | (847) | 1,190 |
| 2058 | 77 | - | - | - | - | 9,490 | (7,502) | (827) | 1,161 |
| 2059 | 78 | - | - | - | - | 4,631 | (3,660) | (403) | 567 |
| Summary - Table 2 | | | | | | | | | |
| **Past Loss (2007-2018)** | | 387,692 | - | - | 42,258 | - | (167,777) | (35,962) | 226,212 |
| **Future Loss (2019-2059)** | | 260,145 | 975,975 | 53,679 | 134,737 | 475,715 | (948,067) | (226,513) | 725,670 |
| **Total Loss** | | 647,837 | 975,975 | 53,679 | 176,995 | 475,715 | (1,115,845) | (262,474) | **951,882** |