# Appendix D6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOALA FRITZ, Individually and
as the Personal Representative of the
ESTATE OF JACOB FRITZ, and
ESTATE OF LYLE FRITZ, et al,
Plaintiffs,

-vs-

Civil Action
No. 1:15-cv-00456-RDM

ISLAMIC REPUBLIC OF IRAN, et al,
Defendants.

_______________________________________/

PAGE 1 TO 33

The deposition of KOUSAY AL-TAIE,
Taken at 1401 Briarwood Circle,
Ann Arbor, Michigan,
Commencing at 10:15 a.m.,
Monday, April 2, 2018,
Before Caitlyn Mancini, RPR, CSR-8887.

Veritext Legal Solutions
Mid-Atlantic Region
1250 Eye Street NW - Suite 350
Washington, D.C.  20005

APPEARANCES:
MR. JOHSUA K. PERLES
Perles Law Firm, PC
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
(202) 955-9055
jperles@perleslaw.com
Appearing on behalf of the Plaintiffs.

MS. GWEN S. GREEN
Holland & Hart
975 F Street NW, Suite 900
Washington, D.C. 20004
(202) 654-6913
gsgreen@hollandhart.com
Appearing on behalf of the Plaintiffs.

ALSO PRESENT:
Marc Myers, Videographer
Yasser Elsebaei, Arabic Interpreter



TABLE OF CONTENTS


| Witness | Page |
| --- | --- |
| KOUSAY AL-TAIE | |


EXAMINATIONS


| Witness | Page |
| --- | --- |
| EXAMINATION BY MR. PERLES | 4 |


EXHIBITS


| Exhibit | Page |
| --- | --- |
| (No exhibits offered.) | |




Ann Arbor, Michigan
April 2, 2018
About 8:00 a.m.

KOUSAY AL-TAIE,

having first been duly sworn, was examined and testified on his oath as follows:

VIDEOGRAPHER: We are now on the record at 10:22 a.m. on April 2nd, 2018. This is the media unit number one of the video-recorded deposition of Kousay Al-Taie taken by the counsel for the Plaintiffs in the matter of Fritz et al versus the Islamic Republic of Iran, et al., filed in the United States District Court for the district of Colombia. Case number 15-456 RDM. This deposition is being held at 1401 Briarwood Circle, Ann Arbor, Michigan. My name is Marc Myers from the firm of Veritext. I am the videographer. The court reporter is Caitlyn Mancini from the firm of Veritext. And will the attorney please state his appearance for the record and the court reporter please swear in the witness and the interpreter.

MR. PERLES: Joshua Perles for the Plaintiffs.

MS. GREEN: Gwen Green, counsel for the Plaintiffs.

THE REPORTER: Mr. Translator, could you



raise your right hand? Do you swear that the testimony you're about to translate in this matter is going to be the whole truth and nothing but the truth?

And, sir, would you please raise your hand? Do you swear that the testimony you're about to state in this matter is the whole truth and nothing but the truth?

THE WITNESS: I speak the right. What should I say? I do.

MR. PERLES: And I would like to direct this first question to the translator. Do you certify that you are able to accurately translate into Arabic everything stated by the deponent Kousay Al-Taie.

THE INTERPRETER: Yes, I do.

MR. PERLES: Thank you.

EXAMINATION BY MR. PERLES:

Q. Could you state your full name for the record, please?
A. My name is Kousay Kamber Al-Taie.
Q. And what year were you born?
A. I born in Baghdad [redacted]
Q. And what is your relationship to Ahmed?
A. He is my son of course.
Q. Your his biological father?
A. Yeah of course. Yeah.

Q. And could you state name of his mother?
A. Nawal Al-Taie. My mother?
Q. No. No, Ahmed's mother.
A. Nawal Al-Taie.
Q. And does Ahmed have any brothers?
A. Yeah, Bashar and Hathal.
Q. And could you state their full names for the record?
A. Bashar, B-A-S-H-E-R, Al-Taie. Hathal, H-A-T-H-A-L, Al-Taie.
Q. Thank you. And are you the personal representative of the Estate of Ahmed Al-Taie?
A. Yes, I am.
Q. And for the record I am handing the deponent the letters of authority for the personal representative for the Estate of Ahmed Al-Taie.
A. Yes.
Q. Are those a true and accurate copy of the documents authorizing a to act as the personal representative of the Estate of Ahmed Al-Taie?
A. Yes, I am really. This is my name and my telephone number and the address. Yeah, sure. Yes, I am.
Q. Thank you. And as personal representative for the Estate of Ahmed Al-Taie, did you authorize the



estate to proceed in a lawsuit against Iran and other Defendants in the matter captured as Fritz versus Islamic Republic of Iran?
A. Yes. Yes, I agree for that.
Q. What year was Ahmed born?
A. [redacted]
Q. [redacted]
A. Yeah.
Q. And where was he born?
A. In Baghdad.
Q. In Baghdad, Iraq?
A. Yeah.
Q. Did your family leave Iraq after Ahmed was born?
A. Yes. Yeah, of course just for, you know, the holidays.
Q. Besides holidays did you move permanently to a new residence?
A. No. No. We came here in 1994 I think. This my wife before me she came and 1986 I came.
Q. Are you a United States national?
A. Yeah. Yes.
Q. Is your wife a United States national?
A. Exactly. Yes.
Q. Is Hathal a United States national?



A. Yeah.
Q. And at Ahmed's time of death was he a United States national?
A. Exactly. Yeah. And Bashar he got a Canadian citizen; he is not American.
Q. Before you came to the U.S. did you live in the United Kingdom?
A. Yeah. Shall I give you the story or shortly?
Q. Please in detail.
A. I am engineer. I work in my government till after 14 years I resign and I make my own company. It was... we were a factory, really, to make this oxygen and acetylene. I work with this company till '79. After that I left the company I went to United Kingdom. I stay about two years, yeah. And after that I went to the United Arab Emirates with a friend another company there till '84, four years. '84 I came back to Iraq. And then just as I told you after that in 1996 I came here to this country.
Q. So in Iraq.
A. Yeah.
Q. Who was living in your household?
A. In Iraq it's my own house it was me and Nawal and Ahmed, Bashar, Hathal.
Q. So the brothers all lived together with you?



A. Yeah. Of course, yeah.
Q. And when you moved to the United Kingdom did your whole family move with you as well?
A. Yes, that's right. Because Ahmed after he finishes high school we were in the United Arab Emirates until he finished the high school. I send him to the British and he was in the American College. He joined the American College in London. After one, two years he moved here to this state, United States.
Q. Talking about Ahmed?
A. Ahmed, yeah. This for Ahmed. The others was small, you know. They joined the high school and then he was about I think six, five years old. Yeah. He came and he like very much to be pilot; he love to be pilot. And he joined some courses here. Then after that he joined the Army, the American Army, and they send him to Iraq and this is the last story, you know it, he was killed. I will tell you.
Q. Sure.
A. All the areas, and I speak about Iraq, we are very, very close families all these areas. I mean, the father, the mother, the kids they take care for them till they, you know, past the 18, join the colleges and still they help them till they finish their college. The Middle East this was, you know, the families very

Page 10

close, you know, all together. Yeah.
Q. Were the -- I know that the age difference between the boys was several years but were they close when they were younger?
A. Sure, yeah. Sure. Sure. They used to fight, you know, because Ahmed he's about six years older than Bashar, you know, six and the other one, you know, going to be more than you know, youth. They fight but Ahmed he like the karate; judo, karate but he's very, you know, yeah. And he used to, you know, to fight with his brother, you know, they just for fun.
Q. Did he teach any of his brothers martial arts and judo?
A. Yeah, but Bashar he don't like it. He like to be -- I send him to the music school in Baghdad and they teach him ballet, because he was very thin, you know. His body. He light body.
Q. When I spoke to Bashar he mentioned that Ahmed was also a musician?
A. Exactly. Yeah. I brought one of in a photo you will see him. Did you hear about Kathem A-Saher? You hear about him? Because Ahmed he was very good, you know. You know, people accompany to work with him. There's very famous singer, an Iraqi, he came here and Ahmed, you know, play with him. There is you will see

Page 11

it, you know, I brought the...
Q. What instument did Ahmed play?
A. Organ. He like organ.
Q. Do you mean the keyboard?
A. Yeah, exactly. Yeah. But both of them I send them to the music school and Ahmed they give him what they call very contrabass.
Q. The string instrument?
A. Yeah.
Q. The large base?
A. Yeah, they call contrabass I think.
Q. Contrabass? I'm not a musician.
A. Anyway, yeah, but he like to, you know, to play this.
Q. Did Ahmed continue playing music after he came to the United States?
A. Yeah. I told you of course I told you this singer, famous singer, he came here and he play with him. Yeah.
Q. Did Ahmed ever go to -- you mentioned that Bashar is a Canadian national, did Ahmed ever go visit him in Canada?
A. Yeah, I think so. Yeah, of course, yeah.
Q. Do you know if Hathal ever went with him?
A. Hathal?

Page 12

Q. Do you know did Hathal go to Canada with Ahmed to see Bashar?
A. No. No, I don't think so, no.
Q. Okay.
A. But after that when he came here he visit Ahmed -- visit Bashar.
Q. After Hathal came to the U.S.?
A. Yeah. Yeah. Yeah.
Q. What sort of things, even just normal daily things like cooking or eating, did you do with Ahmed when you were living together?
A. Well, you know, my wife she make cooking but sometimes every Friday I used to wake up early in the morning and make them, you know, breakfast egg and something. You know, it was standard meal. I would take them there was a club in Iraq for swimming, you know, till he become very good in, you know, when he become youth, you know. He like sport very much.
Q. Did you teach Ahmed to swim?
A. Ahmed I teach him but there is another body which take care for them because, you know, the -- there is two what they call swimming pool for kids and for, you know, for the people, the other people. And that one there's somebody to teach them this.
Q. There was an instructor?

Page 13

A. Yeah. But of course, yeah, of course. I was very, very close with all my kids but the big one he take care for me. Yeah.
Q. You mentioned that your wife cooked for the family?
A. Yeah, of course and there is what you call it to help her my wife for cooking and for clean the house, you know.
Q. Sure.
A. But she cooks.
Q. After you came to the United States and when your family was living here.
A. Yeah.
Q. Did your wife continue to cook for the family?
A. Yeah, of course till now.
Q. Did you frequently eat together as a family?
A. Yeah, sure. Sure. Yeah. Yeah.
Q. Did you have holidays today?
A. Yeah, all the time. As soon as we have just holiday for, you know, because the holiday in Iraq for kids one to two months I'll take them either to Beirut or to to Italy or France. You know, you will see in the picture. I used to take care for them.
Q. So you traveled together as a family a lot?
A. Yeah. Yeah, because I take my -- just tell

that -- in my car I took my car from Baghdad to Beirut. It's about ten hours, less, nine hours driving, you know. I wake up early in the morning at 7:00, 8:00 nearly the sun is, you know, just exactly that time. And sometimes if I have a time for a holiday, I keep my car in Beirut and we took flight to go these either Italy or Greece, Turkey, Spain.
Q. So you traveled as a family in Europe a lot?
A. Yeah, of course. This is after I resign from the government. And the government you can do these things, you haven't got the time, you know, but when I resigned I got my own company; I can take them on the holidays.
Q. What kind of activities did you do together when you were traveling?
A. Together, well, I these places or make some shopping for them, you know, clothes. Take them some places. I brought them here in '90 and '77, '76 I don't remember. I take them to Disneyland. They went to Disneyland.
Q. In California?
A. Yeah. Of course, yeah, because, you know, I came this country my first visit to the United States in '63. '63. Because I want to further my study that time to get degree. I went Arizona State University and then I joined the university I work more than four months that



time I was married, you know, '63 I just married and I feel home sick. You know. And I came back. Yeah, this in '63. Then I came in '66 to the United States. Again, I came in '89 to see Ahmed. After that Nawal she came in '94 and after that in '96 I join her. And we left Iraq.
Q. When you were traveling for fun with your family were the boys ever alone together?
A. Yeah. The boys really if, suppose, if we go to some club, suppose me and my wife, Ahmed he was, you know, about youth. You know, and sometimes I join my -- his uncles they join in the summer Beirut, I am speaking about Beirut. They stay with them or Ahmed. Bashar was about nine years old I think and then it was five something. Just, you know, go to the club, you know, for two, three hours and came back, take care for them. Because we already very close with our children just not -- mostly Middle East even country even Egypt same. Either Egypt or Lebanon or Syria or whatever all these country we are very close with our families. Yeah.
Q. So since Ahmed was a little bit older did he help take care of his younger brothers?
A. Yes. Yeah, of course. Of course. Yeah. It was very different between Ahmed and Hathal because Hathal '75, Ahmed '65, ten years older. You know, ten years



different but he take care for them and Bashar he take care for him because Bashar and Hathal six years. Yeah.
Q. Ahmed also came to the United States earlier than his brothers?
A. Yeah, of course because, you know, when he took his degree in the high school I send him to England I told you for -- and he joined the American College in London. Bashar he stay; still in high school, you know, because six years between them, you know. Yeah.
Q. Do you know if he helped his brothers adjust to living in North America?
A. Of course but, you know, we came a little bit later he be here long time. Of course when he came he take care for them.
Q. So now I'm going to switch topics a little bit and some of the questions I ask the answers may be a little bit more open-ended or complicated I just... before we switch topics, I think we're going to take a short break off the record.
VIDEOGRAPHER: Going off the record at 10:48 a.m.
(Off the record at 10:48 a.m.)
(Back the record 10:51 a.m.)
VIDEOGRAPHER: We're back on the record at 10:51 a.m.



BY MR. PERLES:
Q. Understanding that it is difficult to describe a person in a short period of time, could you try to tell me what kind of boy and what kind of man Ahmed was.
A. I go to speak with him. Ahmed used to like sports a lot. Most of his friends they were either athletes or musicians because he was part of a band, musical band. He was a very polite person, always respected. The elder, his friends respected me, respected his brother, and the family members. He was very gentle man, very good. Yeah. You can trust him. He was a gentle man and he was a person that you can trust and rely on him.
Q. When and how did you first find out that Ahmed had been abducted?
A. Actually, it was in the morning what I remember somebody of his friend he called. I think they spoke with Nawal. I was in my bedroom and they told her that this happened. It was disaster, really, that time for us. Then there is a sergeant with another two militaries they knocked our door and they tell us that you know, this is true that... yeah.
Q. What year was that?
A. 2006 I think.
Q. So just making sure I understand you correctly,

you first found out when a friend of Ahmed's living in Iraq called you and told you?
A. Yeah. Yeah.
Q. And then several hours later you learned from a representative from the U.S. military?
A. Yeah. Yeah. Captain Millen (sic) I think his name I don't know with... an officer came and he was accompanied by another Christian person thinking that we might have a different faith. They know that we are Muslim but just in case they brought a Christian officer with them and that's when they told us about it.
Q. What year did you find out officially that Ahmed had died?
A. This is what I told you 2006.
Q. So in 2006 you learned that he had been abducted?
A. That's right.
Q. But at that point --
A. Yeah.
Q. -- you believed that he was alive, correct?
A. Of course. And we saw video, show us video, he was in the very bad position, really, because I think they hit him in his eye. It was, you know, and it's very... it was very, very sad. On the background there was written on the background it says Asa'ib Ahl al-Haq. But it was -- I cannot explain to you. It was very bad.



Q. For the record when you're talking about the banner you mean the name of the terrorist group Asa'ib Ahl al-Haq?
A. Yes. It was written... you know. It was written on a board. Yeah.
Q. Could you describe Ahmed's condition in the video?
A. He was very tired. And...
THE REPORTER: Bless you.
THE WITNESS: He looked very tired. He looked like he was beaten up and he couldn't talk. Yeah. Yeah, very bad position, really. I was so sorry. I thought now what's happened.
BY MR. PERLES:
Q. But you recognized the person in the video as Ahmed?
A. Yeah. Of course, yeah.
Q. So to recap in 2006 you learned that Ahmed was missing. It was then several years until you officially learned that Ahmed had been killed; is that correct?
A. Yeah. During all those years there used to be some representative they came to us sometime from the FBI. They used to come once in a while and tell us that everything is going to be okay. They came afterwards from the FBI and they showed us a video at home and they



talked to my wife and they told us that Qais Khazali, which is one of the leaders of that terrorist group, and they go to show him, you know. And they made a video of us they said that they will show it to that person from that terrorist group. They might have -- so he might have sympathy because they videotape my wife she say a few words begging them and tell them please release my son or sort of things.
Q. So to be clear representatives of the U.S. government came to you and made a video of you asking for mercy to show to Qais Khazali, who was a member of Asa'ib Ahl al-Haq?
A. After all this he said that I have nothing to do with that; he didn't admit his involvement in the situation and then they released him. They came few times afterwards to us and they say that we're going to follow the person, we're going to pursue everything to find Ahmed. And then after a while about the 2000 they brought the remains of Ahmed in a body bag and it seems that he was killed a while before because there was only his skeleton in the body bag.
Q. What year did they return Ahmed's remains?
A. Maybe 2002.
Q. Sorry, do you mean 2012?
A. I don't remember. My wife she remember but not



me.
Q. But if it was -- you first found out that he had been abducted in 2006 did you say?
A. Yes.
Q. And you received his remains in 2012 it was maybe five or six years that you had been waiting to find out what happened to Ahmed?
A. Yeah.
THE INTERPRETER: Two thousand?
MR. PERLES: Oh, 2012.
THE WITNESS: Yes. And after that there is some group they came to visit us and I spoke with them directly. I said are you sure this is Ahmed? The DNA, has DNA 100 percent he is Ahmed. Afterwards a group came and I asked them is that for sure the remains of Ahmed and they said we're sure because we ran a DNA test and we're quite sure that that's him.
BY MR. PERLES:
Q. So before you were sure, before you had the DNA confirmation that Ahmed had been killed, did you receive any false reports that Ahmed had been found in Iraq?
A. We just tried to search for him and find out. And one of these people they tell me that one of his finger is, you know, lost. They couldn't find it in the -- in his body, the small finger. Yeah.

Page 22

Q. What was it like for you and your family for those years not knowing what happened to Ahmed or whether he was alive or dead?
A. It was a disaster for the whole family. My wife was constantly crying and for me it was a very, very difficult situation. She always prayed that one day he will come back. Yeah, it was very bad time.
Q. Did you seek any counseling or medical treatment?
A. Yeah, of course. Yeah, because I couldn't sleep believe me. They gave me Ambien; they call it Ambien, 10 milligram I take every one, every day one. And there is to make you relax but I forget the name really. I got it at home really till now I use it. You know, make you relaxation, you know.
Q. Do you know if it was an antidepressant maybe?
A. Exactly, yeah. And, you know, I got high blood pressure but that time till now my blood pressure, you know, it's come high, very high.
Q. Are you on any medication for your blood pressure?
A. Of course. I think you can imagine that. Every day I take 15 tablets. How many? 15, 1-5, every day different kind cholesterol, high blood pressure. I'll show it to you if you come to my house I'll show you 15 every day.

Page 23

Q. Are you still taking Ambien to sleep and antidepressants?
A. Yeah. Yeah. I stop it. My doctor he said you have to stop it, you know, because three times... three times I fell down on my face, my head. And the doctor he stop it he said you have to stop this. He gave me another tablets, which it is, you know, a little bit... the doctor told me that I have to stop it and he prescribe another tablet, which is a little milder than this one. Yeah.
Q. Did your wife also get prescribed sleeping pills and antidepressants?
A. Yes. Exactly. Yeah, she took about I think 10 tablets, a little bit, you know, 10 to 12 tablets every day.
Q. And is she still taking these medications?
A. Yeah. Every month. Every month, me and my wife.
Q. Did she start experiencing any other health problems after learning that Ahmed had been abducted?
A. Of course. Of course. She'll go to speak with what she have. She will tell you when you interview.
Q. Do you -- excuse me. Where is Ahmed buried?
A. Here. This cemetery it is in the downtown but I forgot the name.
Q. That's fine. Do you live near where he's buried?

Page 24

A. Sure. Sure. Nearly before every, you know, few days my wife she come to visit him. You know, after that it's become every month until now we visit him. Yeah. It was our custom to go and visit his grave.
Q. And you go with your wife to visit his grave as well?
A. Sure. Yeah. Sure. And sometimes she go alone; sometimes I go with her.
Q. How has -- you said earlier that your family is very close. How has Ahmed's murder changed your family, changed the way you interact?
A. We miss him. You know the time after that he buried, you know, start to change a little bit. It was -- had a big affect on the family because we were always sad and crying. But after a while it was just change a little bit. Yeah.
Q. Do you know what Ahmed's highest educational degree is?
A. Yeah, Ahmed just what I told you that he like to be a pilot and he took -- he got a license for, you know, pilot for private pilot and after that he start to work in the companies in this Willow Run -- what's the name -- the airport here. What's the name of the airport?
Q. Willow Run?

Page 25

A. Yeah, he work there. And they prepare to, you know, just they want to take care the degree in the aeronautical engineering. They start with that. But he didn't finish it really.
Q. And Willow Run?
A. Yeah.
Q. What kind of work was he doing?
A. Engineering mechanic to look at the body for the airplane and the engines. I don't know.
Q. So he was a mechanic for the airplanes?
A. Yeah.
Q. Do you know if he enjoyed that work?
A. I told you he like anything flight. He liked flying a lot and that's when he decide that he wants to become a mechanical engineer and then he joined the Army afterwards. Yeah.
Q. You mentioned that he got a pilot's license?
A. Yeah, I got it at home if you like.
Q. Sure. I might look at that later. Did you ever go flying with him?
A. No. No. One day he told me, I said I frightened. I frightened to fly with him, you know, for joke.
Q. But he liked flying?
A. Very much.

Q. Do you know why Ahmed joined the military?
A. Ahmed as an American and also from an Iraqi background, he also spoke the language and he decided to join the military and he was very much liked by the superiors to the point that he was also -- always with superiors and then he became a change leader for the leader of his unit. Also he wanted to serve the country. That's why he joined the Army to serve the country.
Q. How did he feel when he learned that he was going to deploy to Iraq?
A. He was happy. He was happy because he also liked Iraq and he loved Iraq but he didn't have the slightest idea that he was going to die there.
Q. When you say that he was happy because he liked Iraq and he was going --
A. It was the military orders whether they send him to Iraq or anywhere, he has to obey also.
Q. Right. Do you know if he was -- if he felt that he was going to be able to help Iraq? Do you know how he thought about -- what he thought about the project generally in Iraq?
A. Yes, of course. Yes, he was very liked by his superiors and he was always with the command and he wasn't in the battlefield on the street but this just



happened that one time when he went out and he got kidnapped. He was always with the general wherever they go. Nawal will also show you some pictures.
Q. So you don't have to pick it up but are you -- what is the object you're seated next to?
A. Those are medals that he received from the Army from the military. He was very liked and he joined a lot of programs also. Especially this one the heart. This is what they told me this is very high. Very, very high. This one with the heart.
Q. To the best of your knowledge those are all medals that correspond to awards he was officially given by the U.S. military?
A. Yes, of course.
Q. And is --
A. There is another box they sent us two box. The other one, the flag, which was covered his body they put it in box they send it for us. And they send another box, you know, it was his clothes. They send it to us. Yeah. If you like I would show it to you.
Q. So earlier you were pointing at and referring to the Purple Heart?
A. This what they told me because, yeah.
Q. And next to that I think I see a Prisoner of War medal?



A. I don't know. I don't know nothing really.
Q. That's fine.
A. There is another medal supposed to send it to us but we didn't receive it, the last one. There was another medal that was supposed to be sent to us but we don't receive it.
Q. How do you feel about the fact that Ahmed died as a prisoner of war as opposed to in combat?
THE INTERPRETER: Can I repeat the question?
MR. PERLES: Sure.
THE WITNESS: It was a war from the beginning for everybody and for every American soldier that they joined. It was a war no matter where but in Iraq it was a war from the beginning. It was a war.
BY MR. PERLES:
Q. Could you tell me about the funeral?
A. Yeah, we made very big funeral for him and Nawal she brought some pictures to show it to you. Yeah, it was very big funeral. His grave is nearby I can show you his grave if you would like.
Q. Was the funeral just your family or did other people from the community attend?
A. There was a lot of people, especially all our friends. A lot of people came. Yeah.



Q. Did anyone that you didn't know come?
A. Yes, there was other people and I didn't know them but there was a lot of people there.
Q. How did you feel about the fact that members of the community who maybe you had never even met came out to pay their respects to Ahmed?
A. I felt very proud with all these people coming because it's our customs that if you are invited to a wedding, for example, you can apologize and not to go but for a funeral there is no apology; you have to be there it's a matter of respect.
Q. I think we'd like to take another short break off the record.
VIDEOGRAPHER: Going off the record at 11:28 a.m.
(Off the record 11:28 a.m.)
(Back on the record 11:32 a.m.)
VIDEOGRAPHER: We're back on the record at 11:32 a.m.
BY MR. PERLES:
Q. You mentioned earlier that you feel as if your family has changed somewhat since Ahmed was murdered. Do you feel that you have changed as a person?
A. Of course as a father I changed. And as I said before that I miss him too much. And then I ask the

court that there was supposed to be a just punishment for those terrorist group that were responsible for his death. This was -- that's what was written for his destiny and I will always -- me and my wife will always be saddened by losing him. And I ask for his -- the mercy for him.

Q. Were you retired when Ahmed was killed?

A. Yes.

Q. Did Ahmed's death affect the way you interact maybe not with your family but with the outside world, with members of the community? Obviously, not professionally because you were retired. I guess I'll leave it at that. Did Ahmed's death change the way you interacted with the world?

A. Of course it affected us; it affected me because we had a group and we used to go out and after that incident, after his death, we don't go out as much and for me I was very saddened by the loss.

Q. When you say you had a group, was that a group of friends?

A. Yes. Retired company.

Q. So you and Nawal would go out with people your similar age?

A. We used to go out just both of us and also we used to visit other friends. Me and Nawal we used to go



and visit friends.

Q. And you don't do that very much anymore?

A. Yes, a lot.

Q. Do you travel with your family anymore?

A. Well, I'll tell you my health is not as good as before. I have problem with my knees and that's why but I would like to go out more with my wife; sometimes we go out. Flying has always been a problem for me because of the cramped seats and for travel to Jordan, for example, 13 hours of flying I did it last month but I was very, very tired when I did that.

Q. We're going to speak with your wife a little bit later but from your own perspective have you noticed changes in her since Ahmed was killed?

A. As a mother she was always, always saddened because she lost her child but with the years gone by it became less but this is the nature of life.

Q. Before we end is there anything else you would like to share with the court or have entered into the record?

A. Of course the court will study the case and the court will decide but what we hoping for is to have justice and that's it.

MR. PERLES: We'll close the record here thank you.



VIDEOGRAPHER: This concludes the deposition. And we're going off the record at 11:40 a.m.

(Deposition concluded at 11:40 a.m.)



STATE OF MICHIGAN )
)
COUNTY OF WASHTENAW )

CERTIFICATE OF NOTARY PUBLIC AND COURT REPORTER

I, Caitlyn Mancini, do hereby certify that the witness, KOUSAY AL-TAIE, whose attached videotaped deposition was taken before me in the above-entitled matter, was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth; that the foregoing answers made by the witness, which were duly recorded by me stenographically and by me later reduced to typewritten form by means of computer-aided transcription; and I certify that this is a true and correct transcript of my stenographic notes so taken.

I further certify that I am neither of counsel to either party nor interested in the event of this cause.

______________________________

Caitlyn Mancini, RPR, CSR-8887
Notary Public,
Washtenaw County, Michigan
My Commission expires: August 15, 2021

**&**

**&** 2:11

**0**

**00456** 1:9

**1**

**1** 1:14
**1-5** 22:22
**10** 22:11 23:13,14
**100** 21:14
**1050** 2:4
**10:15** 1:19
**10:22** 4:8
**10:51** 16:23,25
**11:32** 29:17,19
**12** 23:14
**1250** 1:23
**13** 31:10
**14** 8:11
**1401** 1:17 4:14
**15** 22:22,22,24 33:24
**15-456** 4:13
**18** 9:23
**1965** 7:8
**1986** 7:20
**1994** 7:19
**1996** 8:18
**1:15** 1:9

**2**

**2** 1:20 4:2
**2000** 20:18
**20004** 2:13
**20005** 1:24
**2002** 20:23
**20036** 2:5
**2006** 17:24 18:14 18:15 19:18 21:3
**2012** 20:24 21:5,10
**2018** 1:20 4:2,8
**202** 2:6,14
**2021** 33:24
**22nd** 5:21 7:6
**2nd** 4:8

**3**

**31** 5:21
**33** 1:14
**350** 1:23

**4**

**4** 3:7

**5**

**500** 2:4

**6**

**63** 14:22,23 15:1,3
**65** 7:6,7 15:25
**654-6913** 2:14
**66** 15:3

**7**

**75** 15:25
**76** 14:17
**77** 14:17
**79** 8:13
**7:00** 14:3

**8**

**84** 8:17,17
**8887** 1:21 33:21
**89** 15:4

**9**

**90** 14:17
**900** 2:12
**94** 15:5
**955-9055** 2:6
**96** 15:5
**975** 2:12

**a**

**a.m.** 1:19 4:3,8 16:21,22,23,25 29:15,16,17,19 32:3,4
**abducted** 17:15 18:15 21:3 23:19
**able** 5:12 26:20
**accompanied** 18:8
**accompany** 10:23
**accurate** 6:18
**accurately** 5:12
**acetylene** 8:13
**act** 6:19
**action** 1:8
**activities** 14:13
**address** 6:22
**adjust** 16:10
**admit** 20:14
**aeronautical** 25:3
**affect** 24:14 30:9
**age** 10:2 30:23
**agree** 7:4
**ahl** 18:24 19:3 20:12
**ahmed** 5:22 6:5,12 6:16,20,25 7:5,14 8:24 9:4,10,11,11 10:6,8,18,22,25 11:2,6,15,20,21 12:1,5,10,19,20 15:4,10,13,21,24 15:25 16:3 17:4,5 17:14 18:12 19:16 19:18,20 20:18,19 21:7,13,14,16,20 21:21 22:2 23:19 23:22 24:19 26:1 26:2 28:7 29:6,22 30:7 31:14
**ahmed's** 6:3 8:2 18:1 19:6 20:22 24:10,17 30:9,13
**aided** 33:13
**airplane** 25:9
**airplanes** 25:10
**airport** 24:23,24
**al** 1:6,11,16 3:3 4:4,10,11,12 5:13 5:19 6:2,4,9,10,12 6:16,20,25 18:24 19:3 20:12 33:7
**alive** 18:19 22:3
**ambien** 22:10,10 23:1
**america** 16:11
**american** 8:5 9:7,8 9:16 16:7 26:2 28:13
**ann** 1:18 4:1,15
**answers** 16:16 33:11
**antidepressant** 22:15
**antidepressants** 23:2,12
**anymore** 31:2,4
**anyway** 11:13
**apologize** 29:9
**apology** 29:10
**appearance** 4:18
**appearances** 2:1
**appearing** 2:8,16
**april** 1:20 4:2,8
**arab** 8:16 9:5
**arabic** 2:20 5:12
**arbor** 1:18 4:1,15
**areas** 9:20,21
**arizona** 14:24
**army** 9:16,16 25:15 26:8 27:6
**arts** 10:12
**asa'ib** 18:24 19:2 20:12

**asked** 21:15
**asking** 20:10
**athletes** 17:7
**atlantic** 1:23
**attached** 33:7
**attend** 28:23
**attorney** 4:18
**august** 33:24
**authority** 6:15
**authorize** 6:25
**authorizing** 6:19
**avenue** 2:4
**awards** 27:12

**b**

**b** 3:10 6:9
**back** 8:17 15:2,16 16:23,24 22:7 29:17,18
**background** 18:23 18:24 26:3
**bad** 18:21,25 19:12 22:7
**bag** 20:19,21
**baghdad** 5:21 7:11 7:12 10:15 14:1
**ballet** 10:16
**band** 17:7,8
**banner** 19:2
**base** 11:10
**bashar** 6:6,9 8:4 8:24 10:7,14,18 11:20 12:2,6 15:13 16:1,2,8
**battlefield** 26:25
**beaten** 19:11
**bedroom** 17:18
**begging** 20:7
**beginning** 28:13 28:15
**behalf** 2:8,16
**beirut** 13:21 14:1 14:6 15:12,13
**believe** 22:10
**believed** 18:19
**best** 27:11
**big** 13:2 24:14 28:18,20
**biological** 5:24
**bit** 15:21 16:12,15 16:17 23:7,14 24:13,16 31:12
**bless** 19:9
**blood** 22:16,17,19 22:23
**board** 19:5
**body** 10:17,17 12:20 20:19,21 21:25 25:8 27:17
**born** 5:20,21 7:5 7:10,14
**box** 27:16,16,18 27:19
**boy** 17:4
**boys** 10:3 15:8,9
**break** 16:19 29:12
**breakfast** 12:14
**briarwood** 1:17 4:14
**british** 9:7
**brother** 10:11 17:10
**brothers** 6:5 8:25 10:12 15:22 16:4 16:10
**brought** 10:20 11:1 14:17 18:10 20:19 28:19
**buried** 23:22,25 24:13

**c**

**caitlyn** 1:21 4:17 33:6,21
**california** 14:20
**call** 11:7,11 12:22 13:6 22:10
**called** 17:17 18:2
**canada** 11:22 12:1
**canadian** 8:4 11:21
**captain** 18:6
**captured** 7:2
**car** 14:1,1,6
**care** 9:22 12:21 13:3,23 15:16,22 16:1,2,14 25:2
**case** 4:13 18:10 31:21
**cause** 33:17
**cemetery** 23:23
**certificate** 33:5
**certify** 5:11 33:6 33:14,16
**change** 24:13,16 26:6 30:13
**changed** 24:10,11 29:22,23,24
**changes** 31:14
**child** 31:16
**children** 15:17
**cholesterol** 22:23
**christian** 18:8,10
**circle** 1:17 4:14
**citizen** 8:5
**civil** 1:8
**clean** 13:7
**clear** 20:9
**close** 9:21 10:1,3 13:2 15:17,20 24:10 31:24
**clothes** 14:16 27:19
**club** 12:16 15:10 15:15
**college** 9:7,8,24 16:7
**colleges** 9:23
**colombia** 4:13
**columbia** 1:2
**combat** 28:8
**come** 19:23 22:7 22:18,24 24:2 29:1
**coming** 29:7
**command** 26:24
**commencing** 1:19
**commission** 33:24
**community** 28:23 29:5 30:11
**companies** 24:22
**company** 8:11,13 8:14,16 14:12 30:21
**complicated** 16:17
**computer** 33:13
**concluded** 32:4
**concludes** 32:1
**condition** 19:6
**confirmation** 21:20
**connecticut** 2:4
**constantly** 22:5
**contents** 3:1
**continue** 11:15 13:14
**contrabass** 11:7 11:11,12
**cook** 13:14
**cooked** 13:4
**cooking** 12:10,12 13:7

**cooks** 13:10
**copy** 6:18
**correct** 18:19 19:20 33:15
**correctly** 17:25
**correspond** 27:12
**counsel** 4:10,23 33:16
**counseling** 22:8
**country** 8:19 14:22 15:18,20 26:8,9
**county** 33:3,23
**course** 5:23,25 7:15 9:1 11:17,23 13:1,1,6,15 14:9 14:21 15:23,23 16:5,12,13 18:20 19:17 22:9,21 23:20,20 26:23 27:14 29:24 30:15 31:21
**courses** 9:15
**court** 1:1 4:12,16 4:19 30:1 31:19 31:21,22 33:5
**covered** 27:17
**cramped** 31:9
**crying** 22:5 24:15
**csr** 1:21 33:21
**custom** 24:4
**customs** 29:8
**cv** 1:9

**d**

**d.c.** 1:24 2:5,13
**daily** 12:9
**day** 22:6,11,22,22 22:25 23:15 25:21
**days** 24:2
**dead** 22:3
**death** 8:2 30:3,9 30:13,17
**decide** 25:14 31:22
**decided** 26:3
**defendants** 1:12 7:2
**degree** 14:24 16:6 24:18 25:2
**deploy** 26:11
**deponent** 5:13 6:14
**deposition** 1:16 4:9,14 32:2,4 33:8
**describe** 17:2 19:6
**destiny** 30:4
**detail** 8:9
**die** 26:14
**died** 18:13 28:7
**difference** 10:2
**different** 15:24 16:1 18:9 22:23
**difficult** 17:2 22:6
**direct** 5:10
**directly** 21:13
**disaster** 17:19 22:4
**disneyland** 14:18 14:19
**district** 1:1,2 4:12 4:13
**dna** 21:13,14,16 21:19
**doctor** 23:3,5,8
**documents** 6:19
**doing** 25:7
**door** 17:21
**downtown** 23:23
**driving** 14:2
**duly** 4:5 33:9,12

**e**

**e** 3:5,10 6:9
**earlier** 16:3 24:9 27:21 29:21
**early** 12:13 14:3
**east** 9:25 15:18
**eat** 13:16
**eating** 12:10
**educational** 24:17
**egg** 12:14
**egypt** 15:18,19
**either** 13:21 14:6 15:19 17:6 33:17
**elder** 17:9
**elsebaei** 2:20
**emirates** 8:16 9:5
**ended** 16:17
**engineer** 8:10 25:15
**engineering** 25:3,8
**engines** 25:9
**england** 16:6
**enjoyed** 25:12
**entered** 31:19
**entitled** 33:8
**especially** 27:8 28:24
**estate** 1:5,6 6:12 6:16,20,25 7:1
**et** 1:6,11 4:11,12
**europe** 14:8
**event** 33:17
**everybody** 28:13
**exactly** 7:24 8:4 10:20 11:5 14:4 22:16 23:13
**examination** 3:7 5:16
**examined** 4:5
**example** 29:9 31:10
**excuse** 23:22
**exhibit** 3:11
**exhibits** 3:12
**experiencing** 23:18
**expires** 33:24
**explain** 18:25
**eye** 1:23 18:22

**f**

**f** 2:12
**face** 23:5
**fact** 28:7 29:4
**factory** 8:12
**faith** 18:9
**false** 21:21
**families** 9:21,25 15:20
**family** 7:14 9:3 13:5,12,14,16,24 14:8 15:7 17:10 22:1,4 24:9,10,14 28:22 29:22 30:10 31:4
**famous** 10:24 11:18
**father** 5:24 9:22 29:24
**fbi** 19:23,25
**feel** 15:2 26:10 28:7 29:4,21,23
**fell** 23:5
**felt** 26:19 29:7
**fight** 10:5,8,10
**filed** 4:12
**find** 17:14 18:12 20:18 21:6,22,24
**fine** 23:25 28:2
**finger** 21:24,25
**finish** 9:24 25:4
**finished** 9:6

**finishes** 9:5
**firm** 2:3 4:16,17
**first** 4:5 5:11 14:22 17:14 18:1 21:2 33:9
**five** 9:13 15:14 21:6
**flag** 27:17
**flight** 14:6 25:13
**fly** 25:22
**flying** 25:14,20,24 31:8,10
**follow** 20:17
**follows** 4:6
**foregoing** 33:11
**forget** 22:12
**forgot** 23:24
**form** 33:13
**found** 18:1 21:2,21
**four** 8:17 14:25
**france** 13:22
**frequently** 13:16
**friday** 12:13
**friend** 8:16 17:17 18:1
**friends** 17:6,9 28:25 30:20,25 31:1
**frightened** 25:22 25:22
**fritz** 1:3,5,6 4:11 7:2
**full** 5:17 6:7
**fun** 10:11 15:7
**funeral** 28:17,18 28:20,22 29:10
**further** 14:23 33:16

**g**

**general** 27:2
**generally** 26:22
**gentle** 17:11,12
**give** 8:8 11:6
**given** 27:12
**go** 11:20,21 12:1 14:6 15:9,15 17:5 20:3 23:20 24:4,5 24:7,8 25:20 27:3 29:9 30:16,17,22 30:24,25 31:7,8
**going** 5:2 10:7 16:15,18,20 19:24 20:16,17 26:10,14 26:16,20 29:14 31:12 32:2
**good** 10:22 12:17 17:11 31:5
**government** 8:10 14:10,10 20:10
**grave** 24:4,5 28:20 28:21
**greece** 14:7
**green** 2:10 4:23,23
**group** 19:2 20:2,5 21:12,14 30:2,16 30:19,19
**gsgreen** 2:15
**guess** 30:12
**gwen** 2:10 4:23

**h**

**h** 3:10 6:9,10,10
**hand** 5:1,4
**handing** 6:14
**happened** 17:19 19:13 21:7 22:2 27:1
**happy** 26:12,12,15
**haq** 18:24 19:3 20:12
**hart** 2:11
**hathal** 6:6,9 7:25 8:24 11:24,25 12:1,7 15:24,24 16:2
**head** 23:5
**health** 23:18 31:5
**hear** 10:21,22
**heart** 27:8,10,22
**held** 4:14
**help** 9:24 13:7 15:21 26:20
**helped** 16:10
**high** 9:5,6,12 16:6 16:8 22:16,18,18 22:23 27:9,10
**highest** 24:17
**hit** 18:22
**holiday** 13:20,20 14:5
**holidays** 7:16,17 13:18 14:12
**holland** 2:11
**hollandhart.com** 2:15
**home** 15:2 19:25 22:13 25:18
**hoping** 31:22
**hours** 14:2,2 15:16 18:4 31:10
**house** 8:23 13:7 22:24
**household** 8:22

**i**

**idea** 26:14
**imagine** 22:21
**incident** 30:17
**individually** 1:3
**instructor** 12:25
**instrument** 11:8
**instument** 11:2
**interact** 24:11 30:9
**interacted** 30:14
**interested** 33:17
**interpreter** 2:20 4:20 5:14 21:9 28:9
**interview** 23:21
**invited** 29:8
**involvement** 20:14
**iran** 1:11 4:12 7:1 7:3
**iraq** 7:12,14 8:17 8:20,23 9:17,20 12:16 13:20 15:6 18:2 21:21 26:11 26:13,13,16,18,20 26:22 28:15
**iraqi** 10:24 26:2
**islamic** 1:11 4:11 7:3
**italy** 13:22 14:7

**j**

**jacob** 1:5
**johsua** 2:2
**join** 9:23 15:5,11 15:12 26:4
**joined** 9:7,12,15 9:16 14:25 16:7 25:15 26:1,8 27:7 28:14
**joke** 25:23
**jordan** 31:9
**joshua** 4:21
**jperles** 2:7
**judo** 10:9,13
**july** 7:6,6,6

**june** 7:6
**justice** 31:23

**k**

**k** 2:2
**kamber** 5:19
**karate** 10:9,9
**kathem** 10:21
**keep** 14:5
**keyboard** 11:4
**khazali** 20:1,11
**kidnapped** 27:2
**kids** 9:22 12:22 13:2,21
**killed** 9:18 19:20 20:20 21:20 30:7 31:14
**kind** 14:13 17:4,4 22:23 25:7
**kingdom** 8:7,14 9:2
**knees** 31:6
**knocked** 17:21
**know** 7:15 9:12,17 9:23,25 10:1,2,6,7 10:7,8,10,10,11,16 10:23,23,25 11:1 11:13,24 12:1,12 12:14,15,17,17,18 12:21,23 13:8,20 13:22 14:3,4,11,16 14:21 15:1,2,11,11 15:15,15,25 16:5,8 16:9,10,12 17:22 18:7,9,22 19:4 20:3 21:24 22:13 22:14,15,16,18 23:4,7,14 24:1,2 24:12,13,17,21 25:2,9,12,22 26:1 26:19,20 27:19 28:1,1 29:1,2
**knowing** 22:2
**knowledge** 27:11
**kousay** 1:16 3:3 4:4,9 5:13,19 33:7

**l**

**l** 6:10
**language** 26:3
**large** 11:10
**law** 2:3
**lawsuit** 7:1
**leader** 26:6,7
**leaders** 20:2
**learned** 18:4,15 19:18,20 26:10
**learning** 23:19
**leave** 7:14 30:13
**lebanon** 15:19
**left** 8:14 15:6
**legal** 1:23
**letters** 6:15
**license** 24:20 25:17
**life** 31:17
**light** 10:17
**liked** 25:13,24 26:4,12,15,23 27:7
**little** 15:21 16:12 16:15,17 23:7,9,14 24:13,16 31:12
**live** 8:6 23:25
**lived** 8:25
**living** 8:22 12:11 13:12 16:11 18:1
**london** 9:8 16:8
**long** 16:13
**look** 25:8,19
**looked** 19:10,11
**losing** 30:5
**loss** 30:18
**lost** 21:24 31:16
**lot** 13:24 14:8 17:6 25:14 27:8 28:24 28:25 29:3 31:3
**love** 9:14
**loved** 26:13
**lyle** 1:6

**m**

**m** 3:5
**making** 17:25
**man** 17:4,11,12
**mancini** 1:21 4:17 33:6,21
**marc** 2:19 4:15
**march** 5:21
**married** 15:1,1
**martial** 10:12
**matter** 4:11 5:2,6 7:2 28:14 29:11 33:9
**meal** 12:15
**mean** 9:21 11:4 19:2 20:24
**means** 33:13
**mechanic** 25:8,10
**mechanical** 25:15
**medal** 27:25 28:3 28:5
**medals** 27:6,12
**media** 4:8
**medical** 22:8
**medication** 22:19
**medications** 23:16
**member** 20:11
**members** 17:10 29:4 30:11
**mentioned** 10:18 11:20 13:4 25:17 29:21
**mercy** 20:11 30:6
**met** 29:5
**michigan** 1:18 4:1 4:15 33:1,23
**mid** 1:23
**middle** 9:25 15:18
**milder** 23:9
**militaries** 17:21
**military** 18:5 26:1 26:4,17 27:7,13
**millen** 18:6
**milligram** 22:11
**missing** 19:19
**monday** 1:20
**month** 23:17,17 24:3 31:10
**months** 13:21 14:25
**morning** 12:14 14:3 17:16
**mother** 6:1,2,3 9:22 31:15
**move** 7:17 9:3
**moved** 9:2,9
**murder** 24:10
**murdered** 29:22
**music** 10:15 11:6 11:15
**musical** 17:8
**musician** 10:19 11:12
**musicians** 17:7
**muslim** 18:10
**myers** 2:19 4:15

**n**

**n** 3:5,5
**name** 4:15 5:17,19 6:1,21 18:7 19:2 22:12 23:24 24:23 24:23
**names** 6:7
**national** 7:21,23 7:25 8:3 11:21

**nature** 31:17
**nawal** 6:2,4 8:23 15:4 17:18 27:3 28:18 30:22,25
**near** 23:25
**nearby** 28:20
**nearly** 14:4 24:1
**neither** 33:16
**never** 29:5
**new** 7:18
**nine** 14:2 15:14
**noala** 1:3
**normal** 12:9
**north** 16:11
**notary** 33:5,22
**notes** 33:15
**noticed** 31:13
**number** 4:9,13 6:22
**nw** 1:23 2:4,12

**o**

**o** 3:5
**oath** 4:6
**obey** 26:18
**object** 27:5
**obviously** 30:11
**offered** 3:12
**officer** 18:7,10
**officially** 18:12 19:19 27:12
**oh** 21:10
**okay** 12:4 19:24
**old** 9:13 15:14
**older** 10:6 15:21 15:25
**once** 19:23
**open** 16:17
**opposed** 28:8
**orders** 26:17
**organ** 11:3,3
**outside** 30:10
**oxygen** 8:12

**p**

**page** 1:14 3:2,6,11
**part** 17:7
**party** 33:17
**pay** 29:6
**pc** 2:3
**people** 10:23 12:23,23 21:23 28:23,24,25 29:2,3 29:7 30:22
**percent** 21:14
**period** 17:3
**perles** 2:2,3 3:7 4:21,21 5:10,15,16 17:1 19:14 21:10 21:18 28:11,16 29:20 31:24
**perleslaw.com** 2:7
**permanently** 7:17
**person** 17:3,8,12 18:8 19:15 20:4 20:17 29:23
**personal** 1:4 6:11 6:15,19,24
**perspective** 31:13
**photo** 10:20
**pick** 27:4
**picture** 13:23
**pictures** 27:3 28:19
**pills** 23:11
**pilot** 9:14,15 24:20 24:21,21
**pilot's** 25:17
**places** 14:15,17
**plaintiffs** 1:7 2:8 2:16 4:10,22,24
**play** 10:25 11:2,13 11:18
**playing** 11:15
**please** 4:18,19 5:4 5:18 8:9 20:7
**point** 18:17 26:5
**pointing** 27:21
**polite** 17:8
**pool** 12:22
**position** 18:21 19:12
**prayed** 22:6
**prepare** 25:1
**prescribe** 23:9
**prescribed** 23:11
**present** 2:18
**pressure** 22:17,17 22:20,23
**prisoner** 27:24 28:8
**private** 24:21
**problem** 31:6,8
**problems** 23:19
**proceed** 7:1
**professionally** 30:12
**programs** 27:8
**project** 26:21
**proud** 29:7
**public** 33:5,22
**punishment** 30:1
**purple** 27:22
**pursue** 20:17
**put** 27:17

**q**

**qais** 20:1,11
**question** 5:11 28:10
**questions** 16:16
**quite** 21:17

**r**

**r** 6:9
**raise** 5:1,4
**ran** 21:16
**rdm** 1:9 4:13
**really** 6:21 8:12 15:9 17:19 18:21 19:12 22:12,13 25:4 28:1
**recap** 19:18
**receive** 21:20 28:4 28:6
**received** 21:5 27:6
**recognized** 19:15
**record** 4:7,19 5:17 6:8,14 16:19,20,22 16:23,24 19:1 29:13,14,16,17,18 31:20,24 32:2
**recorded** 4:9 33:12
**reduced** 33:13
**referring** 27:21
**region** 1:23
**relationship** 5:22
**relax** 22:12
**relaxation** 22:14
**release** 20:7
**released** 20:15
**rely** 17:13
**remains** 20:19,22 21:5,15
**remember** 14:18 17:16 20:25,25
**repeat** 28:9
**reporter** 4:17,19 4:25 19:9 33:5
**reports** 21:21
**representative** 1:4 6:12,15,20,24 18:5 19:22

**representatives** 20:9
**republic** 1:11 4:11 7:3
**residence** 7:18
**resign** 8:11 14:9
**resigned** 14:11
**respect** 29:11
**respected** 17:9,9 17:10
**respects** 29:6
**responsible** 30:2
**retired** 30:7,12,21
**return** 20:22
**right** 5:1,8 9:4 18:16 26:19
**rpr** 1:21 33:21
**run** 24:22,25 25:5

**s**

**s** 2:10 3:5,10 6:9
**sad** 18:23 24:15
**saddened** 30:5,18 31:15
**saher** 10:21
**saw** 18:20
**says** 18:24
**school** 9:5,6,12 10:15 11:6 16:6,8
**search** 21:22
**seated** 27:5
**seats** 31:9
**see** 10:21,25 12:2 13:22 15:4 27:24
**seek** 22:8
**send** 9:6,17 10:15 11:5 16:6 26:17 27:18,18,19 28:3
**sent** 27:16 28:5
**sergeant** 17:20
**serve** 26:7,8
**share** 31:19
**she'll** 23:20
**shopping** 14:16
**short** 16:19 17:3 29:12
**shortly** 8:8
**show** 18:20 20:3,4 20:11 22:24,24 27:3,20 28:19,20
**showed** 19:25
**sic** 18:6
**sick** 15:2
**similar** 30:23
**singer** 10:24 11:18 11:18
**sir** 5:4
**situation** 20:15 22:6
**six** 9:13 10:6,7 16:2,9 21:6
**skeleton** 20:21
**sleep** 22:9 23:1
**sleeping** 23:11
**slightest** 26:13
**small** 9:12 21:25
**soldier** 28:13
**solutions** 1:23
**somebody** 12:24 17:17
**somewhat** 29:22
**son** 5:23 20:8
**soon** 13:19
**sorry** 19:12 20:24
**sort** 12:9 20:8
**spain** 14:7
**speak** 5:8 9:20 17:5 23:20 31:12
**speaking** 15:12
**spoke** 10:18 17:17 21:12 26:3
**sport** 12:18
**sports** 17:6
**standard** 12:15
**start** 23:18 24:13 24:21 25:3
**state** 4:18 5:5,17 6:1,7 9:9 14:24 33:1
**stated** 5:13
**states** 1:1 4:12 7:21,23,25 8:3 9:9 11:16 13:11 14:22 15:3 16:3
**stay** 8:15 15:13 16:8
**stenographic** 33:15
**stenographically** 33:12
**stop** 23:3,4,6,6,8
**story** 8:8 9:17
**street** 1:23 2:12 26:25
**string** 11:8
**study** 14:23 31:21
**suite** 1:23 2:4,12
**summer** 15:12
**sun** 14:4
**superiors** 26:5,6 26:24
**suppose** 15:9,10
**supposed** 28:3,5 30:1
**sure** 6:22 9:19 10:5,5,5 13:9,17 13:17 17:25 21:13 21:15,16,17,19 24:1,1,7,7 25:19 28:11
**swear** 4:19 5:1,5
**swim** 12:19
**swimming** 12:16 12:22
**switch** 16:15,18
**sworn** 4:5 33:9
**sympathy** 20:6
**syria** 15:19

**t**

**t** 3:5,10 6:10
**table** 3:1
**tablet** 23:9
**tablets** 22:22 23:7 23:14,14
**taie** 1:16 3:3 4:4 4:10 5:13,19 6:2,4 6:9,10,12,16,20,25 33:7
**take** 9:22 12:16,21 13:3,21,23,25 14:12,16,18 15:16 15:22 16:1,1,14,18 22:11,22 25:2 29:12
**taken** 1:17 4:10 33:8,15
**talk** 19:11
**talked** 20:1
**talking** 9:10 19:1
**teach** 10:12,16 12:19,20,24
**telephone** 6:22
**tell** 9:18 13:25 17:3,21 19:23 20:7 21:23 23:21 28:17 31:5
**ten** 14:2 15:25,25
**terrorist** 19:2 20:2 20:5 30:2
**test** 21:16
**testified** 4:5

**testify** 33:9
**testimony** 5:1,5
**thank** 5:15 6:11,24 31:25
**thin** 10:16
**things** 12:9,10 14:10 20:8
**think** 7:6,6,19 9:13 11:11,23 12:3 15:14 16:18 17:17,24 18:6,21 22:21 23:13 27:24 29:12
**thinking** 18:8
**thought** 19:13 26:21,21
**thousand** 21:9
**three** 15:16 23:4,4
**till** 8:10,13,17 9:23 9:24 12:17 13:15 22:13,17
**time** 8:2 13:19 14:4,5,11,23 15:1 16:13 17:3,19 22:7,17 24:12 27:1
**times** 20:16 23:4,5
**tired** 19:8,10 31:11
**today** 13:18
**told** 8:18 11:17,17 16:7 17:18 18:2 18:11,14 20:1 23:8 24:19 25:13 25:21 27:9,23
**topics** 16:15,18
**transcript** 33:15
**transcription** 33:14
**translate** 5:2,12
**translator** 4:25 5:11
**travel** 31:4,9
**traveled** 13:24 14:8
**traveling** 14:14 15:7
**treatment** 22:8
**tried** 21:22
**true** 6:18 17:22 33:14
**trust** 17:11,13
**truth** 5:3,3,6,7 33:10,10,10
**try** 17:3
**turkey** 14:7
**two** 8:15 9:8 12:22 13:21 15:16 17:20 21:9 27:16
**typewritten** 33:13

**u**

**u.s.** 8:6 12:7 18:5 20:9 27:13
**uncles** 15:12
**understand** 17:25
**understanding** 17:2
**unit** 4:8 26:7
**united** 1:1 4:12 7:21,23,25 8:2,7 8:14,16 9:2,5,9 11:16 13:11 14:22 15:3 16:3
**university** 14:24 14:25
**use** 22:13

**v**

**veritext** 1:23 4:16 4:17
**versus** 4:11 7:2
**video** 4:9 18:20,20 19:7,15,25 20:3,10
**videographer** 2:19 4:7,16 16:20,24 29:14,18 32:1
**videotape** 20:6
**videotaped** 33:7
**visit** 11:21 12:5,6 14:22 21:12 24:2 24:3,4,5 30:25 31:1
**vs** 1:8

**w**

**waiting** 21:6
**wake** 12:13 14:3
**want** 14:23 25:2
**wanted** 26:7
**wants** 25:14
**war** 27:24 28:8,12 28:14,15,15
**washington** 1:24 2:5,13
**washtenaw** 33:3 33:23
**way** 24:11 30:9,13
**wedding** 29:9
**went** 8:14,15 11:24 14:18,24 27:1
**wife** 7:20,23 12:12 13:4,7,14 15:10 20:1,6,25 22:4 23:11,17 24:2,5 30:4 31:7,12
**willow** 24:22,25 25:5
**witness** 3:2,6 4:20 5:8 19:10 21:11 28:12 33:7,11
**words** 20:7
**work** 8:10,13 10:23 14:25 24:22 25:1,7,12
**world** 30:10,14
**written** 18:24 19:4 19:4 30:3

**x**

**x** 3:5,10

**y**

**yasser** 2:20
**yeah** 5:25,25 6:6 6:22 7:9,13,15,22 8:1,4,8,15,21 9:1,1 9:11,13 10:1,5,10 10:14,20 11:5,5,9 11:11,13,17,19,23 11:23,23 12:8,8,8 13:1,1,3,6,13,15 13:17,17,17,19,25 13:25 14:9,21,21 15:2,9,20,23,23 16:2,5,9 17:11,22 18:3,3,6,6,18 19:5 19:12,12,17,17,21 21:8,25 22:7,9,9 22:16 23:3,3,10,13 23:17 24:4,7,16,19 25:1,6,11,16,18 27:20,23 28:18,19 28:25
**year** 5:20 7:5 17:23 18:12 20:22
**years** 8:11,15,17 9:8,13 10:3,6 15:14,25,25 16:2,9 19:19,21 21:6 22:2 31:16
**younger** 10:4 15:22

**youth** 10:8 12:18 15:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.