# Appendix D7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOALA FRITZ, Individually and
as the Personal Representative of the
ESTATE OF JACOB FRITZ, and
ESTATE OF LYLE FRITZ, et al,
Plaintiffs,
-vs- Civil Action
No. 1:15-cv-00456-RDM

ISLAMIC REPUBLIC OF IRAN, et al,
Defendants.
_______________________________________/

PAGE 1 TO 33

The deposition of NAWAL AL-TAIE,
Taken at 1401 Briarwood Circle,
Ann Arbor, Michigan,
Commencing at 11:45 a.m.,
Monday, April 2, 2018,
Before Caitlyn Mancini, RPR, CSR-8887.

Veritext Legal Solutions
Mid-Atlantic Region
1250 Eye Street NW - Suite 350
Washington, D.C. 20005

APPEARANCES:
MR. JOHSUA K. PERLES
Perles Law Firm, PC
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
(202) 955-9055
jperles@perleslaw.com
Appearing on behalf of the Plaintiffs.

MS. GWEN S. GREEN
Holland & Hart
975 F Street NW, Suite 900
Washington, D.C. 20004
(202) 654-6913
gsgreen@hollandhart.com
Appearing on behalf of the Plaintiffs.

ALSO PRESENT:
Marc Myers, Videographer
Yasser Elsebaei, Arabic Interpreter



TABLE OF CONTENTS


Witness Page
NAWAL AL-TAIE


E X A M I N A T I O N S


Witness Page
EXAMINATION BY MS. GREEN 5


E X H I B I T S


Exhibit Page
(No exhibits offered.)




Ann Arbor, Michigan
April 2, 2018
About 11:45 a.m.

YASSER ELSEBAEI,
being duly sworn by the Notary Public to translate English into Arabic and Arabic into English to the best of his ability:

NAWAL AL-TAIE,
having first been duly sworn, was examined and testified on her oath as follows:

VIDEOGRAPHER: We are now on the record at 11:48 a.m. on April 2nd, 2018. This is media unit number one and the video recording of the deposition of Nawal Al-Taie being taken by the Plaintiffs in the matter of Fritz et al versus the Islamic Republic of Iran et al, filed in the United States District Court for the District of Colombia, case 15-456 RDM. This deposition is being held at 1401 Briarwood Circle, Ann Arbor, Michigan. My name is Mark Myers. I am from the firm of Veritext; I'm the videographer. The court reporter is Caitlyn Mancini from the firm of Veritext. And will the attorneys please state their appearance for the record and the court reporter please swear in the witness and the



translator.

MS. GREEN: Gwen Green, counsel for the Plaintiffs.

MR. PERLES: Joshua Perles, counsel for the Plaintiffs.

THE REPORTER: Okay, sir, could you raise your right hand? Do you swear that the testimony you are about to translate in this matter is going to be the whole truth and nothing but the truth?

THE WITNESS: I do.

THE REPORTER: And, ma'am, would you please raise your right hand? Do you swear that the testimony you are about to state in this matter is the whole truth and nothing but the truth?

THE WITNESS: I do.

MS. GREEN: Great. Before we begin I just want to ask a question to the translator. Do you confirm that you will be able to competently translate the deponent's testimony in Arabic and English.

THE INTERPRETER: Yes, I do.

EXAMINATION BY MS. GREEN:

Q. And can you state your name for the record?
A. Nawal Al-Taie.
Q. Where were you born?
A. In Baghdad, Iraq.

Q. What is your date of birth?
A. [redacted]
Q. And are you a U.S. National?
A. Yes.
Q. And what is your relation to Ahmed Al-Taie?
A. He's my son. Older son.
Q. And what is your husband's name?
A. Kousay Al-Taie.
Q. And did Ahmed have any siblings?
A. Yes.
Q. And what are their names?
A. Bashar, the middle, and Hathal. And I got two boys from my old husband Hamed and Laith, so all five I have.
Q. And is your husband Kousay is a U.S. National?
A. Yeah. Yes.
Q. And are your sons Hathal -- I mean, is your Hathal a U.S. National as well?
A. Yes.
Q. And what is Bashar's citizenship?
A. He's Canadian.
Q. And where was Ahmed born?
A. Baghdad, Iraq.
Q. And how long did you live in Iraq after his birth?



A. I think he was ten years old, eleven years old we left Iraq.
Q. And where did you move to after Iraq?
A. London. London.
Q. And do you remember in what year you moved to London?
A. I think, yeah, '80 -- no, not -- '80 I think or '79. '87 I mean.
Q. And when you lived in Iraq who was in your household?
A. My husband and my three children.
Q. And can you confirm which three children?
A. Ahmed and Bashar and Hathal.
Q. And how long did you live in London with your family?
A. One year I think and a half.
Q. And did your entire family move with you to London?
A. Yes.
Q. And after living in London where did you move?
A. The United Arab Emirates.
Q. And how many years did you live in the UAE?
A. Till '84. Yeah. In London was...
THE INTERPRETER: '79.
BY MS. GREEN:



Q. And who in your family lived with you when you were in the UAE?
A. My husband and my three children.
Q. And in 1984 where did you move?
A. We return back to Iraq to Baghdad.
Q. Did everyone in the family return back to Baghdad?
A. No. No, Ahmed stayed there because it was war in Iraq, so I didn't -- I'm afraid to use his studying or something like that, so he stay in Emirates.
Q. And how long did he stay in the UAE?
A. I think one year after he took his high school from there and then he move to America. No, he moved to London again. Yeah.
Q. And how many years did he stay in London after moving from the UAE?
A. He went to American College in London for one year 'cause they didn't give him a visa first, so he went to American College in London.
Q. And after staying that year, approximate year, in London --
A. Yeah.
Q. -- where did he move next?
A. He went to America to Boston. Because my two sons, the oldest sons, they are here, so they were in



America studying in Boston and the other in Michigan when he finish his college, of course, Ahmed.
Q. And he moved to Boston when he first came to the United States?
A. Yes. Between Boston and Michigan because my other son was here.
THE INTERPRETER: I didn't remember exactly but it was between Boston and Michigan.
BY MS. GREEN:
Q. So just to confirm for the record he -- Ahmed when he first moved to the United States he split his time between both brothers one in Boston and one in Michigan?
A. Yeah. That's correct.
Q. And about how old was he when he moved to the United States?
A. 18 years old, yeah. After high school.
Q. And when did you and your husband move to the United States?
A. '90 I came first I came for the green card; my son apply for me. And I return back to Baghdad for one year and we came together me and him at '92. I think '90, '93, '94 maybe.
Q. And when you moved to the United States did you live with Ahmed?

Page 10

A. Yes. Yes. He was living with us.
Q. And when your husband moved to the United States did he also live with you and Ahmed?
A. Yes. Yes, of course.
Q. And what was your son like as a child growing up?
A. He was very tidy, clean. He was very close to his dad and me, because he was the oldest one, the first born.
Q. Would you say you had a very close family?
A. Yeah. Of course, yeah, even with my two sons, the oldest sons.
Q. Did Ahmed have any hobbies growing up?
A. Yeah. He was always he was like music; he was ten years old and he was playing the accordion and also he liked flying and his father bought him few small airplanes to play with.
Q. Did he always have a love for flying?
A. Yeah. Yes. Yes. Yes. Too much.
Q. And you said that he liked music?
A. Yeah.
Q. Did he play any other instruments other than the accordion?
A. In the middle school first and second year in the middle school in Iraq he used to play the contrabass. Yes. He was in school of music and ballet in Iraq.

Page 11

Q. And how many years was he in that school?
A. Two years and then we left to London.
Q. Did his love for music continue to when he became an adult?
A. Yeah. Yes, when he came to Michigan him and his friends they form a band, musical band, and he was playing with them. Yeah. And when singer by the name of Kathem A-Saher first time he came to America from Iraq he didn't have his band with him so the band were playing with that singer.
Q. Did that make you proud to see him playing?
A. Yeah, he like it. He like it very much. Of course. Yes, of course.
Q. Was Ahmed into any sports or any physical activities?
A. He has a black belt in Judo.
Q. Did he ever teach his brothers any of the martial arts that he learned?
A. Yes. They used to fight him and Bashar he always use his feet to demonstrate that technique of Judo.
Q. Do you need a moment? Can we take a break?
VIDEOGRAPHER: Going off the record at 12:02 p.m.
(Off the record 12:02 p.m.)
(Back on the record at 12:05 p.m.)

Page 12

VIDEOGRAPHER: We're back on the record at 12:05 p.m.
BY MS. GREEN:
Q. Did Ahmed enjoy any outdoor activities?
A. Yes. He enjoyed going out and playing soccer and also going hunting.
Q. Did he hunt with his father and brothers?
A. No, with his friend. We were not here when he was...
THE INTERPRETER: We weren't here but he used to go with his friends hunting before we came to America.
BY MS. GREEN:
Q. And what was the age difference between Bashar and Ahmed?
A. Five years. I think five or six years.
Q. And what was the age difference between Ahmed and Hathal?
A. Ten years. Ahmed was born in '65 and his brother was born on '75. And Bashar was born in '96.
Q. And despite the age difference, was Ahmed close to his brothers?
A. Yes. Sorry. Because he was away from the rest of the family for a few years because he came to America first, so when we came he was very, very happy to have

Page 13

the whole family together again.
Q. And what are some of the activities or things that you and Ahmed used to do together?
A. First of all, shopping because he liked when I go shop with him and he likes my taste when I buy his clothes and also go out to sometimes to the movies or he takes me to the casino.
Q. Would you say that you were very close to your son?
A. Very. Of course very.
Q. Did he like your cooking?
A. Yeah. He like very much. He used to like the meal called dolma that we make special meal in Iraq. It's different than the way they make it in other countries but he used to like it very much.
Q. And do you recall Ahmed's highest degree of education that he received?
A. Ahmed always liked flying and he went to a school here we always send him money from Iraq because flying was expensive maybe 60, 70 dollars per hour and the paper on his CV it shows the name of the school where he went for to learn flying. Then he went to Florida and he had some hours, flying hours from there. Then he obtained a diploma here in Michigan as a nautical mechanic.

Page 14

Q. And do you recall the names of the schools that he attended?
A. I don't remember the names but it's all on his CV; I have his CV. It's written there.
Q. And just to take a step back to Ahmed's childhood, did the family take any vacations when he was growing up?
A. Yeah. Of course when they were kids and summertime it's usually very hot in Iraq, so we used to travel aboard and went to a few countries. We went to Paris; we have some pictures in Paris. We went to London because I have some brothers, some siblings living in London. And he used to like going to Italy, too, very much, because he used to like go shopping for his clothes in Italy.
Q. And did you take these family vacations every summer?
A. Yeah. Yeah. In Beirut sometimes also.
Q. Did you also come to the United States on some of your trips?
A. Yes. First time we came to America was in the '80s we went to New York. My two sons was here studying so I come sometimes here. '79 my oldest son came here but also in the '80s, '84.
Q. And what is his name your oldest son's name?

Page 15

A. Hamed. He's working; he's a civil engineer now he's working in the American Embassy and now he is in Ankara (sic) for building the embassies overseas.
Q. And I believe earlier you said Ahmed he received a degree in aircraft mechanics. Was he an aircraft mechanic?
A. Yes. Of course, yes.
Q. And where did he work, if you recall?
A. First, he work for the metro airport but he had an accident; he fell off the stairs, so he stopped and then he went to work for Willow Run Airport, it's commercial airline.
Q. And the metro airport is that the Detroit Metro Airport?
A. Yeah. Yeah. Yes.
Q. And do you recall how many years he worked at the metro airport?
A. Maybe a year or two.
Q. And do you recall how many years he worked at Willow Run?
A. Also two or three years.
Q. Was his job at Willow Run his last job before joining the military?
A. Yeah. Yes.
Q. Do you remember in what year Ahmed joined the

Page 16

military?
A. 2005 I believe.
Q. And what branch did he join?
A. I don't know.
Q. What military branch Army? Did he join the Army?
A. Army, yes.
Q. And do you know what his primary job was in the Army?
A. His commander used to like him a lot and he was always with him to work as a translator to the point that I told him that I have a feel for you when you go out and he always say, don't worry I go out with my commanders and always safe to be there.
Q. Did he enjoy being in the Army?
A. Yeah. Yes, he was very happy.
Q. Did he ever discuss with you why he joined the Army?
A. When he left Baghdad he was about 12 years old and then in 2003 when the American Army went to Iraq we went back there and we took him with us. He was very young when he left. When he went to Baghdad he was very happy to see the city and then stayed there for about eight month and things were still shaky in Iraq so we came back to the United States but it was one of the reason that he wants to join the Army so he can go back

Page 17

to Iraq.
Q. Did he want to go back to Iraq to help?
A. Of course. Yes, of course he was trying to help and he also wanted to see the country side and he was happy to be with the commander and help as much as he could.
Q. Did Ahmed intend to stay in the Army?
A. Yes, his contract was for one year and then when his contract was over, he renewed it and after maybe a month or two he was kidnapped or abducted.
Q. Did he ever discuss with you wanting to make a career out of staying in the Army long-term?
A. Yes. Yes, he was very happy with the job because it was steady job and that's what he wanted to do. And also he was thinking that he can go back to flying through the Army.
Q. Was that his -- did he plan to fly or become a pilot after serving in the Army?
A. Yes.
Q. I think you said moments ago that he renewed his contract and he was then abducted a month later; is that correct?
A. Yeah, about a month or two after.
Q. Do you remember in what year that happened?
A. 2006, October 30th, 2006. It was very first day

Page 18

of the holiday after Ramadan it was a Monday and he had the day off and he went out on that day and that's when he was kidnapped or abducted.
Q. Can you describe for us how you learned that Ahmed had been abducted?
A. On that day it was a Monday. He went outside with one of his friends because his friend wanted to buy a motorcycle and they went out, they bought a motorcycle and on the way back he asked -- he was calling Ahmed to say are you okay and then when he didn't answer that's when he learned that he was abducted and that's when he called us.
Q. So just to sum up for the court Ahmed's friend called you to tell you that he had been abducted?
A. Yes, that's correct.
Q. Did the friend give you any details surrounding the abduction or any information regarding the abduction?
A. No. Basically, he told me that there was a group of people maybe five or six that they starting to attack. They had guns and he was about to fight with them but there were so many and they had guns so -- and they took him. They put him in a vehicle and by force; he dropped his watch, he dropped his phone but they took him and they left.

Page 19

Q. And when you received this news how did you react?
A. It was the very first day of the holiday and we were ready to celebrate and at the time it was here early in the morning because the time in Iraq was in the afternoon. Seems like he was kidnapped or abducted around the noon time but when they called we were very upset and we start yelling, screaming, crying and we were ready to go to the mosque for the holiday prayer but everybody was crying.
Q. Did you try to call Ahmed when you received the news?
A. Yes. Yes, I called his phone thinking that he might still have his phone on him but somebody answered the phone and said that the phone was dropped on the street.
Q. How did you feel when you learned that he had been abducted?
A. I used to cry all the time, pray all the time, and in those days I would never sleep at night; I would spend the whole night just crying and praying.
Q. Did you have trouble sleeping during that period?
A. I didn't sleep. Some nights I don't sleep at all I just stay up all night thinking about what happened to him. I'm quite sure that he was tortured because when

Page 20

they showed us the video he looked like he was beaten up and his face wasn't normal to the point and I think some teeth was missing and every time I remember that I just keep crying and I couldn't sleep.
Q. You just mentioned that you saw a video?
A. Yeah. After four month, yes.
Q. After four months you saw a video of your son?
A. Yeah. Yes.
Q. Do you recall how you saw the video?
A. I always since the incident and I always watch the Iraqi television channels and watch the news. And one day I just saw the video on the TV and I'm sure that other TV channels also American they showed the video.
Q. Could you recognize that it was Ahmed in the video?
A. Yes, of course. Yes, of course I recognized him but he was wearing a T-shirt that was way bigger than his size but I was wondering because the video was only the picture but there was no sound. I don't know if the American government they eliminated the sound or removed the sound or that's how the video came but I saw it.
Q. And what was Ahmed's condition in the video?
A. He was very, very weak and he lost maybe about 20 pounds. When I watched the video and I zoom on the face looks like he was beaten up but he healed but I notice

Page 21

that his mouth wasn't right. I think he lost some teeth because he had some braces and looks like he lost some teeth.
Q. And how did it make you feel to see him like that in the video?
A. Crying and praying for a God to save him.
Q. And how long was he missing?
A. Six years.
Q. And during those six years did you ever get false reports about someone finding Ahmed?
A. Well, there was Mr. Belen from the Army used to come with another gentleman from the FBI they used to come and the FBI person he always kept telling me don't worry Ahmed will be here and he would say that one day you going to see him sitting on that chair in your house but they never told us that he was going to be killed or anything.
Q. Did you get news from others in Iraq that someone or a body had been found and it was Ahmed to later find out that it was not?
A. They always told me that he's doing good and one day they will exchange him for somebody else. And I went to Iraq during that time and I met with an attorney there and I told him about the story but I remember that on the video I saw that on the background it says Asa'ib

Page 22

Ahl al-Haq, the kidnappers. The leader his name is Qais Khazali and now he's a politician in Iraq. I always see him on TV. But at the time the American Army they arrested Qais Khazali and another person I think his brother and they both were in custody and they told me that they might be able to exchange him for Ahmed.
Q. Did the U.S. government ever have you or someone else from your family to make a video for -- to be shown to the perpetrators who abducted Ahmed?
A. Yes, at the time they made a video of me and of course and I had to wear the hijab or the head scarf just because those terrorist group they have their own way of thinking and they showed the video to Qais Khazali and they showed it to the Ibrahim al-Jaafari who was the prime minister at the time of Iraq. Yeah.
Q. And do you know what the purpose of the video was?
A. They told me to make a video and the video I was talking to that group the terrorist group Asa'ib Ahl al-Haq and then begged them and asked them to release my son and I was crying but I did the video.
Q. And how did it make you feel to do the video? How was it for you to do the video?
A. I was very upset and but I didn't make any mistakes because I was talking from my heart in that

Page 23

video.
Q. Did you make that video hoping that it would help to bring your son home?
A. Yeah. Yes, I was begging them in the video and telling them that he's same nationality, he's Iraqi like you and he's coming to help people; he's not coming to Iraq to hurt anybody. Yes.
Q. And you mentioned earlier that now you see Qais Khazali on TV as a politician how is that for you to see him now on TV?
A. Every time I see him I curse him and at the time he after -- right after that they just release him; as soon as they release him, he went straight to Iran and now I'm hoping that he will suffer the way I suffered.
Q. And how did you learn that Ahmed remains had been found?
A. I learned through the officer Mr. Belen, he used to come all the time. He was a very nice man but one day it was a Monday and he came at night wearing --
THE WITNESS: Sunday.
THE INTERPRETER: Oh, Sunday I'm sorry. Correction, Sunday and he came around 1:00 in the morning.
THE WITNESS: In the evening.
THE INTERPRETER: I was home alone my

Page 24

husband was out with some of his friends. Once I opened the door I thought it was my husband who came back but I saw him in the uniform and he was crying.
BY MS. GREEN:
Q. Just to confirm the officer was crying; is that correct?
A. Yes. Yes, I saw tears coming down his face. And then he informed me that they found Ahmed's and they're going to bring him home but I didn't know that he was killed away before that because when they brought him home it was just a skeleton. When I begged them that to see my son, they said we're going to bring him home and you can see him but when they brought him it was just only the bones, the skeletons. They brought him to a military down in the south and when they brought him here they told me they did all the Islamic ritual, all the prayers through an Islamic figure or clerk; they did all the rituals; you don't have to do anything about him just go ahead and bury him, that's it.
Q. And how was it -- how did you react once you learned he was gone?
A. I was so shaken I was crying. I called everybody in the family. One of them was in Washington and I called his brother and I told him that your brother Ahmed will be brought here, come and see him.

Page 25

Q. You mentioned that you were home alone when you received the news, did anyone come to your house to support you?
A. Yes, I called our neighbor Dr. Alaa, they were good friends and neighbors and he was out with my husband Kousay, about three or four of them they were all together. I called Dr. Alaa and I told him so they can bring Kousay home, my husband, and they didn't tell him anything on the way but we told him when he arrived home.
Q. And how did he react to the news?
A. He was in state of shock; he couldn't say anything he was just looking ahead and he couldn't say anything. He was shocked.
Q. And just to take a step back to the -- that six year period where Ahmed's whereabouts were unknown how was it for you and your husband? How did it impact you guys physically?
A. Both of us we had blood pressure problems but once we heard the news and I suffer from diabetes my blood sugar was high and since then we couldn't sleep at night to the point that my husband was taking sleeping pills in order for him to get some sleep. Sometimes I used to go to bed and I leave my husband downstairs on his computer but I hear him from upstairs weeping with a

Page 26

loud voice and I come downstairs and I see him crying so hard with a loud voice. Many times I notice this.
Q. Was this during that six year period when he was missing, when Ahmed was missing?
A. Yeah. Yes, but since they brought him home that now it's even worse because we had hope that he would come back safe and sound.
Q. And how was it to see your husband break down like that missing your son?
A. I feel so bad for him because for me every few days I go visit the grave and I sit there and I cry and I feel a little bit better when I do that but my husband he doesn't cry in front of me and but I know that he cries when he's by himself.
Q. Did you and your husband become depressed after Ahmed was abducted?
A. Yes, of course. Yes, our doctor is also Iraqi and he prescribed me some medication to calm me down and also some medication for my husband.
Q. Was this medication antidepressants?
A. Yes. Supposedly, yes.
Q. Did the doctor also prescribe sleeping pills for the both of you?
A. Yes, of course.
Q. And during this six year period did you ever

Page 27

watch any videos to see whether or not they included Ahmed videos including someone being executed or just to see whether or not Ahmed happened to be in that video?
A. No, I didn't see any videos but I know in Iraq they have the pictures of people who has been abducted it's on the street and sometimes they just ask for ransom but I didn't see any videos.
Q. And you mentioned moments ago that that six year period where Ahmed was missing was difficult but learning that he was gone the loss was worse. Can you describe for the court how knowing that he was gone was worse?
A. My husband and I were just devastated and our life changed to the point that even going out for fun or going to a party we don't do that anymore. We don't celebrate anything. We're suffering and we feel like we're done.
Q. Do you think you're a different person now after Ahmed's death?
A. Yes, because we were away from each other for a while since 1984. We went back to Iraq thinking that the war is over but we stayed there for a few years because we couldn't travel outside of Iraq; we were forbidden from leaving the country and then when we came here and we got together Ahmed was very happy and used

Page 28

to come and sleep in my bed and used to tell me how much he misses us.
Q. And can you describe for me, I mean, for the court Ahmed's funeral?
A. Well, when they brought Ahmed in the airport, the metro airport in Detroit and when I was there it wasn't cold but I was shaking and the driver asked me if I would like to sit next to him; I said, yes, I would like very much to sit next to him but if you promise me that you're going to let him see -- you're going to let me see him for that. They brought him to the funeral home here in Dearborn and the Army called and they said they're not supposed to open the bag 'cause it was sealed and they wouldn't let me see him. Then I brought him to the mosque. Then from the mosque started the funeral. Everybody came from veterans from the armies, from our friends, families, everybody was there and it was -- the funeral was going from the mosque to the cemetery here in Ann Arbor, which is close by to us.
Q. Was it a large funeral?
A. Yes. Yeah, there was all our friends. His old friends they came from out of state to attend the funeral and also the people from the Army and, you know, they had this salute with the gun, firing their guns saluting my son.

Page 29

Q. And how was it for you to see the public support during the funeral?
A. I was so sad.
Q. You mentioned that during the period where Ahmed was abducted that you and your husband were on antidepressants and sleeping pills, are you still on that medication today?
A. Yes, my husband still take the medication. I stopped because my doctor told me I have to stop it because I used to get a very bad headache on the left side of my head. And the doctor told me that those medications are very strong, you were supposed to stop them. I stopped them. I stopped them for a while but some nights just we can't sleep I have to take the medication.
Q. And to take us a few steps back to questions I asked you at the very beginning. Just to confirm Ahmed was a U.S. National, correct?
A. Ahmed had a green card before joining the Army and he became a citizen when he was in the Army and they gave him certificate and celebration for him.
Q. So he became a natural allotted citizen while in the Army?
A. Yeah. Yes.
Q. Okay. Let's take a break right now to go off the

record.

VIDEOGRAPHER: Going off the record at 12:59 p.m.

(Off the record 12:59 p.m.)

(Back on the record at 1:07 p.m.)

VIDEOGRAPHER: We're back on the record at 1:07 p.m.

BY MS. GREEN:

Q. Now to transition back to the question surrounding Ahmed's funeral, where is he buried?

A. It's a cemetery here in Ann Arbor. I don't remember the name exactly because I keep forgetting a lot but it's a very close to where I live and when they brought Ahmed and we bought a lot for him in the cemetery and also bought other two spaces for me and his dad so we'll be buried next to him.

Q. And do you visit Ahmed's grave?

A. Always. Always. Like he's sometimes... sometimes I feel like he's calling me to go visit him.

Q. How often do you go to visit his grave?

A. Now because it is icy a little bit I am late but when it is always I go, always. Twice a week, once a week, yeah. I go afternoon I sit there and there is even deer coming. I always go in the afternoon, there is a small pond there and there is deer that they come



by but I go there and sit down by his grave and I talk to him.

Q. And you just mentioned that you and your husband purchased two plots next to his. Is it your plan for the two of you to be buried next to him?

A. Yes, right away I bought the two plots next to him so we'll be buried there.

Q. How has the loss of your son been on you and your family?

A. Everybody felt the loss and yesterday I put his picture on my Facebook on my profile and I got a lot of response from all his friends and all friends and other people and wishing that God will have mercy on him and he will be in paradise.

Q. What do you miss most about your son?

A. I lost the friendship, that's what I share the most his friendship with me. He was a very good friend and as I told you we used to go shopping for his clothes together and he used to talk to me a lot. And I feel the loss. He was the closest thing to me.

Q. And what is your fondest memory of Ahmed?

A. I remember his last birthday here in Ann Arbor. We had too many memories together but I still remember his last birthday in Ann Arbor when we went outside with the barbecue, we had the celebration and that's the one



that stays in my mind all the time. The day he was leaving us going back to the Army and we were saying goodbye and I escort him to the car on the way back I fell down I broke my leg and I felt like I'm not going to see him again. That was like an omen for me.

Q. For someone that has never met Ahmed what would you like them to know about your son?

A. I would like to say that Ahmed was a young man, he was very tidy, very clean, very respectful, he was a very nice man, a nice person to know. And he was also a good looking guy. All his friends they all loved him.

Q. Well, Nawal, thank you so much. I don't have any other questions for you.

A. Thank you so much. Thanks a lot.

MS. GREEN: We can conclude the record.

VIDEOGRAPHER: We're going off the record at 1:14 p.m.

(Deposition concluded at 1:14 p.m.)



STATE OF MICHIGAN )
)
COUNTY OF WASHTENAW )

CERTIFICATE OF NOTARY PUBLIC AND COURT REPORTER

I, Caitlyn Mancini, do hereby certify that the witness, NAWAL AL-TAIE, whose attached videotaped deposition was taken before me in the above-entitled matter, was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth; that the foregoing answers made by the witness, which were duly recorded by me stenographically and by me later reduced to typewritten form by means of computer-aided transcription; and I certify that this is a true and correct transcript of my stenographic notes so taken.

I further certify that I am neither of counsel to either party nor interested in the event of this cause.

_______________________________

Caitlyn Mancini, RPR, CSR-8887
Notary Public,
Washtenaw County, Michigan
My Commission expires: August 15, 2021

**&**

**&** 2:11

**0**

**00456** 1:9

**1**

**1** 1:14
**1050** 2:4
**11:45** 1:19 4:3
**11:48** 4:13
**12** 16:18
**1250** 1:23
**12:05** 11:25 12:2
**1401** 1:17 4:19
**15** 33:24
**15-456** 4:19
**18** 9:17
**1940** 6:2
**1984** 8:4 27:21
**1:00** 23:22
**1:07** 30:5,7
**1:14** 32:17,18
**1:15** 1:9
**1st** 6:2

**2**

**2** 1:20 4:2
**20** 20:23
**20004** 2:13
**20005** 1:24
**2003** 16:19
**20036** 2:5
**2005** 16:2
**2006** 17:25,25
**2018** 1:20 4:2,13
**202** 2:6,14
**2021** 33:24
**2nd** 4:13

**3**

**30th** 17:25
**33** 1:14
**350** 1:23

**5**

**5** 3:7
**500** 2:4

**6**

**60** 13:20
**65** 12:19
**654-6913** 2:14

**7**

**70** 13:20
**75** 12:20
**79** 7:8,24 14:23

**8**

**80** 7:7,7
**80s** 14:22,24
**84** 7:23 14:24
**87** 7:8
**8887** 1:21 33:21

**9**

**90** 9:20,23
**900** 2:12
**92** 9:22
**93** 9:23
**94** 9:23
**955-9055** 2:6
**96** 12:20
**975** 2:12

**a**

**a.m.** 1:19 4:3,13
**abducted** 17:10,21 18:3,5,11,14 19:6 19:18 22:9 26:16 27:5 29:5
**abduction** 18:17 18:18
**ability** 4:8
**able** 5:18 22:6
**aboard** 14:10
**accident** 15:10
**accordion** 10:14 10:22
**action** 1:8
**activities** 11:15 12:4 13:2
**adult** 11:4
**afraid** 8:9
**afternoon** 19:6 30:23,24
**age** 12:14,17,21
**ago** 17:20 27:8
**ahead** 24:19 25:13
**ahl** 22:1,19
**ahmed** 6:5,9,22 7:13 8:8 9:2,10,25 10:3,12 11:14 12:4,15,17,19,21 13:3,18 15:4,25 17:7 18:5,9 19:11 20:14 21:10,14,19 22:6,9 23:15 24:25 26:4,16 27:2,3,9,25 28:5 29:4,17,19 30:14 31:21 32:6,8
**ahmed's** 13:16 14:5 18:13 20:22 24:8 25:16 27:19 28:4 30:10,17
**aided** 33:13
**aircraft** 15:5,5
**airline** 15:12
**airplanes** 10:16
**airport** 15:9,11,13 15:14,17 28:5,6
**al** 1:6,11,16 3:3 4:9,15,16,17 5:23 6:5,8 22:1,14,20 33:7
**alaa** 25:4,7
**allotted** 29:22
**america** 8:13,24 9:1 11:8 12:12,24 14:21
**american** 8:17,19 15:2 16:19 20:13 20:20 22:3
**ankara** 15:3
**ann** 1:18 4:1,20 28:19 30:11 31:22 31:24
**answer** 18:10
**answered** 19:14
**answers** 33:11
**antidepressants** 26:20 29:6
**anybody** 23:7
**anymore** 27:15
**appearance** 4:24
**appearances** 2:1
**appearing** 2:8,16
**apply** 9:21
**approximate** 8:20
**april** 1:20 4:2,13
**arab** 7:21
**arabic** 2:20 4:7,7 5:19
**arbor** 1:18 4:1,20 28:19 30:11 31:22 31:24
**armies** 28:16
**army** 16:5,5,6,8,14 16:17,19,25 17:7 17:12,16,18 21:11 22:3 28:12,23 29:19,20,23 32:2
**arrested** 22:4
**arrived** 25:9
**arts** 11:18

**asa'ib** 21:25 22:19
**asked** 18:9 22:20 28:7 29:17
**atlantic** 1:23
**attached** 33:7
**attack** 18:21
**attend** 28:22
**attended** 14:2
**attorney** 21:23
**attorneys** 4:23
**august** 33:24
**avenue** 2:4

**b**

**b** 3:10
**back** 8:5,6 9:21 11:25 12:1 14:5 16:20,24,25 17:2 17:15 18:9 24:2 25:15 26:7 27:21 29:16 30:5,6,9 32:2,3
**background** 21:25
**bad** 26:10 29:10
**bag** 28:13
**baghdad** 5:25 6:23 8:5,7 9:21 16:18 16:21
**ballet** 10:25
**band** 11:6,6,9,9
**barbecue** 31:25
**bashar** 6:12 7:13 11:19 12:14,20
**bashar's** 6:20
**basically** 18:19
**beaten** 20:1,25
**bed** 25:24 28:1
**begged** 22:20 24:11
**begging** 23:4
**beginning** 29:17
**behalf** 2:8,16
**beirut** 14:18
**belen** 21:11 23:17
**believe** 15:4 16:2
**belt** 11:16
**best** 4:7
**better** 26:12
**bigger** 20:17
**birth** 6:1,25
**birthday** 31:22,24
**bit** 26:12 30:21
**black** 11:16
**blood** 25:19,21
**body** 21:19
**bones** 24:14
**born** 5:24 6:22 10:8 12:19,20,20
**boston** 8:24 9:1,3 9:5,8,12
**bought** 10:15 18:8 30:14,15 31:6
**boys** 6:13
**braces** 21:2
**branch** 16:3,5
**break** 11:21 26:8 29:25
**briarwood** 1:17 4:20
**bring** 23:3 24:9,12 25:8
**broke** 32:4
**brother** 12:19 22:5 24:24,24
**brothers** 9:12 11:17 12:7,22 14:12
**brought** 24:10,13 24:14,15,25 26:5 28:5,11,14 30:14
**building** 15:3
**buried** 30:10,16 31:5,7
**bury** 24:19
**buy** 13:5 18:7

**c**

**caitlyn** 1:21 4:22 33:6,21
**call** 19:11
**called** 13:13 18:12 18:14 19:7,13 24:22,24 25:4,7 28:12
**calling** 18:9 30:19
**calm** 26:18
**canadian** 6:21
**car** 32:3
**card** 9:20 29:19
**career** 17:12
**case** 4:18
**casino** 13:7
**cause** 8:18 28:13 33:17
**celebrate** 19:4 27:16
**celebration** 29:21 31:25
**cemetery** 28:19 30:11,15
**certificate** 29:21 33:5
**certify** 33:6,14,16
**chair** 21:15
**changed** 27:14
**channels** 20:11,13
**child** 10:5
**childhood** 14:6
**children** 7:11,12 8:3
**circle** 1:17 4:20
**citizen** 29:20,22
**citizenship** 6:20
**city** 16:22
**civil** 1:8 15:1
**clean** 10:6 32:9
**clerk** 24:17
**close** 10:6,9 12:21 13:8 28:19 30:13
**closest** 31:20
**clothes** 13:6 14:15 31:18
**cold** 28:7
**college** 8:17,19 9:2
**colombia** 4:18
**columbia** 1:2
**come** 14:19,23 21:12,13 23:18 24:25 25:2 26:1,7 28:1 30:25
**coming** 23:6,6 24:7 30:24
**commander** 16:9 17:5
**commanders** 16:13
**commencing** 1:19
**commercial** 15:12
**commission** 33:24
**competently** 5:18
**computer** 25:25 33:13
**conclude** 32:15
**concluded** 32:18
**condition** 20:22
**confirm** 5:18 7:12 9:10 24:5 29:17
**connecticut** 2:4
**contents** 3:1
**continue** 11:3
**contrabass** 10:24
**contract** 17:8,9,21

**cooking** 13:11
**correct** 9:14 17:22 18:15 24:6 29:18 33:15
**correction** 23:22
**counsel** 5:2,4 33:16
**countries** 13:15 14:10
**country** 17:4 27:24
**county** 33:3,23
**course** 9:2 10:4,10 11:13,13 13:10 14:8 15:7 17:3,3 20:16,16 22:11 26:17,24
**court** 1:1 4:18,22 4:25 18:13 27:11 28:4 33:5
**cries** 26:14
**cry** 19:19 26:11,13
**crying** 19:8,10,21 20:4 21:6 22:21 24:3,5,22 26:1
**csr** 1:21 33:21
**curse** 23:11
**custody** 22:5
**cv** 1:9 13:21 14:4,4

**d**

**d.c.** 1:24 2:5,13
**dad** 10:7 30:16
**date** 6:1
**day** 17:25 18:2,2,6 19:3 20:12 21:14 21:22 23:19 32:1
**days** 19:20 26:11
**dearborn** 28:12
**death** 27:19
**deer** 30:24,25
**defendants** 1:12
**degree** 13:16 15:5
**demonstrate** 11:20
**deponent's** 5:19
**deposition** 1:16 4:15,19 32:18 33:8
**depressed** 26:15
**describe** 18:4 27:11 28:3
**despite** 12:21
**details** 18:16
**detroit** 15:13 28:6
**devastated** 27:13
**diabetes** 25:20
**difference** 12:14 12:17,21
**different** 13:14 27:18
**difficult** 27:9
**diploma** 13:24
**discuss** 16:16 17:11
**district** 1:1,2 4:18 4:18
**doctor** 26:17,22 29:9,11
**doing** 21:21
**dollars** 13:20
**dolma** 13:13
**door** 24:2
**downstairs** 25:24 26:1
**dr** 25:4,7
**driver** 28:7
**dropped** 18:24,24 19:15
**duly** 4:6,10 33:9 33:12

**e**

**e** 3:5,10
**earlier** 15:4 23:8
**early** 19:5
**education** 13:17
**eight** 16:23
**either** 33:17
**eleven** 7:1
**eliminated** 20:20
**elsebaei** 2:20 4:5
**embassies** 15:3
**embassy** 15:2
**emirates** 7:21 8:10
**engineer** 15:1
**english** 4:7,7 5:19
**enjoy** 12:4 16:14
**enjoyed** 12:5
**entire** 7:17
**entitled** 33:8
**escort** 32:3
**estate** 1:5,6
**et** 1:6,11 4:16,17
**evening** 23:24
**event** 33:17
**everybody** 19:10 24:22 28:16,17 31:10
**exactly** 9:7 30:12
**examination** 3:7 5:21
**examined** 4:10
**exchange** 21:22 22:6
**executed** 27:2
**exhibit** 3:11
**exhibits** 3:12
**expensive** 13:20
**expires** 33:24
**eye** 1:23

**f**

**f** 2:12
**face** 20:2,24 24:7
**facebook** 31:11
**false** 21:9
**families** 28:17
**family** 7:15,17 8:1 8:6 10:9 12:24 13:1 14:6,16 22:8 24:23 31:9
**father** 10:15 12:7
**fbi** 21:12,13
**feel** 16:11 19:17 21:4 22:22 26:10 26:12 27:16 30:19 31:19
**feet** 11:20
**fell** 15:10 32:4
**felt** 31:10 32:4
**fight** 11:19 18:21
**figure** 24:17
**filed** 4:17
**find** 21:19
**finding** 21:10
**finish** 9:2
**firing** 28:24
**firm** 2:3 4:21,23
**first** 4:10 8:18 9:3 9:11,20 10:7,23 11:8 12:25 13:4 14:21 15:9 17:25 19:3 33:9
**five** 6:13 12:16,16 18:20
**florida** 13:22
**fly** 17:17
**flying** 10:15,17 13:18,19,22,23 17:15
**follows** 4:11

**fondest** 31:21
**forbidden** 27:24
**force** 18:23
**foregoing** 33:11
**forgetting** 30:12
**form** 11:6 33:13
**found** 21:19 23:16 24:8
**four** 20:6,7 25:6
**friend** 12:8 18:7 18:13,16 31:17
**friends** 11:6 12:11 18:7 24:1 25:5 28:17,21,22 31:12 31:12 32:11
**friendship** 31:16 31:17
**fritz** 1:3,5,6 4:16
**front** 26:13
**fun** 27:14
**funeral** 28:4,11,16 28:18,20,23 29:2 30:10
**further** 33:16

**g**

**gentleman** 21:12
**give** 8:18 18:16
**go** 12:11 13:4,6 14:14 16:11,12,25 17:2,15 19:9 24:19 25:24 26:11 29:25 30:19,20,22 30:23,24 31:1,18
**god** 21:6 31:13
**going** 5:8 11:22 12:5,6 14:13 21:15,16 24:9,12 27:14,15 28:10,10 28:18 30:2 32:2,4 32:16
**good** 21:21 25:5 31:17 32:11
**goodbye** 32:3
**government** 20:20 22:7
**grave** 26:11 30:17 30:20 31:1
**great** 5:16
**green** 2:10 3:7 5:2 5:2,16,21 7:25 9:9 9:20 12:3,13 24:4 29:19 30:8 32:15
**group** 18:19 22:12 22:19,19
**growing** 10:5,12 14:7
**gsgreen** 2:15
**gun** 28:24
**guns** 18:21,22 28:24
**guy** 32:11
**guys** 25:18
**gwen** 2:10 5:2

**h**

**h** 3:10
**half** 7:16
**hamed** 6:13 15:1
**hand** 5:7,12
**happened** 17:24 19:24 27:3
**happy** 12:25 16:15 16:22 17:5,13 27:25
**haq** 22:1,20
**hard** 26:2
**hart** 2:11
**hathal** 6:12,17,18 7:13 12:18
**head** 22:11 29:11
**headache** 29:10
**healed** 20:25
**hear** 25:25
**heard** 25:20
**heart** 22:25
**held** 4:19
**help** 17:2,3,5 23:2 23:6
**high** 8:12 9:17 25:21
**highest** 13:16
**hijab** 22:11
**hobbies** 10:12
**holiday** 18:1 19:3 19:9
**holland** 2:11
**hollandhart.com** 2:15
**home** 23:3,25 24:9 24:11,12 25:1,8,10 26:5 28:11
**hope** 26:6
**hoping** 23:2,14
**hot** 14:9
**hour** 13:20
**hours** 13:23,23
**house** 21:15 25:2
**household** 7:10
**hunt** 12:7
**hunting** 12:6,11
**hurt** 23:7
**husband** 6:13,15 7:11 8:3 9:18 10:2 24:1,2 25:6,8,17 25:22,24 26:8,12 26:15,19 27:13 29:5,8 31:3
**husband's** 6:7

**i**

**ibrahim** 22:14
**icy** 30:21
**impact** 25:17
**incident** 20:10
**included** 27:1
**including** 27:2
**individually** 1:3
**information** 18:17
**informed** 24:8
**instruments** 10:21
**intend** 17:7
**interested** 33:17
**interpreter** 2:20 5:20 7:24 9:7 12:10 23:21,25
**iran** 1:11 4:17 23:13
**iraq** 5:25 6:23,24 7:2,3,9 8:5,9 10:24,25 11:9 13:13,19 14:9 16:19,23 17:1,2 19:5 21:18,23 22:2,15 23:7 27:4 27:21,23
**iraqi** 20:11 23:5 26:17
**islamic** 1:11 4:17 24:16,17
**italy** 14:13,15

**j**

**jaafari** 22:14
**jacob** 1:5
**job** 15:22,22 16:7 17:13,14
**johsua** 2:2
**join** 16:3,5,25
**joined** 15:25 16:16
**joining** 15:23 29:19
**joshua** 5:4
**jperles** 2:7

**judo** 11:16,20

**k**

**k** 2:2
**kathem** 11:8
**keep** 20:4 30:12
**kept** 21:13
**khazali** 22:2,4,14 23:9
**kidnapped** 17:10 18:3 19:6
**kidnappers** 22:1
**kids** 14:8
**killed** 21:16 24:10
**know** 16:4,7 20:19 22:16 24:9 26:13 27:4 28:23 32:7 32:10
**knowing** 27:11
**kousay** 6:8,15 25:6,8

**l**

**laith** 6:13
**large** 28:20
**late** 30:21
**law** 2:3
**leader** 22:1
**learn** 13:22 23:15
**learned** 11:18 18:4 18:11 19:17 23:17 24:21
**learning** 27:10
**leave** 25:24
**leaving** 27:24 32:2
**left** 7:2 11:2 16:18 16:21 18:25 29:10
**leg** 32:4
**legal** 1:23
**life** 27:14
**liked** 10:15,19 13:4,18
**likes** 13:5
**little** 26:12 30:21
**live** 6:24 7:14,22 9:25 10:3 30:13
**lived** 7:9 8:1
**living** 7:20 10:1 14:13
**london** 7:4,4,6,14 7:18,20,23 8:14,15 8:17,19,21 11:2 14:12,13
**long** 6:24 7:14 8:11 17:12 21:7
**looked** 20:1
**looking** 25:13 32:11
**looks** 20:25 21:2
**loss** 27:10 31:8,10 31:20
**lost** 20:23 21:1,2 31:16
**lot** 16:9 30:13,14 31:11,19 32:14
**loud** 26:1,2
**love** 10:17 11:3
**loved** 32:11
**lyle** 1:6

**m**

**m** 3:5
**ma'am** 5:11
**man** 23:18 32:8,10
**mancini** 1:21 4:22 33:6,21
**marc** 2:19
**mark** 4:20
**martial** 11:17
**matter** 4:16 5:8,13 33:9
**meal** 13:13,13
**mean** 6:17 7:8 28:3
**means** 33:13
**mechanic** 13:25 15:6
**mechanics** 15:5
**media** 4:13
**medication** 26:18 26:19,20 29:7,8,15
**medications** 29:12
**memories** 31:23
**memory** 31:21
**mentioned** 20:5 23:8 25:1 27:8 29:4 31:3
**mercy** 31:13
**met** 21:23 32:6
**metro** 15:9,13,13 15:17 28:6
**michigan** 1:18 4:1 4:20 9:1,5,8,13 11:5 13:24 33:1 33:23
**mid** 1:23
**middle** 6:12 10:23 10:24
**military** 15:23 16:1,5 24:15
**mind** 32:1
**minister** 22:15
**misses** 28:2
**missing** 20:3 21:7 26:4,4,9 27:9
**mistakes** 22:25
**moment** 11:21
**moments** 17:20 27:8
**monday** 1:20 18:1 18:6 23:19
**money** 13:19
**month** 16:23 17:10,21,23 20:6
**months** 20:7
**morning** 19:5 23:23
**mosque** 19:9 28:15,15,18
**motorcycle** 18:8,8
**mouth** 21:1
**move** 7:3,17,20 8:4,13,23 9:18
**moved** 7:5 8:13 9:3,11,15,24 10:2
**movies** 13:6
**moving** 8:16
**music** 10:13,19,25 11:3
**musical** 11:6
**myers** 2:19 4:21

**n**

**n** 3:5,5
**name** 4:20 5:22 6:7 11:7 13:21 14:25,25 22:1 30:12
**names** 6:11 14:1,3
**national** 6:3,15,18 29:18
**nationality** 23:5
**natural** 29:22
**nautical** 13:24
**nawal** 1:16 3:3 4:9 4:15 5:23 32:12 33:7
**need** 11:21
**neighbor** 25:4
**neighbors** 25:5
**neither** 33:16
**never** 19:20 21:16 32:6
**new** 14:22
**news** 19:1,12 20:11 21:18 25:2

25:11,20
**nice** 23:18 32:10 32:10
**night** 19:20,21,24 23:19 25:22
**nights** 19:23 29:14
**noala** 1:3
**noon** 19:7
**normal** 20:2
**notary** 4:6 33:5,22
**notes** 33:15
**notice** 20:25 26:2
**number** 4:14
**nw** 1:23 2:4,12

**o**

**o** 3:5
**oath** 4:11
**obtained** 13:24
**october** 6:2 17:25
**offered** 3:12
**officer** 23:17 24:5
**oh** 23:21
**okay** 5:6 18:10 29:25
**old** 6:13 7:1,1 9:15 9:17 10:14 16:18 28:21
**older** 6:6
**oldest** 8:25 10:7,11 14:23,25
**omen** 32:5
**once** 24:1,20 25:20 30:22
**open** 28:13
**opened** 24:1
**order** 25:23
**outdoor** 12:4
**outside** 18:6 27:23 31:24
**overseas** 15:3

**p**

**p.m.** 11:23,24,25 12:2 30:3,4,5,7 32:17,18
**page** 1:14 3:2,6,11
**paper** 13:21
**paradise** 31:14
**paris** 14:11,11
**party** 27:15 33:17
**pc** 2:3
**people** 18:20 23:6 27:5 28:23 31:13
**period** 19:22 25:16 26:3,25 27:9 29:4
**perles** 2:2,3 5:4,4
**perleslaw.com** 2:7
**perpetrators** 22:9
**person** 21:13 22:4 27:18 32:10
**personal** 1:4
**phone** 18:24 19:13 19:14,15,15
**physical** 11:14
**physically** 25:18
**picture** 20:19 31:11
**pictures** 14:11 27:5
**pills** 25:23 26:22 29:6
**pilot** 17:18
**plaintiffs** 1:7 2:8 2:16 4:16 5:3,5
**plan** 17:17 31:4
**play** 10:16,21,24
**playing** 10:14 11:7 11:10,11 12:5
**please** 4:24,25 5:11
**plots** 31:4,6
**point** 16:10 20:2 25:22 27:14
**politician** 22:2 23:9
**pond** 30:25
**pounds** 20:24
**pray** 19:19
**prayer** 19:9
**prayers** 24:17
**praying** 19:21 21:6
**prescribe** 26:22
**prescribed** 26:18
**present** 2:18
**pressure** 25:19
**primary** 16:7
**prime** 22:15
**problems** 25:19
**profile** 31:11
**promise** 28:9
**proud** 11:11
**public** 4:6 29:1 33:5,22
**purchased** 31:4
**purpose** 22:16
**put** 18:23 31:10

**q**

**qais** 22:1,4,13 23:8
**question** 5:17 30:9
**questions** 29:16 32:13
**quite** 19:25

**r**

**raise** 5:6,12
**ramadan** 18:1
**ransom** 27:7
**rdm** 1:9 4:19
**react** 19:2 24:20 25:11
**ready** 19:4,9
**reason** 16:25
**recall** 13:16 14:1 15:8,16,19 20:9
**received** 13:17 15:4 19:1,11 25:2
**recognize** 20:14
**recognized** 20:16
**record** 4:13,24 5:22 9:10 11:22 11:24,25 12:1 30:1,2,4,5,6 32:15 32:16
**recorded** 33:12
**recording** 4:14
**reduced** 33:13
**regarding** 18:17
**region** 1:23
**relation** 6:5
**release** 22:20 23:12,13
**remains** 23:15
**remember** 7:5 9:7 14:3 15:25 17:24 20:3 21:24 30:12 31:22,23
**removed** 20:20
**renewed** 17:9,20
**reporter** 4:22,25 5:6,11 33:5
**reports** 21:10
**representative** 1:4
**republic** 1:11 4:17
**respectful** 32:9
**response** 31:12
**rest** 12:23
**return** 8:5,6 9:21
**right** 5:7,12 21:1 23:12 29:25 31:6
**ritual** 24:16

**rituals** 24:18
**rpr** 1:21 33:21
**run** 15:11,20,22

**s**

**s** 2:10 3:5,10
**sad** 29:3
**safe** 16:13 26:7
**saher** 11:8
**salute** 28:24
**saluting** 28:25
**save** 21:6
**saw** 20:5,7,9,12,21 21:25 24:3,7
**saying** 32:2
**says** 21:25
**scarf** 22:11
**school** 8:12 9:17 10:23,24,25 11:1 13:18,21
**schools** 14:1
**screaming** 19:8
**sealed** 28:14
**second** 10:23
**see** 11:11 16:22 17:4 21:4,15 22:2 23:8,9,11 24:12,13 24:25 26:1,8 27:1 27:3,4,7 28:10,11 28:14 29:1 32:5
**send** 13:19
**serving** 17:18
**shaken** 24:22
**shaking** 28:7
**shaky** 16:23
**share** 31:16
**shirt** 20:17
**shock** 25:12
**shocked** 25:14
**shop** 13:5
**shopping** 13:4 14:14 31:18
**showed** 20:1,13 22:13,14
**shown** 22:8
**shows** 13:21
**siblings** 6:9 14:12
**sic** 15:3
**side** 17:4 29:11
**singer** 11:7,10
**sir** 5:6
**sit** 26:11 28:8,9 30:23 31:1
**sitting** 21:15
**six** 12:16 18:20 21:8,9 25:15 26:3 26:25 27:8
**size** 20:18
**skeleton** 24:11
**skeletons** 24:14
**sleep** 19:20,23,23 20:4 25:21,23 28:1 29:14
**sleeping** 19:22 25:22 26:22 29:6
**small** 10:15 30:25
**soccer** 12:5
**solutions** 1:23
**somebody** 19:14 21:22
**son** 6:6,6 9:6,21 10:5 13:9 14:23 20:7 22:21 23:3 24:12 26:9 28:25 31:8,15 32:7
**son's** 14:25
**sons** 6:17 8:25,25 10:10,11 14:22
**soon** 23:13
**sorry** 12:23 23:21
**sound** 20:19,20,21 26:7
**south** 24:15
**spaces** 30:15
**special** 13:13
**spend** 19:21
**split** 9:11
**sports** 11:14
**stairs** 15:10
**start** 19:8
**started** 28:15
**starting** 18:20
**state** 4:24 5:13,22 25:12 28:22 33:1
**states** 1:1 4:18 9:4 9:11,16,19,24 10:2 14:19 16:24
**stay** 8:10,11,15 17:7 19:24
**stayed** 8:8 16:22 27:22
**staying** 8:20 17:12
**stays** 32:1
**steady** 17:14
**stenographic** 33:15
**stenographically** 33:12
**step** 14:5 25:15
**steps** 29:16
**stop** 29:9,12
**stopped** 15:10 29:9,13,13
**story** 21:24
**straight** 23:13
**street** 1:23 2:12 19:16 27:6
**strong** 29:12
**studying** 8:9 9:1 14:22
**suffer** 23:14 25:20
**suffered** 23:14
**suffering** 27:16
**sugar** 25:21
**suite** 1:23 2:4,12
**sum** 18:13
**summer** 14:17
**summertime** 14:9
**sunday** 23:20,21 23:22
**support** 25:3 29:1
**supposed** 28:13 29:12
**supposedly** 26:21
**sure** 19:25 20:12
**surrounding** 18:16 30:10
**swear** 4:25 5:7,12
**sworn** 4:6,10 33:9

**t**

**t** 3:5,10 20:17
**table** 3:1
**taie** 1:16 3:3 4:9 4:15 5:23 6:5,8 33:7
**take** 11:21 14:5,6 14:16 25:15 29:8 29:14,16,25
**taken** 1:17 4:15 33:8,15
**takes** 13:7
**talk** 31:1,19
**talking** 22:19,25
**taste** 13:5
**teach** 11:17
**tears** 24:7
**technique** 11:20
**teeth** 20:3 21:1,3
**television** 20:11
**tell** 18:14 25:8 28:1
**telling** 21:13 23:5

**ten** 7:1 10:14 12:19
**term** 17:12
**terrorist** 22:12,19
**testified** 4:10
**testify** 33:9
**testimony** 5:7,12 5:19
**thank** 32:12,14
**thanks** 32:14
**thing** 31:20
**things** 13:2 16:23
**think** 7:1,7,7,16 8:12 9:22 12:16 17:20 20:2 21:1 22:4 27:18
**thinking** 17:15 19:13,24 22:13 27:21
**thought** 24:2
**three** 7:11,12 8:3 15:21 25:6
**tidy** 10:6 32:9
**till** 7:23
**time** 9:12 11:8 14:21 19:4,5,7,19 19:19 20:3 21:23 22:3,10,15 23:11 23:11,18 32:1
**times** 26:2
**today** 29:7
**told** 16:11 18:19 21:16,21,24 22:5 22:18 24:16,24 25:7,9 29:9,11 31:18
**tortured** 19:25
**transcript** 33:15
**transcription** 33:14
**transition** 30:9
**translate** 4:6 5:8 5:18
**translator** 5:1,17 16:10
**travel** 14:10 27:23
**trips** 14:20
**trouble** 19:22
**true** 33:14
**truth** 5:9,9,13,14 33:10,10,10
**try** 19:11
**trying** 17:3
**tv** 20:12,13 22:3 23:9,10
**twice** 30:22
**two** 6:12 8:24 10:10 11:2 14:22 15:18,21 17:10,23 30:15 31:4,5,6
**typewritten** 33:13

**u**

**u.s.** 6:3,15,18 22:7 29:18
**uae** 7:22 8:2,11,16
**uniform** 24:3
**unit** 4:14
**united** 1:1 4:17 7:21 9:4,11,16,19 9:24 10:2 14:19 16:24
**unknown** 25:16
**upset** 19:8 22:24
**upstairs** 25:25
**use** 8:9 11:20
**usually** 14:9

**v**

**vacations** 14:6,16
**vehicle** 18:23
**veritext** 1:23 4:21 4:23
**versus** 4:16
**veterans** 28:16
**video** 4:14 20:1,5 20:7,9,12,13,15,18 20:21,22,24 21:5 21:25 22:8,10,13 22:16,18,18,21,22 22:23 23:1,2,4 27:3
**videographer** 2:19 4:12,22 11:22 12:1 30:2,6 32:16
**videos** 27:1,2,4,7
**videotaped** 33:7
**visa** 8:18
**visit** 26:11 30:17 30:19,20
**voice** 26:1,2
**vs** 1:8

**w**

**want** 5:17 17:2
**wanted** 17:4,14 18:7
**wanting** 17:11
**wants** 16:25
**war** 8:8 27:22
**washington** 1:24 2:5,13 24:23
**washtenaw** 33:3 33:23
**watch** 18:24 20:10 20:11 27:1
**watched** 20:24
**way** 13:14 18:9 20:17 22:13 23:14 25:9 32:3
**weak** 20:23
**wear** 22:11
**wearing** 20:17 23:19
**week** 30:22,23
**weeping** 25:25
**went** 8:17,19,24 13:18,22,22 14:10 14:10,11,22 15:11 16:19,20,21 18:2,6 18:8 21:23 23:13 27:21 31:24
**whereabouts** 25:16
**willow** 15:11,20 15:22
**wishing** 31:13
**witness** 3:2,6 4:25 5:10,15 23:20,24 33:7,11
**wondering** 20:18
**work** 15:8,9,11 16:10
**worked** 15:16,19
**working** 15:1,2
**worry** 16:12 21:14
**worse** 26:6 27:10 27:12
**written** 14:4

**x**

**x** 3:5,10

**y**

**yasser** 2:20 4:5
**yeah** 6:16 7:7,23 8:14,22 9:14,17 10:10,10,13,18,20 11:5,7,12 13:12 14:8,18,18 15:15 15:15,24 16:15 17:23 20:6,8 22:15 23:4 26:5 28:21 29:24 30:23

**year** 7:5,16 8:12 8:18,20,20 9:22 10:23 15:18,25 17:8,24 25:16 26:3,25 27:8
**years** 7:1,1,22 8:15 9:17 10:14 11:1,2 12:16,16,19 12:24 15:16,19,21 16:18 21:8,9 27:22
**yelling** 19:8
**yesterday** 31:10
**york** 14:22
**young** 16:21 32:8

**z**

**zoom** 20:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.