# Appendix D8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOALA FRITZ, Individually and
as the Personal Representative of the
ESTATE OF JACOB FRITZ, and
ESTATE OF LYLE FRITZ, et al,
Plaintiffs,

-vs- Civil Action
No. 1:15-cv-00456-RDM

ISLAMIC REPUBLIC OF IRAN, et al,
Defendants.
________________________________________/

PAGE 1 TO 27

The deposition of HATHAL AL-TAIE,
Taken at 1401 Briarwood Circle,
Ann Arbor, Michigan,
Commencing at 8:00 a.m.,
Monday, April 2, 2018,
Before Caitlyn Mancini, RPR, CSR-8887.

Veritext Legal Solutions
Mid-Atlantic Region
1250 Eye Street NW - Suite 350
Washington, D.C. 20005

APPEARANCES:
MR. JOHSUA K. PERLES
Perles Law Firm, PC
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
(202) 955-9055
jperles@perleslaw.com
Appearing on behalf of the Plaintiffs.

MS. GWEN S. GREEN
Holland & Hart
975 F Street NW, Suite 900
Washington, D.C. 20004
(202) 654-6913
gsgreen@hollandhart.com
Appearing on behalf of the Plaintiffs.

ALSO PRESENT:
Marc Myers, Videographer



TABLE OF CONTENTS


Witness Page
HATHAL AL-TAIE

E X A M I N A T I O N S
Witness Page
EXAMINATION BY MR. PERLES 5

E X H I B I T S
Exhibit Page
(No exhibits offered.)




Ann Arbor, Michigan
April 2, 2018
About 8:00 a.m.

HATHAL AL-TAIE,

having first been duly sworn, was examined and testified on his oath as follows:

VIDEOGRAPHER: We are now on the record. This is media unit number 1 of the video recording deposition of Hathal Al-Taie being taken by the counsel for Plaintiffs in the Fritz, et al versus Islamic Republic of Iran, et al, filed in the United States District Court for the District of Columbia, case number 15-456 RDM. This deposition is being held at 1401 Briarwood Circle, Ann Arbor, Michigan. My name is Mark Myers from Veritext. I'm the videographer. The court reporter is Caitlyn Mancini from Veritext and will counsel please introduce themselves for the record.

MR. PERLES: Joshua Perles, counsel for the Plaintiffs.

MS. GREEN: Gwen Green, counsel for the Plaintiffs.

THE VIDEOGRAPHER: And will the court reporter please swear in the witness.

THE REPORTER: Could you please raise your right hand? Do you swear that the testimony you are



about to state in this matter is the whole truth and nothing but the truth?

THE WITNESS: Yes.

EXAMINATION BY MR. PERLES:

Q. Could you state your name for the record, please?
A. Hathal Kousay Al-Taie.
Q. And where were you born?
A. In Baghdad, Iraq.
Q. When were you born?
A. [redacted]
Q. And what is your relationship to Ahmed Al-Taie?
A. He's my oldest brother.
Q. And you have both of the same parents?
A. Yes.
Q. And what are their names?
A. Kousay Al-Taie and Nawal Al-Taie.
Q. And when and where was Ahmed born?
A. [redacted]
Q. And where was he born?
A. Baghdad, Iraq as well.
Q. Are you a U.S. National?
A. Yes.
Q. And at the time of his death was Ahmed a U.S. National?
A. Yes.

Page 6

Q. Are both of your parents U.S. Nationals?
A. Yes.
Q. What about your brother Bashar?
A. He's a Canadian citizen.
Q. Thank you. So you were born in Baghdad, Iraq. How long did you live there?
A. From 1970 I would say, actually, we left Iraq in 1977 so I would say just two years but then we came back in 1984 till 1990.
Q. So the first time after the first time you were in Iraq so for the first two years where did you go after that?
A. We went to England to London.
Q. And how long were you there?
A. Around three years and then we went to the United Arab Emirates for another three or four years and then we came back to Iraq.
Q. So for the first two years you were in Iraq and then when you were in the United Kingdom and when you were in the United Arab Emirates did Ahmed live with you?
A. Yes.
Q. Who else lived with you?
A. Bashar. And some period of time there was also my oldest two brothers, they are half brothers Hamed and

Page 7

Laith.
Q. And did your parents Kousay and Nawal still live with you?
A. Yes.
Q. When did you -- so after you lived in the United Arab Emirates you lived in Iraq. Where did you go after that?
A. After Iraq?
Q. Uh-huh.
A. My parents left in 1991 I think; they went to the U.S. and I stayed there to study, finished college and in 1995 I left to Morocco and then in 2000 I came to the U.S.
Q. And when you came to the U.S. where were you living?
A. With my parents.
Q. And where was that?
A. Ann Arbor, here.
Q. And was Ahmed living in Ann Arbor?
A. Yes.
Q. What was Ahmed doing in Ann Arbor?
A. He was working at several areas. I mean, one of them was the last one job that he had was -- it's close by Willow Run Airport and he was a mechanic, airplane mechanic.

Page 8

Q. Switching tactics for a moment what was Ahmed like when you were growing up?
A. He's like, you know, he's my brother. I mean, he's like me I would say. I mean, we used to go out. I mean, we used have fun together and, I mean, I don't know. What do you mean by what he's like exactly?
Q. I suppose that's a very open-ended question. What sort of things did he enjoy doing? Did he have any hobbies?
A. Of course, yes. I mean, he used to like planes a lot, I mean, and that's why he worked in this field almost all his life and we all were influenced. I mean, even my brother Bashar and me of him and because the way he was explaining to us how, I mean, about planes and all that stuff. Even we bought a game it's Microsoft simulator we used to play on it. And it's a professional simulator. He talks about planes all the time and we were influenced by that. He took me once to the airport because he had a private pilot license and we went an assessment here in Ann Arbor.
Q. He took you flying?
A. Yeah.
Q. Did you enjoy it?
A. Of course. As I mentioned we were all influenced by it. I mean, because the way he talks about it and

Page 9

all that stuff, I mean, we all like planes.
Q. So before you moved to the United States did you and your family visit for vacation?
A. Here all the time even before I was born.
Q. Did you visit anywhere besides the United States?
A. Yes, Europe. Not me. I mean, I was born yet and maybe I was one year, two years. I mean, my older brothers are luckier than me because like Ahmed and Bashar, for example, my parents went to Paris and Rome. My parents were all Europe. Every year they used to travel and vacation in summertime but sometimes I wasn't born, other times I were like one or two years old. They're the luckier ones because they were like 10, 11, 15. Yeah. All the time my parents travel every year.
Q. So Ahmed went on tehse vacations?
A. Of course, yeah,he has a lot of photos with them. I wasn't born; you don't see me there.
Q. Do you recall any particular holidays or events that you experienced with Ahmed when you were growing up?
A. Yeah. I mean, in child-hold the most I remember was in Niagra Falls we went to Canada and also the helicopter we did the tour, you know, and I remember this very well because I was one of the first experiences with him and also before that maybe also I

remember in London he used to take me all the time to judo and karate. He has a black belt, so I used to play with him; I was like five six years old. Yeah.
Q. So he took you to his -- to where he trained for martial arts?
A. Yeah.
Q. And he taught you things?
A. Yes. Yeah.
Q. Was that fun?
A. Yes. Makes me feel strong.
Q. How much older than you was Ahmed?
A. He's exactly about ten years.
Q. About ten years older. Did you get to meet any of his friends when he took you to things like martial arts?
A. Not that much because that's the thing when we used to live -- that was in England. At that time, you know, ten years difference is a big difference. At that time, I mean. But when I came here in 2000 he was like a friend now because, I mean, the ages when you're 30 and your brother is 20 it's not like you're 15 and he's 5. It's a big difference, so we used to go clubs to meet his friends, his girlfriends. I mean, here, yes, but at that time, no, not that much. He just used to take me to judo and karate and once he took me to a



stadium for soccer game, something like that. Occasionally, but here it became more.
Q. Did you ever go with Ahmed to visit your brother Bashar in Canada?
A. Yes, he used to go to Montreal; he loves Montreal.
Q. Did you go with him to Montreal?
A. Yes.
Q. What did you do there?
A. We slept with my brother at his brother's home. We used to go to clubs all the time and restaurants. Yeah.
Q. Switching gears again for a minute, when did you first learn that Ahmed had been abducted?
A. At the same day my parents knew that was in 2006.
Q. And how did you and your parents find out?
A. Someone called my parents. It was early in the morning and told them that Ahmed was abducted; he was kidnapped.
Q. Someone from the U.S. government or an acquaintance?
A. No, it's in Iraq, from Iraq.
Q. Just a personal acquaintance from Iraq?
A. Yes. We didn't believe it of course. We called him on his cell phone; he wasn't answering and it all



started from there. I mean, after like an hour or two someone from the military came and told us. The military knew then, yeah.
Q. So you found out before the military told you?
A. Yes.
Q. And about what year was that?
A. 2006. It's a friend of his.
Q. It was a friend of Ahmed's who called you?
A. Yes. Yes. I think he's with him in the military.
Q. And what year did you find out that Ahmed had been killed?
A. The same year that they brought him here, which is 2011 'cause all this area it was like five years period, we all think he's still kidnapped; there's no evidence that he's been killed.
Q. So during this five year period in which he was missing, your family believed that he was alive?
A. Yes, because there was no evidence that -- I mean, for example, all those terrorist groups when they kill someone they show it on video like on YouTube all the time like those all beheadings and stuff. We were all watching these type of videos, unfortunately, to see -- even my mom. I mean, she doesn't like to watch these videos but she used to watch it when someone shows



up 'cause hopefully it's not my son. I mean, it's bad but that's reality; that's what my mom was doing, for example.
Q. Did you ever have any I'll call them false alarms, times when someone said they had recovered Ahmed or Ahmed's body but it wasn't really him?
A. Yes.
Q. Was it one time, two times?
A. I would say five, six times.
Q. So during this five year period in which your family was waiting for Ahmed to come back, five times you were --
A. Not exactly five time. It's several times I'm not sure. It happened -- I mean, someone call you from Iraq say, hey, they found him; someone calls you -- it's not the military, though. The military is so -- how should I say that? I mean, very -- I mean, they are so exact or very straight. I mean, they won't tell you something unless they're 100 percent sure. They don't do rumors that's my point. So it's not military. The military was always right. I mean, they don't say anything wrong but people and friends and sometimes family or they call and tell you they found him, we heard it in this news, we heard it in that channel, on the Internet and it all end up to be false. Sometimes

Page 14

they found someone and he's a U.S. soldier but they bring him here and it's not him when they do the DNA test.
Q. So what I'm getting at, though, is each -- what was it like? What affect did it have on your family each time you learned that Ahmed had not really died or when you heard one of these rumors that he had died?
A. Well, it depends on the rumor. If he had died, of course it's a big disaster for my family and me and we start crying and when he's not, my mom also cries for example because she's happy, so she's crying all the rumors anyway.
Q. And this went on for five years?
A. Five years, yeah.
Q. What affect did this have on your parents?
A. Big affect on their health. I mean, for example my mom has -- we don't have any diabetes, for example, in the history of the family; my mom got diabetes once a day -- the day she heard that Ahmed was kidnapped because of the shock and since then, I mean, depression, diabetes all this type of diseases that comes with someone when you get hurt or something.
Q. Have they had any trouble sleeping?
A. Of course till now.
Q. Have either or both of your parents received any

Page 15

treatment for depression or diabetes or trouble sleeping?
A. Yes.
Q. Are they on any medication?
A. Yes, till today.
Q. So they're still on medication. Antidepressants?
A. Antidepressants and the sleep pills, sleeping pills, and diabetes and all that stuff.
Q. Just from your let's say personal impression are they very different than before Ahmed was abducted?
A. Yes.
Q. Can you try to describe for me how they're different?
A. They were more fun before. They used to go out. They used to -- even here, I mean, the U.S. before Ahmed died or before he was kidnapped even we used to go out for vacation; they used to go to Niagra; they used to go to -- I mean, they used to be active I would say. Since this incident happened, they don't -- my dad is always sitting on the kitchen table watching computer; he never goes out. He never even walks. And being honest with you I didn't understand that till I had a child, 'cause now I have a 18 month child and now I know how a child is important to you. I didn't feel that. Now I feel it. Like sometimes I would say imagine like my child is

Page 16

killed, how am I going to feel about that? It's very hard.
Q. Where is Ahmed buried?
A. In Arbor Crest Cemetery here in Ann Arbor.
Q. And your parents live far from there?
A. No, that's the reason we buried him here because they want to be close to him and still today and every occasion my mom goes there she prays for him. And my dad.
Q. When she goes there you mean they visit his grave?
A. Yes.
Q. And they do this often?
A. Yes. Mom do it all the time. I do it maybe once a year, twice a year. Like Memorial Day and what. My mom I would say every couple weeks she goes.
Q. I know the relationship between parent and child and brother and brother is different but could you talk a little bit about how Ahmed's death affected you personally?
A. It affected me -- he used to be my -- I mean, when I came here to the U.S. in 2000 he used to be my closest friend because at that period of time Bashar was in Canada, so he's the only brother I have here and we used to go out all the time and he showed me everything

Page 17

here. I mean, when you're new in a country, you don't know anything about it, you just hear in movies like life is different when you practically live in the country. So he talk taught me a lot of stuff. He was like my closest friend.
Q. So he helped you -- he had been living in the U.S. before you?
A. Of course since 1984 I would say.
Q. And he helped you get adjusted after you --
A. Of course. That's a nice word.
Q. Did he help people a lot? Was he -- I'm just trying to understand what he was like as a person. Was he quiet? Did he talk a lot?
A. He used to -- I mean, he did help people. I mean, he likes to help people. He likes to be supportive, especially when someone needs something or helping and he can provide it, he always do that. Even with me, I mean.
Q. Did he talk to you before he joined the military?
A. Yes.
Q. Did he say why he was joining the military?
A. Yes. And the reason he was excited about it because and he could have went to Iraq; I went to Iraq in 2008 for a job, for a project manager job, and it was I would say five times the salary that he was earning,

Page 18

so he like to go Iraq not because of money or something but he was excited; he wants to help Iraq as his country and also on the other hand help the united -- the U.S. because he's a U.S. citizen like double benefits for him. And he was really excited about that.

When he went there he became even more excited because he saw how the military was treating him; they were really treating him with respect and they liked him because he was helpful again and he always help someone if he needs help and he worked at the embassy for some period of time and he met also the ambassador over there I think. I think his name was Khalilzad and he has photos with him. He was translating for him.

Q. So you said he was translating was that his primary job?

A. I think so, yes. I'm not exactly, I mean, he's a U.S. soldier but I think they did put him in because he knows Arabic very well, he knows the Iraqi Arabic not just Arabic, so they used to depend on him because they trust me; he's in the military, so not like bringing in a contractor. So he was translating for generals for, I mean, high end officers I would say, yeah.

Q. So you said he was excited about going?

A. Yes.

Q. Does that mean that he was optimistic about the

Page 19

situation in Iraq?

A. Yes. Because we all were optimistic. We were thinking like things will become better because now the old regime is gone and all that stuff and now when you look back it's all different.

Q. Do you remember about what time or what year he enlisted?

A. Same year 2006 he went to Iraq.

Q. So around 2006 he was pretty optimistic about the...

A. We were all not just him optimistic because we had a bad regime at the time. If we talk now, it's even ten times worse or 100 times worse but at the time it was bad. That doesn't mean now we shouldn't remove that regime because he's bad; now we go to politics but I'm just trying to explain to you.

Q. Yeah.

A. It was a bad regime now it's 100 times worse but that doesn't mean the old regime has to stay. What I think we should do is remove the bad regime and bring a good regime and that what happened in 2003, they removed the bad regime and we were expecting a good regime; we were expecting a good government, so we were all optimistic because we thought like now things going to change, things go going to be good because this guy is

Page 20

gone, Saddam Hussein. We never knew how it's going to end up now. Now people all say we hope, we pray that the old regime was still here because of how bad it is now.

Q. So he was excited about helping to -- the U.S. government -- he was a translator -- communicate with the better regime is what you're saying?

A. Yes.

Q. Do you know whether he planned to stay in the military?

A. He already renewed his contract at the time because he finished like one year and he renewed it for another. I don't want to say something maybe ends up wrong but I know like a year or another two or something.

Q. Do you know whether he planned to make a career of it, whether he wanted to do that for his profession long-term?

A. Yes. Yes. Because when he went there again he was very pleased with his job with his position and he didn't want to go anywhere else. I mean, he liked it.

Q. Moving back a little bit to Ahmed's death. Could you share your thoughts about the way Ahmed died, the fact that he was abducted. I mean, many people died in Iraq, people who you were in the U.S. military, but it's

Page 21

relatively unusual for someone to be taken hostage and executed. Do you have any particular feelings about that?

A. Yeah. I mean, we have all this type of nightmares if you talking about -- I mean, we always think like how he died and, I mean, we used to imagine a lot of -- especially I saw all these type of videos of beheading and all that stuff so of course it's very hard. I mean, every day -- I don't know if it's every day -- but I used to dream a lot having nightmares about how they killed him or they torturing him. And whether they killed him or not we didn't know. For five years we didn't know.

Q. You mentioned you had a child I'm sorry is it boy or girl?

A. A boy.

Q. Has he -- he never met his uncle then?

A. No, he's 18 months. I don't have children that's my first one.

Q. Are you going to tell him about his uncle when he's older?

A. Of course.

Q. What are you going to tell him?

A. You used to have a very nice uncle, very kind, he was helpful and he helped me a lot and that's why I

became -- one of the reasons I became successful today because he got me adjusted. Of course, I'm going to telling him about planes and all that stuff and how he liked them.

Q. I think we'd like to take a brief break off the record.

VIDEOGRAPHER: Going off the record at 8:51 a.m.

(Off the record at 8:51 a.m.)

(Back on the record at 8:55 a.m.)

VIDEOGRAPHER: We're back on the record at 8:55 a.m.

BY MR. PERLES:

Q. What was Ahmed's highest educational degree?

A. He took certificates like diplomas in mechanical engineering, so he took a couple of them. I'm not sure how much but he used to study all the time and that's how he became a mechanic.

Q. And did he use those diplomas professionally?

A. Yes.

Q. How?

A. Working with the airlines.

Q. So he worked on airplanes; he was a mechanic for airplanes?

A. Yes. Yeah.



Q. And that was near here?

A. Yes. It's not only here, also in Florida he worked for a period of time. That was before I came but when I came to the U.S. at that time he's in the U.S. -- I mean, he's in Michigan, so Annapolis and Detroit Metro Airport, he worked a couple places.

Q. So he was -- I don't know what the right term is -- but an aviation mechanic, an airplane mechanic?

A. Airplane mechanic, yes.

Q. Did he enjoy that work?

A. Yes. One day he got -- he fell from, you know, how high the engine is, he fell from the stairs to the floor.

Q. Oh, wow.

A. Yeah, because it was ice and he slipped.

Q. Was he okay?

A. They took him to the hospital and we went there for a couple -- I mean, for a day or two and then he was lucky. I mean, he didn't break his back or something.

Q. And you mentioned before he also had a pilot's license?

A. Yes. Because he -- but he couldn't finish because it cost a lot of money, so he end up being a mechanic but his dream job was to be a pilot but he couldn't make it.



Q. Could you tell us about Ahmed's funeral and what that was like?

A. His funeral was really big. I mean, that's maybe the best way to explain it, because he used to have a lot of friends here and family members and besides that, I mean, he was the last U.S. soldier that was missing in Iraq, so it became something like a big news event. Even here in the local news they said about it, so on the day of the funeral everyone knew that there was a funeral from the TV. I mean, a lot of people showed up in the mosque where we did the burial service. I mean, even U.S. veterans, people carrying flags outside. He was like a hero. Even the police escort us all the time like someone a diplomat who died or something, my point. I mean, it was a very, very big funeral. We weren't expecting that. We were expecting family and friends but we saw a lot of people showed up.

Q. How did you and your brother and your parents feel about this community response to Ahmed's response?

A. Very grateful and graceful and we felt how important he was. They made us feel how important he was by doing this and how, I mean, this country appreciates him and the people, the community appreciates him. We didn't expect that to be honest. And he's just a U.S. soldier, one of I would say 4000



who died in Iraq. I mean, he's not the only one but they made us feel like he's a real hero by doing this. I mean, honestly. Even the news, I mean, the TV showed the funeral at night. I mean, when I tell you it was big, it was big. Yeah.

Q. And it was here in Ann Arbor?

A. We did it in Dearborn because there was a mosque there, the biggest mosque in Dearborn. He's Muslim so we did the Islamic funeral service and then we took him to Ann Arbor to bury him in Ann Arbor cemetery.

Q. Before we end is there any memory or thought you'd like to share with the court?

A. Well, there's a lot of them but the most I recall and I like was when he took me on the plane, the day of -- we went to for -- he flew me with the first and he said that he used to always -- he never let me -- he always likes to shake the pen like this. So even in the plane, I mean, I was really scared when he did this. I mean, all the time in the plane he's the pilot on the plane, you're doing this with the plane; he said don't worry, don't worry; I have everything in control. He always likes to do this.

And also he used to take me to judo and karate and how to teach me and when you would fall always keep your head like this and he used to put his hand and show

Page 26

me. I mean, there is a lot of memories. I can't recall everything. I mean, it's not a day or two that I lived with him, you know. Especially for the last six years when I came in 2000 he was very close to me because I didn't have friends. Yeah.

Q. Thank you.

MR. PERLES: I think we'll close the record here.

VIDEOGRAPHER: This concludes the deposition. We're going off the record at 9:01 a.m.

(Deposition concluded at 9:01 a.m.)

Page 27

STATE OF MICHIGAN )
)
COUNTY OF WASHTENAW )

CERTIFICATE OF NOTARY PUBLIC AND COURT REPORTER

I, Caitlyn Mancini, do hereby certify that the witness, HATHAL AL-TAIE, whose attached videotaped deposition was taken before me in the above-entitled matter, was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth; that the foregoing answers made by the witness, which were duly recorded by me stenographically and by me later reduced to typewritten form by means of computer-aided transcription; and I certify that this is a true and correct transcript of my stenographic notes so taken.

I further certify that I am neither of counsel to either party nor interested in the event of this cause.

______________________________

Caitlyn Mancini, RPR, CSR-8887
Notary Public,
Washtenaw County, Michigan
My Commission expires: August 15, 2021

**&**

**&** 2:11

**0**

**00456** 1:9

**1**

**1** 1:14 4:8
**10** 9:13
**100** 13:19 19:13,18
**1050** 2:4
**11** 9:13
**1250** 1:23
**1401** 1:17 4:13
**15** 9:14 10:21 27:24
**15-456** 4:13
**18** 15:23 21:18
**1965** 5:18
**1970** 6:7
**1975** 5:10
**1977** 6:8
**1984** 6:9 17:8
**1990** 6:9
**1991** 7:10
**1995** 7:12
**1:15** 1:9
**1st** 5:10

**2**

**2** 1:20 4:2
**20** 10:21
**2000** 7:12 10:19 16:22 26:4
**20004** 2:13
**20005** 1:24
**2003** 19:21
**20036** 2:5
**2006** 11:15 12:7 19:8,9
**2008** 17:24
**2011** 12:14
**2018** 1:20 4:2
**202** 2:6,14
**2021** 27:24
**22nd** 5:18
**27** 1:14

**3**

**30** 10:20
**350** 1:23

**4**

**4000** 24:25

**5**

**5** 3:7 10:22
**500** 2:4

**6**

**654-6913** 2:14

**8**

**8887** 1:21 27:21
**8:00** 1:19 4:3
**8:55** 22:10,12

**9**

**900** 2:12
**955-9055** 2:6
**975** 2:12
**9:01** 26:10,11

**a**

**a.m.** 1:19 4:3 22:8 22:9,10,12 26:10 26:11
**abducted** 11:14,18 15:10 20:24
**acquaintance** 11:21,23
**action** 1:8
**active** 15:18
**adjusted** 17:9 22:2
**affect** 14:5,15,16
**ages** 10:20
**ahmed** 5:11,17,23 6:20 7:19,21 8:1 9:8,15,19 10:11 11:3,14,18 12:11 13:5,11 14:6,19 15:10,15 16:3 20:23
**ahmed's** 12:8 13:6 16:19 20:22 22:14 24:1,19
**aided** 27:13
**airlines** 22:22
**airplane** 7:24 23:8 23:9
**airplanes** 22:23,24
**airport** 7:24 8:19 23:6
**al** 1:6,11,16 3:3 4:4,9,10,11 5:6,11 5:16,16 27:7
**alarms** 13:5
**alive** 12:18
**ambassador** 18:11
**ann** 1:18 4:1,14 7:18,19,21 8:20 16:4 25:6,10,10
**annapolis** 23:5
**answering** 11:25
**answers** 27:11
**antidepressants** 15:6,7
**anyway** 14:12
**appearances** 2:1
**appearing** 2:8,16
**appreciates** 24:23 24:24
**april** 1:20 4:2
**arab** 6:16,20 7:6
**arabic** 18:18,18,19
**arbor** 1:18 4:1,14 7:18,19,21 8:20 16:4,4 25:6,10,10
**area** 12:14
**areas** 7:22
**arts** 10:5,15
**assessment** 8:20
**atlantic** 1:23
**attached** 27:7
**august** 27:24
**avenue** 2:4
**aviation** 23:8

**b**

**b** 3:10
**back** 6:8,17 13:11 19:5 20:22 22:10 22:11 23:19
**bad** 13:1 19:12,14 19:15,18,20,22 20:3
**baghdad** 5:8,20 6:5
**bashar** 6:3,24 8:13 9:9 11:4 16:23
**behalf** 2:8,16
**beheading** 21:8
**beheadings** 12:22
**believe** 11:24
**believed** 12:18
**belt** 10:2
**benefits** 18:4
**best** 24:4
**better** 19:3 20:7
**big** 10:18,22 14:9 14:16 24:3,7,15 25:5,5
**biggest** 25:8
**bit** 16:19 20:22
**black** 10:2
**body** 13:6
**born** 5:7,9,17,19 6:5 9:4,6,12,17

**bought** 8:15
**boy** 21:14,16
**break** 22:5 23:19
**briarwood** 1:17 4:14
**brief** 22:5
**bring** 14:2 19:20
**bringing** 18:20
**brother** 5:12 6:3 8:3,13 10:21 11:3 11:10 16:18,18,24 24:18
**brother's** 11:10
**brothers** 6:25,25 9:8
**brought** 12:13
**burial** 24:11
**buried** 16:3,6
**bury** 25:10

**c**

**caitlyn** 1:21 4:16 27:6,21
**call** 13:4,14,23
**called** 11:17,24 12:8
**calls** 13:15
**canada** 9:22 11:4 16:24
**canadian** 6:4
**career** 20:16
**carrying** 24:12
**case** 4:12
**cause** 12:14 13:1 15:22 27:17
**cell** 11:25
**cemetery** 16:4 25:10
**certificate** 27:5
**certificates** 22:15
**certify** 27:6,14,16
**change** 19:25
**channel** 13:24
**child** 9:21 15:22 15:23,23,25 16:17 21:14
**children** 21:18
**circle** 1:17 4:14
**citizen** 6:4 18:4
**civil** 1:8
**close** 7:23 16:7 26:4,7
**closest** 16:23 17:5
**clubs** 10:22 11:11
**college** 7:11
**columbia** 1:2 4:12
**come** 13:11
**comes** 14:21
**commencing** 1:19
**commission** 27:24
**communicate** 20:6
**community** 24:19 24:23
**computer** 15:20 27:13
**concluded** 26:11
**concludes** 26:9
**connecticut** 2:4
**contents** 3:1
**contract** 20:11
**contractor** 18:21
**control** 25:21
**correct** 27:15
**cost** 23:23
**counsel** 4:9,17,18 4:20 27:16
**country** 17:1,4 18:2 24:22
**county** 27:3,23
**couple** 16:16 22:16 23:6,18
**course** 8:10,24 9:16 11:24 14:9 14:24 17:8,10 21:8,22 22:2
**court** 1:1 4:12,15 4:22 25:12 27:5
**crest** 16:4
**cries** 14:10
**crying** 14:10,11
**csr** 1:21 27:21
**cv** 1:9

**d**

**d.c.** 1:24 2:5,13
**dad** 15:19 16:9
**day** 11:15 14:19 14:19 16:15 21:9 21:10 23:11,18 24:9 25:14 26:2
**dearborn** 25:7,8
**death** 5:23 16:19 20:22
**defendants** 1:12
**degree** 22:14
**depend** 18:19
**depends** 14:8
**deposition** 1:16 4:9,13 26:10,11 27:8
**depression** 14:20 15:1
**describe** 15:12
**detroit** 23:5
**diabetes** 14:17,18 14:21 15:1,8
**died** 14:6,7,8 15:16 20:23,24 21:6 24:14 25:1
**difference** 10:18 10:18,22
**different** 15:10,13 16:18 17:3 19:5
**diplomas** 22:15,19
**diplomat** 24:14
**disaster** 14:9
**diseases** 14:21
**district** 1:1,2 4:12 4:12
**dna** 14:2
**doing** 7:21 8:8 13:2 24:22 25:2 25:20
**double** 18:4
**dream** 21:10 23:24
**duly** 4:5 27:9,12

**e**

**e** 3:5,10
**early** 11:17
**earning** 17:25
**educational** 22:14
**either** 14:25 27:17
**embassy** 18:10
**emirates** 6:16,20 7:6
**ended** 8:7
**ends** 20:13
**engine** 23:12
**engineering** 22:16
**england** 6:13 10:17
**enjoy** 8:8,23 23:10
**enlisted** 19:7
**entitled** 27:8
**escort** 24:13
**especially** 17:16 21:7 26:3
**estate** 1:5,6
**et** 1:6,11 4:10,11
**europe** 9:6,10
**event** 24:7 27:17
**events** 9:18

**evidence** 12:16,19
**exact** 13:18
**exactly** 8:6 10:12 13:13 18:16
**examination** 3:7 5:4
**examined** 4:5
**example** 9:9 12:20 13:3 14:11,16,17
**excited** 17:22 18:2 18:5,6,23 20:5
**executed** 21:2
**exhibit** 3:11
**exhibits** 3:12
**expect** 24:24
**expecting** 19:22 19:23 24:16,16
**experienced** 9:19
**experiences** 9:25
**expires** 27:24
**explain** 19:16 24:4
**explaining** 8:14
**eye** 1:23

**f**

**f** 2:12
**fact** 20:24
**fall** 25:24
**falls** 9:22
**false** 13:4,25
**family** 9:3 12:18 13:11,23 14:5,9,18 24:5,16
**far** 16:5
**feel** 10:10 15:24,24 16:1 24:19,21 25:2
**feelings** 21:2
**fell** 23:11,12
**felt** 24:20
**field** 8:11
**filed** 4:11
**find** 11:16 12:11
**finish** 23:22
**finished** 7:11 20:12
**firm** 2:3
**first** 4:5 6:10,10 6:11,18 9:24 11:14 21:19 25:15 27:9
**five** 10:3 12:14,17 13:9,10,11,13 14:13,14 17:25 21:12
**flags** 24:12
**flew** 25:15
**floor** 23:13
**florida** 23:2
**flying** 8:21
**follows** 4:6
**foregoing** 27:11
**form** 27:13
**found** 12:4 13:15 13:23 14:1
**four** 6:16
**friend** 10:20 12:7 12:8 16:23 17:5
**friends** 10:14,23 13:22 24:5,16 26:5
**fritz** 1:3,5,6 4:10
**fun** 8:5 10:9 15:14
**funeral** 24:1,3,9 24:10,15 25:4,9
**further** 27:16

**g**

**game** 8:15 11:1
**gears** 11:13
**generals** 18:21
**getting** 14:4
**girl** 21:15
**girlfriends** 10:23
**go** 6:11 7:6 8:4 10:22 11:3,5,7,11 15:14,16,17,17 16:25 18:1 19:15 19:25 20:21
**goes** 15:21 16:8,10 16:16
**going** 16:1 18:23 19:24,25 20:1 21:20,23 22:2,7 26:10
**good** 19:21,22,23 19:25
**government** 11:20 19:23 20:6
**graceful** 24:20
**grateful** 24:20
**grave** 16:11
**green** 2:10 4:20,20
**groups** 12:20
**growing** 8:2 9:19
**gsgreen** 2:15
**guy** 19:25
**gwen** 2:10 4:20

**h**

**h** 3:10
**half** 6:25
**hamed** 6:25
**hand** 4:25 18:3 25:25
**happened** 13:14 15:19 19:21
**happy** 14:11
**hard** 16:2 21:9
**hart** 2:11
**hathal** 1:16 3:3 4:4 4:9 5:6 27:7
**head** 25:25
**health** 14:16
**hear** 17:2
**heard** 13:24,24 14:7,19
**held** 4:13
**helicopter** 9:23
**help** 17:11,14,15 18:2,3,9,10
**helped** 17:6,9 21:25
**helpful** 18:9 21:25
**helping** 17:17 20:5
**hero** 24:13 25:2
**hey** 13:15
**high** 18:22 23:12
**highest** 22:14
**history** 14:18
**hobbies** 8:9
**hold** 9:21
**holidays** 9:18
**holland** 2:11
**hollandhart.com** 2:15
**home** 11:10
**honest** 15:21 24:24
**honestly** 25:3
**hope** 20:2
**hopefully** 13:1
**hospital** 23:17
**hostage** 21:1
**hour** 12:1
**huh** 7:9
**hurt** 14:22
**hussein** 20:1

**i**

**ice** 23:15
**imagine** 15:25 21:6
**important** 15:24 24:21,21

**impression** 15:9
**incident** 15:19
**individually** 1:3
**influenced** 8:12,18 8:24
**interested** 27:17
**internet** 13:25
**introduce** 4:17
**iran** 1:11 4:11
**iraq** 5:8,20 6:5,7 6:11,17,18 7:6,8 11:22,22,23 13:15 17:23,23 18:1,2 19:1,8 20:25 24:7 25:1
**iraqi** 18:18
**islamic** 1:11 4:10 25:9

**j**

**jacob** 1:5
**job** 7:23 17:24,24 18:15 20:20 23:24
**johsua** 2:2
**joined** 17:19
**joining** 17:21
**joshua** 4:18
**jperles** 2:7
**judo** 10:2,25 25:23
**july** 5:18

**k**

**k** 2:2
**karate** 10:2,25 25:23
**keep** 25:24
**khalilzad** 18:12
**kidnapped** 11:19 12:15 14:19 15:16
**kill** 12:21
**killed** 12:12,16 16:1 21:11,12
**kind** 21:24
**kingdom** 6:19
**kitchen** 15:20
**knew** 11:15 12:3 20:1 24:9
**know** 8:3,6 9:23 10:18 15:23 16:17 17:2 20:9,14,16 21:9,12,13 23:7,11 26:3
**knows** 18:18,18
**kousay** 5:6,16 7:2

**l**

**laith** 7:1
**law** 2:3
**learn** 11:14
**learned** 14:6
**left** 6:7 7:10,12
**legal** 1:23
**license** 8:19 23:21
**life** 8:12 17:3
**liked** 18:8 20:21 22:4
**likes** 17:15,15 25:17,22
**little** 16:19 20:22
**live** 6:6,20 7:2 10:17 16:5 17:3
**lived** 6:23 7:5,6 26:2
**living** 7:15,19 17:6
**local** 24:8
**london** 6:13 10:1
**long** 6:6,14 20:18
**look** 19:5
**lot** 8:11 9:16 17:4 17:11,13 21:7,10 21:25 23:23 24:5 24:10,17 25:13 26:1
**loves** 11:5
**luckier** 9:8,13
**lucky** 23:19
**lyle** 1:6

**m**

**m** 3:5
**manager** 17:24
**mancini** 1:21 4:16 27:6,21
**marc** 2:19
**mark** 4:14
**martial** 10:5,14
**matter** 5:1 27:9
**mean** 7:22 8:3,4,5 8:5,6,10,11,12,14 8:25 9:1,6,7,21 10:19,20,23 12:1 12:20,24 13:1,14 13:17,17,18,21 14:16,20 15:15,18 16:10,21 17:1,14 17:15,18 18:16,22 18:25 19:14,19 20:21,24 21:4,5,6 21:9 23:5,18,19 24:3,6,10,11,15,22 25:1,3,3,4,18,19 26:1,2
**means** 27:13
**mechanic** 7:24,25 22:18,23 23:8,8,9 23:24
**mechanical** 22:15
**media** 4:8
**medication** 15:4,6
**meet** 10:13,23
**members** 24:5
**memorial** 16:15
**memories** 26:1
**memory** 25:11
**mentioned** 8:24 21:14 23:20
**met** 18:11 21:17
**metro** 23:5
**michigan** 1:18 4:1 4:14 23:5 27:1,23
**microsoft** 8:15
**mid** 1:23
**military** 12:2,3,4 12:10 13:16,16,20 13:21 17:19,21 18:7,20 20:10,25
**minute** 11:13
**missing** 12:18 24:6
**mom** 12:24 13:2 14:10,17,18 16:8 16:14,16
**moment** 8:1
**monday** 1:20
**money** 18:1 23:23
**month** 15:23
**months** 21:18
**montreal** 11:5,6,7
**morning** 11:18
**morocco** 7:12
**mosque** 24:11 25:7,8
**moved** 9:2
**movies** 17:2
**moving** 20:22
**muslim** 25:8
**myers** 2:19 4:15

**n**

**n** 3:5,5
**name** 4:14 5:5 18:12
**names** 5:15
**national** 5:21,24
**nationals** 6:1
**nawal** 5:16 7:2

**near** 23:1
**needs** 17:16 18:10
**neither** 27:16
**never** 15:20,21 20:1 21:17 25:16
**new** 17:1
**news** 13:24 24:7,8 25:3
**niagra** 9:22 15:17
**nice** 17:10 21:24
**night** 25:4
**nightmares** 21:5 21:10
**noala** 1:3
**notary** 27:5,22
**notes** 27:15
**november** 5:10
**number** 4:8,12
**nw** 1:23 2:4,12

**o**

**o** 3:5
**oath** 4:6
**occasion** 16:8
**occasionally** 11:2
**offered** 3:12
**officers** 18:22
**oh** 23:14
**okay** 23:16
**old** 9:12 10:3 19:4 19:19 20:3
**older** 9:7 10:11,13 21:21
**oldest** 5:12 6:25
**once** 8:18 10:25 14:18 16:14
**ones** 9:13
**open** 8:7
**optimistic** 18:25 19:2,9,11,24
**outside** 24:12

**p**

**page** 1:14 3:2,6,11
**parent** 16:17
**parents** 5:13 6:1 7:2,10,16 9:9,10 9:14 11:15,16,17 14:15,25 16:5 24:18
**paris** 9:9
**particular** 9:18 21:2
**party** 27:17
**pc** 2:3
**pen** 25:17
**people** 13:22 17:11,14,15 20:2 20:24,25 24:10,12 24:17,23
**percent** 13:19
**period** 6:24 12:15 12:17 13:10 16:23 18:11 23:3
**perles** 2:2,3 3:7 4:18,18 5:4 22:13 26:7
**perleslaw.com** 2:7
**person** 17:12
**personal** 1:4 11:23 15:9
**personally** 16:20
**phone** 11:25
**photos** 9:16 18:13
**pills** 15:7,8
**pilot** 8:19 23:24 25:19
**pilot's** 23:20
**places** 23:6
**plaintiffs** 1:7 2:8 2:16 4:10,19,21
**plane** 25:14,18,19 25:20,20
**planes** 8:10,14,17 9:1 22:3
**planned** 20:9,16
**play** 8:16 10:2
**please** 4:17,23,24 5:5
**pleased** 20:20
**point** 13:20 24:14
**police** 24:13
**politics** 19:15
**position** 20:20
**practically** 17:3
**pray** 20:2
**prays** 16:8
**present** 2:18
**pretty** 19:9
**primary** 18:15
**private** 8:19
**profession** 20:17
**professional** 8:17
**professionally** 22:19
**project** 17:24
**provide** 17:17
**public** 27:5,22
**put** 18:17 25:25

**q**

**question** 8:7
**quiet** 17:13

**r**

**raise** 4:24
**rdm** 1:9 4:13
**real** 25:2
**reality** 13:2
**really** 13:6 14:6 18:5,8 24:3 25:18
**reason** 16:6 17:22
**reasons** 22:1
**recall** 9:18 25:13 26:1
**received** 14:25
**record** 4:7,17 5:5 22:6,7,9,10,11 26:7,10
**recorded** 27:12
**recording** 4:8
**recovered** 13:5
**reduced** 27:13
**regime** 19:4,12,15 19:18,19,20,21,22 19:22 20:3,7
**region** 1:23
**relationship** 5:11 16:17
**relatively** 21:1
**remember** 9:21,23 10:1 19:6
**remove** 19:14,20
**removed** 19:21
**renewed** 20:11,12
**reporter** 4:16,23 4:24 27:5
**representative** 1:4
**republic** 1:11 4:11
**respect** 18:8
**response** 24:19,19
**restaurants** 11:11
**right** 4:25 13:21 23:7
**rome** 9:9
**rpr** 1:21 27:21
**rumor** 14:8
**rumors** 13:20 14:7 14:12
**run** 7:24

**s**

**s** 2:10 3:5,10
**saddam** 20:1
**salary** 17:25
**saw** 18:7 21:7 24:17

**saying** 20:7
**scared** 25:18
**see** 9:17 12:24
**service** 24:11 25:9
**shake** 25:17
**share** 20:23 25:12
**shock** 14:20
**show** 12:21 25:25
**showed** 16:25 24:10,17 25:3
**shows** 12:25
**simulator** 8:16,17
**sitting** 15:20
**situation** 19:1
**six** 10:3 13:9 26:3
**sleep** 15:7
**sleeping** 14:23 15:2,7
**slept** 11:10
**slipped** 23:15
**soccer** 11:1
**soldier** 14:1 18:17 24:6,25
**solutions** 1:23
**son** 13:1
**sorry** 21:14
**sort** 8:8
**stadium** 11:1
**stairs** 23:12
**start** 14:10
**started** 12:1
**state** 5:1,5 27:1
**states** 1:1 4:11 9:2 9:5
**stay** 19:19 20:9
**stayed** 7:11
**stenographic** 27:15
**stenographically** 27:12
**straight** 13:18
**street** 1:23 2:12
**strong** 10:10
**study** 7:11 22:17
**stuff** 8:15 9:1 12:22 15:8 17:4 19:4 21:8 22:3
**successful** 22:1
**suite** 1:23 2:4,12
**summertime** 9:11
**supportive** 17:16
**suppose** 8:7
**sure** 13:14,19 22:16
**swear** 4:23,25
**switching** 8:1 11:13
**sworn** 4:5 27:9

**t**

**t** 3:5,10
**table** 3:1 15:20
**tactics** 8:1
**taie** 1:16 3:3 4:4,9 5:6,11,16,16 27:7
**take** 10:1,25 22:5 25:23
**taken** 1:17 4:9 21:1 27:8,15
**talk** 16:18 17:4,13 17:19 19:12
**talking** 21:5
**talks** 8:17,25
**taught** 10:7 17:4
**teach** 25:24
**tehse** 9:15
**tell** 13:18,23 21:20 21:23 24:1 25:4
**telling** 22:3
**ten** 10:12,13,18 19:13
**term** 20:18 23:7
**terrorist** 12:20
**test** 14:3
**testified** 4:5
**testify** 27:9
**testimony** 4:25
**thank** 6:5 26:6
**thing** 10:16
**things** 8:8 10:7,14 19:3,24,25
**think** 7:10 12:9,15 18:12,12,16,17 19:20 21:6 22:5 26:7
**thinking** 19:3
**thought** 19:24 25:11
**thoughts** 20:23
**three** 6:15,16
**till** 6:9 14:24 15:5 15:22
**time** 5:23 6:10,10 6:24 8:18 9:4,14 10:1,17,19,24 11:11 12:22 13:8 13:13 14:6 16:14 16:23,25 18:11 19:6,12,13 20:11 22:17 23:3,4 24:13 25:19
**times** 9:12 13:5,8 13:9,11,13 17:25 19:13,13,18
**today** 15:5 16:7 22:1
**told** 11:18 12:2,4
**torturing** 21:11
**tour** 9:23
**trained** 10:4
**transcript** 27:15
**transcription** 27:14
**translating** 18:13 18:14,21
**translator** 20:6
**travel** 9:11,14
**treating** 18:7,8
**treatment** 15:1
**trouble** 14:23 15:1
**true** 27:14
**trust** 18:20
**truth** 5:1,2 27:10 27:10,10
**try** 15:12
**trying** 17:12 19:16
**tv** 24:10 25:3
**twice** 16:15
**two** 6:8,11,18,25 9:7,12 12:1 13:8 20:14 23:18 26:2
**type** 12:23 14:21 21:4,7
**typewritten** 27:13

**u**

**u.s.** 5:21,23 6:1 7:11,13,14 11:20 14:1 15:15 16:22 17:7 18:3,4,17 20:5,25 23:4,4 24:6,12,25
**uh** 7:9
**uncle** 21:17,20,24
**understand** 15:22 17:12
**unfortunately** 12:23
**unit** 4:8
**united** 1:1 4:11 6:15,19,20 7:5 9:2 9:5 18:3

**unusual** 21:1
**use** 22:19

v

**vacation** 9:3,11 15:17
**vacations** 9:15
**veritext** 1:23 4:15 4:16
**versus** 4:10
**veterans** 24:12
**video** 4:8 12:21
**videographer** 2:19 4:7,15,22 22:7,11 26:9
**videos** 12:23,25 21:7
**videotaped** 27:7
**visit** 9:3,5 11:3 16:10
**vs** 1:8

w

**waiting** 13:11
**walks** 15:21
**want** 16:7 20:13 20:21
**wanted** 20:17
**wants** 18:2
**washington** 1:24 2:5,13
**washtenaw** 27:3 27:23
**watch** 12:24,25
**watching** 12:23 15:20
**way** 8:13,25 20:23 24:4
**weeks** 16:16
**went** 6:13,15 7:10 8:20 9:9,15,22 14:13 17:23,23 18:6 19:8 20:19 23:17 25:15
**willow** 7:24
**witness** 3:2,6 4:23 5:3 27:7,11
**word** 17:10
**work** 23:10
**worked** 8:11 18:10 22:23 23:3,6
**working** 7:22 22:22
**worry** 25:21,21
**worse** 19:13,13,18
**wow** 23:14
**wrong** 13:22 20:14

x

**x** 3:5,10

y

**yeah** 8:22 9:14,16 9:21 10:3,6,8 11:12 12:3 14:14 18:22 19:17 21:4 22:25 23:15 25:5 26:5
**year** 9:7,10,14 12:6,11,13,17 13:10 16:15,15 19:6,8 20:12,14
**years** 6:8,11,15,16 6:18 9:7,12 10:3 10:12,13,18 12:14 14:13,14 21:12 26:3
**youtube** 12:21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.