# Appendix D9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOALA FRITZ, et al.,
Plaintiffs,

vs. Case No. 1:15CV456

ISLAMIC REPUBLIC OF
IRAN, et al.,
Defendants.

THE DEPOSITION OF WITNESS, BASHAR AL-TAIE, M.D., produced, sworn and examined on March 30, 2018, between the hours of 8:00 in the forenoon and 5:00 in the afternoon of that day at the offices of PERLES LAW FIRM, 1050 Connecticut Ave., NW, Washington, D.C. 20036, before Suzanne Benoist, a Certified Court Reporter and Notary Public within and for the States of Missouri, Kansas and Illinois, in a certain cause now pending In The United States District Court For The District of Columbia, wherein NOALA FRITZ, et al. are Plaintiffs and ISLAMIC REPUBLIC OF IRAN, et al. are Defendants.

APPEARANCES

FOR THE PLAINTIFFS:
MS. GWEN S. GREEN
HOLLAND & HART, LLP
975 F Street NW, Suite 900
Washington, D.C. 20004
(202) 654-6922 FAX (202) 280-1041
gsgreen@hollandhart.com

MR. JOSH PERLES
PERLES LAW FIRM, PC
1050 Connecticut Ave., NW, Suite 500
Washington, D.C. 20036
(202) 955-9055
jperles@perleslaw.com

Reported by:
Ms. Suzanne Benoist, RPR, CCR-MO, CCR-KS, CSR-IL
Veritext Legal Solutions
Mid-Atlantic Region
1250 Eye Street NW - Suite 350
Washington, D.C. 20005



INDEX

CASE CAPTION 1
APPEARANCES 2
DEPOSITION INDEX 3
TESTIMONY AND PROCEEDINGS 4
COURT REPORTER CERTIFICATE 29

DIRECT EXAMINATION
Mr. Perles4



(Whereupon, the deposition began at 4:02 p.m.)
Q. Could you state your full name for the record?
A. My name is Bashar Kousay Al-Taia.
Q. Bashar, where were you born?
A. I was born in Baghdad, [redacted]
Q. And after you were born in Baghdad -- sorry, that's Baghdad, Iraq, correct?
A. Yes.
Q. And after you were born in Iraq how long did you stay there?
A. We stayed until '78 and we left Baghdad.
Q. Actually, sorry, taking one step backwards.
What is your relationship to Ahmed Al-Taie?
A. He's my brother, full brother.
Q. And to be clear you have the same mother and father?
A. Yes. We do.
Q. And what is your father's name?
A. Kousay Quanbar Rafai Al-Taie.
Q. And your mother's name?



A. Nawal Kamal [sic] Al-Taia.
Q. And the two of you also have another brother, correct?
A. Yes, Hathal. Hathal Kousay Al-Taia.
Q. Thank you. So you moved away from Iraq, remind me again what year that was?
A. Around, I was a kid, '78. '77, '78, and we moved to America, we used to go to school, me and Ahmed, music and ballet school in Baghdad, Iraq.
Q. So when you were living in Baghdad Ahmed lived with you the whole time?
A. Yes. We used to go to the school and take the same bus.
Q. So you went to school at the same time. What year was Ahmed born?
A. He was born [redacted]
Q. So how much older does that make him?
A. Approximately four years.
Q. So you were attending the same school in Baghdad?
A. Yes.
Q. And after Baghdad you went to the United Kingdom, is that correct?
A. Yes. We moved to London.

Page 6

Q. And Ahmed went with you?
A. Yes.
Q. How long were you in London?
A. I think for three, three years. Around three years. You know, I was a kid at the time, I don't remember. But like three years.
Q. And was Ahmed going to school with you then or was he graduated?
A. No, he was a different school. Different school.
Q. But you were living in the same house.
A. Yes, of course.
Q. And did you, did your family move anywhere after London?
A. We moved to United Arab Emirates.
Q. What year was that?
A. '80, probably '81.
Q. And how long were you in the United Arab Emirates?
A. We left and went to Baghdad, back to Baghdad in '84 and Ahmed went to the, he stayed in London after he went to the U.S.
Q. So you lived in the same place as Ahmed until 1984.

Page 7

A. Yes.
Q. And he went to go to the U.S in '84 and you moved back to Baghdad, correct?
A. Yes. I was still young, you know, I was a kid, so my family, they, Ahmed was older than me so they didn't want him to go to Baghdad, they wanted him to study in England or U.S so he went to the U.S.
Q. Why didn't they want him to go to Baghdad?
A. Because at the time there was a war and Saddam was in power and they're going to take him to the Army, and, you know, it was going to be horrible for them so they left him, you know, in England to study and not go back to Iraq.
Q. When did you leave, when did you leave Baghdad?
A. I left Baghdad at '94. '93, '94.
Q. And you moved to the United States?
A. Yes.
Q. How long were you in the United States and where in the United States were you?
A. I was in Michigan with my parents and Ahmed, we all together. We used to live in Dearborn.

Page 8

Q. And about how long did you stay with Ahmed and the rest of your family in Dearborn?
A. For me I stayed almost a year and then I applied for Canada, I moved to Canada.
Q. Why did you move to Canada?
A. I couldn't, when I came to the U.S I came as a refugee and I was told it was going to take a long time to process my papers so the Canadians was much easier, when you go to Canada it's much easier to do your London immigrant so I applied from the border from Michigan and there was an office for Canadian if you want to go to Canada, so I went there, applied, they called me after two weeks, they told me you're ready if you want to come to Canada, you're most welcome, so I moved there.
Q. And so at that point you received a visa to live in Canada?
A. Yes. And the U.S I couldn't get my Social Security, couldn't find a job so I stayed, Ahmed was depending on everybody, you know, we just came new and I didn't have, you know, money to spend. I couldn't find a job actually so I applied to Canada.
Q. So you lived in Canada after that.

Page 9

Did you ever apply for Canadian citizenship?
A. Yes, I did. After four years, four or five years, four years I guess. I started getting my citizen in 2000.
Q. So you are currently a Canadian citizen?
A. Yes, sir.
Q. And what year did you receive your Canadian citizenship?
A. Year 2000.
Q. And where do you currently reside?
A. I'm sorry?
Q. Where did you currently live?
A. Right now in Jordan. Or in Canada I was living in Montreal.
Q. So you're in Montreal, Canada and then you moved to Jordan?
A. Yes.
Q. How long did you live in Canada?
A. Until, from '94 or '95 actually until 2003 I left.
Q. And when you were in Canada did you see Ahmed?
A. Of course. He always used to come visit me in Montreal. I mean Montreal is a nice

Page 10

city, every time he has a vacation or something he used to come and stay with me in the house for a week or so and go back to Michigan.

Q. Thank you.

So you and Ahmed are pretty close in age. Were you close when you were growing up?

A. Yes. You know, we went to school together, we, all the hobbies was together and before we moved to London when we were kids my family used to go on vacation to London, they used to put us in summer school, a writing summer school, me and Ahmed, and we stayed for like two months and, you know, we stay in the school and they come pick us after, you know, after the holiday finish and we go back to Baghdad. But before we moved we used to always travel together.

Q. Did you and Ahmed have the same circle of friends?

A. Oh, yes. Yes. And until now all his friends is my friends and the opposite way is the right thing. We are very close, very, very close.

Q. You said your family traveled a lot. Did they ever take you and Ahmed to go anywhere besides London?

A. Yeah, we used to go to, we went to

Page 11

Spain, we went to Romania, every year we used to go somewhere. We went to Italy, Venice, Paris, too many countries.

Q. And Ahmed went with you.

A. Yes. As a family we always go together.

Q. What was it like traveling with your brother?

A. Basically more than like my brother, he was like a friend to me. I mean, you know, the close age we used to play together, always together when you go on vacation, I don't have any friends there so he's my friend, you know?

Q. Right.

Do you know what Ahmed's citizenship was at the time he died?

A. He was American.

Q. He was a U.S citizen?

A. Yes.

Q. What kind of things besides traveling, when you were living in the same place, what kind of things did you and Ahmed do together?

A. Well, in England, when we were living in England we used to go to the ice skating, we used to love ice skating, me and him and a couple

Page 12

of friends in England there, I mean most of the times we spend our time ice skating, it was in base water in Kensington and we used to go out together to the cinemas and, you know, always together. Always together.

Q. What was Ahmed like when he was younger?

A. Well, when he was young he was very calm guy, everybody loved him. He's very cool guy, he don't talk too much. All the friends and family used to love him because he's very quiet guy and I mean he's a great guy. He's a very good guy.

Q. What were his interests and hobbies?

A. Well, most of the things that he liked is flying airplanes, everything, even when we were in Dubai, in the United Emirates we used to take the boats and do the parachuting, you know, everything high he loved, something high, so whatever high, he liked airplanes, everything goes high he love it.

Q. You said he liked flying. Did he have a pilot's license?

A. Yes, he did, for a Cessna.

Q. Did he ever take you flying?

A. He didn't take me flying but when he

Page 13

used to work in Detroit Metro Airport before September 11th it was much easier, so many times I used to, when he had a night shift I used to go there and we'd get inside the plane, you know, and he'd tell me this is the, how things work in the airplane and this is it.

Q. So before he was in the military he worked at an airport near Detroit?

A. Yes. Metro Airport. As an engineer.

Q. As an engineer, so he worked on airplanes?

A. Yes, he did.

Q. Do you know if he had any educational degree related to engineering or mechanics and airplanes?

A. He was, he used to have a degree of something in mechanical, airplanes. I don't know, I mean on airplanes what he do but a kind of mechanic, yes.

Q. Do you happen to know whether that was a two year degree or a four year degree?

A. I think he took courses or something, I'm not sure. Because I was in Montreal at the time when he took the license but all I know is something belong to mechanic, you know, the

mechanic for airplanes.
Q. Did he seem to enjoy that work?
A. He loved it, yes.
Q. Do you know if he planned to do it again later in life, maybe after the military?
A. I mean that's what his hope, he loved his job. And my dad, he didn't have enough money to let him study to be a pilot engineer, I mean a pilot, because at the time cost too much and his dream was to be a pilot.
Q. Did Ahmed ever tell you about why he joined the U.S military?
A. Well, when the freedom of Europe began we used to talk a lot about it, you know, and he want to help the people there, you know, in Iraq because he speak English fluent and since he left Iraq he was too young but he has, Iraq at the time was good, you know, in the '70s, everybody was happy there so he has the nice picture of Baghdad and he, all time he was thinking that well, I joined the Army so I can help, the both sides, the Americans and the Iraqi people because too many there was, you know, they don't translate right and this is the most reason he went there, to help both sides, you know, to put the picture together with



the people. Because people of Iraq at the time of Saddam they think they are making bad guys and this and that so he wanted to go and give the good picture, you know, and this is why he joined the Army.
Q. So he was a translator.
A. He was in the Army but yes, he worked as a translator with the ambassador I think at (inaudible), the high rank people there.
Q. Do you know if he was good at it?
A. I'm sure he's good at it.
Q. So just to make sure I understand what you're saying, he was optimistic about the situation in Iraq, at the time he thought that things were going to go well and get better?
A. Yes.
Q. And you said he wanted to go to help people communicate and to help Iraqi people realize that the U.S wasn't bad?
A. Exactly.
Q. So he didn't sign up to fight or to kill people, he really wanted to help people communicate?
A. That's what he wanted, yes, to get the good picture, the freedom, the democracy, you



know, Saddam at the time you can't talk about the government, you can't say nothing about the government, you know. Well the opposite way in U.S., you can, you know, you can talk about the government, they do something good, you can do whatever you want to do. I mean nobody going to judge you for talking about president or somebody else.
Q. So he believed in the project of democratizing Iraq?
A. Yes.
Q. Do you know whether he enjoyed his time in the military and whether he wanted to continue doing that?
A. Well, at the time I was in Arab Emirates when he joined the Army so he used to call me, yes, he was very happy. He used to call me like every week twice probably. And he was happy, yes, he was happy. He was happy about the food and that they bring him the food, you know, the Iraqi food with the soldier, they eat all together, kabob and all this, he was very happy, yeah.
Q. So he had missed Iraqi food?
A. Oh, yeah.
Q. Did he think that he was making a



difference when he was there?
A. I'm sure he did, I mean. Everybody do. I'm sure, yes, he did.
Q. Are there any other memories or activities or times from your childhood Ahmed that particularly stick out to you?
A. When we were in music and ballet, at the time I was ballet, he used to play music, the contrabass, the big like, how you call it, contrabass, you know it?
Q. The woodwind instruments you mean?
A. Exactly.
Q. The contrabassoon?
A. Yeah.
Q. Okay.
A. And I used to play drums at the time when we just grow up and then he starts playing keyboard and he was good at the keyboard, very good, and even in Michigan he used to have like with his friend a group and they used to play together with the keyboards, two keyboards and one drummer and I used to go with them and they played and one of his friend's house in the basement because the noise is too loud so they have one little room, they set it up that noises don't go

Page 18

out, you know, nobody hear from the neighbors. Yeah, we used to go there a lot and they do music and all these kinds.
Q. But he was in a band in Michigan?
A. He was in a band, yes. Small band, but yes, enjoyed.
Q. Did you ever listen to them?
A. Oh, yeah. When they trained I used to go with them all the time.
Q. Were they any good?
A. No, they are perfect. They were very good. Arabic, you know, Arabic music. They were good.
Q. Oh, so were the other people in the band also Iraqi?
A. Yes, Iraqi people.
Q. So, and they, the music they performed, was it Iraqi music?
A. Most likely, yes. Sometimes they mix it with, you know, pop or something but yes, it was Iraqi.
Q. So I wanted to transition now to discussing Ahmed's death if that's okay.
A. Okay.
Q. How did you find out that Ahmed had

Page 19

been abducted?
A. I received a call from my mom, I believe, at the time. I was told he was kidnapped. So you know I just, I was very calm because my mom, she was very scared and I say that's okay, don't worry, you know, the Americans, they're going to find him and get him out. Don't be afraid. Nothing going to happen. Probably is going to be a week or two or whatever then he's going to be back, and this is how it started. Then we start searching, I have friends in Baghdad, I didn't talk a long time with them, I called them and said this is what happened to Ahmed, how can you help me? If you know anybody that can help me out, you know, but I mean it was much bigger than we thought.
Q. Do you remember about what year that was when you learned he was missing?
A. '95 I guess. 2005.
Q. 2005. So at the time you were, your family and you, you were optimistic that he would be rescued?
A. That's what I thought at the time. I mean nobody believes this is going to happen, because, you know, it happens all the time when you hear it in the news, people being kidnapped and

Page 20

they're released, you know, or negotiation happen and so many kidnaps been happening on airplanes, you know, at the end they're going to release them. So I couldn't believe that, you know, this is going to happen. I thought it was going to take a month or two, I mean, they go ahead and release him. You know and at the time I was thinking once they release him I think we're going to go to Hollywood and tell Ahmed his story what happened, how they kidnapped him, it was going to be a nice movie, that's, you know, I never thought that this going to happen, never.
Q. And when did you find out he had died?
A. At the same time that my parents find out.
Q. So in 2012?
A. Yes. I got a call from my family and they were crying very hard and saying that the Army declared that Ahmed been dead and I say how come, I mean did you guys see him, they say no, DNA says this is Ahmed. Because so many times they called before that, the military did, they called us and say well we think this is Ahmed then the DNA, no, this is not Ahmed, you know? So when they called

Page 21

my family called me and at the same day I was, I took a flight to Detroit. I was crying all the flight until I arrived. I couldn't believe it, it was very hard. I don't know. So I took, I bought a ticket and I went right away to Detroit and then we went there and I tried to open the grave, the Army, they say you can't open it, it's very hard, it's going to be, you know, so. And this is it. Then they did the ceremony for him, the Army came and I don't know where he was because we were in Metro Airport and a flight came with his grave. I think he was in Washington or somewhere, I don't know. And they came with the Army and a flight came and they did a nice ceremony for him, it was good. I mean it was good, but, you know, this is it my friend.
Q. So before 2012 you're telling me that the Army found different bodies and told you several times that they might be Ahmed?
A. They didn't tell us -- yeah, they say we find a body then, you know, they don't know which body is this. I think they were tracking the Asa'ib Ahl al-Haq, so when they get information about bodies they used to call right away, it's like inside information for the Army, I don't know.

So they went, they check, well DNA is not him because as you know they kill a lot of people in Iraq.
Q. So the group you said, and I'm sure I'm going to pronounce it wrong, but Asa'ib Ahl ah-Haq, is this a group sometimes referred to as AAH?
A. I don't know what they call in English, what they call it in Iraq Asa'ib Ahl al-Haq, I think to Iran, they have a big party there and they used to control everything, until now I guess, they were very dangerous group.
Q. This is a group in Iraq, again I'm just trying to make sure I understand what you're saying, it's a group in Iraq controlled by Iran that has taken you say and killed many people?
A. Yes. That everybody know that. Everybody know.
Q. And you say the military was tracking let's just call them AAH, the military was tracking AAH and they found bodies and so before 2012 they would tell you guys they found a body.
A. Yes, they did. They did find so many bodies, not Americans probably but anybody, it's like they have information at the time, because we



were in contact all the time with the military. Like somebody called and say hey, we found Ahmed's body because at the time they put reward, I think 50,000 U.S dollars whoever find Ahmed alive or dead, just we want his body. So, so many people used to call I think the Army and tell them well, we find a body, we think this is Ahmed and they go and they take the DNA and it's not him. So until they find him.
Q. How did you and your family feel getting these false alarms?
A. Well, it was terrible because every time we hear that they find we are hoping that, you know, until today like I say maybe some day he going to come live, you know, maybe he's in Iran, maybe, you know, but at the end when the DNA said, the Army said, well we checked the DNA and this is Ahmed, I mean so there's no hope anymore.
Q. So from the time Ahmed was taken until 2012 your family had hope that Ahmed was alive and was getting support.
A. Everybody was hoping. Everybody was hoping. Nobody believed that this was going to happen because he's very, very quiet and calm guy and he's very nice, very, very nice guy. Even I



say those kidnappers, why would they kill him? For what? I mean he's a very nice guy, very, I don't know. I mean to kill somebody that didn't do nothing to you is very hard, you know? You can't kill people because, I said maybe they going to find him, he's a nice guy, you know, and they not going to do nothing to him or release him or whatever but basically this never happened.
Q. How did that affect your parents, that waiting and then finally finding out that he had been killed?
A. Well, until now they have big problems, my parents, especially my dad and mom because until now they are taking pills, you know, to make them calm. My dad, he can't sleep, you know, he can't sleep for two to three days he can't sleep. So he went to the doctor and they write him a pill to sleep and it's affected my family too much, too, too much until now, he was every like, during the week they go to the grave there and sit and they buy land near at his grave so they told us if we die we want to be buried next to him and it's too much affect. My dad at the time I used to go, me and his mom, you know, they cry a lot, they go to the grave and sit for hours and until now. They



both, they become sick and, because of this problem, you know.
Q. So are your parents still taking antidepressants and anti-anxiety medication?
A. Yes, they do.
Q. And you think they're still taking sleeping pills?
A. I'm sorry?
Q. And do you know if they're still taking sleeping pills?
A. I think, yes, they do. They can. You know, they always have a bunch of pills they have to take every day.
Q. How has it affected, that is how has Ahmed's death affected your family as a whole, how has it affected the relationships between you, your brother, your parents? Is it the same as before Ahmed's death?
A. No. It's very hard. It's very hard, believe me. And I told you that the guy was very calm, very nice guy, everybody liked him, everybody loved him and this is why, you know, everybody was affected, you know? It was terrible for everybody.
Q. Do you have a family now?
A. Yes, I do.

Page 26

Q. Do you have any children?

A. I have three kids. My older son, he was always with Ahmed when he was a kid. He used to take him to the Detroit Metro and show him the airplanes and all this stuff and he used to love my son. My older son, Kousay, his name Kousay, the same name as my father.

Q. Did you tell your son Kousay about what happened to his uncle?

A. Well, at the time, yes, we did, and everybody was crying and nobody believed that, you know, because he was close, very close with his uncle. Because he never get mad at kids, you know? So when they turn around and make noises, you know, he's calm, he's very calm, Ahmed. You know, sometimes I get mad and angry, you know, I just wanted the kid to sit and Ahmed say he's okay, just leave him, he's not doing anything, you know? So they used to love their uncle too much because they do whatever they want to do, they want to mess the room and all. They don't get, you know, at age, five, four.

Q. Right. So he was pretty good with children?

A. Yeah. He used to love them. He used to love children, you know, and most likely, yeah. He loved children.

Page 27

Q. Just to go back to a subject we talked about earlier. Do you know if Ahmed planned to make a career out of serving in the military?

A. What do you mean career?

Q. Do you know whether he planned to stay in the military long term or to retire after he got back to Iraq? Do you know what his career plans were?

A. Well, I don't think he was going to retire because he was happy in his job. I mean he tied to the military, he went to the military. He couldn't find a job in Michigan, but with the Army, you know, a job. But he wanted to go to the military and, you know, he liked the military.

MR. PERLES: Sue, I think we'd like to take a pause and go off the record for a minute.

(WHEREUPON, A DISCUSSION WAS HELD OFF THE RECORD)

Q. (BY MR. PERLES) Ahmed, excuse me, Bashar, before we end are there any other memories you'd like to share about your brother Ahmed?

A. So are you talking memories, years and days and months and, you know, I just remember what I remember right now but, every day there is memories. I mean we used to play, when we were back in Baghdad, we were kids, we used to play in the garden together, we'd play in the mud together, we'd do everything. We bike together. We used to put some, you know, concrete walls and we'd go fast on the bike to try like to unfold together and fight together with the, anybody that's bothering us, you know, because he was older than me and I used to be the trouble guy all the time when I was a kid so whoever hit me I always go run to Ahmed because he's the older brother and this guy hit me, you know. Sometimes he don't like to fight a lot, you know? He say no, no, don't worry, be friend, come kiss each other, you know? So many memories, so many. We used to drive together with the parents and swim together, play together, do everything together. So this is what I remember. All the time, you know, we were together. Most likely all the time.

Page 28

MR. PERLES: Thank you Sue. I think we'll close the record there.

We do want to review and sign.

(Whereupon, the deposition concluded at 4:45 p.m.)

Page 29

REPORTER CERTIFICATE

I, SUZANNE BENOIST, Certified Shorthand Reporter, do hereby certify that there came before me at the law firm of PERLES LAW FIRM, 1050 Connecticut Ave., NW, Washington, D.C. 20036, the above-referenced parties, that the proceeding was translated and proofread using computer-aided transcription, and the above transcript of proceedings is a true and accurate transcript of my notes as taken at the time of said event.

I further certify that I am neither attorney nor counsel for nor related nor employed by any of the parties to the action in which this examination is taken; further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this action.

Dated this 5th day of April, 2018.

Suzanne Benoist

____________________________

Ms. Suzanne Benoist, RPR, CCR-MO, CCR-KS, CSR-IL

**&**

**&** 2:5

**1**

**1** 3:3
**1050** 1:17 2:14 29:5
**11th** 13:2
**12** 4:6
**1250** 2:22
**1984** 6:25
**1:15cv456** 1:7

**2**

**2** 3:4
**2000** 9:4,10
**20004** 2:7
**20005** 2:23
**2003** 9:21
**20036** 1:18 2:15 29:6
**2005** 19:18,19
**2012** 20:17 21:17 22:21 23:20
**2018** 1:15 29:19
**202** 2:8,8,16
**22** 5:17
**280-1041** 2:8
**29** 3:7

**3**

**3** 3:5
**30** 1:15
**350** 2:22

**4**

**4** 3:6
**4:02** 4:1
**4:45** 28:24

**5**

**50,000** 23:4
**500** 2:14
**5:00** 1:16
**5th** 29:19

**6**

**65** 5:17
**654-6922** 2:8
**69** 4:7

**7**

**70s** 14:18
**77** 5:7
**78** 4:13 5:7,7

**8**

**80** 6:18
**81** 6:18
**84** 6:22 7:2
**8:00** 1:15

**9**

**900** 2:6
**93** 7:18
**94** 7:18,18 9:20
**95** 9:20 19:18
**955-9055** 2:16
**975** 2:6

**a**

**aah** 22:7,20,21
**abducted** 19:1
**accurate** 29:10
**action** 29:14,18
**activities** 17:5
**affect** 24:9,23
**afraid** 19:7
**afternoon** 1:16
**age** 10:6 11:11 26:21
**ah** 22:6
**ahead** 20:6
**ahl** 21:23 22:5,9
**ahmed** 4:17 5:9,12 5:16 6:1,7,22,25 7:5,24 8:2,21 9:23 10:5,12,17,23 11:4 11:22 12:6 14:11 17:5 18:25 19:13 20:9,20,22,24,25 21:19 23:4,7,18,19 23:20 26:3,15,17 27:4,20,22 28:10
**ahmed's** 11:15 18:23 23:2 25:15 25:18
**aided** 29:8
**airplane** 13:6
**airplanes** 12:15,19 13:11,15,17,18 14:1 20:2 26:5
**airport** 13:1,8,9 21:11
**al** 1:4,10,14,23,24 4:4,18,24 5:1,4 21:23 22:10
**alarms** 23:11
**alive** 23:4,21
**ambassador** 15:8
**america** 5:8
**american** 11:17
**americans** 14:22 19:6 22:24
**angry** 26:16
**anti** 25:4
**antidepressants** 25:4
**anxiety** 25:4
**anybody** 19:14 22:24 28:7
**anymore** 23:18
**appearances** 2:1 3:4
**applied** 8:4,11,13 8:23
**apply** 9:1
**approximately** 5:19
**april** 29:19
**arab** 6:16,20 16:15
**arabic** 18:12,12
**army** 7:13 14:21 15:5,7 16:16 20:19 21:7,9,13,18 21:25 23:6,17 27:14
**arrived** 21:3
**asa'ib** 21:23 22:5,9
**atlantic** 2:22
**attending** 5:20
**attorney** 29:13,16
**ave** 1:18 2:14 29:6

**b**

**back** 6:21 7:3,15 10:3,15 19:9 27:3 27:9 28:2
**backwards** 4:16
**bad** 15:2,19
**baghdad** 4:6,8,9 4:14 5:9,11,21,23 6:21,22 7:3,6,10 7:17,18 10:15 14:19 19:11 28:2
**ballet** 5:9 17:7,8
**band** 18:4,5,5,15
**base** 12:2
**basement** 17:23
**bashar** 1:13 4:4,5 27:21
**basically** 11:9 24:8
**began** 4:1 14:14
**believe** 19:3 20:4 21:3 25:20
**believed** 16:9 23:23 26:11
**believes** 19:23

**belong** 13:25
**benoist** 1:19 2:21 29:3,22
**better** 15:15
**big** 17:9 22:10 24:12
**bigger** 19:15
**bike** 28:4,6
**boats** 12:17
**bodies** 21:18,24 22:21,24
**body** 21:21,22 22:22 23:3,5,7
**border** 8:11
**born** 4:5,6,8,11 5:16,17
**bothering** 28:7
**bought** 21:4
**bring** 16:20
**brother** 4:19,19 5:3 11:8,9 25:17 27:22 28:11
**bunch** 25:12
**buried** 24:22
**bus** 5:14
**buy** 24:21

**c**

**call** 16:16,17 17:9 19:2 20:18 21:24 22:8,9,20 23:6
**called** 8:13 19:12 20:22,23,25 21:1 23:2
**calm** 12:9 19:4 23:24 24:15 25:21 26:15,15
**canada** 8:4,4,5,9 8:12,15,18,24,25 9:14,16,19,22
**canadian** 8:12 9:1 9:5,9
**canadians** 8:9
**caption** 3:3
**career** 27:5,6,9
**case** 1:7 3:3
**cause** 1:21
**ccr** 2:21,21 29:22 29:23
**ceremony** 21:9,14
**certain** 1:21
**certificate** 3:7 29:1
**certified** 1:19 29:3
**certify** 29:4,12
**cessna** 12:23
**check** 22:1
**checked** 23:17
**childhood** 17:5
**children** 26:1,24 27:1,2
**cinemas** 12:4
**circle** 10:18
**citizen** 9:4,6 11:18
**citizenship** 9:1,9 11:15
**city** 10:1
**clear** 4:20
**close** 10:5,6,21,21 11:11 26:12,12 28:21
**columbia** 1:2,23
**come** 8:15 9:24 10:2,14 20:20 23:15 28:14
**communicate** 15:18,23
**computer** 29:8
**concluded** 28:24
**concrete** 28:5
**connecticut** 1:17 2:14 29:6
**contact** 23:1
**continue** 16:14
**contrabass** 17:9 17:10
**contrabassoon** 17:13
**control** 22:11
**controlled** 22:15
**cool** 12:9
**correct** 4:9 5:3,24 7:3
**cost** 14:9
**counsel** 29:13,16
**countries** 11:3
**couple** 11:25
**course** 6:13 9:24
**courses** 13:22
**court** 1:1,19,22 3:7
**cry** 24:24
**crying** 20:19 21:2 26:11
**csr** 2:21 29:23
**currently** 9:5,11 9:13

**d**

**d.c.** 1:18 2:7,15,23 29:6
**dad** 14:7 24:13,15 24:23
**dangerous** 22:12
**dated** 29:19
**day** 1:16 21:1 23:14 25:13 27:25 29:19
**days** 24:16 27:24
**dead** 20:20 23:5
**dearborn** 7:25 8:2
**death** 18:23 25:15 25:18
**declared** 20:20
**defendants** 1:11 1:25
**degree** 13:14,16 13:21,21
**democracy** 15:25
**democratizing** 16:10
**depending** 8:21
**deposition** 1:13 3:5 4:1 28:24
**detroit** 13:1,8 21:2 21:5 26:4
**die** 24:22
**died** 11:16 20:14
**difference** 17:1
**different** 6:9,10 21:18
**direct** 3:10
**discussing** 18:23
**discussion** 27:19
**district** 1:1,2,22 1:23
**dna** 20:21,24 22:1 23:8,16,17
**doctor** 24:17
**doing** 16:14 26:18
**dollars** 23:4
**dream** 14:10
**drive** 28:15
**drummer** 17:22
**drums** 17:16
**dubai** 12:16

**e**

**earlier** 27:4
**easier** 8:9,10 13:2
**eat** 16:21
**educational** 13:13
**emirates** 6:16,20 12:16 16:16

**employed** 29:13 29:17
**employee** 29:16
**engineer** 13:9,10 14:8
**engineering** 13:14
**england** 7:7,15 11:23,24 12:1
**english** 14:16 22:9
**enjoy** 14:2
**enjoyed** 16:12 18:6
**especially** 24:13
**et** 1:4,10,23,24
**europe** 14:13
**event** 29:11
**everybody** 8:21 12:9 14:18 17:2 22:17,18 23:22,22 25:21,21,22,23 26:11
**exactly** 15:20 17:12
**examination** 3:10 29:15
**examined** 1:14
**excuse** 27:20
**eye** 2:22

**f**

**f** 2:6
**false** 23:11
**family** 6:14 7:5 8:2 10:10,22 11:5 12:10 19:20 20:18 21:1 23:10,20 24:18 25:15,24
**fast** 28:5
**father** 4:21 26:7
**father's** 4:23
**fax** 2:8
**february** 4:6
**feel** 23:10
**fight** 15:21 28:7,12
**finally** 24:10
**financially** 29:17
**find** 8:20,23 18:25 19:7 20:13,15 21:21 22:23 23:4 23:7,9,13 24:6 27:14
**finding** 24:10
**finish** 10:15
**firm** 1:17 2:13 29:5,5
**five** 9:3 26:22
**flight** 21:2,3,11,13
**fluent** 14:16
**flying** 12:15,21,24 12:25
**food** 16:19,20,21 16:23
**forenoon** 1:16
**found** 21:18 22:21 22:22 23:2
**four** 5:19 9:2,2,3 13:21 26:22
**freedom** 14:13 15:25
**friend** 11:10,13 17:20 21:16 28:13
**friend's** 17:23
**friends** 10:18,20 10:20 11:12 12:1 12:10 19:11
**fritz** 1:4,23
**full** 4:2,19
**further** 29:12,15

**g**

**garden** 28:3
**getting** 9:4 23:11 23:21
**give** 15:3
**go** 5:8,13 7:2,6,9 7:15 8:9,12 10:3 10:10,15,23,25 11:1,5,12,24 12:3 13:3 15:3,15,17 17:22,25 18:2,9 20:6,8 23:7 24:20 24:23,24 27:3,15 27:18 28:5,10
**goes** 12:19
**going** 6:7 7:12,13 8:7 15:15 16:6 19:6,8,8,9,23 20:3 20:4,5,8,10,11 21:8 22:5 23:15 23:23 24:5,7 27:11
**good** 12:12 14:18 15:3,10,11,25 16:5 17:18,19 18:10,12 18:13 21:15,15 26:23
**government** 16:2 16:3,5
**graduated** 6:8
**grave** 21:6,11 24:20,21,25
**great** 12:12
**green** 2:4
**group** 17:20 22:4 22:6,12,13,15
**grow** 17:17
**growing** 10:6
**gsgreen** 2:9
**guess** 9:3 19:18 22:12
**guy** 12:9,9,11,12 12:12 23:24,25 24:2,6 25:20,21 28:9,11
**guys** 15:2 20:21 22:22
**gwen** 2:4

**h**

**happen** 13:20 19:8 19:23 20:1,5,12 23:24
**happened** 19:13 20:9 24:8 26:9
**happening** 20:2
**happens** 19:24
**happy** 14:19 16:17 16:18,19,19,22 27:12
**haq** 21:23 22:6,10
**hard** 20:19 21:4,7 24:4 25:19,19
**hart** 2:5
**hathal** 5:4,4
**hear** 18:1 19:25 23:13
**held** 27:19
**help** 14:15,21,24 15:17,18,22 19:13 19:14
**hereto** 29:17
**hey** 23:2
**high** 12:18,18,19 12:20 15:9
**hit** 28:10,11
**hobbies** 10:8 12:13
**holiday** 10:15
**holland** 2:5
**hollandhart.com** 2:9
**hollywood** 20:8
**hope** 14:6 23:18 23:20
**hoping** 23:13,22 23:23

**horrible** 7:14
**hours** 1:15 24:25
**house** 6:12 10:2 17:23

**i**

**ice** 11:24,25 12:2
**il** 2:21 29:23
**illinois** 1:21
**immigrant** 8:10
**inaudible** 15:9
**index** 3:1,5
**information** 21:23 21:25 22:25
**inside** 13:4 21:25
**instruments** 17:11
**interested** 29:18
**interests** 12:13
**iran** 1:10,24 22:10 22:15 23:15
**iraq** 4:9,11 5:6,10 7:15 14:15,17,17 15:1,14 16:10 22:3,9,13,15 27:9
**iraqi** 14:22 15:18 16:20,23 18:15,16 18:18,21
**islamic** 1:9,24
**italy** 11:2

**j**

**job** 8:20,23 14:7 27:12,14,15
**joined** 14:12,21 15:4 16:16
**jordan** 9:14,17
**josh** 2:12
**jperles** 2:17
**judge** 16:7
**july** 5:17

**k**

**kabob** 16:21
**kamal** 5:1
**kansas** 1:21
**kensington** 12:3
**keyboard** 17:18 17:18
**keyboards** 17:21 17:21
**kid** 5:7 6:5 7:5 26:3,17 28:10
**kidnapped** 19:3 19:25 20:10
**kidnappers** 24:1
**kidnaps** 20:2
**kids** 10:9 26:2,13 28:2
**kill** 15:22 22:2 24:1,3,5
**killed** 22:16 24:11
**kind** 11:20,22 13:18
**kinds** 18:3
**kingdom** 5:24
**kiss** 28:14
**know** 6:5 7:4,13 7:14 8:21,22 10:7 10:13,14 11:10,13 11:15 12:4,17 13:4,13,17,20,24 13:25 14:4,14,15 14:18,23,25 15:4 15:10 16:1,3,4,12 16:20 17:10 18:1 18:12,20 19:4,6,14 19:14,24 20:1,3,4 20:7,11,25 21:4,8 21:10,13,15,21,21 21:25 22:2,8,17,18 23:14,15,16 24:3,4 24:6,14,16,24 25:2 25:9,12,22,23 26:12,13,14,15,16 26:18,21 27:1,4,7 27:9,15,16,24 28:5 28:8,12,13,14,18
**kousay** 4:4,24 5:4 26:6,6,8
**ks** 2:21 29:23

**l**

**land** 24:21
**law** 1:17 2:13 29:5 29:5
**learned** 19:17
**leave** 7:16,17 26:18
**left** 4:13 6:21 7:14 7:18 9:21 14:16
**legal** 2:22
**license** 12:22 13:24
**life** 14:5
**liked** 12:15,19,21 25:21 27:16
**listen** 18:7
**little** 17:25
**live** 7:24 8:18 9:13 9:19 23:15
**lived** 5:12 6:24 8:25
**living** 5:11 6:11 9:15 11:21,23
**llp** 2:5
**london** 5:25 6:3,15 6:23 8:10 10:9,10 10:24
**long** 4:12 6:3,19 7:21 8:1,8 9:19 19:12 27:8
**lot** 10:22 14:14 18:2 22:2 24:24 28:12
**loud** 17:24
**love** 11:25 12:11 12:20 26:5,19,25 27:1
**loved** 12:9,18 14:3 14:6 25:22 27:2

**m**

**m.d.** 1:14
**mad** 26:13,16
**making** 15:2 16:25
**march** 1:15
**mean** 9:25 11:10 12:1,12 13:18 14:6,8 16:6 17:2 17:11 19:15,23 20:6,21 21:15 23:18 24:2,3 27:6 27:12 28:1
**mechanic** 13:19 13:25 14:1
**mechanical** 13:17
**mechanics** 13:14
**medication** 25:4
**memories** 17:4 27:21,23 28:1,14
**mess** 26:20
**metro** 13:1,9 21:11 26:4
**michigan** 7:23 8:11 10:3 17:19 18:4 27:14
**mid** 2:22
**military** 13:7 14:5 14:12 16:13 20:23 22:19,20 23:1 27:5,8,13,13,16,16
**minute** 27:18
**missed** 16:23
**missing** 19:17
**missouri** 1:20

**mix** 18:19
**mo** 2:21 29:22
**mom** 19:2,4 24:13 24:24
**money** 8:22 14:7
**month** 20:5
**months** 10:13 27:24
**montreal** 9:15,16 9:25,25 13:23
**mother** 4:21
**mother's** 4:25
**move** 6:14 8:5
**moved** 5:5,8,25 6:16 7:3,19 8:4,15 9:17 10:9,16
**movie** 20:10
**mud** 28:3
**music** 5:9 17:7,8 18:2,12,17,18

**n**

**name** 4:2,4,23,25 26:6,7
**nawal** 5:1
**near** 13:8 24:21
**negotiation** 20:1
**neighbors** 18:1
**neither** 29:12
**never** 20:11,12 24:8 26:13
**new** 8:22
**news** 19:25
**nice** 9:25 14:19 20:10 21:14 23:25 23:25 24:2,6 25:21
**night** 13:3
**noala** 1:4,23
**noise** 17:24
**noises** 17:25 26:14
**notary** 1:19
**notes** 29:11
**nw** 1:18 2:6,14,22 29:6

**o**

**office** 8:12
**offices** 1:17
**oh** 10:19 16:24 18:8,14
**okay** 17:15 18:23 18:24 19:5 26:17
**older** 5:18 7:5 26:2 26:6 28:8,11
**once** 20:7
**open** 21:6,7
**opposite** 10:20 16:3
**optimistic** 15:13 19:20

**p**

**p.m.** 4:1 28:24
**papers** 8:8
**parachuting** 12:17
**parents** 7:23 20:15 24:9,13 25:3,17 28:16
**paris** 11:2
**particularly** 17:6
**parties** 29:7,14,17
**party** 22:10
**pause** 27:18
**pc** 2:13
**pending** 1:21
**people** 14:15,22 15:1,1,9,18,18,22 15:22 18:14,16 19:25 22:2,16 23:5 24:5
**perfect** 18:11
**performed** 18:18
**perles** 1:17 2:12 2:13 27:17,20 28:20 29:5
**perles4** 3:11
**perleslaw.com** 2:17
**pick** 10:14
**picture** 14:19,25 15:4,25
**pill** 24:18
**pills** 24:14 25:7,10 25:12
**pilot** 14:8,9,10
**pilot's** 12:22
**place** 6:24 11:21
**plaintiffs** 1:5,24 2:3
**plane** 13:4
**planned** 14:4 27:4 27:7
**plans** 27:10
**play** 11:11 17:8,16 17:20 28:1,2,3,16
**played** 17:22
**playing** 17:17
**point** 8:17
**pop** 18:20
**power** 7:12
**president** 16:7
**pretty** 10:5 26:23
**probably** 6:18 16:18 19:8 22:24
**problem** 25:2
**problems** 24:13
**proceeding** 29:7
**proceedings** 3:6 29:10
**process** 8:8
**produced** 1:14
**project** 16:9
**pronounce** 22:5
**proofread** 29:8
**public** 1:20
**put** 10:11 14:25 23:3 28:5

**q**

**quanbar** 4:24
**quiet** 12:11 23:24

**r**

**rafai** 4:24
**rank** 15:9
**ready** 8:14
**realize** 15:18
**really** 15:22
**reason** 14:24
**receive** 9:8
**received** 8:17 19:2
**record** 4:3 27:18 27:19 28:21
**referenced** 29:7
**referred** 22:6
**refugee** 8:7
**region** 2:22
**related** 13:14 29:13
**relationship** 4:17
**relationships** 25:16
**relative** 29:16
**release** 20:3,6,8 24:7
**released** 20:1
**remember** 6:6 19:16 27:24,25 28:17
**remind** 5:6
**reported** 2:20
**reporter** 1:19 3:7 29:1,4

**republic** 1:9,24
**rescued** 19:21
**reside** 9:11
**rest** 8:2
**retire** 27:8,12
**review** 28:22
**reward** 23:3
**right** 9:14 10:21 11:14 14:23 21:5 21:24 26:23 27:25
**romania** 11:1
**room** 17:25 26:21
**rpr** 2:21 29:22
**run** 28:10

**s**

**s** 2:4
**saddam** 7:12 15:2 16:1
**saying** 15:13 20:19 22:15
**says** 20:21
**scared** 19:5
**school** 5:8,9,13,15 5:20 6:7,9,10 10:7 10:11,12,13
**searching** 19:11
**security** 8:20
**see** 9:23 20:21
**september** 13:2
**serving** 27:5
**set** 17:25
**share** 27:22
**shift** 13:3
**shorthand** 29:3
**show** 26:4
**sic** 5:1
**sick** 25:1
**sides** 14:21,25
**sign** 15:21 28:22
**signature** 29:20
**sir** 9:7
**sit** 24:20,25 26:17
**situation** 15:14
**skating** 11:24,25 12:2
**sleep** 24:15,16,17 24:18
**sleeping** 25:7,10
**small** 18:5
**social** 8:20
**soldier** 16:21
**solutions** 2:22
**somebody** 16:7 23:2 24:3
**son** 26:2,6,6,8
**sorry** 4:9,15 9:12 25:8
**spain** 11:1
**speak** 14:16
**spend** 8:23 12:2
**start** 19:10
**started** 9:3 19:10
**starts** 17:17
**state** 4:2
**states** 1:1,20,22 7:19,22,22
**stay** 4:12 8:1 10:2 10:13 27:8
**stayed** 4:13 6:22 8:3,20 10:12
**step** 4:15
**stick** 17:6
**story** 20:9
**street** 2:6,22
**study** 7:7,15 14:8
**stuff** 26:5
**subject** 27:3
**sue** 27:17 28:20
**suite** 2:6,14,22
**summer** 10:11,11
**support** 23:21
**sure** 13:23 15:11 15:12 17:2,3 22:4 22:14
**suzanne** 1:18 2:21 29:3,22
**swim** 28:16
**sworn** 1:14

**t**

**taia** 4:4 5:1,4
**taie** 1:14 4:18,24
**take** 5:14 7:12 8:8 10:23 12:17,24,25 20:5 23:8 25:13 26:4 27:18
**taken** 22:16 23:19 29:11,15
**talk** 12:10 14:14 16:1,4 19:11
**talked** 27:4
**talking** 16:7 27:23
**tell** 13:5 14:11 20:9 21:20 22:22 23:6 26:8
**telling** 21:17
**term** 27:8
**terrible** 23:12 25:23
**testimony** 3:6
**thank** 5:5 10:4 28:20
**thing** 10:21
**things** 11:20,22 12:14 13:5 15:15
**think** 6:4 13:22 15:2,8 16:25 20:8 20:24 21:12,22 22:10 23:3,6,7 25:6,11 27:11,17 28:20
**thinking** 14:20 20:7
**thought** 15:14 19:15,22 20:5,11
**three** 6:4,4,5,6 24:16 26:2
**ticket** 21:5
**tied** 27:13
**time** 5:12,16 6:6 7:11 8:8 10:1 11:16 12:2 13:24 14:9,17,20 15:1,14 16:1,13,15 17:8,16 18:9 19:3,12,19,22 19:24 20:7,15 22:25 23:1,3,13,19 24:23 26:10 28:9 28:18,19 29:11
**times** 12:2 13:2 17:5 20:22 21:19
**today** 23:14
**told** 8:7,14 19:3 21:18 24:21 25:20
**tracking** 21:22 22:19,20
**trained** 18:8
**transcript** 29:9,10
**transcription** 29:9
**transition** 18:22
**translate** 14:23
**translated** 29:8
**translator** 15:6,8
**travel** 10:16
**traveled** 10:22
**traveling** 11:7,21
**tried** 21:6
**trouble** 28:9
**true** 29:10
**try** 28:6
**trying** 22:14

**turn** 26:14
**twice** 16:18
**two** 5:2 8:13 10:12 13:21 17:21 19:9 20:6 24:16

**u**

**u.s** 7:2,7 8:6,19 11:18 14:12 15:19 23:4
**u.s.** 6:23 7:8 16:4
**uncle** 26:9,13,19
**understand** 15:12 22:14
**unfold** 28:6
**united** 1:1,22 5:24 6:16,19 7:19,21,22 12:16

**v**

**vacation** 10:1,10 11:12
**venice** 11:2
**veritext** 2:22
**visa** 8:18
**visit** 9:25
**vs** 1:7

**w**

**waiting** 24:10
**walls** 28:5
**want** 7:6,9 8:12,14 14:15 16:6 23:5 24:22 26:20,20 28:22
**wanted** 7:7 15:3 15:17,22,24 16:13 18:22 26:17 27:15
**war** 7:11
**washington** 1:18 2:7,15,23 21:12 29:6
**water** 12:3
**way** 10:20 16:3
**week** 10:3 16:18 19:9 24:20
**weeks** 8:14
**welcome** 8:15
**went** 5:15,23 6:1 6:21,22,23 7:2,7 8:13 10:7,25 11:1 11:2,4 14:24 21:5 21:6 22:1 24:17 27:13
**witness** 1:13
**woodwind** 17:11
**work** 13:1,5 14:2
**worked** 13:8,10 15:7
**worry** 19:6 28:13
**write** 24:17
**writing** 10:11
**wrong** 22:5

**y**

**yeah** 10:25 16:22 16:24 17:14 18:2 18:8 21:20 26:25 27:1
**year** 5:6,16 6:17 8:3 9:8,10 11:1 13:21,21 19:16
**years** 5:19 6:4,5,6 9:2,3,3 27:23
**young** 7:4 12:8 14:17
**younger** 12:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.