# Appendix D10

THE CENTER FOR
FORENSIC ECONOMIC STUDIES
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM
EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

May 23, 2018

Edward MacAllister, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Re: *Estate of Ahmed Al-Taie, et al. v. Islamic Republic of Iran*

Dear Mr. MacAllister:

At your request, we assess the economic loss as a result of the abduction of Ahmed Al-Taie on October 23, 2006 and subsequent declared death on February 22, 2012. We reserve the right to amend this report upon receipt of any additional relevant information.

## I. Documents Reviewed

- Complaint
- Relevant Military Documents of Ahmed Al-Taie

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

## II. Background

Ahmed Al-Taie was born on [redacted] At the time of his declared casualty, he was 41.3 years of age and a Staff Sergeant (E-6) in the United States Army.[1] Mr. Al-Taie joined the Army on December 1, 2004, in a reservist role.[2] Mr. Al-Taie was called to active duty service in Iraq on April 29, 2005.[3] Mr. Al-Taie immigrated to the United States in 1980.[4] Mr. Al-Taie studied

[1] January 31, 2012 Report of Casualty
[2] Al-Taie Transcript of Military Record
[3] Id.
[4] Complaint, #8

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

engineering in the United States.[5] It has been expressed to us that prior to joining the Army; Mr. Al-Taie had a civilian career in aviation maintenance and also had his private pilot license. Mr. Al-Taie is survived by his wife, Israa A. Sultan, his mother, Nawal Al-Taie (DOB: [redacted]) father, Kousay Al-Taie (DOB: [redacted]), and two brothers.

## III. Earning History

As mentioned above in Section II, Mr. Al-Taie was a Staff Sergeant, pay grade E-6 at the time of his capture in 2006 and death in 2012. The basic pay for an E-6 soldier in 2006 was equal to $1,979.70 per month, or $23,756.40 annually.[6] In addition to basic pay, Mr. Al-Taie also received a monthly housing allowance of $734.40, or $8,812.80 annually, and a monthly subsistence allowance of $272.26, or $3,267.12 annually.[7]

## IV. Army Duration, Worklife and Life Expectancy

### 1. Army Duration

We assume Mr. Al-Taie would have served until he vested in the military pension plan, considering the pension would provide him with an additional source of income in his post-military years. In order for Mr. Al-Taie to vest in the military pension plan, he would be required to have 20 years of active duty service.[8] As such, we assume that Mr. Al-Taie would serve 20 years active duty through April 29, 2025.

### 2. Worklife Expectancy

We offer two worklife estimates. In our first estimate we adjust earnings to account for statistical worklife data. Mr. Al-Taie's statistical worklife expectancy was 21.8 additional years, equivalent to continuous worklife to age 63.1, based on his age and assumed level of education on the date of his passing.[9] In our second estimate, we assume continuous worklife of 25.7 additional years to age 67.0, Mr. Al-Taie's Social Security retirement age.[10]

### 3. Statistical Life Expectancy

Mr. Al-Taie's statistical life expectancy, calculated from his age on the date of his declared death, was to age 78.8 in the year 2044.[11]

---

[5] Id.
[6] United States Department of Defense, Defense Finance and Accounting Service, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[7] Id.
[8] http://militarypay.defense.gov/Pay/Retirement.aspx
[9] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors.* Journal of Forensic Economics 22(2), 2011, pp. 165-229.
[10] http://www.ssa.gov/pubs/ageincrease.htm.
[11] Arias E. *United States Life Tables, 2011. National vital statistics reports; vol 64 no 11.* Hyattsville, MD: National Center for Health Statistics, 2015.

# V. LOST EARNING CAPACITY

## 1. Army Service

To estimate Mr. Al-Taie's earning capacity with the Army, we are guided by the Military Pay Charts from 2006 through 2018 as well as Army enlisted promotions data. At this time, we only value Basic Pay and Housing Allowance for Mr. Al-Taie, and as such, our analysis may understate his total earning capacity by excluding additional allowances he may have received. Mr. Al-Taie's Army earnings schedule, in future dollars,[12] is set forth below in Table A:

**Table A: Al-Taie Active Duty Military Pay Schedule**

| Year | Age | Grade | Service (rounded) | Basic Pay | Housing Allowance | Total |
|---|---|---|---|---|---|---|
| 2006 | 41 | E6 | 1 | 23,756 | 8,813 | 32,569 |
| 2007 | 42 | E6 | 2 | 26,712 | 9,122 | 35,834 |
| 2008 | 43 | E6 | 3 | 28,868 | 9,122 | 37,991 |
| 2009 | 44 | E6 | 4 | 31,226 | 10,465 | 41,692 |
| 2010 | 45 | E6 | 5 | 32,288 | 10,728 | 43,016 |
| 2011 | 46 | E6 | 6 | 34,088 | 10,663 | 44,752 |
| 2012 | 47 | E6 | 7 | 34,636 | 10,832 | 45,468 |
| 2013 | 48 | E6 | 8 | 38,358 | 11,239 | 49,597 |
| 2014 | 49 | E6 | 9 | 38,743 | 11,801 | 50,544 |
| 2015 | 50 | E6 | 10 | 40,378 | 11,858 | 52,236 |
| 2016 | 51 | E6 | 11 | 40,903 | 12,262 | 53,165 |
| 2017 | 52 | E6 | 12 | 44,258 | 12,557 | 56,815 |
| 2018 | 53 | E6 | 13 | 45,320 | 12,643 | 57,964 |
| 2019 | 54 | E6 | 14 | 47,011 | 13,191 | 60,202 |
| 2020 | 55 | E6 | 15 | 47,942 | 13,763 | 61,704 |
| 2021 | 56 | E6 | 16 | 49,494 | 14,359 | 63,853 |
| 2022 | 57 | E6 | 17 | 50,474 | 14,981 | 65,456 |
| 2023 | 58 | E6 | 18 | 52,204 | 15,631 | 67,835 |
| 2024 | 59 | E6 | 19 | 53,238 | 16,308 | 69,546 |
| 2025 | 60 | E6 | 20 | 17,916 | 17,015 | 34,931 |

## 2. Civilian Employment Post-Military Service

Upon Mr. Al-Taie's completion of 20 years of active duty service, we assume he would transition to employment in the private sector as he would have between 3 (statistical) and 7 (Social Security retirement age) years of worklife remaining.

Upon the completion of Mr. Al-Taie's active duty military service, we assume that he would transition to employment in the private sector similar to that he held prior to his military service. As such, we assume that Mr. Al-Taie would secure employment equal to $60,680 annually for Aircraft Mechanic/Service Technicians in the Ann Arbor, Michigan metropolitan area (2016

[12] See Section VII.1 below regarding future growth of salary.

figure).[13] We assume that Mr. Al-Taie would secure employment with earnings equal to the above figure by July 1, 2025 and value this estimate through his statistical worklife, age 63.1 in the year 2028 and his Social Security retirement age, age 67.0 in the year 2032.

## VI. Past Earnings Growth

To estimate military earnings growth from 2007 to 2018, we rely on the Military Pay Tables for each respective year.[14]

## VII. Future Earnings Growth

### 1. Military Service

Future earnings growth is estimated to be 1.98%. This rate represents the average annual rate of change in military pay from 2008 through 2018.[15]

### 2. Civilian Employment

Future earnings growth is estimated to be 2.87% per year. This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 1997 to 2017.[16]

## VIII. Taxes

Federal and state taxes are calculated and deducted using Federal and Michigan state tax rates. In calculating Mr. Al-Taie's income taxes, we assume that he would file as married filing jointly through 2044. Tax rates applied to Mr. Al-Taie's earnings range from 3.3% to 11.5%.[17]

## IX. Personal Maintenance Expenditures

In our analysis, we reduce our estimate of lost earnings in order to reflect the expenditures which Mr. Al-Taie would have incurred for his personal maintenance. Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level.

During the period that Mr. Al-Taie would have been serving in the military, we do not consider food expenses as part of his personal maintenance, as he would have received a food allowance. Following his military service, we include this element in our estimate of personal maintenance expenditures. Using data from the *2014-15 Consumer Expenditure Survey* (CEX), we deduct

---

[13] *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm , 75th Percentile Earnings.
[14] U.S. Department of Defense, Defense Finance and Accounting Services, https://www.dfas.mil/militarymembers/payentitlements/military-pay-charts
[15] Id.
[16] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
[17] http://www.taxformcalculator.com/

between 22.0% and 46.3% from annual earnings and military pension benefits to account for these expenditures (22.0% to 30.2% during military service and 20.1% to 46.3% during civilian time periods).[18]

## X. Fringe Benefits

### 1. Military Retirement Pay

In order to calculate Mr. Al-Taie's military retirement pay, we utilize the calculation for the High-36 retirement plan, which is as follows:

**Average of highest 36 months of basic pay X 2.5% per year of service**[19]

In our scenario, Mr. Al-Taie would retire from the military with 20 years of service and a high-36 salary of $51,962. This results in an annual benefit equal to $25,981[20] and is valued from July 1, 2025 to Mr. Al-Taie's age 78.8.

The cost of living adjustment ("COLA") associated with this benefit is based on the Consumer Price Index.[21] Accordingly, we utilize a growth rate of 1.69% per year. This rate represents the annual rate of change in the Consumer Price Index from 2007 through 2017.[22]

### 2. Civilian Employment

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive retirement benefits equal, on average, to 5.5% of annual earnings.[23] We employ this rate in projecting lost fringe benefits from 2025 through 2032.

### 3. Health Benefits

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive health benefits equal, on average, to 10.9% of annual earnings.[24] We employ this rate in projecting lost health benefits.

[18] U.S. Department of Labor, Bureau of Labor Statistics. http://www.bls.gov/cex/
[19] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[20] $51,962 X (2.5% X 20) = $25,981
[21] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[22] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CUUR0000SA0
[23] *Employer Costs for Employee Compensation,* September 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm
[24] *Employer Costs for Employee Compensation,* December 2017, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm

## XI. HOUSEHOLD SERVICES

Data from the *2015 American Time Use Survey* indicates that the number of hours an individual spends performing household services varies depending on 1) their employment status, 2) the presence or absence of dependents in the household, and 3) the age of the youngest dependent.[25] Data from this study that pertains to Mr. Al-Taie is males working with no dependent children perform 13.51 hours per week of household services.

To estimate the value of lost household services, we employ the above rate. We value this time to Mr. Al-Taie's age 63.9, Nawal Al-Taie's statistical life expectancy, age 88.7 in the year 2029,[26] at the average hourly wage for representative occupations in the Ann Arbor, Michigan metropolitan area, which was $12.57 in 2017.[27] We commence our estimate of lost household services from January 1, 2007 in order to allow him to return from his deployment.

To estimate past growth in the value of lost household services, we employ the annual change in average hourly earnings for workers in the private, non-farm sector of the economy.[28]

Future growth is estimated using the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 1997 to 2017, 2.87%.[29]

## XII. PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of April 7, 2018, 3.51%, was used to estimate the return on the principal investment.[30] The average yield on these bonds from 1998 to 2017, 4.39% per year, was used to estimate the return on the reinvested interest.[31]

---

[25] *2015 American Time Use Survey*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/tus/

[26] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*. Journal of Forensic Economics 22(2), 2011, pp. 165-229.

[27] Representative occupations include: Cooks, Fast Food; Cooks, Institution and Cafeteria; Cooks, Restaurant; Cooks, Short Order; Food Preparation Workers; Dishwashers; Janitors and Cleaners; Maids and Housekeeping Cleaners; Landscaping and Groundskeeping Workers; Childcare Workers; Personal Care Aides; Personal Care and Service Workers, All Other; Office Clerks, General; Helpers – Installation, Maintenance and Repair; Taxi Drivers and Chauffeurs. See: *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm

[28] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008

[29] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008

[30] *Economic Indicators,* March 2018; http://www.gpo.gov/economicindicators

[31] *Economic Report of the President,* January 2017, Table B-25: https://www.gpo.gov/fdsys/pkg/ERP-2017/pdf/ERP-2017.pdf

## XIII. Tables

Table 1 shows total lost earnings and fringe benefits to age 78.8 assuming civilian worklife to age 63.1.

Table 2 shows total lost earnings and fringe benefits to age 78.8 assuming civilian worklife to age 67.0.

Table 3 shows the value of lost household services from January 1, 2007 to Mr. Al-Taie's age 63.9, Nawal Al-Taie's statistical life expectancy, age 88.7 in the year 2029.

## XIV. Summary

As outlined in the attached Summary Table, the total economic loss ranges from $1,301,192 to $1,513,717. It should be noted that our estimates of economic loss do not include the value of past medical expenses, Mr. Al-Taie's pain and suffering, or any additional elements of non-economic loss.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

James Markham, Ph.D., JD, CPCU

## Summary Table
## Ahmed Al-Taie

| **Worklife** | **63.1** | **67.0** |
|---|---|---|
| Basic Pay | 719,831 | 719,831 |
| Housing Allowance | 217,224 | 217,224 |
| Military Pension | 317,025 | 317,025 |
| Civilian Earnings | 185,894 | 414,840 |
| Civilian Retirement Benefits | 10,224 | 22,816 |
| Health Benefits | 98,724 | 123,679 |
| Lost Household Services | 191,750 | 191,750 |
| Less | | |
| Personal Maintenance | (336,699) | (358,527) |
| Taxes | (102,781) | (134,921) |
| **Net Economic Loss** | **1,301,192** | **1,513,717** |

| Table 1: Al-Taie Economic Loss to Age 78.8 Assuming Civilian Worklife to Age 63.1 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Year** | **Age** | **Basic Pay** | **Housing Allowance** | **Military Pension** | **Civilian Earnings** | **Civilian Retirement Benefits** | **Health Benefits** | **Personal Maintenance** | **Taxes** | **Net Annual Loss** |
| 2006 | 41 | 4,514 | 1,674 | - | - | - | 492 | (1,362) | (408) | 4,909 |
| 2007 | 42 | 26,712 | 9,122 | - | - | - | 2,912 | (7,591) | (2,417) | 28,738 |
| 2008 | 43 | 28,868 | 9,122 | - | - | - | 3,147 | (7,891) | (2,612) | 30,634 |
| 2009 | 44 | 31,226 | 10,465 | - | - | - | 3,404 | (8,279) | (2,825) | 33,991 |
| 2010 | 45 | 32,288 | 10,728 | - | - | - | 3,519 | (8,589) | (2,921) | 35,026 |
| 2011 | 46 | 34,088 | 10,663 | - | - | - | 3,716 | (8,937) | (3,084) | 36,446 |
| 2012 | 47 | 34,636 | 10,832 | - | - | - | 3,775 | (9,068) | (3,134) | 37,041 |
| 2013 | 48 | 38,358 | 11,239 | - | - | - | 4,181 | (9,459) | (3,471) | 40,849 |
| 2014 | 49 | 38,743 | 11,801 | - | - | - | 4,223 | (9,600) | (3,505) | 41,662 |
| 2015 | 50 | 40,378 | 11,858 | - | - | - | 4,401 | (9,722) | (3,653) | 43,262 |
| 2016 | 51 | 40,903 | 12,262 | - | - | - | 4,458 | (9,760) | (3,701) | 44,162 |
| 2017 | 52 | 44,258 | 12,557 | - | - | - | 4,824 | (10,088) | (4,005) | 47,547 |
| 2018 | 53 | 45,320 | 12,643 | - | - | - | 4,940 | (10,260) | (4,101) | 48,543 |
| 2019 | 54 | 45,417 | 12,744 | - | - | - | 4,950 | (10,161) | (4,109) | 48,840 |
| 2020 | 55 | 44,732 | 12,842 | - | - | - | 4,876 | (10,008) | (4,047) | 48,394 |
| 2021 | 56 | 44,590 | 12,936 | - | - | - | 4,860 | (9,891) | (4,034) | 48,460 |
| 2022 | 57 | 43,894 | 13,028 | - | - | - | 4,784 | (9,737) | (3,971) | 47,998 |
| 2023 | 58 | 43,810 | 13,117 | - | - | - | 4,775 | (9,624) | (3,964) | 48,115 |
| 2024 | 59 | 43,104 | 13,204 | - | - | - | 4,698 | (9,469) | (3,900) | 47,637 |
| 2025 | 60 | 13,991 | 4,385 | 10,145 | 30,269 | 1,665 | 4,824 | (12,979) | (6,229) | 46,071 |
| 2026 | 61 | - | - | 19,896 | 60,051 | 3,303 | 6,546 | (14,694) | (9,153) | 65,948 |
| 2027 | 62 | - | - | 19,505 | 59,555 | 3,276 | 6,491 | (14,531) | (9,051) | 65,244 |
| 2028 | 63 | - | - | 19,117 | 36,020 | 1,981 | 3,926 | (10,134) | (6,312) | 44,598 |
| 2029 | 64 | - | - | 18,733 | - | - | - | (8,664) | (616) | 9,453 |
| 2030 | 65 | - | - | 18,353 | - | - | - | (8,488) | (604) | 9,261 |
| 2031 | 66 | - | - | 17,977 | - | - | - | (8,314) | (591) | 9,071 |
| 2032 | 67 | - | - | 17,605 | - | - | - | (8,142) | (579) | 8,884 |
| 2033 | 68 | - | - | 17,237 | - | - | - | (7,972) | (567) | 8,698 |
| 2034 | 69 | - | - | 16,874 | - | - | - | (7,804) | (555) | 8,515 |
| 2035 | 70 | - | - | 16,515 | - | - | - | (7,638) | (543) | 8,334 |
| 2036 | 71 | - | - | 16,161 | - | - | - | (7,474) | (532) | 8,155 |
| 2037 | 72 | - | - | 15,812 | - | - | - | (7,313) | (520) | 7,979 |
| 2038 | 73 | - | - | 15,468 | - | - | - | (7,154) | (509) | 7,805 |
| 2039 | 74 | - | - | 15,129 | - | - | - | (6,997) | (498) | 7,634 |
| 2040 | 75 | - | - | 14,795 | - | - | - | (6,843) | (487) | 7,466 |
| 2041 | 76 | - | - | 14,466 | - | - | - | (6,691) | (476) | 7,300 |
| 2042 | 77 | - | - | 14,143 | - | - | - | (6,541) | (465) | 7,137 |
| 2043 | 78 | - | - | 13,825 | - | - | - | (6,394) | (455) | 6,976 |
| 2044 | 79 | - | - | 5,270 | - | - | - | (2,437) | (173) | 2,659 |
| **Summary - Table 1** | | | | | | | | | | |
| **Past Loss (2006-2018)** | | 440,294 | 134,968 | - | - | - | 47,992 | (110,606) | (39,838) | 472,810 |
| **Future Loss (2019-2044)** | | 279,537 | 82,256 | 317,025 | 185,894 | 10,224 | 50,732 | (226,093) | (62,943) | 636,632 |
| **Total Loss** | | 719,831 | 217,224 | 317,025 | 185,894 | 10,224 | 98,724 | (336,699) | (102,781) | **1,109,442** |

**Table 2: Al-Taie Economic Loss to Age 78.8 Assuming Civilian Worklife to Age 67.0**

| Year | Age | Basic Pay | Housing Allowance | Military Pension | Civilian Earnings | Civilian Retirement Benefits | Health Benefits | Personal Maintenance | Taxes | Net Annual Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 41 | 4,514 | 1,674 | - | - | - | 492 | (1,362) | (408) | 4,909 |
| 2007 | 42 | 26,712 | 9,122 | - | - | - | 2,912 | (7,591) | (2,417) | 28,738 |
| 2008 | 43 | 28,868 | 9,122 | - | - | - | 3,147 | (7,891) | (2,612) | 30,634 |
| 2009 | 44 | 31,226 | 10,465 | - | - | - | 3,404 | (8,279) | (2,825) | 33,991 |
| 2010 | 45 | 32,288 | 10,728 | - | - | - | 3,519 | (8,589) | (2,921) | 35,026 |
| 2011 | 46 | 34,088 | 10,663 | - | - | - | 3,716 | (8,937) | (3,084) | 36,446 |
| 2012 | 47 | 34,636 | 10,832 | - | - | - | 3,775 | (9,068) | (3,134) | 37,041 |
| 2013 | 48 | 38,358 | 11,239 | - | - | - | 4,181 | (9,459) | (3,471) | 40,849 |
| 2014 | 49 | 38,743 | 11,801 | - | - | - | 4,223 | (9,600) | (3,505) | 41,662 |
| 2015 | 50 | 40,378 | 11,858 | - | - | - | 4,401 | (9,722) | (3,653) | 43,262 |
| 2016 | 51 | 40,903 | 12,262 | - | - | - | 4,458 | (9,760) | (3,701) | 44,162 |
| 2017 | 52 | 44,258 | 12,557 | - | - | - | 4,824 | (10,088) | (4,005) | 47,547 |
| 2018 | 53 | 45,320 | 12,643 | - | - | - | 4,940 | (10,260) | (4,101) | 48,543 |
| 2019 | 54 | 45,417 | 12,744 | - | - | - | 4,950 | (10,161) | (4,109) | 48,840 |
| 2020 | 55 | 44,732 | 12,842 | - | - | - | 4,876 | (10,008) | (4,047) | 48,394 |
| 2021 | 56 | 44,590 | 12,936 | - | - | - | 4,860 | (9,891) | (4,034) | 48,460 |
| 2022 | 57 | 43,894 | 13,028 | - | - | - | 4,784 | (9,737) | (3,971) | 47,998 |
| 2023 | 58 | 43,810 | 13,117 | - | - | - | 4,775 | (9,624) | (3,964) | 48,115 |
| 2024 | 59 | 43,104 | 13,204 | - | - | - | 4,698 | (9,469) | (3,900) | 47,637 |
| 2025 | 60 | 13,991 | 4,385 | 10,145 | 30,269 | 1,665 | 4,824 | (12,979) | (6,229) | 46,071 |
| 2026 | 61 | - | - | 19,896 | 60,051 | 3,303 | 6,546 | (14,694) | (9,153) | 65,948 |
| 2027 | 62 | - | - | 19,505 | 59,555 | 3,276 | 6,491 | (14,531) | (9,051) | 65,244 |
| 2028 | 63 | - | - | 19,117 | 59,049 | 3,248 | 6,436 | (14,367) | (8,949) | 64,534 |
| 2029 | 64 | - | - | 18,733 | 58,534 | 3,219 | 6,380 | (14,202) | (8,846) | 63,819 |
| 2030 | 65 | - | - | 18,353 | 58,012 | 3,191 | 6,323 | (14,036) | (8,743) | 63,100 |
| 2031 | 66 | - | - | 17,977 | 57,482 | 3,162 | 6,266 | (13,869) | (8,639) | 62,378 |
| 2032 | 67 | - | - | 17,605 | 31,889 | 1,754 | 3,476 | (9,097) | (5,666) | 39,961 |
| 2033 | 68 | - | - | 17,237 | - | - | - | (7,972) | (567) | 8,698 |
| 2034 | 69 | - | - | 16,874 | - | - | - | (7,804) | (555) | 8,515 |
| 2035 | 70 | - | - | 16,515 | - | - | - | (7,638) | (543) | 8,334 |
| 2036 | 71 | - | - | 16,161 | | - | - | (7,474) | (532) | 8,155 |
| 2037 | 72 | - | - | 15,812 | | - | - | (7,313) | (520) | 7,979 |
| 2038 | 73 | - | - | 15,468 | | - | - | (7,154) | (509) | 7,805 |
| 2039 | 74 | - | - | 15,129 | | - | - | (6,997) | (498) | 7,634 |
| 2040 | 75 | - | - | 14,795 | | - | - | (6,843) | (487) | 7,466 |
| 2041 | 76 | - | - | 14,466 | | - | - | (6,691) | (476) | 7,300 |
| 2042 | 77 | - | - | 14,143 | | - | - | (6,541) | (465) | 7,137 |
| 2043 | 78 | - | - | 13,825 | | - | - | (6,394) | (455) | 6,976 |
| 2044 | 79 | - | - | 5,270 | | - | - | (2,437) | (173) | 2,659 |
| **Summary - Table 2** | | | | | | | | | | |
| **Past Loss (2006-2018)** | | 440,294 | 134,968 | - | - | - | 47,992 | (110,606) | (39,838) | 472,810 |
| **Future Loss (2019-2044)** | | 279,537 | 82,256 | 317,025 | 414,840 | 22,816 | 75,687 | (247,921) | (95,083) | 849,158 |
| **Total Loss** | | 719,831 | 217,224 | 317,025 | 414,840 | 22,816 | 123,679 | (358,527) | (134,921) | **1,321,967** |

| Table 3: Al-Taie Value of Lost Household Services from January 1, 2007 to Mother's Age 88.7 in the Year 2029 | | |
|---|---|---|
| **Year** | **Age** | **Annual Loss** |
| 2007 | 42 | 7,139 |
| 2008 | 43 | 7,401 |
| 2009 | 44 | 7,627 |
| 2010 | 45 | 7,807 |
| 2011 | 46 | 7,967 |
| 2012 | 47 | 8,090 |
| 2013 | 48 | 8,250 |
| 2014 | 49 | 8,446 |
| 2015 | 50 | 8,619 |
| 2016 | 51 | 8,828 |
| 2017 | 52 | 9,037 |
| 2018 | 53 | 9,251 |
| 2019 | 54 | 9,194 |
| 2020 | 55 | 9,135 |
| 2021 | 56 | 9,073 |
| 2022 | 57 | 9,009 |
| 2023 | 58 | 8,944 |
| 2024 | 59 | 8,876 |
| 2025 | 60 | 8,807 |
| 2026 | 61 | 8,736 |
| 2027 | 62 | 8,664 |
| 2028 | 63 | 8,591 |
| 2029 | 64 | 4,258 |
| **Summary - Table 3** | | |
| **Total** | | |
| Lost Household Services | | **191,750** |