**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOALA FRITZ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>*Defendants*. | Civil Action No. 15-456 (RDM) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 93, it is hereby **ORDERED** that Plaintiffs' motion for motion for approval of damages award and entry of final judgment as to the U.S. national plaintiffs, Dkt. 91, is **GRANTED** in part and **DENIED** in part. It is further **ORDERED** that judgment is entered in favor of Plaintiffs and against Defendants in the total amount of $193,044,753 for compensatory damages, and that each U.S.-national plaintiff is entitled to the damages listed in Exhibit A. It is further **ORDERED** that, in addition to the compensatory damages listed in Exhibit A, the estate and family of Staff Sergeant Al-Taie is entitled to an award of punitive damages in the amount of $55,903,936 to be apportioned relative to their individual compensatory awards.

The Court has concluded there is no just reason to delay entry of final judgment with respect to the claims of the U.S.-national plaintiffs. This Order, accordingly, constitutes a final and appealable order as to all Plaintiffs except Bashar Al-Taie.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: August 20, 2018