# EXHIBIT A

EXHIBIT A

TOTAL COMPENSATORY AWARDS

| Plaintiff | Future Economic Losses | Past Economic Loss | Prejudgment Interest on Past Economic Loss | Pain and Suffering and/or Solatium | Prejudgment Interest on Pain and Suffering or Solatium | Total Compensatory Award without Prejudgment Interest | Total Compensatory Award with Prejudgment Interest |
|---|---|---|---|---|---|---|---|
| Estate of Jacob Fritz | $2,057,522 | $537,138 | $309,000 | $5,000,000 | $2,876,360 | $7,594,660 | $10,780,021 |
| Noala Fritz | | | | $6,000,000 | $3,451,632 | $6,000,000 | $9,451,632 |
| Estate of Lyle Fritz | | | | $6,000,000 | $3,451,632 | $6,000,000 | $9,451,632 |
| Ethan Fritz | | | | $3,500,000 | $2,013,452 | $3,500,000 | $5,513,452 |
| Daniel Fritz | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Estate of Bryan Chism | $826,224 | $233,188 | $134,147 | $5,000,000 | $2,876,360 | $6,059,412 | $9,069,919 |
| Elizabeth Chism | | | | $6,000,000 | $3,451,632 | $6,000,000 | $9,451,632 |
| Danny Chism | | | | $6,000,000 | $3,451,632 | $6,000,000 | $9,451,632 |
| Vanessa Chism | | | | $1,500,000 | $862,908 | $1,500,000 | $2,362,908 |
| Julie Chism | | | | $3,500,000 | $2,013,452 | $3,500,000 | $5,513,452 |
| Estate of Shawn Falter | $725,670 | $226,212 | $130,133 | $5,000,000 | $2,876,360 | $5,951,882 | $8,958,376 |
| Linda Falter | | | | $6,000,000 | $3,451,632 | $6,000,000 | $9,451,632 |
| Marjorie Falter | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Russell J. Falter | | | | $6,000,000 | $3,451,632 | $6,000,000 | $9,451,632 |
| Russell C. Falter | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Andrew Lucas | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| David Lucas | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Timothy Lucas | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Marsha Novak | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Jason Sackett | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| John Sackett | | | | $3,000,000 | $1,725,816 | $3,000,000 | $4,725,816 |
| Estate of Ahmed Al-Taie | $849,158 | $472,810 | $286,301 | $10,640,000 | $6,442,845 | $11,961,968 | $18,691,113 |
| Hathal K. Taie | | | | $4,500,000 | $2,724,887 | $4,500,000 | $7,224,887 |
| Kousay Al-Taie | | | | $8,000,000 | $4,844,244 | $8,000,000 | $12,844,244 |
| Nawal Al-Taie | | | | $8,000,000 | $4,844,244 | $8,000,000 | $12,844,244 |
| TOTAL | | | | | | | $ 193,044,753 |