**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOALA FRITZ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>*Defendants*. | Civil Action No. 15-456 (RDM) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 114, it is hereby **ORDERED** that Plaintiff Bashar Al-Taie's renewed motion for entry of default, Dkt. 108, is **GRANTED**. It is further **ORDERED** that default judgments against Defendants the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps are **GRANTED** with respect to the intentional infliction of emotional distress claim brought by Plaintiff Bashar Al-Taie under District of Columbia law. It is further **ORDERED** that judgment is entered in favor of Plaintiff Bashar Al-Taie and against Defendants in the amount of $4,500,000 for compensatory damages, $3,240,000 in prejudgment interest, and $7,826,831 in punitive damages.

This Order constitutes the Court's final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk of the Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: April 10, 2020